AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

SUHAIL NAJIM ABDULLAH AL SHIMARI

**SUMMONS IN A CIVIL ACTION**

V.

TIMOTHY DUGAN, ET AL

CASE NUMBER: 2:08 CV 637

TO: (Name and address of Defendant)

TIMOTHY DUGAN
75 S. TOWNSHIP ROAD
PATASKALA, OHIO 43062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JENNIFER M. KINSLEY
SIRKIN, PINALES, & SCHWARTZ LLP
105 WEST FOURTH STREET
SUITE 920
CINCINNATI, OHIO 45202

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**James Bonini, Clerk**     7/2/2008

CLERK     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

SUHAIL NAJIM ABDULLAH AL SHIMARI

**SUMMONS IN A CIVIL ACTION**

V.

TIMOTHY DUGAN, ET AL

CASE NUMBER: 2:08 CV 637

TO: (Name and address of Defendant)

CACI PREMIER TECHNOLOGY, INC. C/O CT CORPORATION
STATUTORY AGENT
1300 EAST 9TH STREET
CLEVELAND, OHIO 44114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JENNIFER M. KINSLEY
SIRKIN, PINALES, & SCHWARTZ LLP
105 WEST FOURTH STREET
SUITE 920
CINCINNATI, OHIO 45202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**James Bonini, Clerk**  7/2/2008

CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

SUHAIL NAJIM ABDULLAH AL SHIMARI

**SUMMONS IN A CIVIL ACTION**

V.

TIMOTHY DUGAN, ET AL

CASE NUMBER: 2:08 CV 637

TO: (Name and address of Defendant)

L-3 SERVICES, INC. C/O CT CORPORATION STATUTORY AGENT
1300 EAST 9TH STREET
CLEVELAND, OHIO 44114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JENNIFER M. KINSLEY
SIRKIN, PINALES, & SCHWARTZ LLP
105 WEST FOURTH STREET
SUITE 920
CINCINNATI, OHIO 45202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**James Bonini, Clerk**              7/2/2008
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK