IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, | : | CASE NO. 2:08-CV-637 |
| Plaintiff, | : | |
| v. | : | JUDGE FROST |
| | : | MAGISTRATE JUDGE KEMP |
| TIMOTHY DUGAN, et al., | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please take notice that Matthew L. Fornshell of the law firm Schottenstein, Zox & Dunn Co., L.P.A., hereby enters his appearance as Trial Attorney for Defendant L-3 Services, Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Matthew L. Fornshell

_____
Matthew L. Fornshell  (0062101)
Schottenstein Zox & Dunn Co., LPA
250 West Street
Columbus, Ohio 43215
Tel:  (614) 462-2700
Fax:  (614) 222-3692
Email: mfornshell@szd.com

{H1276758.1}

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF.

/s/ Matthew L. Fornshell
Matthew L. Fornshell