IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, | : | CASE NO. 2:08-CV-637 |
| **Plaintiff,** | : : : | |
| v. | : : | JUDGE FROST MAGISTRATE JUDGE KEMP |
| TIMOTHY DUGAN, et al., : | : | |
| **Defendants.** | | |

### MOTION FOR ADMISSION
### *PRO HAC VICE*

Now comes Defendant L-3 Services, Inc. ("L-3 Services"), by and through the undersigned counsel, and hereby moves this Court pursuant to S.D. Ohio Civ. R. 83.3(e), to admit Ari S. Zymelman of the law firm of Williams & Connolly LLP, located in Washington, D.C., as co-counsel for L-3 Services, *pro hac vice*, in this action. In support of this Motion, counsel for L-3 Services submits a certificate of good standing for Mr. Zymelman.

WHEREFORE, Defendant L-3 Services respectfully requests this Court to admit attorney Ari S. Zymelman as co-counsel *pro hac vice* to L-3 Services. A proposed Order admitting Ari S. Zymelman to practice *pro hac vice* is attached hereto for the Court's consideration.

Respectfully submitted,

/s/ Matthew L. Fornshell
Matthew L. Fornshell (0062101)
Schottenstein, Zox & Dunn Co., LPA
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1061
Facsimile: (614) 222-3692
Email: mfornshell@szd.com

*Trial Attorney for Defendant L-3 Services, Inc.*

{H1276730.1 }

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF.

/s/ Matthew L. Fornshell
Matthew L. Fornshell

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, | : | CASE NO. 2:08-CV-637 |
| Plaintiff, | : : : | |
| v. | : : | JUDGE FROST MAGISTRATE JUDGE KEMP |
| TIMOTHY DUGAN, et al., | : : | <u>Order</u> |
| Defendants. | : | |

Upon Motion of Counsel of record for Defendant L-3 Services, Inc. and for good cause shown, the following attorney is hereby admitted *pro hac vice* as additional counsel of record for Defendant L-3 Services, Inc. in this matter:

Ari S. Zymelman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

IT IS SO ORDERED.

_____          _____
Date                                                  Judge