**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH**<br>**AL SHIMARI,** | : | **CASE NO. 2:08-CV-637** |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **JUDGE FROST** |
| | : | **MAGISTRATE JUDGE KEMP** |
| **TIMOTHY DUGAN, et al.,** : | | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR ADMISSION**
**_PRO HAC VICE_**

Now comes Defendant L-3 Services, Inc. ("L-3 Services"), by and through the undersigned counsel, and hereby moves this Court pursuant to S.D. Ohio Civ. R. 83.3(e), to admit Frank G. Bowman of the law firm of Williams & Connolly LLP, located in Washington, D.C., as co-counsel for L-3 Services, _pro hac vice_, in this action. In support of this Motion, counsel for L-3 Services submits a certificate of good standing for Mr. Bowman.

WHEREFORE, Defendant L-3 Services respectfully requests this Court to admit attorney Frank G. Bowman as co-counsel _pro hac vice_ to L-3 Services. A proposed Order admitting Frank G. Bowman to practice _pro hac vice_ is attached hereto for the Court's consideration.

Respectfully submitted,

/s/ Matthew L. Fornshell
Matthew L. Fornshell (0062101)
Schottenstein, Zox & Dunn Co., LPA
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1061
Facsimile: (614) 222-3692
Email: mfornshell@szd.com

_Trial Attorney for Defendant L-3 Services, Inc._

{H1277369.1 }

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's CM/ECF.

/s/ Matthew L. Fornshell
Matthew L. Fornshell

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, | : | CASE NO. 2:08-CV-637 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JUDGE FROST** |
| | : | **MAGISTRATE JUDGE KEMP** |
| TIMOTHY DUGAN, et al., | : | |
| | : | **Order** |
| Defendants. | : | |

Upon Motion of Counsel of record for Defendant L-3 Services, Inc. and for good cause shown,

the following attorney is hereby admitted *pro hac vice* as additional counsel of record for Defendant

L-3 Services, Inc. in this matter:

Frank G. Bowman
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029


IT IS SO ORDERED.


_____          _____
Date                                                        Judge