# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH AL-SHIMARI** | : | Case No. 2:08-cv-637 |
| **Plaintiff,** | : | Judge Frost |
| v. | : | Magistrate Judge Kemp |
| **TIMOTHY DUGAN, et al.** | : | |
| **Defendants.** | : | |

### NOTICE OF APPEARANCE OF TRIAL ATTORNEY
### FOR DEFENDANTS CACI INTERNATIONAL INC
### AND CACI PREMIER TECHNOLOGY, INC.

Stephen C. Gray, of the law firm Bricker & Eckler LLP, 100 South Third Street, Columbus, Ohio 43215-4291, hereby gives notice of his appearance as Trial Attorney on behalf of the Defendants CACI International Inc. and CACI Premier Technology, Inc. in the above-captioned case.

Dated: July 16, 2008          Respectfully submitted,

*/s/ Stephen C. Gray*
Stephen C. Gray   (0067877)
Trial Attorney for Defendants
CACI International Inc. and
CACI Premier Technology, Inc.
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:  (614) 227-2329
Facsimile:  (614) 227-2390
sgray@bricker.com

2636525v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2008, a true copy of the foregoing NOTICE OF APPEARANCE was electronically filed. Notice of this filing will be sent to all registered parties via the Court's CM/ECF system including via electronic mail upon the following:

>Jennifer M. Kinsley
>Sirkin, Pinales & Schwartz
>jkinsley@sirkinpinales.com
>Attorney for Plaintiff

Notice of this filing has also been sent electronically to:

>Matthew L. Fornshell
>Schottenstein Zox & Dunn Co., LPA
>mfornshell@szd.com
>Attorneys for Defendant, L-3 Services, Inc.

A true and accurate copy of this filing was also sent this day, via Regular U.S. Mail to defendant Timothy Dugan, 75 S. Township Road, Pataskala, Ohio 43062.

July 16, 2008                          */s/ Stephen C. Gray*
                                       Stephen C. Gray