**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH** | : | |
| **AL-SHIMARI** | : | Case No. 2:08-cv-637 |
| | : | |
| **Plaintiff,** | : | Judge Frost |
| | : | |
| **v.** | : | Magistrate Judge Kemp |
| | : | |
| **TIMOTHY DUGAN, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANTS CACI INTERNATIONAL INC. AND**
<u>**CACI PREMIER TECHNOLOGY, INC.**</u>

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

<u>Defendants CACI International Inc and CACI Premier Technology, Inc.</u>

1.  **Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?**

    <u>   XX   </u>  Yes          <u>              </u>  No

**If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:**

Defendant CACI International Inc is a publicly held corporation. CACI International Inc. is the parent corporation of CACI Inc.-Federal, which in turn is the parent corporation of defendant CACI Premier Technology, Inc.

**2.   Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?      XX   Yes                  No**

**If the answer is Yes, list the identity of such corporation and the nature of the financial interest.**

Defendants CACI International Inc and CACI Premier Technology, Inc., have been issued insurance by the following entities: St. Paul Fire and Marine Insurance Company, The Travelers Insurance Company, American International Group, and Hartford Financial Products.

DATED:     July 16, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen C. Gray*
　　　　　　　　　　　　　　　　　　　　Stephen C. Gray   (0067877)
　　　　　　　　　　　　　　　　　　　　Trial Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　CACI International Inc. and
　　　　　　　　　　　　　　　　　　　　CACI Premier Technology, Inc.
　　　　　　　　　　　　　　　　　　　　BRICKER & ECKLER LLP
　　　　　　　　　　　　　　　　　　　　100 South Third Street
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio  43215-4291
　　　　　　　　　　　　　　　　　　　　Telephone:  (614) 227-2329
　　　　　　　　　　　　　　　　　　　　Facsimile:  (614) 227-2390
　　　　　　　　　　　　　　　　　　　　sgray@bricker.com

CO-COUNSEL FOR DEFENDANTS
CACI INTERNATIONAL INC. and
CACI PREMIER TECHNOLOGY, INC.:

Anthony M. Sharett   (0076607)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:  (614) 227-4822
Facsimile:  (614) 227-2390
Email:  asharett@bricker.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2008, a true copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CACI INTERNATIONAL INC. AND CACI PREMIER TECHNOLOGY, INC. was electronically filed. Notice of this filing will be sent to all registered parties via the Court's CM/ECF system including via electronic mail upon the following:

> Jennifer M. Kinsley
> Sirkin, Pinales & Schwartz
> jkinsley@sirkinpinales.com
> Attorney for Plaintiff

Notice of this filing has also been sent electronically to:

> Matthew L. Fornshell
> Schottenstein Zox & Dunn Co., LPA
> mfornshell@szd.com
> Attorneys for Defendant, L-3 Services, Inc.

A true and accurate copy of this filing was also sent this day, via Regular U.S. Mail, to defendant Timothy Dugan, 75 S. Township Road, Pataskala, Ohio 43062.

July 16, 2008  */s/ Stephen C. Gray*
   Stephen C. Gray