## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH AL-SHIMARI** | : | |
| | : | Case No. 2:08-cv-637 |
| **Plaintiff,** | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge Kemp |
| **TIMOTHY DUGAN, et al.** | : | |
| | : | |
| **Defendants.** | : | |

### MOTION FOR ADMISSION OF J. WILLIAM KOEGEL, JR., ESQ. *PRO HAC VICE*

Pursuant to Local Rule 83.3(e) of this Court, Stephen C. Gray, trial attorney for Defendants CACI International Inc. and CACI Premier Technology, Inc. in the above-captioned action, hereby moves the Court to admit **J. William Koegel, Jr.**, *pro hac vice*, to appear and participate as co-counsel in this case for Defendants CACI International Inc. and CACI Premier Technology, Inc.

Movant represents that Mr. Koegel is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court and that Mr. Koegel is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Mr. Koegel understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

2627176v1

Mr. Koegel's relevant identifying information is as follows:

Business Telephone:  (202) 429-6408   Business Fax: (202) 429-3902

Business Address: STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW, Washington, DC  20036

Business Email Address: wkoegel@steptoe.com

Respectfully submitted,

*/s/ Stephen C. Gray*
Stephen C. Gray   (0067877)
Trial Attorney for Defendants
CACI International Inc. and
CACI Premier Technology, Inc.
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:  (614) 227-2329
Facsimile:  (614) 227-2390
sgray@bricker.com

CO-COUNSEL FOR DEFENDANTS
CACI INTERNATIONAL INC. and
CACI PREMIER TECHNOLOGY, INC.:

Anthony M. Sharett   (0076607)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:  (614) 227-4822
Facsimile:  (614) 227-2390
Email:  asharett@bricker.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July ___, 2008, a true copy of the foregoing MOTION FOR ADMISSION OF J. WILLIAM KOEGEL, JR., ESQ. *PRO HAC VICE* was electronically filed. Notice of this filing will be sent to all registered parties via the Court's CM/ECF system including via electronic mail upon the following:

Jennifer M. Kinsley
Sirkin, Pinales & Schwartz
jkinsley@sirkinpinales.com
Attorney for Plaintiff

AND

Matthew L. Fornshell
Schottenstein Zox & Dunn Co., LPA
mfornshell@szd.com
Attorneys for Defendant, L-3 Services, Inc.

A true and accurate copy of this filing was also sent this day, via Regular U.S. Mail, to defendant Timothy Dugan, 75 S. Township Road, Pataskala, Ohio 43062.

July 16, 2008 /s/ Stephen C. Gray
                                                   Stephen C. Gray