# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SUHAIL NAJIM ABDULLAH AL-SHIMARI** | : |
| | : Case No. 2:08-cv-637 |
| **Plaintiff,** | : Judge Frost |
| v. | : Magistrate Judge Kemp |
| **TIMOTHY DUGAN, et al.** | : |
| **Defendants.** | : |

## MOTION FOR ADMISSION OF JOHN F. O'CONNOR, ESQ. *PRO HAC VICE*

Pursuant to Local Rule 83.3(e) of this Court, Stephen C. Gray, trial attorney for Defendants CACI International Inc. and CACI Premier Technology, Inc. in the above-captioned action, hereby moves the Court to admit **John F. O'Connor**, *pro hac vice*, to appear and participate as co-counsel in this case for Defendants CACI International Inc. and CACI Premier Technology, Inc.

Movant represents that Mr. O'Connor is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court and that Mr. O'Connor is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Mr. O'Connor understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

2636647v1

Mr. O'Connor's relevant identifying information is as follows:

Business Telephone:  (202) 429-8095          Business Fax: (202) 429-3902

Business Address:    STEPTOE & JOHNSON LLP
                     1330 Connecticut Avenue, NW, Washington, DC  20036

Business Email Address:    joconnor@steptoe.com

                                           Respectfully submitted,

                                           */s/ Stephen C. Gray*
                                           Stephen C. Gray   (0067877)
                                           Trial Attorney for Defendants
                                           CACI International Inc. and
                                           CACI Premier Technology, Inc.
                                           BRICKER & ECKLER LLP
                                           100 South Third Street
                                           Columbus, Ohio  43215-4291
                                           Telephone:  (614) 227-2329
                                           Facsimile:  (614) 227-2390
                                           sgray@bricker.com

CO-COUNSEL FOR DEFENDANTS
CACI INTERNATIONAL INC. and
CACI PREMIER TECHNOLOGY, INC.:

Anthony M. Sharett   (0076607)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215-4291
Telephone:  (614) 227-4822
Facsimile:  (614) 227-2390
Email:  asharett@bricker.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2008, a true copy of the foregoing MOTION FOR ADMISSION OF JOHN F. O'CONNOR., ESQ. *PRO HAC VICE* was electronically filed. Notice of this filing will be sent to all registered parties via the Court's CM/ECF system including via electronic mail upon the following:

> Jennifer M. Kinsley
> Sirkin, Pinales & Schwartz
> jkinsley@sirkinpinales.com
> Attorney for Plaintiff
>
> AND
>
> Matthew L. Fornshell
> Schottenstein Zox & Dunn Co., LPA
> mfornshell@szd.com
> Attorneys for Defendant, L-3 Services, Inc.

A true and accurate copy of this filing was also sent this day, via Regular U.S. Mail, to defendant Timothy Dugan, 75 S. Township Road, Pataskala, Ohio 43062.

| | |
|---|---|
| July 16, 2008 | */s/ Stephen C. Gray* |
| | Stephen C. Gray |