## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH AL-SHIMARI** | : | Case No. 2:08-cv-637 |
| **Plaintiff,** | : | Judge Frost |
| v. | : | Magistrate Judge Kemp |
| **TIMOTHY DUGAN, et al.** | : | |
| **Defendants.** | : | |

## ORDER

In consideration of the Unopposed Motion of Defendants CACI International Inc, CACI Premier Technology, Inc. to Extend Time of Defendants to respond to Plaintiff's Complaint, the Court finds that said motion is well taken.

Accordingly, the Court **ORDERS** that Defendants CACI International Inc, CACI Premier Technology, Inc., and L-3 Services, Inc., may have an extension of time and shall file an Answer, or other responsive pleading, to Plaintiff's complaint, on or before September 26, 2008. To the extent that Defendant Timothy Dugan is properly served in this action more than twenty days prior to September 26, 2008, he also may have an extension of time and shall file an Answer, or other responsive pleading, to Plaintiff's complaint, on or before September 26, 2008.

Date: July 24, 2008        /s/ Terence P. Kemp
                           UNITED STATES MAGISTRATE JUDGE

2645900V1