UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SUHAIL NAJIM ABDULLAH AL-SHIMARI,** | : | Case No. 2:08-cv-637 |
| **Plaintiff,** | : | Judge Frost |
| v. | : | Magistrate Judge Kemp |
| **TIMOTHY DUGAN, et al.,** | : | |
| **Defendants.** | : | |

### ORDER

In consideration of the Unopposed Motion of Defendants CACI International Inc, CACI Premier Technology, Inc. to Transfer Venue, the Court finds that said motion is well taken.

Accordingly, the Court **ORDERS** that this action shall be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Date: 8/7/08

/s/ Gregory L. Frost
**UNITED STATES DISTRICT JUDGE**