CLOSED, JURY

# U.S. District Court
# Southern District of Ohio (Columbus)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00637−GLF−TPK

| | |
|---|---|
| Al Shimari v. Dugan et al | Date Filed: 06/30/2008 |
| Assigned to: Gregory L Frost | Date Terminated: 08/07/2008 |
| Referred to: Terence P Kemp | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Suhail Najim Abdullah Al Shimari**     represented by     **Jennifer M Kinsley**
Sirkin Pinales &Schwartz − 1
105 W Fourth Street
Suite 920
Cincinnati, OH 45202
513−721−4876
Fax: 513−721−0876
Email: jkinsley@sirkinpinales.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Timothy Dugan**

**Defendant**

**CACI International, Inc**     represented by     **Stephen C Gray**
Bricker &Eckler − 2
100 S Third Street
Columbus, OH 43215−4291
614−227−2300
Email: sgray@bricker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J William Koegel, Jr.**
Steptoe &Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202−429−6408
Fax: 202−429−3902
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John F O'Connor**
Steptoe &Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

202–429–8095
Fax: 202–429–3902
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CACI Premier Technology, Inc**　　　　　represented by　**Stephen C Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J William Koegel, Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John F O'Connor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**L–3 Services, Inc**　　　　　represented by　**Matthew L Fornshell**
Schottenstein Zox &Dunn
250 West Street
Columbus, OH 43215
614–462–2700
Email: mfornshell@szd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari S Zymelman**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202–434–5000
Fax: 202–434–5029
Email: azymelman@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frank G Bowman**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202–434–5000
Fax: 202–434–5029
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 06/30/2008 | 1 | Civil cover sheet. (er1 ) (Entered: 07/01/2008) |
|---|---|---|
| 06/30/2008 | 2 | COMPLAINT with JURY DEMAND filed by Suhail Najim Abdullah Al Shimari against Timothy Dugan, CACI International, Inc, CACI Premier Technology, Inc &L−3 Services, Inc. (er1 ) (Entered: 07/01/2008) |
| 06/30/2008 |  | Filing fee for cv action: $ 350, receipt number 200 COL 3574. (er1 ) (Entered: 07/01/2008) |
| 07/02/2008 | 3 | Summons Issued as to Timothy Dugan, CACI Premier Technology, Inc, L−3 Services, Inc. (mg1, ) (Entered: 07/03/2008) |
| 07/10/2008 | 4 | NOTICE of Appearance by Matthew L Fornshell Defendant L−3 Services, Inc (Fornshell, Matthew) (Entered: 07/10/2008) |
| 07/10/2008 | 5 | MOTION for Leave to Appear Pro Hac Vice of Ari S. Zymelman (Filing fee $ 200) by Defendant L−3 Services, Inc. (Attachments: # 1 Exhibit Certificate of Good Standing) (Fornshell, Matthew) (Entered: 07/10/2008) |
| 07/10/2008 | 6 | MOTION for Leave to Appear Pro Hac Vice of Frank G. Bowman (Filing fee $ 200) by Defendant L−3 Services, Inc. (Attachments: # 1 Exhibit Certificate of Good Standing) (Fornshell, Matthew) (Entered: 07/10/2008) |
| 07/10/2008 |  | PHV Filing fees for Ari S. Zymelman and Frank G. Bowman: $ 400, receipt numbers COL3750, 3751 (pes1) (Entered: 07/10/2008) |
| 07/14/2008 | 7 | ORDER signed by Terence P Kemp on 7/14/2008 granting 5 Motion for Leave to Appear Pro Hac Vice of Ari S. Zymelman ; granting 6 Motion for Leave to Appear Pro Hac Vice of Frank G. Bowman (pes1) (Entered: 07/14/2008) |
| 07/16/2008 | 8 | NOTICE of Appearance by Stephen C Gray Defendants CACI International, Inc, CACI Premier Technology, Inc (Gray, Stephen) (Entered: 07/16/2008) |
| 07/16/2008 | 9 | Corporate Disclosure Statement by Defendants CACI International, Inc, CACI Premier Technology, Inc. (Gray, Stephen) (Entered: 07/16/2008) |
| 07/16/2008 | 10 | MOTION for Leave to Appear Pro Hac Vice of J. William Koegel, Jr. Esq. (Filing fee $ 200) by Defendants CACI International, Inc, CACI Premier Technology, Inc. (Attachments: # 1 Exhibit Mr. Koegel's Certificate of Good Standing) (Gray, Stephen) (Entered: 07/16/2008) |
| 07/16/2008 | 11 | MOTION for Leave to Appear Pro Hac Vice of John F. O'Connor, Esq. (Filing fee $ 200) by Defendants CACI International, Inc, CACI Premier Technology, Inc. (Attachments: # 1 Exhibit Mr. John O'Connor's Certificate of Good Standing) (Gray, Stephen) (Entered: 07/16/2008) |
| 07/17/2008 |  | PHV Filing fees for John F. O'Connor and J. William Koegel, Jr.: $ 400, receipt number COL3836 (pes) (Entered: 07/17/2008) |
| 07/22/2008 | 12 | ORDER signed by Terence P Kemp on 7/22/2008 granting # 10 Motion for Leave to Appear Pro Hac Vice of J. William Koegel Jr.; granting # 11 Motion for Leave to Appear Pro Hac Vice of John F. O'Connor. (pes) (Entered: 07/22/2008) |
| 07/23/2008 | 13 | Unopposed MOTION for Extension of Time New date requested 9/26/2008. *to Respond to Plaintiff's Complaint* by Defendants CACI International, Inc, CACI Premier Technology, Inc. (Gray, Stephen) (Entered: 07/23/2008) |
| 07/28/2008 | 14 | ORDER signed by Terence P Kemp on 7/24/2008 granting # 13 . Defendants CACI International Inc, CACI Premier Technology, Inc., Timothy Dugan, and L−3 Services, Inc. answer due by 9/26/2008. (pes) (Entered: 07/28/2008) |
| 07/28/2008 |  |  |

| | | |
|---|---|---|
| | | Reset Deadlines: Timothy Dugan answer due 9/26/2008; CACI International, Inc answer due 9/26/2008; CACI Premier Technology, Inc answer due 9/26/2008; L–3 Services, Inc answer due 9/26/2008. (pes) (Entered: 07/28/2008) |
| 08/06/2008 | 15 | Unopposed MOTION to Change Venue *[Transfer Venue]* by Defendants CACI International, Inc, CACI Premier Technology, Inc. (Attachments: # 1 Text of Proposed Order Order, # 2 Supplement Declaration of John F. O'Connor, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9) (Gray, Stephen) (Entered: 08/06/2008) |
| 08/07/2008 | 16 | ORDER granting 15 Motion to Change Venue. This action shall be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division. Signed by Gregory L Frost on 8/7/08. (ksh, ) (Entered: 08/07/2008) |
| 08/07/2008 | | Case transferred to Eastern District of Virginia, Alexandria Division. Original file, certified copy of transfer order, and docket sheet sent. (pes) (Entered: 08/07/2008) |