RECEIVED E-filed

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA (Alexandria)

|  |  |
|---|---|
| Suhail Najim Abdullah Al Shimari ) | |
| ) | |
| *Plaintiff* ) | Civil Action No. 08-cv-00827-GBL-JFA |
| ) | |
| v. ) | |
| ) | |
| CACI International Inc., et al, ) | |
| ) | CIVIL COMPLAINT |
| *Defendants* ) | AND JURY DEMAND |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses without prejudice his claims against L-3. A proposed Order is attached.

/s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel

AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiff*

# Certificate of Service

I, William T. O'Neil, hereby certify that on this 18th day of August, 2008, I served the foregoing Notice of Dismissal upon the following counsel of record by electronic mail and First Class U.S. Mail, postage prepaid:

Stephen C. Gray
Bricker & Eckler
100 S. Third Street
Columbus, OH 43215

J. William Koegel, Jr.
John F. O'Conner
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC 20036

Matthew L. Fornshell
Schottenstein Zox & Dunn
250 West Street
Columbus, OH 432125

Ari S. Zymelman
Frank G. Bowman
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

/s/ William T. O'Neil

William T. O'Neil