| | )  |
|---|---|
| Suhail Najim Abdullah Al Shimari | ) |
| | ) |
| *Plaintiff* | ) Civil Action No. 08-cv-00827- |
| | ) GBL-JFA |
| v. | ) |
| | ) |
| CACI International Inc., *et al.*, | ) |
| | ) CIVIL COMPLAINT |
| *Defendants* | ) AND JURY DEMAND |
| | ) |

## [PROPOSED] ORDER

Plaintiff's claims against Defendant L-3 are HEREBY DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ. P. 41(a)(1)(i).

_____