IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:08-CV-827__, Case Name __Al-Shimari v. Dugan__
Party Represented by Applicant: __CACI Premier Technology, Inc. and CACI International, Inc__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __John Frederick O'Connor__
Bar Identification Number __460688__ State __DC__
Firm Name __Steptoe & Johnson LLP__
Firm Phone # __202-429-3000__ Direct Dial # __202-429-8095__ FAX # __202-429-3902__
E-Mail Address __joconnor steptoe.com__
Office Mailing Address __1330 Connecticut Avenue, NW, Washington, DC 20036__

Name(s) of federal court(s) in which I have been admitted __3rd Cir., 4th Cir., 9th Cir., D.C. Cir., D.D.C., D.Md, Ct. Fed Clms__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)  8/12/08 (Date)
J. William Koegel, Jr.
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted ____
The motion for admission is GRANTED __✓__ or DENIED ____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)    8-19-08 (Date)