

FILED

AUG 2 0 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Suhail Najim Abdullah Al Shimari )
)
*Plaintiff* )
)
) Civil Action No. 08-cv-00827-
) GBL-JFA
v. )
)
CACI International Inc., *et al.,* )
)
) CIVIL COMPLAINT
*Defendants* ) AND JURY DEMAND
)
)
)

**[███████] ORDER**

Plaintiff's claims against Defendant L-3 are HEREBY DISMISSED WITHOUT

PREJUDICE pursuant to Fed.R.Civ. P. 41(a)(1)(i).

August 20, 2008

/s/
Gerald Bruce Lee
United States District Judge