[Al Shimari v. Dugan et al](#) Doc. 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, ) ) ) ) Plaintiff, ) ) v. ) ) TIMOTHY DUGAN, et al., ) ) Defendants. ) ) | Case No. 1:08-CV-00827-GBL-JFA |

### MOTION OF DEFENDANTS CACI PREMIER TECHNOLOGY, INC., AND CACI INTERNATIONAL INC TO ENLARGE PAGE LIMITS

Defendants CACI Premier Technology, Inc., and CACI International Inc (collectively, the "CACI Defendants") respectfully request that the Court grant the CACI Defendants leave to file a single memorandum of thirty-seven pages in support of their motion to dismiss this action. Granting this motion will allow the CACI Defendants sufficient space to address the number of legal issues that require analysis in testing the legal sufficiency of Plaintiff's Complaint. The bases for the CACI Defendants' motion is set forth in greater detail in the accompanying Memorandum.

Wherefore, the CACI Defendants respectfully request that the Court grant them leave to file a single memorandum in support of their motion to dismiss that is 37 pages in length.

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Susan L. Burke
>William Gould
>Attorneys for Plaintiff
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 487-6596 – telephone
>sburke@burkeoneil.com
>wgould@burkeoneil.com

In addition, I certify that I will, on the 29th day of May, 2008, serve the above-listed counsel with a copy of the foregoing by electronic mail, in addition to serving by electronic mail the following additional counsel:

>Michael Nussbaum
>Attorney for Defendant Timothy Dugan
>Bonner, Kiernan, Trebach and Crociata, LLP
>1233 20th St., NW
>Washington, DC 20036
>(202) 712-7090
>mnussbaum@bktc.net

/s/  J. William Koegel, Jr.
_____
J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for Defendant CACI-Athena, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com