# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, ) ) ) ) Plaintiff, ) ) v. ) ) TIMOTHY DUGAN, et al., ) ) Defendants. ) ) | Case No. 1:08-CV-00827-GBL-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September 12, 2008, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, in the Courtroom for The Honorable Gerald Bruce Lee, U.S. District Judge, counsel for Defendants CACI International Inc and CACI Premeir Technology, Inc., will present argument on their Motion to Enlarge Page Limits.

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Susan L. Burke
>William Gould
>Attorneys for Plaintiff
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 487-6596 – telephone
>sburke@burkeoneil.com
>wgould@burkeoneil.com

In addition, I certify that I will, on the 29th day of May, 2008, serve the above-listed counsel with a copy of the foregoing by electronic mail, in addition to serving by electronic mail the following additional counsel:

>Michael Nussbaum
>Attorney for Defendant Timothy Dugan
>Bonner, Kiernan, Trebach and Crociata, LLP
>1233 20th St., NW
>Washington, DC  20036
>(202) 712-7090
>mnussbaum@bktc.net

>/s/  J. William Koegel, Jr.
>_____
>J. William Koegel, Jr.
>Virginia Bar No. 38243
>Attorney for Defendant CACI-Athena, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 - telephone
>(202) 429-3902 – facsimile
>wkoegel@steptoe.com