

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY DUGAN, et al., )<br>)<br>Defendants. ) | Case No. 1:08-CV-00827-GBL-JFA |

### [█████████] ORDER

The Court, having considered the Motion of Defendants CACI Premier Technology, Inc., and CACI International Inc to Enlarge Page Limits, its supporting Memorandum, as well as any oppositions and replies filed in response thereto, finds that the CACI Defendants' motion is well taken. Accordingly, the Court hereby grants the CACI Defendants leave to file a single memorandum in support of their motion to dismiss that is no longer than 37 pages in length.

SO ORDERED this 9th day of September, 2008.

/s/
Gerald Bruce Lee
United States District Judge
GERALD BRUCE LEE
UNITED STATES DISTRICT JUDGE