IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| Suhail Najim Abdullah Al Shimari | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08cv827 (GBL/JFA) |
| CACI International, Inc. *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses without prejudice his claims against Defendant Timothy Dugan. A proposed Order is attached.

Date: September 10, 2008

Respectfully submitted,

\_\_\_\_/s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
Fax (215) 482.0874
sburke@burkeoneil.com


Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2008, I will electronically file the foregoing Voluntary Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filed (NEF) to the following:


J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (*pro hac vice* application pending)
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com


Michael Nussbaum
Attorney for Defendant Timothy Dugan
BONNER, KIERNAN, TREBACH AND CROCIATA LLP
1233 20th St., NW Suite
Washington, DC 20036
(202) 712-7000 - telephone
(202) 712-7100 – facsimile
mnussbaum@bktc.net

                                            /s/ Susan L. Burke
                                        Susan L. Burke (VA Bar #27769)
                                        William F. Gould
                                        BURKE O'NEIL LLC
                                        4112 Station Street
                                        Philadelphia, PA 19127
                                        (215) 487-6596
                                        Fax (215) 482.0874
                                        sburke@burkeoneil.com