IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| Suhail Najim Abdullah Al Shimari | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08cv827 (GBL/JFA) |
| CACI International, Inc. *et al.*, | ) |
| Defendants. | ) |

FILED SEP 1 2 2008 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

Defendant Timothy Dugan is HEREBY DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ. P. 41(a)(1)(i).

/s/
Gerald Bruce Lee
United States District Judge

September 12, 2008