# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|   |   |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CACI INTERNATIONAL INC, et ano., )<br><br>Defendants. ) | Case No. 1:08-CV-00827-GBL-JFA |

## THE CACI DEFENDANTS' MOTION TO
## DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") respectfully move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Amended Complaint. Dismissal is appropriate for the following reasons: (1) Plaintiffs' claims present nonjusticiable political questions; (2) the CACI Defendants are immune from suit with respect to Plaintiffs' claims; (3) the Amended Complaint fails to state a claim on which relief may be granted; (4) Plaintiffs' claims are preempted; (5) Plaintiffs' claims under the Alien Tort Statute fail as a matter of law; and (6) Plaintiffs have failed to allege facts sufficient to create *respondeat superior* liability. The bases for the CACI Defendants' motion are set forth in greater detail in the accompanying Memorandum.

Wherefore, the CACI Defendants respectfully request that the Court grant its motion. A proposed order is attached.

Respectfully submitted,

/s/  *J. William Koegel, Jr.*
_____
J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

October 2, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2008, I caused the foregoing to be served, by hand delivery, on the counsel set forth below. I also will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Susan L. Burke
> William Gould
> Attorneys for Plaintiff
> Burke O'Neil LLC
> 4112 Station Street
> Philadelphia, PA 19127
> (215) 487-6596 – telephone
> sburke@burkeoneil.com
> wgould@burkeoneil.com

> /s/ *J. William Koegel, Jr.*
> _____
> J. William Koegel, Jr.
> Virginia Bar No. 38243
> Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> (202) 429-3000 - telephone
> (202) 429-3902 – facsimile
> wkoegel@steptoe.com