**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| Al Shimari *et al.*, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00827 (GBL/JFA) |
| | ) | |
| CACI International, Inc. *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

*UNOPPOSED MOTION OF PLAINTIFFS TO EXTEND TIME TO RESPOND TO*
*DEFENDANT CACI'S MOTION TO DISMISS BY THREE DAYS*

Plaintiffs respectfully request that the Court extend until October 16, 2008, the time for

Plaintiffs to respond to Defendant CACI's Motion to Dismiss. Plaintiffs' response to this motion

is currently due on October 13, 2008, and by this motion Plaintiffs request a three day extension

to October 16, 2008. Counsel for Defendant CACI has consented to this modest extension.

CACI has noticed this motion for October 24; Plaintiffs requested extension of time will not alter

this date.

Defendant CACI filed its motion to dismiss this action on October 2, 2008, after the

Court granted CACI permission to exceed the page limit for motions in the Eastern District of

Virginia. In their 37-page brief, Defendants present six separate substantive arguments. If

allowed the three extra days to respond, Plaintiff intends to file its opposition in accordance with

the page limit rule applicable in this District. However, in order to accomplish this, Plaintiffs

need additional time to hone and condense their arguments in opposition to CACI's motion to

dismiss.  As Mark Twain once said, if he had more time, he would have written a shorter letter.

That is the spirit that motivates Plaintiffs in seeking this extension.  CACI has consented to this

brief extension of time.

      Wherefore, Plaintiffs request that the Court enter an Order, in the form attached hereto,

extending the time for Plaintiffs to respond to Defendant CACI's Motion to Dismiss from

October 13, 2008 to October 16, 2008.

Date:   October 3, 2008                 Respectfully submitted,

                                                             _____/s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
Fax (215) 482.0874
sburke@burkeoneil.com


Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of October 2008 I caused a true and correct copy of the foregoing Plaintiff' Consent Motion Requesting and Extension of Time to be served via electronic mail on the following individuals at the address indicated:

William Koegel, Esq.
John O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington D.C. 20036

      /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
Fax (215) 482.0874
sburke@burkeoneil.com