**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Al Shimari *et al.*, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:08-cv-00827 (GBL/JFA) |
| CACI International, Inc. *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) ) |

**NOTICE OF HEARING ON PLAINTIFFS' CONSENT MOTION REQUESTING**
**AN EXTENSION OF TIME TO RESPOND TO CACI'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, October 10, 2008, or as

soon thereafter as counsel may be heard, at the United States Courthouse, 401

Courthouse Square, Alexandria, Virginia, Plaintiffs will bring on for hearing its Consent

Motion to Extend time to Respond to CACI's Motion to Dismiss.

Date:   October 3, 2008

Respectfully submitted,

_____/s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
Fax (215) 482.0874
sburke@burkeoneil.com


Katherine Gallagher
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor

New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of October 2008 I caused a true and correct copy of the foregoing Plaintiffs' Notice of Motion Requesting and Extension of Time to be served via electronic mail on the following individuals at the address indicated:

William Koegel, Esq.
John O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington D.C. 20036

_____/s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
Fax (215) 482.0874
sburke@burkeoneil.com