IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Al Shimari et al.,

    Plaintiff,

v.

CACI International, Inc. et al.,

    Defendants.

Civil Action No. 1:08-cv-00827 (GBL/JFA)

## ORDER

The Court, having considered Plaintiffs' Unopposed Motion To Extend Time To Respond To Defendant CACI's Motion To Dismiss, GRANTS the motion and orders that Plaintiffs will respond to Defendant CACI's Motion on or before October 16, 2008.

SO ORDERED this 7th day of October 2008.

/s/ JFA
John F. Anderson
United States Magistrate Judge