# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 08-cv-0827 GBL-JFA<br>) |
| CACI INTERNATIONAL, INC., et. al., | )<br>) |
| Defendants | )<br>)<br>)<br>) |

## NOTICE OF SUBMISSION

In accordance with the Court's October 8, 2008 Notice of Correction, the Plaintiffs hereby submit a corrected version of Exhibit A to their Memorandum Opposition to CACI's Motion to Stay Discovery, Dkt. #41.

                                                            Respectfully submitted,

                                                            /s/ Susan L. Burke
                                            Susan L. Burke (Va. Bar No. 27769)
                                            William T. O'Neil
                                            William F. Gould
                                            Attorneys for Plaintiffs
                                            BURKE O'NEIL LLC
                                            4112 Station Street
                                            Philadelphia, PA 19127
                                            Telephone: (215) 487-6596
                                            Facsimile: (215) 482-0874
                                            sburke@burkeoneil.com
                                            woneil@burkeoneil.com
                                            wgould@burkeoneil.com

Date: October 9, 2008

# EXHIBIT A

# INTERROGATION RULES OF ENGAGEMENT

**Approved approaches for All detainees:**
- Direct
- Incentive
- Incentive Removal
- Emotional Love / Hate
- Fear Up Harsh
- Fear Up Mild
- Reduced Fear
- Pride & Ego Up
- Futility
- We Know All
- Establish Your Identity
- Repetition
- File & Dossier
- Rapid Fire
- Silence

**Require CG's Approval:**
- Change of scenery down
- Dietary Manip (monitored by med)
- Environmental Manipulation
- Sleep Adjustment (reverse sched)
- Isolation for longer than 30 days
- Presence of Mil Working Dogs
- Sleep Management (72 hrs max)
- Sensory Deprivation (72 hrs max)
- Stress Positions (no longer than 45 min)

**Safeguards:**
- ~ Techniques must be annotated in questioning strategy
- ~ Approaches must always be humane and lawful
- ~ Detainees will NEVER be touched in a malicious or unwanted manner
- ~ Wounded or medically burdened detainees must be medically cleared prior to interrogation
- ~ The Geneva Conventions apply within CJTF-7

**EVERYONE IS RESPONSIBLE FOR ENSURING COMPLIANCE TO THE IROE. VIOLATIONS MUST BE REPORTED IMMEDIATELY TO THE OIC.**

The use of the techniques are subjects to the general safeguards as provided as well as specific guidelines implemented by the 205th MI Cdr, FM 34-52, and the Commanding General, CJTF-7

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

J. William Koegel, Jr. (Va. Bar No. 38243)
John F. O'Connor (*pro hac vice* application pending)
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 - facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

                                                  /s/ Susan L. Burke
                                      Susan L. Burke (Va. Bar No. 27769)
                                      William T. O'Neil
                                      William F. Gould
                                      Attorneys for Plaintiffs
                                      BURKE O'NEIL LLC
                                      4112 Station Street
                                      Philadelphia, PA 19127
                                      Telephone: (215) 487-6596
                                      Facsimile: (215) 482-0874
                                      sburke@burkeoneil.com
                                      woneil@burkeoneil.com
                                      wgould@burkeoneil.com