[Al Shimari v. Dugan et al](#)  Doc. 4

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CACI INTERNATIONAL INC, et ano, )<br><br>Defendants. ) | Case No. 1:08-CV-00827-GBL-JFA |

### MOTION OF DEFENDANTS CACI PREMIER TECHNOLOGY, INC., AND CACI INTERNATIONAL INC FOR PARTIAL SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

Defendants CACI Premier Technology, Inc., and CACI International Inc (collectively, the "CACI Defendants") respectfully move for partial summary judgment with respect to all common-law claims (Counts X through XX) asserted in this action by Plaintiffs Rashid, Al Zuba'e, and Al-Ejaili. Partial summary judgment is appropriate because these Plaintiffs' common-law claims are time-barred through a straightforward application of Virginia's statute of limitations, and an application of Fourth Circuit and Supreme Court precedent. The bases for the CACI Defendants' motion is set forth in greater detail in the accompanying Memorandum.

Wherefore, the CACI Defendants respectfully request that the Court enter judgment in favor of the CACI Defendants against Plaintiffs Rashid, Al Zuba'e, and Al-Ejaili with respect to Counts X through XX of the Amended Complaint. A proposed order is attached.

[Dockets.Justia.com](#)

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
　　Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2008, I served the foregoing, by hand delivery, on the counsel indicated below. In addition, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Susan L. Burke
> William Gould
> Attorneys for Plaintiff
> Burke O'Neil LLC
> 4112 Station Street
> Philadelphia, PA 19127
> (215) 487-6596 – telephone
> sburke@burkeoneil.com
> wgould@burkeoneil.com

/s/ J. William Koegel, Jr.

J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for Defendant CACI-Athena, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com