## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| SUHAIL NAJIM ABDULLAH | ) | |
| AL SHIMARI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:08-CV-00827-GBL-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CACI INTERNATIONAL INC, et ano, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### STATEMENT OF MATERIAL FACTS FOR WHICH THERE IS NO GENUINE DISPUTE IN CONNECTION WITH THE MOTION OF DEFENDANTS CACI PREMIER TECHNOLOGY, INC., AND CACI INTERNATIONAL INC FOR PARTIAL SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

Defendants CACI Premier Technology, Inc., and CACI International Inc hereby submit the following Statement of Material Facts For Which There Is No Genuine Dispute in connection with their motion for partial summary judgment based on the statute of limitations:

1.      Plaintiff Rashid alleges that he was arrested by United States military personnel on or about September 22, 2003, and released on or about **May 6, 2005**.  Am. Compl. ¶¶ 26, 44.

2.      Plaintiff Al Zuba'e alleges that he was arrested by United States military personnel on or about November 1, 2003 and released on or about **October 24, 2004**.  Am. Compl. ¶¶ 45, 53.

3.      Plaintiff Al-Ejaili alleges that he was arrested by the United States military on or about November 3, 2003 and released on or about **February 1, 2004**.  Am. Compl. ¶¶ 54, 63.

4. Plaintiffs Rashid, Al Zuba'e, and Al-Ejaili allege that they suffered the personal injuries for which they seek to hold the CACI Defendants liable during the time that they were detained by the United States military at Abu Ghraib prison in Iraq. Am. Compl. ¶ 1.

5. This action was first filed as a single-Plaintiff lawsuit by Plaintiff Al Shimari on June 30, 2008. Compl. (filed June 30, 2008). This motion does not seek summary judgment on Plaintiff Al Shimari's claims.

6. Plaintiffs Rashid, Al Zuba'e, and Al-Ejaili first filed claims against the CACI Defendants in the United States District Court for the Eastern District of Virginia on **September 15, 2008** when they, along with Plaintiff Al Shimari, filed an Amended Complaint in this Court. Am. Compl. (filed September 15, 2008).

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2008, I served the foregoing, by hand delivery, on the counsel indicated below. In addition, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Susan L. Burke
William Gould
Attorneys for Plaintiff
Burke O'Neil LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596 – telephone
sburke@burkeoneil.com
wgould@burkeoneil.com


*/s/  J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for Defendant CACI-Athena, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com