**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| _____ ) | |
| SUHAIL NAJIM ABDULLAH ) | |
| AL SHIMARI, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00827-GBL-JFA |
| ) | |
| v. ) | |
| ) | |
| CACI INTERNATIONAL INC, et ano., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

<u>**AMENDED NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that on Thursday, October 30, 2008, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, counsel for Defendants CACI International Inc and CACI Premier Technology, Inc., will present argument on their Motion for Partial Summary Judgment Based on the Statute of Limitations.

Dockets.Justia.com

Respectfully submitted,

*/s/  J. William Koegel, Jr.*

_____

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Susan L. Burke
William Gould
Attorneys for Plaintiff
Burke O'Neil LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596 – telephone
sburke@burkeoneil.com
wgould@burkeoneil.com


/s/  J. William Koegel, Jr.
_____
J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for Defendant CACI-Athena, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com