[Al Shimari v. Dugan et al](#)     [Doc. 5](#)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) ) ) ) |
|         Plaintiffs, | ) ) |
| v. | ) ) ) |
| CACI INTERNATIONAL INC, et al., | ) ) |
|         Defendants. | ) ) |

Case No. 1:08-CV-00827-GBL-JFA

**CACI DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL
MATERIAL IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY**

Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") respectfully request leave to file with the Court a copy of the recently-promulgated Department of Defense Directive No. 3115.09 (October 9, 2008)[1] in support of the CACI Defendants' Motion to Stay Discovery. This Directive, governing interrogations and the protection of interrogation-related information, was issued and effective on October 9, 2008; the CACI Defendants learned of its existence on October 15, 2008. Because this Defense Department Directive addresses a core issue raised in the CACI Defendants' Motion to Stay Discovery, allowing the CACI Defendants to file this Directive will give the Court a more complete picture of the Defense Department's position on the availability of interrogation-related materials in discovery. The bases for the CACI Defendants' motion are set forth in greater detail in the accompanying memorandum.

---

[1] A copy of Department of Defense Directive No. 3115.09 is attached as Exhibit A to the CACI Defendants' supporting Memorandum.

[Dockets.Justia.com](http://dockets.justia.com/)

Wherefore, the CACI Defendants respectfully request that the Court grant this Motion and deem Exhibit A to the CACI Defendants' supporting memorandum as filed in support of the CACI Defendants' Motion to Stay Discovery. A proposed order is attached.[2]

Respectfully submitted,

*/s/ J. William Koegel, Jr.*
J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, Dc  20036
(202) 429-3000 – Telephone
(202) 429-3902 – Facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

October 17, 2008

---

[2] Counsel for the CACI Defendants conferred with Plaintiffs' counsel concerning the subject of this motion. Through no fault of their own, Plaintiffs' counsel were unable to provide a substantive response to the CACI Defendants' request for consent to this motion. That the hearing on the CACI Defendants' Motion to Stay Discovery is set for October 24, 2008 necessitated the filing of this motion without further delay.

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Susan L. Burke
> William Gould
> Attorneys for Plaintiff
> Burke O'Neil LLC
> 4112 Station Street
> Philadelphia, PA 19127
> (215) 487-6596 – telephone
> sburke@burkeoneil.com
> wgould@burkeoneil.com

> /s/ J. William Koegel, Jr.
> J. William Koegel, Jr.
> Virginia Bar No. 38243
> John F. O'Connor (admitted *pro hac vice*)
> Attorneys for Defendants CACI Premier
> Technology, Inc. and CACI International Inc
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, Dc  20036
> (202) 429-3000 – Telephone
> (202) 429-3902 – Facsimile
> wkoegel@steptoe.com
> joconnor@steptoe.com