IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 1:08-cv-00827 (GBL/JFA) |
| | ) | |
| CACI INTERNATIONAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

It is hereby **ORDERED** that the Initial Pretrial Conference in this matter, previously scheduled for October 22, 2008 at 10:00 a.m., is continued to October 30, 2008 at 11:30 a.m.

Entered this 16th day of October 2008.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia