IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __08-827__, Case Name __Al Shimari v. Dugan__
Party Represented by Applicant: __Suhail Najim Abdullah Al Shimari__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FILED
OCT 17 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please) __Katherine Marie Gallagher__
Bar Identification Number __N/A__ State __New York__
Firm Name __Center for Constitutional Rights__
Firm Phone # __212-614-6464__ Direct Dial # __212-614-6455__ FAX # __212-614-6499__
E-Mail Address __kgallagher@ccrjustice.org__
Office Mailing Address __666 Broadway, 7th Floor, New York, NY 10012__

Name(s) of federal court(s) in which I have been admitted __See Attachment A__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   __9/22/08__
(Signature)                          (Date)
SUSAN L. BURKE
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __✓__

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)

__10-17-08__
(Date)

# Attachment A

## United States Courts and Dates of Admission

| Circuit Court Name | Date of Admittance |
|---|---|
| Second Circuit, Court of Appeals | October 03, 2006 |
| Ninth Circuit, Court of Appeals | February 27, 2007 |
| DC Circuit, Court of Appeals | February 28, 2007 |
| **District Court Name** | **Date of Admittance** |
| Southern District of New York | July 31, 2007 |
| Eastern District of New York | August 30, 2007 |
| Western District of New York | January 11, 2008 |
| **Supreme Court** | **Date of Admittance** |
| US Supreme Court | May 27, 2008 |