# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) CACI INTERNATIONAL INC, et ano., ) ) Defendants. ) ) | Case No. 1:08-CV-00827-GBL-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, October 24, 2008, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, counsel for Defendants CACI International Inc and CACI Premier Technology, Inc., will present argument on their Motion for Leave to File Additional Material in Support of Their Motion to Stay Discovery.

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

---

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
　　Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Susan L. Burke
>William Gould
>Attorneys for Plaintiff
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 487-6596 – telephone
>sburke@burkeoneil.com
>wgould@burkeoneil.com


>/s/   J. William Koegel, Jr.
>_____
>
>J. William Koegel, Jr.
>Virginia Bar No. 38243
>Attorney for Defendant CACI-Athena, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 - telephone
>(202) 429-3902 – facsimile
>wkoegel@steptoe.com