# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CACI INTERNATIONAL INC, et ano, <br><br> Defendants. | Case No. 1:08-CV-00827-GBL-JFA |

## SUPPLEMENTAL DECLARATION OF JOHN F. O'CONNOR

I, John F. O'Connor, hereby declare as follows:

1. I am an attorney with the law firm of Steptoe & Johnson LLP. I am one of the counsel of record for Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") in this action. I have personal knowledge of the matters addressed in this Declaration.

2. Attached hereto are true copies of the following documents:

    Exhibit A:    Plaintiffs' RICO Case Statement from the *Saleh* case

    Exhibit B:    Memorandum of Law in Support of the Central Intelligence Agency's Motion for Summary Judgment, *ACLU v. CIA*, No. 07-CV-5435 (S.D.N.Y.)

    Exhibit C:    Department of Defense Directive 3115.09 (issued Oct. 9, 2008)

3.  Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true to the best of my knowledge and belief. Executed this 22nd day of October 2008, at Washington, D.C.

_____
John F. O'Connor

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Susan L. Burke
        William Gould
        Attorneys for Plaintiff
        Burke O'Neil LLC
        4112 Station Street
        Philadelphia, PA 19127
        (215) 487-6596 – telephone
        sburke@burkeoneil.com
        wgould@burkeoneil.com


        */s/  J. William Koegel, Jr.*
        _____
        J. William Koegel, Jr.
        Virginia Bar No. 38243
        Attorney for Defendant CACI-Athena, Inc.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 429-3000 - telephone
        (202) 429-3902 – facsimile
        wkoegel@steptoe.com