Date: 10-28-08
Start: 1:19
Finish: 1:37

Judge: John F. Anderson
Reporter: FTR

Civil Action Number: 08-827CV

Al-Shimari

vs.

Dugan

Appearances of Counsel for ( ) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:

Mo to Stay (discovery) - Granted
for leave to file add'l material - Granted ("s")

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

18 mins