IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH )
AL SHIMARI, et al., )
                                      )
            Plaintiffs, )
                                      )
    v.                            )   Civil Action No. 1:08cv0827 (GBL/JFA)
                                      )
CACI INTERNATIONAL, INC., et al., )
                                      )
            Defendants. )
_____)

## ORDER

Before the court are the defendant's Motion to Stay Discovery (Docket no. 29) and Motion for Leave to File Additional Material in Support of Motion to Stay Discovery (Docket no. 54). Upon consideration of the memorandum in support of the motions (Docket nos. 30 and 55), the plaintiffs' opposition (Docket no. 41), the defendants' reply (Docket no. 49) and the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motions are granted.

Entered this 24th day of October 2008.

                                          /s/
                                  John F. Anderson
                                  John F. Anderson
                                  United States Magistrate Judge

Alexandria, Virginia