JURY

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00827-GBL-JFA
Internal Use Only

*[handwritten: October 24, 2008, 12:30 - 1:15 (Rptr: R. Wilson)]*

Al Shimari v. Dugan et al
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge John F. Anderson
Case in other court: Ohio Southern, 2:08-cv-00637
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 08/08/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

### Plaintiff

**Suhail Najim Abdullah Al Shimari**　　　　represented by　**Jennifer M Kinsley**
Sirkin Pinales & Schwartz - 1
105 W Fourth Street
Suite 920
Cincinnati, OH 45202
**NA**
513-721-4876
Fax: 513-721-0876
*TERMINATED: 08/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*[handwritten: Δ's mot. to dism. amended Complaint - heard & T.U.A.]*

✓ **Susan L. Burke** *[handwritten: + Katherine Gallagher, William O'Neil, for Petts]*
Burke O'Neil LLC (PA)
4112 Station St
Philadelphia, PA 19127
(215) 487-6590
Fax: (215) 482-0874
Email: sburke@burkeoneil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Taha Yaseen Arraq Rashid**　　　　represented by　**Susan L. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*[handwritten: Bill Koegel + John O'Connor for Δs]*

### Plaintiff

**Sa'ad Hamza Hantoosh Al-Zuba'e**　　　　represented by　**Susan L. Burke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Salah Hasan Nusaif Jasim Al-Ejaili**　　　　represented by　**Susan L. Burke**