# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 08-cv-0827 GBL-JFA ) |
| CACI INTERNATIONAL, INC., *et. al.*, | ) ) |
| Defendants | ) ) ) |

## PLAINTIFFS' MOTION FOR LEAVE TO REBUT CACI'S FACTUAL MISREPRESENTATIONS MADE DURING ORAL ARGUMENT

On Friday, October 24, 2008, this Court heard oral argument on CACI"s motion to dismiss. During oral argument, CACI made significant factual misrepresentations. Because CACI's dismissal arguments rests so heavily on those disputed facts, Plaintiffs respectfully ask this Court for leave to file the attached Memorandum of Rebuttal, which explains why CACI's factual representations should not be accepted as true by this Court.

    /s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
Rosemary B. Healy (*pro hace* application pending)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482-0874 (facsimile)
sburke@burkeoneil.com

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor

New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of October, 2008, I caused the foregoing Plaintiffs' Motion for Leave To File a Rebuttal to be emailed via the ECF system to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (*pro hac vice* application pending)
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

                                               /s/ Susan L. Burke
                                       Susan L. Burke (VA Bar #27769)
                                       Counsel for Plaintiffs
                                       BURKE O'NEIL LLC
                                       4112 Station Street
                                       Philadelphia, PA 19127
                                       (215) 487-6596
                                       (215) 482.0874 – facsimile
                                       sburke@burkeoneil.com