# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 08-cv-0827 GBL-JFA ) |
| CACI INTERNATIONAL, INC., *et. al.*, | ) ) |
| Defendants | ) ) ) |

## NOTICE OF HEARING

Please take notice that on Thursday, October 30, 2008, or as soon thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, Plaintiffs will bring on for hearing for leave to file a rebuttal to CACI's factual misrepresentations made during oral argument held on October 24, 2008.

Date:   October 27, 2008           /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
William T. O'Neil
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482-0874 (facsimile)
sburke@burkeoneil.com

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.

888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of October, 2008, I caused the foregoing Notice of Hearing to be emailed via the ECF system to the following:


J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com


          /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482.0874 – facsimile
sburke@burkeoneil.com