# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 08-cv-0827 GBL-JFA |
| CACI INTERNATIONAL, INC., *et. al.*, | )<br>)<br>) |
| Defendants | )<br>)<br>) |

**NOTICE OF HEARING**

Please take notice that on Friday, November 21, 2008, or as soon thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, Plaintiffs will bring on for hearing for leave to file a rebuttal to CACI's factual misrepresentations made during oral argument held on October 24, 2008.

Date: October 28, 2008
　　　　　　　　　　　　　　　　　　　/s/ Susan L. Burke
　　　　　　　　　　　　　　　　　　　Susan L. Burke (VA Bar #27769)
　　　　　　　　　　　　　　　　　　　William T. O'Neil
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs
　　　　　　　　　　　　　　　　　　　BURKE O'NEIL LLC
　　　　　　　　　　　　　　　　　　　4112 Station Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19127
　　　　　　　　　　　　　　　　　　　(215) 487-6596
　　　　　　　　　　　　　　　　　　　(215) 482-0874 (facsimile)
　　　　　　　　　　　　　　　　　　　sburke@burkeoneil.com

　　　　　　　　　　　　　　　　　　　Katherine Gallagher
　　　　　　　　　　　　　　　　　　　CENTER FOR CONSTITUTIONAL RIGHTS
　　　　　　　　　　　　　　　　　　　666 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10012

　　　　　　　　　　　　　　　　　　　Shereef Hadi Akeel
　　　　　　　　　　　　　　　　　　　AKEEL & VALENTINE, P.C.

888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2008, I caused the foregoing Notice of Hearing to be emailed via the ECF system to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

          /s/ Susan L. Burke
        Susan L. Burke (VA Bar #27769)
        Counsel for Plaintiffs
        BURKE O'NEIL LLC
        4112 Station Street
        Philadelphia, PA 19127
        (215) 487-6596
        (215) 482.0874 – facsimile
        sburke@burkeoneil.com