**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al*., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CACI INTERNATIONAL, INC., *et. al*., )<br><br>Defendants ) | C.A. No. 08-cv-0827 GBL-JFA |

**NOTICE OF BENCH SUBMISSION**

Attached is a copy of the Declaration of Susan L. Burke, which was handed up to

the Court on Friday, October 24, 2008.


Date:   October 28, 2008          _____/s/ Susan L. Burke_____
                                  Susan L. Burke (VA Bar #27769)
                                  William T. O'Neil
                                  Counsel for Plaintiffs
                                  BURKE O'NEIL LLC
                                  4112 Station Street
                                  Philadelphia, PA 19127
                                  (215) 487-6596
                                  (215) 482-0874 (facsimile)
                                  sburke@burkeoneil.com

                                  Katherine Gallagher
                                  CENTER FOR CONSTITUTIONAL RIGHTS
                                  666 Broadway, 7th Floor
                                  New York, NY 10012

                                  Shereef Hadi Akeel
                                  AKEEL & VALENTINE, P.C.
                                  888 West Big Beaver Road
                                  Troy, Michigan 48084-4736

                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2008, I caused the foregoing Notice of Hearing to be emailed via the ECF system to the following:


J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com


      /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482.0874 – facsimile
sburke@burkeoneil.com