IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __08-827__, Case Name __Al Shimari v. Dugan, et al__
Party Represented by Applicant: __Suhail Najim Abdullah Al Shimari__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED OCT 3 0 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Rosemary Healy__
Bar Identification Number __412122__ State __D.C.__
Firm Name __Burke O'Neil LLC__
Firm Phone # __202-232-5504__ Direct Dial # __267-679-1104__ FAX # __202-232-5513__
E-Mail Address __rhealy@burkeoneil.com__
Office Mailing Address __1718 20th Street, NW, Washington, DC 20009__

Name(s) of federal court(s) in which I have been admitted __None.__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __10.22.2008__ (Date)
Susan L. Burke
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid __/s/__ or Exemption Granted _____
The motion for admission is GRANTED _____ or DENIED __X__

because the Applicant is not admitted to practice in any federal court.

/s/
Gerald Bruce Lee
United States District Judge
(Judge's Signature)

10 30 08
(Date)