IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> CACI INTERNATIONAL, INC., *et. al.*, </br></br> Defendants | ) ) ) ) ) ) ) C.A. No. 08-cv-0827 GBL-JFA ) ) ) ) ) ) |

**NOTICE OF REVISION TO HEARING DATE**

Counsel for CACI has requested that Plaintiffs move the hearing date noticed for Plaintiffs' Leave To File Rebuttal To CACI's Factual Misrepresentations during Oral Argument from the presently-scheduled November 21, 2008, to November 7, 2008. If this date is acceptable to the Court, Plaintiffs hereby notice the hearing for November 7, 2008.

Date: November 3, 2008

     /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
William T. O'Neil
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482-0874 (facsimile)
sburke@burkeoneil.com

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.

888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 3rd day of November, 2008, I caused the foregoing Notice of Hearing to be emailed via the ECF system to the following:


J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com


                                                   /s/ Susan L. Burke
                                        Susan L. Burke (VA Bar #27769)
                                        Counsel for Plaintiffs
                                        BURKE O'NEIL LLC
                                        4112 Station Street
                                        Philadelphia, PA 19127
                                        (215) 487-6596
                                        (215) 482.0874 – facsimile
                                        sburke@burkeoneil.com