IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI INTERNATIONAL, INC., *et. al.*, <br><br> Defendants | ) ) ) ) ) ) ) C.A. No. 08-cv-0827 GBL-JFA ) ) ) ) ) ) |

**REPLY TO CACI'S OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE**

CACI claims in Opposition to Plaintiffs' Motion for Leave To File a Rebuttal that the Court should ignore "Plaintiffs' unsupported rendition of the facts" because granting the motion would require the Court to permit CACI to file a response, and thus would delay resolution of CACI's motion to dismiss. But CACI wrongly elevates speed over accuracy.[1] The Court clearly needs to be certain that it is resting its ruling by applying the law to the facts alleged by Plaintiffs, not to the facts made up by CACI during oral argument. Fed.R.Civ.P. 12(b)(6). Indeed, the Court of Appeals for the Fourth Circuit cautions it is an abuse of the District Court's discretion to rest its decision on erroneous findings of material fact. *See Franks v. Ross*, 313

---

[1] Plaintiffs are not trying to delay the proceedings. Indeed, Plaintiffs filed the motion seeking leave to file the rebuttal on October 27, the very first business day after the oral argument, and noticed the hearing for October 30, a date on which the parties were scheduled to appear before the Court on CACI's motion for summary judgment. Plaintiffs noticed the hearing for a later date after CACI determined it could not respond so quickly.

F.3d 184 (4th Cir. 2002); *Quince Orchard Valley Citizens Ass'n . Hodel*, 872.F.2d 75, 78 (4th Cir. 1989). Plaintiffs respectfully request that the Court grant them leave to file the rebuttal.

        /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482-0874 (facsimile)
sburke@burkeoneil.com

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2008, I caused the foregoing Plaintiffs' Motion for Leave To File a Rebuttal to be emailed via the ECF system to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (*pro hac vice* application pending)
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

    /s/ Susan L. Burke
Susan L. Burke (VA Bar #27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596
(215) 482.0874 – facsimile
sburke@burkeoneil.com