MAGISTRATE JUDGE: Anderson     DATE: 11-12-08

CA- 08-827CV

Time: 10:60
      11:01

APPEARANCES: Counsel for: Plaintiff (✓) Defendant (✓) Pro-se ( )

INITIAL PRETRIAL CONFERENCE

DISCOVERY PLAN: ( ) APPROVED    ( ) APPROVED AS AMENDED
                 ( ) FILE By _____

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: ( ) YES Consent signed

ADR/SETTLEMENT: ( ) PENDING    ( ) WILL DISCUSS    ( ) OTHER

(✓) ORDER TO ISSUE

Case Continued to _____ @ _____ for 16(b) Conference.