

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH )
AL SHIMARI, et al., )
 )
        Plaintiffs, )
 )
v. ) Civil Action No. 1:08cv827 (GBL/JFA)
 )
CACI INTERNATIONAL, INC., et al., )
 )
        Defendants. )
_____)

## RULE 16(B) SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), an initial pretrial conference was held in this matter on November 12, 2008. Upon consideration of the representations made by the parties in their Proposed Discovery Plans (Docket no. 50) and for the reasons discussed during the pretrial conference, the court makes the following rulings:

1. The date by which all discovery shall be concluded will be set in any order entered lifting the current stay on discovery.

2. Fed. R. Civ. P. 26(a)(1) disclosures shall be completed within ten (10) days of the entry of any order lifting the stay on discovery.

3. The parties may serve discovery requests during the stay on discovery, and any such requests will be deemed served on the day any order lifting the stay on discovery is entered.

4. Counsel stated that they have informed their clients about their obligations regarding the preservation of discoverable information.

5. The court has agreed to the joint request to allow the parties to take up to twenty (20) non-party, non-expert depositions once an order lifting the stay on discovery is entered.

6. Any motion to amend the pleadings or to join a party shall be made as soon as possible after counsel or the party becomes aware of the grounds for the motion.

7. Expert disclosures shall be governed by Local Civil Rule 26(D)(2) and will be established once a new date for the completion of discovery has been set.

8. Counsel agree to discuss any issues concerning the disclosure or discovery of electronically stored information to the extent they arise.

9. Counsel indicated that they will work together to draft a stipulated protective order.

10. Counsel agree to discuss issues related to service of pleadings and discovery.

11. To the extent any party intends to assert a claim of privilege or protection as trial preparation material, any such claim must be made in a timely manner and in accordance with Fed. R. Civ. P. 26(b)(5).

12. Filings under seal are disfavored and discouraged. *See Va. Dep't of State Police v. Washington Post*, 386 F.3d 567, 575-76 (4th Cir. 2004). Any motion to file a document under seal, including a motion for entry of a protective order containing provisions for filing documents under seal, must comply with Local Civil Rule 5 and must be noticed for a hearing in open court. The motion must state sufficient facts supporting the action sought, and each proposed order must include specific findings.

13. A paper copy of any non-dispositive motion and all papers relating to the motion shall be **delivered directly to the chambers of the undersigned magistrate judge** upon filing. *See* ECF Policies and Procedures, Alexandria Courtesy Copy Information.

14. All motions, except for summary judgment, shall be noticed for a hearing on the earliest possible Friday before the final pretrial conference. Ten working days' notice is required

for motions to dismiss, for summary judgment and for judgment on the pleadings. **A non-dispositive motion must be filed by 5:00 p.m. the Friday before the Friday for which it is noticed, with a response due by 5:00 p.m. the Wednesday before the hearing.** All motions must contain a statement that a good-faith effort to narrow areas of disagreement has been made in accordance with Local Civil Rule 7(E) and Local Civil Rule 37(E) for discovery motions.

15. All Fed. R. Civ. P. 12 issues shall be raised in one pleading unless leave of court is first obtained. All summary judgment issues shall be presented in the same pleading unless leave of court is first obtained.

16. All motions must adhere to the page limits set in Local Civil Rule 7(F)(3). No pleading shall be in type less than ten (10) pitch or twelve (12) point.

17. Disclosures under Fed. R. Civ. P. 26(a)(1) and (2), notices of depositions, interrogatories, requests for documents and admissions, and answers thereto shall not be filed except on order of the court, or for use in a motion or at trial.

18. At this time, the parties do not consent to the jurisdiction of a magistrate judge.

19. In the event this case is tried before a jury, each party shall file their proposed jury instructions and voir dire five (5) business days prior to trial in accordance with Local Civil Rule 51. Violation of this Rule will constitute a waiver of objections to any instructions given. In the event the case is tried without a jury, counsel shall file written proposed findings of fact and conclusions of law prior to the beginning of trial.

Entered this 12th day of November 2008.

/s/ JTA
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia