UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) ) ) ) |
| Plaintiffs, | ) ) No. 1:08-CV-827-GBL-JFA |
| v. | ) ) |
| CACI INTERNATIONAL INC, et ano., | ) ) |
| Defendants. | ) ) |

**MOTION OF DEFENDANTS CACI INTERNATIONAL
INC AND CACI PREMIER TECHNOLOGY, INC., FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, "CACI") respectfully seek leave to file a supplemental memorandum, attached hereto as Exhibit 1, in support of their motion to dismiss Plaintiffs' Amended Complaint. The supplemental memorandum would address the newly-released Senate Armed Services Committee "Inquiry into the Treatment of Detainees in U.S. Custody" and its impact on CACI's assertion that Plaintiffs' claims present nonjusticiable political questions. *See* Koegel Decl., Ex. A (the "Report"). The bases for CACI's motion are set forth in greater detail in the accompanying memorandum.

Wherefore, CACI respectfully requests that the Court grant it leave to file the supplemental memorandum attached as Exhibit 1. A proposed order is attached.

Respectfully submitted,

*/s/ J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
 Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

December 19, 2008

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 19th day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Susan L. Burke
William Gould
Attorneys for Plaintiff
Burke O'Neil LLC
4112 Station Street
Philadelphia, PA 19127
(215) 487-6596 – telephone
sburke@burkeoneil.com
wgould@burkeoneil.com


/s/　J. William Koegel, Jr.
_____
J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for Defendant CACI-Athena, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com