# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) CACI INTERNATIONAL INC, et ano., ) ) Defendants. ) ) | Case No. 1:08-CV-00827-GBL-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, January 9, 2009, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, counsel for Defendants CACI International Inc and CACI Premier Technology, Inc., will present argument on their Motion for Leave to File Supplemental Memorandum in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint.

Respectfully submitted,

*/s/   J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 19th day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

          Susan L. Burke
          William Gould
          Attorneys for Plaintiff
          Burke O'Neil LLC
          4112 Station Street
          Philadelphia, PA 19127
          (215) 487-6596 – telephone
          sburke@burkeoneil.com
          wgould@burkeoneil.com


          */s/   J. William Koegel, Jr.*
          _____
          J. William Koegel, Jr.
          Virginia Bar No. 38243
          Attorney for Defendant CACI-Athena, Inc.
          STEPTOE & JOHNSON LLP
          1330 Connecticut Avenue, N.W.
          Washington, D.C. 20036
          (202) 429-3000 - telephone
          (202) 429-3902 – facsimile
          wkoegel@steptoe.com