## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2009, I caused a copy of Plaintiffs' Responding To CACI's Leave To File a Supplemental Memorandum to be emailed via the ECF system to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

_____/s/ Susan L. Burke_____
Susan L. Burke (VA Bar #27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
(215) 971.5058
(215) 482.0874 – facsimile
sburke@burkeoneil.com