IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

Suhail Najim Abdullah )
Al Shimari, et al., )
    Plaintiffs, )
)
v. ) Case No. 1:08cv827 (GBL)
)
CACI International, Inc., )
et ano., )
    Defendants. )

## ORDER

THIS MATTER is before the Court on Motion of Defendants CACI International, Inc. and CACI Premier Technology, Inc., for Leave to File Supplemental Memorandum in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint. Plaintiffs consent to the Motion. Therefore, it is hereby

ORDERED that the Motion of Defendants CACI International, Inc. and CACI Premier Technology, Inc., for Leave to File Supplemental Memorandum in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint is GRANTED.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 14th day of January, 2009.

                                          /s/
                                    Gerald Bruce Lee
                                    United States District Judge

Alexandria, Virginia
1/ 14 /09