IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

| | | |
|---|---|---|
| Suhail Najim Abdullah Al Shimari, et al., Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Case No. 1:08cv827 (GBL) |
| CACI International, Inc., et ano., Defendants. | ) ) ) ) | |

### ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to Rebut CACI's Factual Misrepresentations Made During Oral Argument. Defendants also recently filed a motion to submit a supplemental memorandum, which the Court granted January 14, 2009. Therefore, it is hereby

ORDERED that Plaintiffs' Motion for Leave to Rebut CACI's Factual Misrepresentations Made During Oral Argument is GRANTED.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 21st day of January, 2009.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
1/ 21 /09