**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Al Shimari *et al*., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00827 (GBL/JFA) |
| | ) |
| CACI International, Inc. *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF ADDITIONAL AUTHORITY

PLEASE TAKE NOTICE that the District Court for Maryland recently issued the
attached opinion in *Teofila Ochoa Lizarbe et al. v Juan Manuel Rivera Rondon*, C.A. No.
07-1809 (PJM). This opinion constitutes compelling additional support for the arguments
made in the torture victims' Opposition to the Motion To Dismiss.


Date: March 11, 2009          Respectfully submitted,

          ____/s/ Susan L. Burke_____
          Susan L. Burke (VA Bar #27769)
          William T. O'Neil
          William F. Gould
          BURKE O'NEIL LLC
          1000 Potomac Street
          Washington, DC 20007
          (202) 445-1409
          Fax (202) 232-5514
          sburke@burkeoneil.com


          Katherine Gallagher
          CENTER FOR CONSTITUTIONAL
          RIGHTS

666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March 2009 I caused a true and correct

copy of the foregoing Plaintiffs' Notice to be served via the ECF system on the following

persons:

>           William Koegel, Esq.
>           John O'Connor, Esq.
>           Steptoe & Johnson LLP
>           1330 Connecticut Ave., N.W.
>           Washington D.C. 20036


>           _____/s/ Susan L. Burke_____
>           Susan L. Burke (VA Bar #27769)
>           William T. O'Neil
>           William F. Gould
>           BURKE O'NEIL LLC
>           4112 Station Street
>           Philadelphia, PA 19127
>           (215) 971.5058
>           Fax (215) 482.0874
>           sburke@burkeoneil.com