# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 1:08-CV-827-GBL-JFA ) ) |
| CACI INTERNATIONAL INC, et ano., | ) ) |
| Defendants. | ) ) ) |

## CONSENT MOTION OF DEFENDANTS CACI INTERNATIONAL INC AND CACI PREMIER TECHNOLOGY, INC., FOR LEAVE TO FILE A MEMORANDUM REGARDING SUPPLEMENTAL AUTHORITY

Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, "CACI") respectfully seek leave to file a memorandum regarding supplemental authority relevant to their pending Motion to Dismiss. Counsel for CACI is authorized to represent that counsel for Plaintiffs consents to this motion.

Wherefore, CACI respectfully requests that the Court grant it leave to file their memorandum regarding supplemental authority. A proposed order is attached.

Respectfully submitted,

*/s/   J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

March 13, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Susan L. Burke
>William Gould
>Attorneys for Plaintiff
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 487-6596 – telephone
>sburke@burkeoneil.com
>wgould@burkeoneil.com

>*/s/  J. William Koegel, Jr.*
>
>J. William Koegel, Jr.
>Virginia Bar No. 38243
>Attorney for Defendant CACI-Athena, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 - telephone
>(202) 429-3902 – facsimile
>wkoegel@steptoe.com