**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March, 2009, I filed the Victims' Response to CACI's Notice of Supplemental Authority with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

                                                                          /s/ Susan L. Burke
Susan L. Burke (Virginia Bar No. 27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
1000 Potomac Street
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com