# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al. ) ) ) ) | |
| Plaintiffs, ) | Case No. 1:08-CV-00827-GBL-JFA |
| ) | |
| v. ) | |
| ) | |
| CACI INTERNATIONAL INC, et ano., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered the CACI Defendants' Consent Motion for Leave to File a Memorandum Regarding Supplemental Authority finds that the CACI Defendants' motion is well taken. Accordingly, the Court hereby GRANTS the CACI Defendants' motion, and CACI may file its proposed memorandum regarding supplemental authority.

SO ORDERED this *2nd* day of *March*_____, 2009.

/s/
Gerald Bruce Lee
United States District Judge

GERALD BRUCE LEE
UNITED STATES DISTRICT JUDGE