# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) CACI INTERNATIONAL INC, et ano., ) ) Defendants. ) ) | No. 1:08-CV-827-GBL-JFA |

## NOTICE OF APPEAL

Notice is hereby given that Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Order of the District Court entered in this action on March 18, 2009, denying the CACI Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

Respectfully submitted,

*/s/  J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier
    Technology, Inc. and CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

March 23, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Susan L. Burke
>William Gould
>Attorneys for Plaintiff
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127
>(215) 487-6596 – telephone
>sburke@burkeoneil.com
>wgould@burkeoneil.com

>/s/   J. William Koegel, Jr.
>_____
>J. William Koegel, Jr.
>Virginia Bar No. 38243
>Attorney for Defendant CACI-Athena, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 - telephone
>(202) 429-3902 – facsimile
>wkoegel@steptoe.com