```
Court Name: United States District Court
Division: 1
Receipt Number: 14603004769
Cashier ID: lrobey
Transaction Date: 03/24/2009
Payer Name: STEPTOE AND JOHNSON
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: STEPTOE AND JOHNSON
 Amount:         $455.00
----------------------------------------
CHECK
 Remitter: STEPTOE AND JOHNSON
 Check/Money Order Num: 405647
 Amt Tendered:   $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

NOTICE OF APPEAL
108CV827
```