| 4cca-30 | REV. 10/30/07 | T R A N S M I T T A L   S H E E T |
|---|---|---|

(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF VA<br>at Alexandria<br>Caption:<br><br>Suhail Najim Abdullah Al Shimari, et al.<br>-v-<br>CACI International, Inc., et al. | District Court No.:<br>1:08cv827<br><br>4CCA No.: _____<br><br>Consolidated with No.: _____<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 3/23/09 | 4. Fees<br>___ USA no fee required<br>$5 filing fee: ✓ paid ___ unpaid<br>$450 docket fee: ✓ paid ___ unpaid<br>Pauper status: ___ granted ___ denied ___ pending in dist.ct.<br>Does PLRA Apply? ___ Yes ___ No  3-strikes? ___ Yes ___ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
|---|---|
| 2. Amended NOA filed: | |
| 3. District Judge:<br>Gerald Bruce Lee | 5. Materials Under Seal in District Court: ___ Yes ✓ No<br>Party Names Under Seal in District Court: ___ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>Renecia Wilson<br>Coordinator:<br>Maria Hewitt | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness  Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**   TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD   ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ☐ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ✓ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ✓ YES  ___ NO<br>All transcript on file? ___ YES  ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file? ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Nora McKeough    Phone: (703) 299-2152    Date: 03/25/09