**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 08-cv-827 GBL-JFA |
| CACI INTERNATIONAL, INC., *et. al.*, | )<br>)<br>) |
| Defendants | )<br>)<br>)<br>) |

# THE TORTURE VICTIMS'
## MOTION TO STRIKE CACI'S NOTICE OF APPEAL

The Torture Victims move to strike CACI's March 23, 2009, notice of appeal from the docket. CACI filed a notice of appeal, not a motion a motion for interlocutory appeal pursuant to 28 U.S.C. §1292(b). CACI has no right to a direct appeal at this procedural stage in the litigation, as is more fully set forth in the accompanying Memorandum. The Torture Victims respectfully request that the Court strike CACI's notice. A proposed Order is attached.

Respectfully submitted,

/s/ Susan L. Burke

Susan L. Burke (Virginia Bar No. 27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
1000 Potomac Street
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com

Katherine Gallagher (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

Date: March 27, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

> J. William Koegel, Jr.
> Virginia Bar No. 38243
> John F. O'Connor (admitted *pro hac vice*)
> Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> (202) 429-3000 - telephone
> (202) 429-3902 – facsimile
> wkoegel@steptoe.com
> joconnor@steptoe.com

    /s/ Susan L. Burke