**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

---

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al*., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    C.A. No. 08-cv-827 GBL-JFA <br> ) |
| CACI INTERNATIONAL, INC., *et. al*., | ) <br> ) |
| Defendants | ) <br> ) <br> ) <br> ) |

---

### NOTICE OF HEARING

    PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, April 3, 2009, or as soon thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, The Plaintiff Torture Victims will bring on for hearing their motion to strike or dismiss Defendants' notice of appeal.

                     Respectfully submitted,


                     _____/s/ Susan L. Burke_____

                     Susan L. Burke (Virginia Bar No. 27769)
                     William T. O'Neil
                     William F. Gould
                     BURKE O'NEIL LLC
                     1000 Potomac Street
                     Washington, DC 20007
                     Tel: (202) 445-1409
                     Fax: (202) 232-5514
                     sburke@burkeoneil.com

Katherine Gallagher (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

Date: March 27, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

> J. William Koegel, Jr.
> Virginia Bar No. 38243
> John F. O'Connor (admitted *pro hac vice*)
> Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> (202) 429-3000 - telephone
> (202) 429-3902 – facsimile
> wkoegel@steptoe.com
> joconnor@steptoe.com

>       /s/ Susan L. Burke