**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 08-cv-827 GBL-JFA<br>) |
| CACI INTERNATIONAL, INC., *et. al.*, | )<br>) |
| Defendants | )<br>)<br>)<br>) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, April 3, 2009, or as soon thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, The Plaintiff Torture Victims will bring on for hearing their motion to lift the Court's order staying discovery in this matter.

Respectfully submitted,

　　　　/s/ Susan L. Burke　　　　

Susan L. Burke (Virginia Bar No. 27769)
William T. O'Neil
William F. Gould
BURKE O'NEIL LLC
1000 Potomac Street
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com

                                                             Katherine Gallagher (admitted *pro hac vice*)
                                                             CENTER FOR CONSTITUTIONAL RIGHTS
                                                             666 Broadway, 7th Floor
                                                             New York, NY 10012

                                                             Shereef Hadi Akeel
                                                             AKEEL & VALENTINE, P.C.
                                                             888 West Big Beaver Road
                                                             Troy, Michigan 48084-4736

                                                             *Attorneys for Plaintiffs*

Date: March 27, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

> J. William Koegel, Jr.
> Virginia Bar No. 38243
> John F. O'Connor (admitted *pro hac vice*)
> Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> (202) 429-3000 - telephone
> (202) 429-3902 – facsimile
> wkoegel@steptoe.com
> joconnor@steptoe.com

                                          /s/ Susan L. Burke