UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CACI INTERNATIONAL INC, et ano., <br><br> Defendants. | Case No. 1:08-CV-00827-GBL-JFA |

## DECLARATION OF JOHN F. O'CONNOR

I, John F. O'Connor, hereby declare as follows:

1. I am a partner in the law firm of Steptoe & Johnson LLP, and one of the counsel of record for Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants"). I submit this Declaration in support of the CACI Defendants' Opposition to Plaintiffs' Motion to Lift the Court's Stay of Discovery and the Opposition of Defendants CACI International Inc and CACI Premier Technology, Inc., to Plaintiffs' Motion to Strike the CACI Defendants' Notice of Appeal.

2. Attached hereto are true copies of the foregoing documents:

Exhibit 1: Order of January 27, 2009 in *Systems Research and Application Corp. v. Sidhu*, No. 1:08cv947(GBL) (E.D. Va.).

Exhibit 2: Memorandum in Support of Motion for Stay of Counterclaim Pending Appeal in *Systems Research and Application Corp. v. Sidhu*, No. 1:08cv947(GBL) (E.D. Va.).

Exhibit 3: Order of February 12, 2009 in *Systems Research and Application Corp. v. Sidhu*, No. 1:08cv947(GBL) (E.D. Va.).

3. Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

Executed at Washington, D.C., this 1st day of April, 2009.

_____
John F. O'Connor

# CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of April, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Susan L. Burke
        William Gould
        Attorneys for Plaintiff
        Burke O'Neil LLC
        1000 Potomac Street
        Suite 150
        Washington, D.C. 20007
        sburke@burkeoneil.com
        wgould@burkeoneil.com

        /s/ J. William Koegel, Jr.
        _____
        J. William Koegel, Jr.
        Virginia Bar No. 38243
        Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 429-3000 - telephone
        (202) 429-3902 – facsimile
        wkoegel@steptoe.com