IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

| | |
|---|---|
| Suhail Najim Abdullah Al Shimari, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:08cv827 (GBL) ) |
| CACI International, Inc., et ano., | ) ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Strike CACI's Notice of Appeal. Plaintiffs ask the Court to strike Defendants' Notice of Appeal from the docket because Defendants are not entitled to a direct appeal at this stage in the litigation and because Defendants failed to file a motion of interlocutory appeal. Even if Plaintiffs' arguments are correct, Plaintiffs point to no legal authority which suggests that the proper response from a district court is to strike the Notice of Appeal. This Court finds that any deficiencies in the substance or manner of Defendants' appeal are properly addressed by the United States Court of Appeals for the Fourth Circuit, not this Court. Therefore, it is hereby

ORDERED that Plaintiffs' Motion to Strike CACI's Notice of Appeal is DENIED.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 31 day of March, 2009.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
03/ 31 /09