**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al*., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 08-cv-827 GBL-JFA ) |
| CACI INTERNATIONAL, INC., *et. al*., | ) ) ) |
| Defendants | ) ) ) ) |

**THE TORTURE VICTIMS' REPLY IN SUPPORT OF THEIR
MOTION TO LIFT THE COURT'S STAY OF DISCOVERY**

In light of the Court's Order denying the torture victims motion to strike or dismiss Defendants' Notice of Appeal (Docket #109, March 31, 2009), the torture victims withdraw their motion to lift the stay of discovery. While the torture victims contend that the Notice of Appeal is frivolous, s*ee Behrens v. Pelletier*, 516 U.S. 299, 311 (1996) (approving of the review of a notice of appeal by the District Court to determine whether it is frivolous and noting that this process minimizes disruption of the ongoing proceedings), the Order having issued, the victims will file the necessary papers with the Fourth Circuit. Pending the Fourth Circuit's determination of jurisdiction, the torture victims withdraw their motion to lift the stay of discovery.

                                        Respectfully submitted,

                                          /s/ Susan L. Burke

                                        Susan L. Burke (Virginia Bar No. 27769)

William F. Gould
BURKE O'NEIL LLC
1000 Potomac Street, NW, Suite 150
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com

Katherine Gallagher (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, Michigan 48084-4736

*Attorneys for Plaintiffs*

Date: April 2, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

>J. William Koegel, Jr.
>Virginia Bar No. 38243
>John F. O'Connor (admitted *pro hac vice*)
>Attorneys for Defendants CACI Premier Technology, Inc. and CACI International Inc
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 - telephone
>(202) 429-3902 – facsimile
>wkoegel@steptoe.com
>joconnor@steptoe.com

>                /s/ Susan L. Burke
>
>Susan L. Burke (Virginia Bar No. 27769)
>BURKE O'NEIL LLC
>1000 Potomac Street, NW,
>Suite 150
>Washington, DC 20007
>Tel: (202) 445-1409
>Fax: (202) 232-5514
>sburke@burkeoneil.com