IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH )
AL SHIMARI, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:08cv0827 (GBL/JFA)
)
CACI INTERNATIONAL, INC., et al., )
)
Defendants. )
)

## ORDER

Before the court is the plaintiffs' Motion to Vacate the Order on the Motion to Stay Discovery (Docket no. 101). It appearing that the Honorable Gerald Bruce Lee, United States District Judge, has denied the plaintiffs' Motion to Strike CACI's Notice of Appeal (Docket no. 109), it is hereby

ORDERED that the Motion to Vacate the Order on the Motion to Stay is denied.

Entered this 2nd day of April 2009.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia