**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.,*  Plaintiffs  v.  CACI INTERNATIONAL, INC., *et al.,*  Defendants. | Civil Action No. 08-00827 |

**NOTICE OF CHANGE OF COUNSEL ADDRESS**

Plaintiffs hereby notice a change in address and telephone number for plaintiffs' counsel Susan L. Burke. Effective immediately, the address and telephone numbers are as follows:

> Susan L. Burke
> BURKE ONEIL LLC
> 1000 Potomac Street, NW
> Suite 150
> Washington, DC 20007
> Telephone: 202-232-5504
> Facsimile: 202-232-5513
> Mobile: 202-445-1409

Dated: April 9, 2009                Respectfully submitted,

                    /s/ Susan L. Burke
                Susan L. Burke (Virginia Bar # 277769)
                BURKE ONEIL LLC
                Attorneys for Plaintiff
                1000 Potomac Street, NW
                Suite 150
                Washington, DC 20007
                Telephone: (202) 232-5504
                Facsimile: (202) 232-5513
                Mobile: (202)-445-1409
                sburke@burkeoneil.com

# CERTIFICATE OF SERVICE

I, Susan L. Burke, do hereby certify that on the 9th day of April 2009, I caused true and correct copies of the foregoing **Notice of Change of Counsel Address** to be served, via electronic mail, upon the following individuals at the addresses indicated:

> Joseph William Koegel, Jr.
> John F. O'Connor, Jr.
> STEPTOE & JOHNSON, L.L.P.
> Attorneys for Defendants CACI
> International, Inc. and CACI
> Premier Technology
> 1330 Connecticut Avenue, NW
> Washington, DC  20036-1795
> wkoegel@steptoe.com
> joconnor@steptoe.com

                                          /s/  Susan L. Burke
                                              Susan L. Burke