**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 08-cv-827 GBL-JFA ) |
| CACI INTERNATIONAL, INC., *et. al.*, | ) ) |
| Defendants | ) ) ) ) |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that, following the issuance of an Order for briefing on the merits by the Court of Appeals for the Fourth Circuit on November 16, 2009, and without waiving any right to argue that the present appeal is premature, in the event the appeal of Defendants is heard, Plaintiffs cross-appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Order of the District Court entered in this action on March 18, 2009. In that Order, the District Court denied Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in part, and granted it to the extent that Plaintiffs' claims rely upon the Alien Tort Statute, 28 U.S.C. § 1350, for jurisdiction.

Respectfully submitted,

_____/s/ Susan L. Burke_____

Susan L. Burke (Virginia Bar No. 27769)
William T. O'Neil (admitted *pro hac vice*)

William F. Gould
BURKE O'NEIL LLC
1000 Potomac Street, NW Suite 150
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com

Katherine Gallagher (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

*Attorneys for Plaintiffs*

Date: November 30, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Attorneys for Defendants CACI Premier Technology, Inc. and
CACI International Inc
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com


_____/s/ Susan L. Burke_____
Susan L. Burke (Virginia Bar No. 27769)
Counsel for Plaintiffs
BURKE O'NEIL LLC
1000 Potomac Street Suite 150
Washington, DC 20007
Tel: (202) 445-1409
Fax: (202) 232-5514
sburke@burkeoneil.com