```
Court Name: United States District Court
Division: 1
Receipt Number: 14683010112
Cashier ID: lrobey
Transaction Date: 12/01/2009
Payer Name: BURKE ONEIL
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BURKE ONEIL
 Amount:        $455.00
----------------------------------------
CHECK
 Remitter: BURKE ONEIL
 Check/Money Order Num: 1949
 Amt Tendered: $455.00
----------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

APPEAL DOCKETING FEE
10BCV827
```