| 4cca-30 REV. 10/30/07 | TRANSMITTAL SHEET (Notice of Appellate Action) | |
|---|---|---|
| ___Notice of Filing<br>✓ Cross Appeal<br>___Interlocutory Appeal<br>___Additional NOA<br>___Amended NOA<br>___Transmittal of Record<br>___Transmittal of Certif.<br>___Supplement to ROA<br>___Supplemental Certif.<br>___Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF VA<br>at Alexadria<br>Caption:<br>Suhali Najin Abdullah Al Shimari, et al.<br>-v-<br>CACI International, Inc. | District Court No.:<br>1:08cv827<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br>09-1335<br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 11/30/09<br><br>2. Amended NOA filed: | 4. Fees<br>___USA no fee required<br>$5 filing fee: ✓ paid ___unpaid<br>$450 docket fee: ✓ paid ___unpaid<br>Pauper status: ___granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ___No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
|---|---|
| 3. District Judge:<br>Gerald Bruce Lee | 5. Materials Under Seal in District Court: ___Yes ✓ No<br>Party Names Under Seal in District Court: ___Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>Renecia Wilson<br><br>Coordinator:<br>Maria Hewitt | 7. Criminal/Prisoner Cases<br>___recalcitrant witness   Defendant's Address:<br>___on death row<br>___in custody<br>___on bond<br>___on probation |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
[ ] ORIGINAL RECORD    [ ] SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM:<br><br>[ ] PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>[ ] YES  [ ] NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br><br>[ ] COUNSELED: Available for transmittal<br>In-court hearing(s) held? ✓ YES ___NO<br>All transcript on file? ✓ YES ___NO<br>4CCA will request transmittal of record when needed in counseled cases. | USE FOR RECORDS IN PAPER FORM:<br><br>[ ] PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br><br>[ ] COUNSELED: Available for transmittal<br>In-court hearing(s) held? ___YES ___NO<br>All transcript on file? ___YES ___NO<br>4CCA will request transmittal of record when needed in counseled cases. |
|---|---|

Deputy Clerk: Nora McKeough    Phone: (703) 299-2152    Date: 12/01/09