FILED: December 2, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT



No. 09-1335 (L)
(1:08-cv-00827-GBL-JFA)

SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID;
SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JA AL-EJAILI,

Plaintiffs - Appellees

v.

CACI INTERNATIONAL, INCORPORATED; CACI PREMIER TECHNOLOGY,
INCORPORATED,

Defendants - Appellants

No. 09-2324
(1:08-cv-00827-GBL-JFA)

SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID;
SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JA AL-EJAILI,

Plaintiffs - Appellants

v.

CACI PREMIER TECHNOLOGY, INCORPORATED; CACI INTERNATIONAL,
INCORPORATED,

Defendants - Appellees

## O R D E R

The Court consolidates Case No. 09-1335 and Case No. 09-2324. The appellant in Case No. 09-1335 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk