FILED: February 23, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2324
(1:08-cv-00827-GBL-JFA)



SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JASIM AL-EJAILI,

      Plaintiffs - Appellants

v.

CACI PREMIER TECHNOLOGY, INCORPORATED; CACI INTERNATIONAL, INCORPORATED,

      Defendants - Appellees

JUDGMENT

In accordance with the decision of this Court, this appeal is dismissed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

      /s/ PATRICIA S. CONNOR, CLERK