FILED: March 11, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MAR 1 1 2011

No. 09-1335
(1:08-cv-00827-GBL-JFA)

SUHAIL NAJIM ABDULLAH AL SHIMARI; TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E; SALAH HASAN NUSAIF JASIM AL-EJAILI,

    Plaintiffs - Appellees,

v.

CACI INTERNATIONAL, INCORPORATED; CACI PREMIER TECHNOLOGY, INCORPORATED,

    Defendants - Appellants,

------------------------------------

KELLOGG BROWN & ROOT SERVICES, INCORPORATED,

    Amicus Supporting Appellant.

O R D E R

The Court directs that this case by held in abeyance pending resolution of the petition for certiorari pending before the United States Supreme Court in Saleh v. Titan Corp., Case No. 09-1313.

For the Court

/s/ Patricia S. Connor

Clerk