## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| SUHAIL NAJIM ABDULLAH | ) | |
| AL SHIMARI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:08-CV-00827-GBL-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CACI PREMIER TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT CACI PREMIER TECHNOLOGY, INC.'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE UNREDACTED COPIES OF GOVERNMENT REPORTS CONCERNING DETAINEE ABUSE AT ABU GHRAIB PRISON

Defendant CACI Premier Technology, Inc. ("CACI PT") respectfully moves to compel the United States to produce unredacted reports of government reports concerning detainee abuse at Abu Ghraib prison that were authored by Major General Antonio Taguba, Major General George Fay, and Vice Admiral Albert Church, III.[1]  Granting this motion will preserve CACI PT's due process and help determine whether the reports in question are trustworthy.  The bases for CACI PT's motion are set forth more fully in the attached Memorandum.

Wherefore, CACI PT respectfully requests that the Court grant this motion.[2]

---

[1] With respect to the Church Report, CACI PT seeks a complete and unredacted copy only of the parts of that report addressing detainee operations and abuse in Iraq.

[2] Counsel for CACI PT conferred with counsel for the United States on numerous occasions by telephone and in writing regarding the relief sought in this motion.  The United States does not consent to the relief requested.

Respectfully submitted,

*/s/   J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
John F. O'Connor (admitted *pro hac vice*)
Counsel for CACI Premier Technology, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com
joconnor@steptoe.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

George Brent Mickum IV
Law Firm of George Brent Mickum IV
5800 Wiltshire Drive
Bethesda, Maryland 20816
gbmickum@gmail.com

Susan L. Burke
Attorneys for Plaintiff
Burke PLLC
1000 Potomac Street, N.W.
Washington, D.C. 20007
(215) 487-6596 – telephone
sburke@burkeoneil.com

I further certify that on the 9th day of April, 2013, I will serve the foregoing on the following individuals via electronic and first class mail:

Scott D. Levin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Suite 5100
Washington D.C., 20530
(202) 305-0568 – telephone
Scott.levin2@usdoj.gov

Eric J. Soskin
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington D.C., 20530
(202) 353-0533 – telephone
eric.soskin@usdoj.gov

*/s/  J. William Koegel, Jr.*

J. William Koegel, Jr.
Virginia Bar No. 38243
Attorney for CACI Premier Technology, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 – facsimile
wkoegel@steptoe.com

2