# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI et al. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 08-cv-0827  GBL-JFA |
| | ) | |
| vs. | ) | |
| | ) | |
| CACI INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF ERIC SOSKIN

I, Eric Soskin, hereby declare as follows:

1.      I am an attorney with the Department of Justice, Federal Programs Branch, and counsel to the United States in regards to the *Touhy* requests and Rule 45 subpoenas served in the above-captioned action. I have personal knowledge of the facts stated in this Declaration

2.      Attached hereto are true copies of exhibits for Defendant's Opposition to Motion to Compel Deposition:

| Exhibit No. | Description |
|---|---|
| 1 | Letter from Robert E. Easton to J. William Koegel, Jr., dated March 7, 2013 |
| 2 | Letter from Robert E. Easton to J. William Koegel, Jr., dated April 4, 2013 |
| 3 | Declaration of Douglas G. Richards, dated April 16, 2013 |
| 4 | Declaration of Robert S. Taylor, dated April 17, 2013 |

1

| 5 | Memorandum from Attorney General Eric Holder, re: Policies and Procedures Governing Invocation of the State Secrets Privilege |
|---|---|

3.      Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

Executed at Washington, D.C., this 17th day of April, 2013.

/s/_Eric J. Soskin_____
ERIC J. SOSKIN

2