**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) |
| | ) |
| Plaintiffs, | )   C.A. No. 08-cv-0827 GBL-JFA |
| | ) |
| vs. | ) |
| | ) |
| CACI INTERNATIONAL, INC., et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DECLARATION OF SCOTT LEVIN**

I, Scott Levin, hereby declare as follows:

1. I am an attorney with the Department of Justice, Federal Programs Branch, and counsel to the United States in regards to the Rule 45 subpoenas served in the above-captioned action. I have personal knowledge of the facts stated in this Declaration

2. Attached hereto are true copies of exhibits for Defendant's Opposition to Motion to Compel the United States to Produce Documents and Permit Testimony Identifying Interrogation Personnel Having Contact with Plaintiffs:

| Exhibit No. | Description |
|---|---|
| 1 | Department of Defense Directive 3115.09 (Oct. 9, 2008) |
| 2 | Letter from J. William Koegel, Jr. to Robert S. Taylor, with enclosed Rule 45 subpoena to U.S. Department of Defense, dated Jan. 16, 2013 |
| 3 | Letter from Robert E. Easton to J. William Koegel, Jr. dated Mar. 12, 2013 |
| 4 | Letter from J. William Koegel, Jr. to Kyle Freeny dated Feb. 25, 2013 |

1

| 5 | Letter from James M. Ives to J. William Koegel, Jr. dated Mar. 15, 2013 |
| 6 | Letter from Eric J. Soskin to John F. O'Connor dated Mar. 22, 2013 |
| 7 | Letter from Eric J. Soskin to Sarah H. Lorr dated Mar. 22, 2013 |
| 8 | Excerpts from Private Ivan L. Frederick's deposition transcript (Mar. 3, 2013) |
| 9 | Memorandum from the Attorney General, "Memorandum Governing Invocation of the State Secrets Privilege," dated Sept. 23, 2009 |
| 10 | Declaration of Robert S. Taylor, dated Apr. 17, 2013 |

3.   Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.  Executed at

Washington, D.C., this 17th day of April, 2013.


                                                            */s/ Scott D. Levin*
                                                            Scott D. Levin

2