# Exhibit 3



**DEPARTMENT OF DEFENSE**
**OFFICE OF GENERAL COUNSEL**
1600 DEFENSE PENTAGON
WASHINGTON, DC 20301-1600

**MAR 12 2013**

J. William Koegel Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036-1795

Re:    *Al-Shimari v. CACI Int'l Inc.*, No. 1:08cv827 (E.D. Va.)

Dear Mr. Koegel:

This letter follows up on the initial Department of Defense (DoD) response of March 7, 2013, to your correspondence to the Acting DoD General Counsel dated January 16, 2013 and Rule 45 subpoena in connection with the subject private litigation.  In further response to your Request 1, the enclosed 378 pages are produced pursuant to 32 C.F.R. § 97.6(a)(1) and (c)(2) and, as indicated below, subject to the provisions of the protective order entered by the court on March 4, 2013:

| Detainee Number | DoD Bates Numbers | Subject to PO? | Responsive To? |
| --- | --- | --- | --- |
| 150803 | DoD 00133 – 00214 | Yes | Request 1 |
| 152529 | DoD 00215 – 00246 | Yes | Request 1 |
| 152735 | DoD 00247 – 00262 | Yes | Request 1 |
| 153913 | DoD 00263 – 00510 | Yes | Request 1. |

Please note that the Original Classification Authority has determined that portions of these documents remain classified and cannot be released.  Thus, to the extent your request seeks unredacted copies of documents containing classified information, your request is denied.  *See* 32 C.F.R. § 97.4.

In addition, the enclosed one-page document, DoD Bates 00511, is produced in response to your Request 28(aa), again subject to the court's protective order.  Any contact with Colonel Kleinman must be coordinated through the Department of Justice (DOJ) counsel representing DoD's interests in this matter.

DoD is keeping this matter open.  Please continue to refer any questions or requests for additional information to DoD through our DOJ counsel.

Sincerely yours,

Robert E. Easton
Director, Office of Litigation Counsel
Office of Deputy General Counsel
(Legal Counsel)

Enclosures (as stated)

cc:
Scott Levin, U.S. Department of Justice
Eric Soskin, U.S. Department of Justice
James M. Ives, U.S. Army Litigation Division