# Exhibit 4



Steptoe
STEPTOE & JOHNSON LLP

J. William Koegel Jr.
202 429 6408
wkoegel@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

February 25, 2013

**BY EMAIL AND FIRST CLASS MAIL**

Kyle Freeny, Esq.
kyle.freeny@usdoj.gov
Scott Levin, Esq.
Scott.levin2@usdoj.gov
Federal Programs Branch
Civil Division
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Re:    *Al-Shimari, et al. v. CACI International Inc, et al.*
No. 1:08-CV-827-GBL-JFA (E.D. Va.)

Dear Kyle and Scott:

This letter is addressed to you based on your representation that you are the point of contact for all discovery from the United States in the *Al-Shimari* action. Pursuant to the Department of Defense's *Touhy* regulations, this letter is to request deposition testimony from the current or former DoD personnel listed below. For each deponent, we identify the nature and relevance of the information sought. Each of the depositions is sought in connection with the *Al-Shimari* action. You are, of course, intimately familiar with the allegations in the Second Amended Complaint as well as the defenses that the CACI Defendants have asserted by virtue of our previous communications and the Government's *amicus* participation in the Fourth Circuit's *en banc* rehearing of the appeal.

If anything further is needed to perfect this request, please let me know promptly.

| DEPONENT | SUBJECTS FOR EXAMINATION |
|---|---|
| Brady, Colonel William | The scope of CACI PT's contractual relationship with the U.S.; whether CACI PT personnel were acting within the scope of their employment at the times of the actions alleged in the Second Amended |



Steptoe
STEPTOE & JOHNSON LLP

Kyle Freeny, Esq.
February25, 2013
Page 2

| DEPONENT | SUBJECTS FOR EXAMINATION |
|---|---|
| | Complaint; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the conspiracy allegations in the Second Amended Complaint. |
| Church, III, Vice Admiral Albert | The portions of the report on the comprehensive review of DoD interrogation operations relating to Abu Ghraib pursuant to the May 25, 2004 SECDEF directive, particularly the underlying reasons for detainee abuse and the use of contract personnel in interrogation operations; the conspiracy allegations in the Second Amended Complaint. |
| Daniels, Major Eugene | The scope of CACI PT's contractual relationship with the U.S.; whether CACI PT personnel were acting within the scope of their employment at the times of the actions alleged in the Second Amended Complaint; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the conspiracy allegations in the Second Amended Complaint. |
| Fay, Major General George | The AR 15-6 Report on the Investigation of the Abu Ghraib Detention Facility and the 205th Military Intelligence Brigade (August 2004); the conspiracy allegations in the Second Amended Complaint. |



Kyle Freeny, Esq.
February25, 2013
Page 3

| DEPONENT | SUBJECTS FOR EXAMINATION |
|---|---|
| Graner, Charles | The activities of government personnel and CACI PT personnel at Abu Ghraib; the conspiracy allegations in the Second Amended Complaint. |
| Graveline, Captain Christopher | The activities of government personnel and CACI PT personnel of Abu Ghraib; Graveline and Clemens, *The Secrets of Abu Ghraib Revealed* (Potomac Books, 2010); the conspiracy allegations in the Second Amended Complaint. |
| Jordan, Lieutenant Colonel Steve | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the Interrogation Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |
| Mikolashek, Lieutenant General Paul T. | The portions of the Report on Detainee Operations (July 2004) relating to Abu Ghraib, particularly the underlying reasons for detainee abuse; the conspiracy allegations in the Second Amended Complaint. |
| Pappas, Colonel Thomas | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the organization, structure, staffing and operation of the Military Police at Abu Ghraib; the Interrogation |

Steptoe
STEPTOE & JOHNSON LLP

Kyle Freeny, Esq.
February25, 2013
Page 4

| DEPONENT | SUBJECTS FOR EXAMINATION |
|---|---|
| | Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |
| Phillabaum, Lieutenant Colonel Jerry | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the Interrogation Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |
| Price, Major Brent | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the Interrogation Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control |



Kyle Freeny, Esq.
February 25, 2013
Page 5

| Deponent | Subjects for Examination |
|---|---|
| | exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |
| Price, Major David M. | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the Interrogation Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |
| Schlesinger, Hon. James | The portions of the Final Report of the Independent Panel to Review DoD Detention Operations (August 2004) relating to Abu Ghraib, particularly the underlying reasons for detainee abuse; the conspiracy allegations in the Second Amended Complaint |
| Taguba, Major General Antonio | The AR 15-6 Investigation of the 800th Military Police Brigade (Jan. 2004); the conspiracy allegations in the Second Amended Complaint |
| Wood, Captain Carolyn | The activities of government personnel and CACI PT personnel at Abu Ghraib; the organization, structure, staffing and operation of the Joint Interrogation and Debriefing Center and the Interrogation Control Element at Abu Ghraib; the |



Kyle Freeny, Esq.
February25, 2013
Page 6

| DEPONENT | SUBJECTS FOR EXAMINATION |
|---|---|
| | Interrogation Rules of Engagement used or applied at Abu Ghraib; the integration of CACI PT personnel with military personnel in the performance of the military's combat related activities at Abu Ghraib; the operational control exercised by the military over CACI PT personnel at Abu Ghraib, including the military command structure; the extent to which the claims alleged in the Second Amended Complaint arise out of the combatant activities of the military; the detention and interrogation of the Plaintiffs; the conspiracy allegations in the Second Amended Complaint. |

     This list is not exhaustive; we expect to request the depositions of additional government personnel  as the case progresses. We also reserve the right to pursue deposition discovery independent of the *Touhy* process.

Sincerely,

J. William Koegel, Jr.

*Counsel for CACI International Inc and*
*CACI Premier Technology, Inc.*

/lpc

cc:     Baher Azmy, Esq.
           G. Brent Mickum IV, Esq.