# Exhibit 5



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
LITIGATION DIVISION
9275 GUNSTON ROAD
FT BELVOIR, VA 22060

REPLY TO
ATTENTION OF

March 15, 2013

U.S. Army Legal Services Agency

J. William Koegel, Jr.
Attorney at Law
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036-1795

Re: Al Shimari et al. v. CACI Int'l, No. 08-0827 (E.D.Va.)

Dear Mr. Koegel:

This letter responds to your February 25, & March 4, 2013 requests to depose 15 current or former Army, Navy, & Department of Defense (DoD) witnesses for use in the subject case. Your requests are approved in part. Due to the large number of individuals requested this response will refer to the individuals both by name and a sequential numeric identifier.

Your original request sought to depose: (1) Colonel William Brady; (2) Vice Admiral Albert Church, III; (3) Major Eugene Daniels; (4) Major General George Fay; (5) Charles Graner Jr; (6) Captain Christopher Graveline; (7) Lieutenant Colonel Steve Jordan; (8) Lieutenant General Paul T. Mikolashek; (9) Colonel Thomas Pappas; (10) Lieutenant Colonel Jerry Phillabaum; (11) Major Brent Price; (12) Major David M. Price; (13) The Honorable Doctor James Schlesinger; (14) Major General Antonio Taguba; & (15) Captain Carolyn Wood.

As a preliminary matter, in our February 26, 2013 letter this office notified you that we referred your request to depose (2) Vice Admiral Albert Church, III to the Navy for review. This referral was done in accordance with DODD 5405.2, paragraph 6.1.2, and AR 27-40, paragraph 7-4(d) because the Navy has cognizance and release authority over Navy personnel and information. The Navy OGC will review and respond to your request through the Department of Justice. Additionally, because the DoD has cognizance and release authority over DoD personnel and information your request to depose (13) Dr. Schlesinger has been forwarded to the DoD for review and response in accordance with DODD 5405.2, paragraph 6.1.2, and AR 27-40, paragraph 7-4(d). The DoD OGC will review and respond to that portion of your request through the Department of Justice.

Subject to the following conditions your request to depose the following current and former Army personnel is approved: (1) Colonel William Brady; (3) Major Eugene Daniels; (5) Charles Graner Jr; (7) Lieutenant Colonel Steve Jordan; (9) Colonel Thomas Pappas; (10) Lieutenant Colonel Jerry Phillabaum; (11) Major Brent Price; (12) Major David M. Price; & (15) Captain Carolyn Wood.

Approved Army personnel may only provide factual information regarding official information and may not provide opinions, answer hypothetical questions, or act as an expert witness. This limitation is based on Army policy generally prohibiting government employees from appearing as expert witnesses in private litigation. *See* 32 C.F.R. 516.42; *see also id.* §§ 97.6,

516.49.  Additionally, approved Army personnel may not provide official information that is classified, privileged, or otherwise protected by law from public disclosure; this includes, but is not limited to, any information about the identity of DoD interrogators, debriefers, contract interrogators, support personnel, and foreign government interrogators when their identities are associated with the interrogation, debriefing, or other intelligence questioning of a specific detainee. *See* DoD Directive 3115.09, October 11, 2012.  To the extent that approved Army personnel provide official information that the government designates as being subject to the terms of a protective order entered in this case, such information must be treated in accordance to the terms of said protective order.   Finally, because this is private litigation, the witness' participation must be at no expense to the United States. *See* 32 C.F.R., 516.48; *see also id.* § 516-55(c).

This approval is for the requested depositions only and does not authorize or approve participation by the approved Army personnel in future private litigation.  Should you desire additional interviews, depositions, or testimony in a future trial, such actions must be requested separate and apart from this request.  Our sole concern in this matter is to protect the interests of the United States Army.  The Army will not block access to documents or testimony to which you are lawfully entitled after proper compliance with federal requirements.  Army attorneys will attend the depositions on behalf of the Army.

Because you have yet to provide specific information detailing the time, date, and location for the depositions of: (1) Colonel William Brady; (3) Major Eugene Daniels; (11) Major Brent Price; & (12) Major David M. Price, the approval of their depositions is conditioned on your compliance with the notice provision of Army Regulation (AR) 27-40.  AR 27-40, paragraph 7-2(d) requires you to give us 14 days advance notice of their depositions to ensure our ability to review your request and schedule a Judge Advocate to attend.  Finally, a deposition of (5) Charles Graner Jr scheduled for March 27, 2013 in Pittsburgh, PA, has been approved in response to Plaintiffs' *Touhy* request.

With regard to your request to depose: (4) Major General George Fay; (6) Captain Christopher Graveline; (8) Lieutenant General Paul T. Mikolashek; & (14) Major General Antonio Taguba, it is our understanding from your communications with Department of Justice counsel that, in light of the Court's recent dismissal of plaintiff's conspiracy claims, you are reassessing whether to depose these individuals.  Therefore, this response will not address the depositions of these individuals and we will await your response regarding this issue.

Please remember that the labor and travel costs of these depositions must be at no cost to the Army or Army personnel.  Therefore, you will be responsible for the travel, lodging, and miscellaneous expenses related to attending the depositions for the Army personnel requested as well as the Army attorney attending the depositions.  Our office will keep your *Touhy* request open to await your decision regarding the depositions of the individuals listed in the paragraph above.  In the interim, if you should have any questions, please feel free to contact counsel at the Department of Justice, Scott Levin, at (202) 305-0568.

Sincerely,

James M. Ives
Chief, General Litigation Branch