## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **SUHAIL NAJIM** | ) | |
| **ABDULLAH AL SHIMARI** *et al.*, | ) | |
| | ) | C.A. No. 08-cv-0827 GBL-JFA |
| **Plaintiffs,** | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| **CACI PREMIER TECHNOLOGY,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 10, 2013 beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, the Plaintiffs will present argument on their Motion to Compel the United States to Produce Documents and Information.

Respectfully submitted,

*/s/ George Brent Mickum*
George Brent Mickum IV (VA Bar # 24385)
Law Firm of George Brent Mickum IV
5800 Wiltshire Drive
Bethesda, MD 20816
Telephone: (202) 281-8662
gbmickum@gmail.com

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Robert P. LoBue, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York 10046

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the Plaintiffs' Motion to Compel the United States to Produce Documents and Information through the CM/ECF system, which sends notification to counsel for Defendants.

I further certify that on May 2, 2013, I will serve the Plaintiffs' Motion to Compel the United States to Produce Documents and Information upon counsel for the United States Department of Justice via electronic mail at the addresses below:

**Scott Levin**
Scott.Levin2@usdoj.gov

**Eric Soskin**
Eric.Soskin@usdoj.gov

**Rodney Patton**
Rodney.Patton@usdoj.gov

**Sean O'Donnell**
Sean.O'Donnell@usdoj.govj.gov

*/s/ George Brent Mickum*
George Brent Mickum IV (VA Bar # 24385)

-3-