**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SUHAIL NAJIM ABDULLAH AL SHIMARI** *et al.*, | ) ) ) C.A. No. 08-cv-0827 GBL-JFA |
| **Plaintiffs,** | ) ) |
| *v.* | ) **PLAINTIFFS' MOTION TO** ) **COMPEL THE UNITED STATES** |
| **CACI PREMIER TECHNOLOGY, INC.,** | ) **TO PRODUCE DOCUMENTS** ) **AND INFORMATION** ) |
| **Defendant.** | ) |

Plaintiffs hereby move for an order compelling the United States to produce documents and information responsive to discovery requests served on the Department of Homeland Security ("DHS") pursuant to *United States ex rel. Touhy v. Regan*, 350 U.S. 463 (1951) and Federal Rule of Civil Procedure 45. The documents and information sought in these requests are responsive to the Court's inquiries regarding Plaintiffs Suhail Najim Abdullah Al Shimari's, Taha Yaseen Arraq Rashid's, and Asa'ad Hamza Hanfoosh Al-Zuba'e's present inability to travel to the United States. DHS's unreasonable refusal to engage in discovery is arbitrary and capricious. Plaintiffs' discovery requests complied with the *Touhy* regulations, and DHS has not asserted any reasonable basis to avoid compliance.

In light of Plaintiffs' substantial need for this information and their inability to obtain substantially equivalent information by other means, Plaintiffs respectfully request that the Court grant this motion.[1]

---

[1] Counsel for Plaintiffs conferred with counsel for the United States on numerous occasions, including April 29, 2013 and April 30, 2013, in an effort to reach a compromise regarding the relief sought in this motion. The United States does not consent to the relief requested. The United States has, however, consented to this Court's jurisdiction for this motion to compel.

Respectfully submitted,


_____*/s/ George Brent Mickum*_
George Brent Mickum IV (VA Bar # 24385)
Law Firm of George Brent Mickum IV
5800 Wiltshire Drive
Bethesda, MD 20816
Telephone: (202) 281-8662
gbmickum@gmail.com

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Robert P. LoBue, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10046

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the Plaintiffs' Motion to Compel the United States to Produce Documents and Information through the CM/ECF system, which sends notification to counsel for Defendants.

I further certify that on May 2, 2013, I will serve the Plaintiffs' Motion to Compel the United States to Produce Documents and Information upon counsel for the United States Department of Justice via electronic mail at the addresses below:

**Scott Levin**
Scott.Levin2@usdoj.gov

**Eric Soskin**
Eric.Soskin@usdoj.gov

**Rodney Patton**
Rodney.Patton@usdoj.gov

**Sean O'Donnell**
Sean.O'Donnell@usdoj.govj.gov


_/s/ George Brent Mickum_
George Brent Mickum IV (VA Bar # 24385)