# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

---

|  |  |
|---|---|
| **SUHAIL NAJIM ABDULLAH AL SHIMARI** *et al.*, | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| | ) **C.A. No. 08-cv-0827 GBL-JFA** |
| **v.** | ) **[PROPOSED] ORDER GRANTING** |
| | ) **PLAINTIFFS' MOTION TO** |
| **CACI PREMIER TECHNOLOGY, INC.** | ) **COMPEL THE UNITED STATES** |
| | ) **TO PRODUCE DOCUMENTS** |
| **Defendant.** | ) **AND INFORMATION** |
| | ) |

Upon consideration of Plaintiffs' Motion to Compel the United States to Produce Documents and Information, the Court grants the motion. Plaintiffs' requests to the Department of Homeland Security ("DHS") were properly made pursuant to *United States ex rel. Touhy v. Regan*, 350 U.S. 463 (1951) and Federal Rule of Civil Procedure 45. DHS's unreasonable refusal to engage in discovery is arbitrary and capricious. Plaintiffs' discovery requests complied with the *Touhy* regulations, and DHS has not asserted any reasonable basis to avoid compliance.

For the foregoing reasons, Plaintiffs' Motion to Compel the United States to Produce Documents and Information is GRANTED.

**SO ORDERED,** this _____ day of_____, 2013.

_____
Gerald Bruce Lee
United States District Judge

6173041v.1