# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI et al. | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 08-cv-0827  GBL-JFA |
| | ) | |
| vs. | ) | |
| | ) | |
| CACI INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF RODNEY PATTON

I, Rodney Patton, hereby declare as follows:

1.      I am an attorney with the Department of Justice, Federal Programs Branch, and counsel to the United States with regards to the *Touhy* requests and Rule 45 subpoena served in the above-captioned action. I have personal knowledge of the facts stated in this Declaration

2.      Attached hereto are true copies of exhibits for the Government's Opposition to Plaintiffs' Motion to Compel Production of Documents from the Department of Homeland Security:

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Debra I. Lubman, FBI Special Agent and Acting Deputy Director for Operations at the Terrorist Screening Center |
| 2 | Declaration of David E. Hoffman, Chief of the Sensitive Security Information Program of the Transportation Security Administration |
| 3 | Declaration of Vince N. Micone III |

1

3.      Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

Executed at Washington, D.C., this 8th day of May, 2013.

/s/ _Rodney Patton _____
RODNEY PATTON