IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:08-cv-827 (GBL-JFA) ) ) |
| CACI PREMIER TECHNOLOGY, INC. | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

THIS MATTER is before the Court *sua sponte*. For the reasons stated in the Court's Memorandum Opinion and Order dated June 25, 2013 (Doc. 460),

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 58, **FINAL JUDGMENT BE ENTERED** in favor of Defendant CACI Premier Technology, Inc. and against Plaintiffs Suhail Najim Abdullah Al Shimari, Taha Yaseen Arraq Rashid, Asa'ad Hamza Hanfoosh Al-Zuba'e, and Salah Hasan Nsaif Jasim Al-Ejaili.

**IT IS SO ORDERED**.

ENTERED this 23rd day of August, 2013.

Alexandria, Virginia
8/23/2013

                                               /s/
                                  Gerald Bruce Lee
                                  United States District Judge