**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SUHAIL NAJIM ABDULLAH AL SHIMARI**, *et al.*, | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| *v.* | )   C.A. No. 08-cv-0827 GBL-JFA<br>) |
| **CACI INTERNATIONAL, INC.**, *et al.*, | )<br>) |
| **Defendants** | )<br>) |

### SUPPLEMENTAL NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Suhail Najim Abdullah Al Shimari, Taha Yaseen Arraq Rashid, Asa'ad Hamza Hanfoosh Al-Zuba'e, and Salah Hasan Nsaif Jasim Al-Ejaili appeal to the United States Court of Appeals for the Fourth Circuit from a judgment entered on August 30, 2013, granting Defendants' bill of costs for $13,731.61 against Plaintiffs (Dkt. No. 474). Prior to the entry of the District Court's most recent order, Plaintiffs had previously filed a notice of appeal on July 24, 2013 (Dkt. No. 461) from a final judgment entered on June 25, 2013, dismissing Plaintiffs' claims, including but not limited to Plaintiffs' Alien Tort Statute claims (Dkt. No. 460), Plaintiffs' common law claims (Dkt. No. 460, 226), Plaintiffs' claims against Defendant CACI International, Inc. (Dkt. No. 215), and Claims II, V, VIII, XI, XIV, and XVII of the Second Amended Complaint (Dkt. No. 215).

Date: September 12, 2013

                                                */s/ George Brent Mickum*
                                      George Brent Mickum IV (VA Bar # 24385)
                                      Law Firm of George Brent Mickum IV
                                      5800 Wiltshire Drive
                                      Bethesda, MD 20816
                                      Telephone: (202) 281-8662
                                      gbmickum@gmail.com

2

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Robert P. LoBue, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2013, I electronically filed the Plaintiffs' SUPPLEMENTAL NOTICE OF APPEAL through the CM/ECF system, which sends notification to counsel for Defendants.

             */s/ George Brent Mickum*
             George Brent Mickum IV (VA Bar # 24385)