IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECH., INC., <br><br> Defendant. | 1:08-cv-827 (LMB/JFA) |

ORDER

For the reasons stated on the record in a telephone conference held on February 9, 2017, it is hereby

ORDERED that defendant's Motion for Reconsideration of the Court's Ruling Regarding Post-Remand Procedures [Dkt. No. 581] be and is GRANTED IN PART and DENIED IN PART, and it is further

ORDERED that the time period in which the parties may take the discovery deposition of plaintiffs Al Shimari, Al-Zuba'e, and Rashid is extended until April 17, 2017.

The Clerk is directed to remove the February 10, 2017 hearing from the Court's calendar and forward copies of this Order to counsel of record.

Entered this 9th day of February, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge