## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>Defendant. | Case No. 1:08-cv-0827 LMB-JFA |

## <u>MOTION TO SCHEDULE A STATUS CONFERENCE</u>

Plaintiffs respectfully request an order pursuant to Federal Rule of Procedure 16 to schedule a status conference before Magistrate Judge Anderson in accordance with the Court's instructions during the September 22, 2017 hearing. The bases for Plaintiffs' motion are set forth in the accompanying memorandum of law and Declaration of Robert P. LoBue.

Wherefore, Plaintiffs respectfully request that the Court grant its motion and schedule a status conference before Judge Anderson at the Court's earliest convenience.

Respectfully submitted,

*/s/ John Kenneth Zwerling*
John Kenneth Zwerling (VA Bar #08201)
The Law Offices of John Kenneth Zwerling, P.C.
114 North Alfred Street
Alexandria, Virginia 22314
Tel. 703-684-8000
jz@zwerling.com

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

10128602

Robert P. LoBue, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I electronically filed the Motion to Schedule a Status Conference through the CM/ECF system, which sends notification to counsel for Defendant.

_____*/s/ John Kenneth Zwerling*_____
John Kenneth Zwerling (VA Bar #08201)