# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, ASA'AD HAMZA HANFOOSH AL-ZUBA'E, and HASAN NSAIF JASIM AL-EJAILI, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant, | No.  1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and JOHN DOES 1-60, <br><br> Third-Party Defendants. | |

## CACI PT'S MEMORANDUM IN SUPPORT
## OF ITS MOTION TO FILE DOCUMENTS UNDER SEAL

This action centers on Plaintiffs' allegations that they were mistreated while in United States' custody at the Abu Ghraib detention facility in Iraq. At all times relevant to the allegations, Abu Ghraib was under the control of United States military as part of Operation Iraqi Freedom. The United States, now a party to this action, has provided discovery pursuant to the Protective Order in this case. *See* Dkt. #211.

Defendant CACI Premier Technology, Inc. ("CACI PT") seeks to file under seal its Reply in Support of Its Motion to Compel Disclosure of Interrogator Identities. CACI PT's reply

cites to discovery information designated as subject to the Protective Order by the United States. By the terms of the Protective Order, this material may be filed only if it is filed under seal. Dkt. #211 at ¶ 9.

Under *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000), an order to seal documents is valid and appropriate when the Court (1) provides notice to the public and gives the public an opportunity to object; (2) considers less drastic alternatives; and (3) provides specific findings in support of its decision to seal. Here, the public has been given notice of CACI PT's motion to seal. The motion to seal and supporting memorandum have been filed publicly. Less drastic alternatives to filing under seal are inappropriate. These documents relate to highly sensitive information about U.S. military operations in Iraq, and have been designated as subject to the Protective Order in this action. CACI PT has filed a public version of its reply that redacted references to protected information.

Respectfully submitted,

*/s/   Conor P. Brady*

| | |
|---|---|
| Conor P. Brady | William D. Dolan, III |
| Virginia Bar No. 81890 | Virginia Bar No. 12455 |
| John F. O'Connor (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. |
| Linda C. Bailey (admitted *pro hac vice*) | DOLAN, III, PC |
| STEPTOE & JOHNSON LLP | 8270 Greensboro Drive, Suite 700 |
| 1330 Connecticut Avenue, N.W. | Tysons Corner, Virginia 22102 |
| Washington, D.C. 20036 | (703) 584-8377 – telephone |
| (202) 429-3000 – telephone | wdolan@dolanlaw.net |
| (202) 429-3902 – facsimile | |
| cbrady@steptoe.com | |
| joconnor@steptoe.com | |
| lbailey@steptoe.com | |

*Counsel for Defendant CACI Premier Technology, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John Kenneth Zwerling
    The Law Offices of John Kenneth Zwerling, P.C.
    114 North Alfred Street
    Alexandria, Virginia 22314
    jz@zwerling.com

    Lauren Wetzler
    United States Attorney Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    lauren.wetzler@usdoj.gov

    */s/   Conor P. Brady*
    Conor P. Brady
    Virginia Bar No. 81890
    Attorney for Defendant CACI Premier Technology, Inc.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 429-3000 – telephone
    (202) 429-3902 – facsimile

    cbrady@steptoe.com