IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 1:08cv0827 (LMB/JFA) |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Third-Party Defendants. | ) ) |

MAY   4 2018

## ORDER

On Friday, May 4, 2018, counsel for the parties appeared before the court to present argument on defendant's motion to compel (Docket no. 736). Upon consideration of the motion, memorandum in support (Docket nos. 737–38), opposition by third-party defendant (Docket no. 775), response by plaintiffs (Docket no. 780), and reply (Docket no. 784), and for the reasons stated from the bench, it is hereby

ORDERED that defendant's motion to compel is denied. At this time it appears that the defendant should be able to obtain adequate information to defend itself against the plaintiffs' claims through pseudonymous depositions. As discussed during the hearing, the United States shall undertake to make the individuals discussed in the motion available for a deposition and, based on the arguments presented by the United States and objected to by the defendant, the court found that good cause exists for those depositions to proceed in a manner that protects the identity of the deponents, including their visual representations. This would include requiring

the deponents to be in a separate location from the parties taking the deposition and the deposition proceeding without a video feed or video recording. If, after conducting these depositions, defendant believes its ability to adequately defend against plaintiffs' claims has been denied, it may raise the remaining issues presented in the motion at that time based on specific arguments and information.

Entered this 4th day of May, 2018.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia