**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and JOHN DOES 1–60, <br><br> Third-Party Defendants. | No. 1:08–cv–827 (LMB/JFA) |

**SUPPLEMENTAL STATUS REPORT
REGARDING PSEUDONYMOUS DEPOSITIONS**

To date, the United States has arranged for CACI to notice and take the pseudonymous depositions of ten interrogators, analysts, and interpreters. The United States has been working diligently to arrange for CACI to notice and take the pseudonymous deposition of CACI Interrogator G. Arranging this final deposition has involved unique challenges posed by CACI Interrogator G's interest in retaining counsel for the deposition combined with his pseudonymous status. The United States believes that most of these issues have been addressed and that the parties and CACI Interrogator G will be in a position to proceed with this deposition in the near future.

The United States would consent to an appropriate extension of the discovery period for this final deposition should CACI seek leave of the Court for such an extension.

Dated:   October 15, 2018          Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

RUPERT M. MITSCH
Assistant Director, Torts Branch

ELLIOTT M. DAVIS
PAUL STERN
JOCELYN KRIEGER
Trial Attorneys, Civil Division
United States Department of Justice


   /s/
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA  22314
Tel:    (703) 299-3752
Fax:    (703) 299-3983
Email:   Lauren.Wetzler@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following counsel of record:

John Kenneth Zwerling
The Law Offices of John Kenneth Zwerling, P.C.
114 North Alfred Street
Alexandria, VA  22314
jz@zwerling.com

John C. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC  20036
joconnor@steptoe.com

William D. Dolan, III
Law Offices of William D. Dolan, III, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, VA  22102
wdolan@dolanlaw.net

           /s/
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA  22314
Tel:       (703) 299-3752
Fax:      (703) 299-3983
Email:   Lauren.Wetzler@usdoj.gov