# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>    Defendant.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and JOHN DOES 1–60,<br><br>    Third-Party Defendants. | No. 1:08–cv–827 (LMB/JFA) |

## THE UNITED STATES' WITNESS LIST

Third-Party Defendant United States of America respectfully submits the following list of potential witnesses for the trial of the above-captioned matter.

## WITNESSES

1. Plaintiff Suhail Najim Abdullah Al Shimari[*]

2. Plaintiff Asa'ad Hamza Hanfoosh Al-Zuba'e[*]

3. Plaintiff Salah Hasan Nsaif Jasim Al-Ejaili[*]

4. Plaintiff Taha Yaseen Arraq Rashid[*]

5. Defendant CACI Premier Technology, Inc.[†]

6. Arnold D. Morse[†]

7. CACI Interrogator A[‡]

8. Army Interrogator B[‡]

9. Army Interrogator C[‡]

10. Army Interrogator E[‡]

11. Army Interrogator F[‡]

12. CACI Interrogator G[‡]

13. Army Interrogator H[‡]

---

[*] The United States may call Plaintiffs if the need arises. The United States understands that Plaintiffs will attempt to testify live at trial. To the extent that one or more of the Plaintiffs are permitted to testify by videolink from a location outside of the United States, the United States will need, well in advance, the exact location or locations from which they will testify, so the State Department can either provide advance notice to its foreign counterparts or otherwise follow applicable procedures for obtaining evidence abroad, as is the practice when a sovereign takes testimony from an individual in a foreign country. The United States reserves the right to seek to present the testimony of these witnesses by deposition if they are, unbeknownst to the United States at the present time, unavailable for trial.

[†] The United States expects to present Defendant CACI Premier Technology, Inc. and Arnold D. Morse live at trial.

[‡] The United States expects to present the pseudonymous deponents by deposition.

14. Army Interrogator I‡

15. Interpreter K‡

16. Interpreter M‡

17. Interpreter N‡

18. Any other witness designated by Plaintiffs or Defendant CACI Premier Technology, Inc., to whom the United States does not object.

The witness list above reflects only the present status of this litigation. Accordingly, the United States reserves the right to amend this list—including eliminating proposed witnesses—should further litigative developments warrant.

Dated: October 24, 2018

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

RUPERT M. MITSCH
Assistant Director, Torts Branch

ADAM G. KIRSCHNER
ERIC J. SOSKIN
Senior Trial Counsel, Federal Programs Branch

ELLIOTT M. DAVIS

        PAUL STERN
        JOCELYN KRIEGER
        DANIEL D. MAULER
        Trial Attorneys, Civil Division
        United States Department of Justice

          /s/
        LAUREN A. WETZLER
        Chief, Civil Division
        Assistant United States Attorney
        United States Attorney's Office
        2100 Jamieson Ave.
        Alexandria, VA  22314
        Tel:    (703) 299-3752
        Fax:   (703) 299-3983
        Email:   Lauren.Wetzler@usdoj.gov

        *Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following counsel of record:

John Kenneth Zwerling
The Law Offices of John Kenneth Zwerling, P.C.
114 North Alfred Street
Alexandria, VA  22314
jz@zwerling.com

John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC  20036
joconnor@steptoe.com

William D. Dolan, III
Law Offices of William D. Dolan, III, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, VA  22102
wdolan@dolanlaw.net

                                                             /s/
                                      LAUREN A. WETZLER
                                      Chief, Civil Division
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      2100 Jamieson Ave.
                                      Alexandria, VA  22314
                                      Tel:      (703) 299-3752
                                      Fax:     (703) 299-3983
                                      Email:   Lauren.Wetzler@usdoj.gov