**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>          Defendant. | No. 1:08–cv–827 (LMB/JFA) |
| CACI PREMIER TECHNOLOGY, INC.,<br><br>          Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>and JOHN DOES 1–60,<br><br>          Third-Party Defendants. | |

**OPPOSITION BY THE UNITED STATES TO DEFENDANT CACI PT'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE UNREDACTED DOCUMENTS**

# Exhibit 2

## Davis, Elliott M. (CIV)

| | |
|---|---|
| **From:** | Fox, Molly Bruder <mbfox@steptoe.com> |
| **Sent:** | Monday, October 15, 2018 1:59 PM |
| **To:** | Davis, Elliott M. (CIV) |
| **Cc:** | O'Connor, John |
| **Subject:** | RE: Al Shimari: Contested Redactions |

Elliott:

Yes, that is an accurate list of Taguba Annex pages on which CACI is moving to compel.

Regards,
Molly

---

**From:** Davis, Elliott M. (CIV) [mailto:Elliott.M.Davis@usdoj.gov]
**Sent:** Monday, October 15, 2018 12:31 PM
**To:** Fox, Molly Bruder
**Cc:** O'Connor, John
**Subject:** RE: Al Shimari: Contested Redactions

Thank you Molly.  So to confirm, the only Taguba pages that CACI is moving on are:

- Taguba 40:  AS-USA-052033;
- Taguba 53:  AS-USA-036440 and -036441; and
- Taguba 103: AS-USA-052101

Please confirm.

Thank you,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Fox, Molly Bruder [mailto:mbfox@steptoe.com]
**Sent:** Monday, October 15, 2018 12:08 PM
**To:** Davis, Elliott M. (CIV) <eldavis@CIV.USDOJ.GOV>
**Cc:** O'Connor, John <joconnor@steptoe.com>
**Subject:** RE: Al Shimari: Contested Redactions

Elliott:

1

Thank you for your emails on Friday re Taguba Annexes 26 and 59.  Taguba Annex 59 can be removed from the Motion to Compel list, given your representation that the full email (unredacted) is represented on the subsequent pages.  Likewise, the Annex 26 entries re CID statements can be removed.

Regards,
Molly

---

**From:** Davis, Elliott M. (CIV) [mailto:Elliott.M.Davis@usdoj.gov]
**Sent:** Friday, October 12, 2018 11:47 AM
**To:** Fox, Molly Bruder
**Cc:** O'Connor, John
**Subject:** RE: Al Shimari: Contested Redactions

Molly:

Agency counsel and I have been and are continuing to go through the Taguba materials on which CACI is moving to compel in an effort to see whether we can knock out or reduce some of these materials in the hopes of keeping the motion to compel on a schedule that would be acceptable to the Court.

Turning to the Taguba Annex 26 pages that CACI is moving on, the United States has produced versions of these documents that are either unredacted or much less redacted than those pages you have identified in Taguba 26.  I am attaching these alternate versions to this email.  Please compare these documents to their counterparts from Taguba 26 and let me know whether we can eliminate Taguba 26 from the motion entirely, or at least narrow the universe of Taguba 26 documents.  (Also, please note that the third Taguba 26 document is a Torin Nelson statement, the substance of which is produced mostly unredacted in his Jones Fay B1 file; the second, signature page from Taguba 26, however, is not in the Jones Fay version.)

Thank you,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, October 05, 2018 4:52 PM
**To:** Fox, Molly Bruder <mbfox@steptoe.com>
**Cc:** O'Connor, John <joconnor@steptoe.com>
**Subject:** RE: Al Shimari: Contested Redactions

Thank you Molly.

I have reviewed the redacted pages of the five Taguba annexes that contain redactions CACI is now challenging.  According to my records, each of these five annexes were produced on or before May 22, so I wish I had learned that CACI would be challenging these redactions before today.

Looking through these five Taguba annexes, it appears (although I cannot be positive) that the challenged redactions in Taguba annex 53 are solely Directive redactions, and if that is the case, then I think that that annex would be ripe for a potential state secrets assertion (although I cannot be sure absent confirmation from my agency counsel).  As for the challenged redactions in the other Taguba annexes (26, 40, 59, and 103), it does not appear to me that those redactions

are purely Directive redactions, and it also not appear that any of them have been through a recent declassification process.  Accordingly, my strong suspicion is that the challenged redactions are not ripe for a potential state secrets assertion.

I will send your new challenged redactions along to my agency counsel to determine whether we might be able to provide further, generic information as to some of these redactions that would obviate the need for motions practice.  Unfortunately, like me, my agency counsel will be out of the office for most of next week for work, so the earliest I would be able to meet and confer with you about the Taguba annexes would be Friday, October 12.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Fox, Molly Bruder [mailto:mbfox@steptoe.com]
**Sent:** Friday, October 05, 2018 4:13 PM
**To:** Davis, Elliott M. (CIV) <eldavis@CIV.USDOJ.GOV>
**Cc:** O'Connor, John <joconnor@steptoe.com>
**Subject:** RE: Al Shimari: Contested Redactions

Elliott:

Apologies, here is the list as a PDF.

Regards,

**Molly Bruder Fox**
Associate
mbfox@steptoe.com

Steptoe

+1 202 429 8157 direct          Steptoe & Johnson LLP
+1 202 429 3902 fax             1330 Connecticut Avenue, NW
                                Washington, DC 20036
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fox, Molly Bruder
**Sent:** Friday, October 05, 2018 4:11 PM
**To:** 'Davis, Elliott M. (CIV)'
**Subject:** Al Shimari: Contested Redactions

Elliott:

Attached is the revised chart of the documents that CACI intends to move to compel on.  As we discussed, I removed 11 documents from the prior list.

I have added though select pages from 5 Taguba Annexes.  Please let me know if you would like to confer about these additions.

Regards,

**Molly Bruder Fox**
Associate
mbfox@steptoe.com

Steptoe

| | |
|---|---|
| +1 202 429 8157 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

4



**U.S. Department of Justice**

Civil Division

---

157–79–4937

*Washington, D.C. 20530*

October 15, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

Re:    Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)

Dear John:

By this letter, the United States is reproducing two documents in order to resolve CACI's challenges to four pages specified in its recent motion to compel:  AS-USA-052129, 052131, -052132, and -052270.

The pages in the United States' possession that correspond to the first three of these challenged pages are of poor quality.  The reproduced document starting at AS-USA-052128 includes more-legible (and unredacted) copies of these three pages.  All other pages in this document remain as they were originally produced.

The United States is also reproducing the document starting at AS-USA-052254.  This document includes the releasable version of the page at AS-USA-052270.  All other pages in this document remain as they were originally produced.

We trust that today's reproductions resolve CACI's challenges to these four pages.  If for some reason they do not, please let me know at your earliest convenience.

Best,

Elliott M. Davis

Attachment (via FTP uplink)

Cc:    Plaintiffs' counsel (by email)



**U.S. Department of Justice**

Civil Division

157–79–4937

*Washington, D.C. 20530*

October 24, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

Re:    <u>Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)</u>

Dear John:

I am writing to you with regard to two pages from Plaintiff Al Zubae's 2018-produced file on which you are moving to compel:  AS-USA-054217 and -054218.

By this letter, I am confirming that these two pages were produced as they are found in this file, and that the United States did not redact any additional information from these two pages before they were produced on July 2, 2018.

I trust that this letter resolves CACI's challenges to these two pages.  If for some reason it does not, please let me know at your earliest convenience.

Best,

Elliott M. Davis

Cc:    Plaintiffs' counsel (by email)



**U.S. Department of Justice**

Civil Division

157–79–4937

*Washington, D.C. 20530*

October 26, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

Re:    Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)

Dear John:

By this letter, the United States is reproducing two documents[1] in an effort to resolve CACI's challenges to two pages specified in its recent motion to compel:  AS-USA-052033 and AS-USA-052101.

After review, the page produced at AS-USA-052033 has been declassified in full and is now produced without redaction.  I trust that this reproduction resolves CACI's challenge to the redaction on this page.  If for some reason it does not, please let me know at your earliest convenience.

The previously-redacted information on AS-USA-052101 has, after review, been declassified in large part.  The only remaining classified and redacted material on this page concerns the source of the now-declassified information.  We hope that this reproduction resolves CACI's challenge to this page, and would appreciate it if you would advise me by close of business on Monday, October 29, if CACI would agree to withdraw its challenge to this page.

Best,

Elliott M. Davis

Attachment (via FTP uplink)

Cc:    Plaintiffs' counsel (by email)

---

[1]    Specifically, the United States is reproducing Annexes 40 and 103 to the Taguba report, which were produced at AS-USA-052011 through -052058, and AS-USA-052059 through -052101, respectively.

## Davis, Elliott M. (CIV)

| | |
|---|---|
| **From:** | Fox, Molly Bruder <mbfox@steptoe.com> |
| **Sent:** | Monday, October 29, 2018 5:02 PM |
| **To:** | Davis, Elliott M. (CIV) |
| **Cc:** | O'Connor, John |
| **Subject:** | RE: Al Shimari v. CACI |

Elliott:

Thank you for your letter.  CACI agrees to withdraw its challenge to AS-USA-052101.

Regards,

**Molly Bruder Fox**
Associate
mbfox@steptoe.com

## Steptoe

+1 202 429 8157 direct        Steptoe & Johnson LLP
+1 202 429 3902 fax           1330 Connecticut Avenue, NW
                              Washington, DC 20036
                              www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Davis, Elliott M. (CIV) [mailto:Elliott.M.Davis@usdoj.gov]
**Sent:** Friday, October 26, 2018 3:51 PM
**To:** O'Connor, John
**Cc:** Bailey, Linda; Fox, Molly Bruder; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org; ~kgallagher@ccrjustice.org; LoBue, Robert P. (x2596); Nelson, Peter (x2406); Funk, Matthew (x2130); jz@zwerling.com; Wetzler, Lauren (USAVAE); Kirschner, Adam (CIV); Soskin, Eric (CIV); Stern, Paul David (CIV); Krieger, Jocelyn (CIV); Mauler, Dan (CIV)
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)

1

elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, October 24, 2018 2:57 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, October 15, 2018 4:29 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV)
<dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch

2

Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, September 11, 2018 8:27 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, September 04, 2018 2:12 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, August 30, 2018 5:53 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, August 28, 2018 7:54 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

4

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, August 24, 2018 7:17 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, August 21, 2018 4:06 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)

<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, August 20, 2018 2:22 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, August 09, 2018 5:47 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>

6

**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, July 25, 2018 4:45 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, July 19, 2018 2:51 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, July 09, 2018 4:37 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch

8

Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, July 06, 2018 5:18 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, July 02, 2018 4:22 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

9

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 29, 2018 5:36 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, June 28, 2018 11:16 AM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 22, 2018 3:27 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.  Have a good weekend.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 08, 2018 5:12 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)

11

<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.  Have a good weekend.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, May 30, 2018 5:18 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 29, 2018 8:55 PM
**To:** O'Connor, John <joconnor@steptoe.com>

**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, May 24, 2018 7:14 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John -- please see the attached.

I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

13

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 22, 2018 10:46 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:  please see the attached.

I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, May 18, 2018 2:43 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:  please see the attached.

As per usual, I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Have a good weekend.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice

14

Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, May 17, 2018 9:17 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, May 16, 2018 11:26 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis

Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 15, 2018 8:58 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached correspondence regarding yesterday's production.  I will send the reproduced documents through your firm's uplink.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, May 14, 2018 10:02 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>
**Subject:** Al Shimari v. CACI

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov



**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

157–79–4937

November 1, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

    Re:    <u>Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)</u>

Dear John:

By this letter, the United States is reproducing two documents[1] in order to resolve CACI's challenges to two pages specified in its most-recent motion to compel:  AS-USA-054560 and AS-USA-JF-Annex_H6A-0023.

After review, these two pages are now being produced without redaction.  I trust that these reproductions resolve CACI's challenges to the redactions on these two pages.  If for some reason they do not, please let me know at your earliest convenience.

Best,

Elliott M. Davis

Attachment (via FTP uplink)

Cc:    Plaintiffs' counsel (by email)

---

[1]    Specifically, the United States is reproducing the Sworn Statement of LTG Ricardo S. Sanchez; and Annex H, Appendix 6, Tab A to the Jones-Fay report, which were produced at AS-USA-054535 through -054604, and AS-USA-JF-Annex_H6A-0001 through -0038, respectively.



**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

157–79–4937

November 5, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

Re:    <u>Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)</u>

Dear John:

By this letter, the United States is reproducing one document[1] in order to resolve CACI's challenge to one page specified in its most-recent motion to compel:  AS-USA-052110.

After review, this page is now being produced without redaction.  I trust that this reproduction resolves CACI's challenges to the redaction on this page.  If for some reason it does not, please let me know at your earliest convenience.

Best,

Elliott M. Davis

Attachment (via FTP uplink)

Cc:    Plaintiffs' counsel (by email)

---

[1]    Specifically, the United States is reproducing the Sworn Statement of Sgt. James Lee Joseph Beachner and memorandum for record, which was produced at AS-USA-052109 through -052112.



**U.S. Department of Justice**

Civil Division

---

*Washington, D.C. 20530*

157–79–4937

November 7, 2018

**BY E-MAIL**
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC  20036
joconnor@steptoe.com

     Re:    <u>Al Shimari v. CACI Premier Technology, Inc., No. 1:08–cv–0827 (E.D. Va.)</u>

Dear John:

By this letter, the United States is reproducing two documents[1] in an effort to resolve CACI's challenges to five pages specified in its most-recent motion to compel:  AS-USA-JF-Annex_H6A-0027 and -0031; and AS-USA-JF-Annex_H10-0003, -0012, and -0014.

After review, the pages at AS-USA-JF-Annex_H6A-0027 and AS-USA-JF-Annex_H10-0014 are now being produced without redaction.  I trust that these reproductions resolve CACI's challenges to the redactions on these two pages.  If for some reason they do not, please let me know at your earliest convenience.

The multi-page redactions at AS-USA-JF-Annex_H6A-0031, AS-USA-JF-Annex_H10-0003, and AS-USA-JF-Annex_H10-0012, after review, are now being produced in much-less-redacted form.[2]  We hope that these reproductions resolve CACI's challenges to these three pages and, as we are in the process of finalizing our opposition to CACI's motion to compel, would appreciate it if you would advise me at your earliest convenience if CACI would agree to withdraw its challenges to all or some of these three pages.

---

[1]    Specifically, the United States is reproducing Annex H, Appendix 6, Tab A to the Jones-Fay report; and Annex H, Appendix 10 to the Jones-Fay report.

[2]    As each of these three challenged pages represented more than one actual page, they are being reproduced with the following convention:  [original Bates stamp]-[page number].  For example, the two pages represented by former AS-USA-JF-Annex_H6A-0031 are being produced as AS-USA-JF-Annex_H6A-0031-1 and AS-USA-JF-Annex_H6A-0031-2.

John F. O'Connor
November 7, 2018
Page 2

Best,

Elliott M. Davis

Attachment (via FTP uplink)

Cc:    Plaintiffs' counsel (by email)

2

**Davis, Elliott M. (CIV)**

| | |
|---|---|
| **From:** | Fox, Molly Bruder <mbfox@steptoe.com> |
| **Sent:** | Wednesday, November 07, 2018 12:59 PM |
| **To:** | Davis, Elliott M. (CIV) |
| **Cc:** | O'Connor, John |
| **Subject:** | RE: Al Shimari v. CACI |

Elliott:

Thank you for your letter.

CACI accepts the lesser redacted forms of JF Annexes H6A and H10.  CACI withdraws its challenge to the redactions remaining in those Annexes.

Regards,

**Molly Bruder Fox**
Associate
mbfox@steptoe.com

# Steptoe

| | |
|---|---|
| +1 202 429 8157 direct | Steptoe & Johnson LLP |
| +1 202 429 3902 fax | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Davis, Elliott M. (CIV) [mailto:Elliott.M.Davis@usdoj.gov]
**Sent:** Wednesday, November 07, 2018 10:38 AM
**To:** O'Connor, John
**Cc:** Bailey, Linda; Fox, Molly Bruder; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org; ~kgallagher@ccrjustice.org; LoBue, Robert P. (x2596); Nelson, Peter (x2406); Funk, Matthew (x2130); jz@zwerling.com; Wetzler, Lauren (USAVAE); Kirschner, Adam (CIV); Soskin, Eric (CIV); Stern, Paul David (CIV); Krieger, Jocelyn (CIV); Mauler, Dan (CIV)
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station

1

P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, November 05, 2018 4:49 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, November 01, 2018 1:29 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

2

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, October 26, 2018 3:51 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, October 24, 2018 2:57 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

3

Please see the attached letter.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, October 15, 2018 4:29 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV)
<dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, September 11, 2018 8:27 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV)

<dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, September 04, 2018 2:12 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, August 30, 2018 5:53 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'

<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, August 28, 2018 7:54 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV)
<dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

6

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, August 24, 2018 7:17 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, August 21, 2018 4:06 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station

7

P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, August 20, 2018 2:22 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, August 09, 2018 5:47 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>; Mauler, Dan (CIV) <dmauler@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, July 25, 2018 4:45 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net;
~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue,
Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130)
<mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV)
<akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)
<pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, July 19, 2018 2:51 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, July 09, 2018 4:37 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, July 06, 2018 5:18 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)

<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, July 02, 2018 4:22 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 29, 2018 5:36 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'

<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, June 28, 2018 11:16 AM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net'
<wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org'
<kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)'
<pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler,
Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV)
<ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV)
<jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 22, 2018 3:27 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.  Have a good weekend.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, June 08, 2018 5:12 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.  Have a good weekend.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888

13

Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, May 30, 2018 5:18 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 29, 2018 8:55 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached letter.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney

14

U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, May 24, 2018 7:14 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John -- please see the attached.

I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 22, 2018 10:46 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:  please see the attached.

I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Best,
Elliott


Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Friday, May 18, 2018 2:43 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:  please see the attached.

As per usual, I will upload the production to Plaintiffs' and CACI's share sites.  The password remains the same.

Have a good weekend.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Thursday, May 17, 2018 9:17 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

16

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Wednesday, May 16, 2018 11:26 PM
**To:** 'O'Connor, John' <joconnor@steptoe.com>
**Cc:** 'Bailey, Linda' <lbailey@steptoe.com>; 'Fox, Molly Bruder' <mbfox@steptoe.com>; 'wdolan@dolanlaw.net' <wdolan@dolanlaw.net>; '~bazmy@ccrjustice.org' <bazmy@ccrjustice.org>; '~kgallagher@ccrjustice.org' <kgallagher@ccrjustice.org>; 'LoBue, Robert P. (x2596)' <rplobue@pbwt.com>; 'Nelson, Peter (x2406)' <pnelson@pbwt.com>; 'Funk, Matthew (x2130)' <mfunk@pbwt.com>; 'jz@zwerling.com' <jz@zwerling.com>; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>; Krieger, Jocelyn (CIV) <jokriege@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Tuesday, May 15, 2018 8:58 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV)

17

<pstern@CIV.USDOJ.GOV>
**Subject:** RE: Al Shimari v. CACI

John:

Please see the attached correspondence regarding yesterday's production.  I will send the reproduced documents through your firm's uplink.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

---

**From:** Davis, Elliott M. (CIV)
**Sent:** Monday, May 14, 2018 10:02 PM
**To:** O'Connor, John <joconnor@steptoe.com>
**Cc:** Bailey, Linda <lbailey@steptoe.com>; Fox, Molly Bruder <mbfox@steptoe.com>; wdolan@dolanlaw.net; ~bazmy@ccrjustice.org <bazmy@ccrjustice.org>; ~kgallagher@ccrjustice.org <kgallagher@ccrjustice.org>; LoBue, Robert P. (x2596) <rplobue@pbwt.com>; Nelson, Peter (x2406) <pnelson@pbwt.com>; Funk, Matthew (x2130) <mfunk@pbwt.com>; jz@zwerling.com; Wetzler, Lauren (USAVAE) <Lauren.Wetzler@usdoj.gov>; Kirschner, Adam (CIV) <akirschn@CIV.USDOJ.GOV>; Soskin, Eric (CIV) <ESoskin@civ.usdoj.gov>; Stern, Paul David (CIV) <pstern@CIV.USDOJ.GOV>
**Subject:** Al Shimari v. CACI

John:

Please see the attached.

Best,
Elliott

Elliott M. Davis
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC  20044
(202) 616-4206 (Office)
(202) 616-5200 (Fax)
elliott.m.davis@usdoj.gov

18