**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,

        Plaintiffs,

v.

CACI PREMIER TECHNOLOGY, INC.,

        Defendant.

No. 1:08–cv–827 (LMB/JFA)

CACI PREMIER TECHNOLOGY, INC.,

        Third-Party Plaintiff,

v.

UNITED STATES OF AMERICA, and JOHN DOES 1–60,

        Third-Party Defendants.

**OPPOSITION BY THE UNITED STATES TO DEFENDANT CACI PT'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE UNREDACTED DOCUMENTS**

# Exhibit 3

## EXHIBIT 3:  CONTESTED REDACTIONS

I.      Detainee Files

| O'Connor Decl. Exhibit Number | Document | Beginning Bates Number | Challenged Redactions |
|---|---|---|---|
| 7 | Al Ejaili 2013 Produced Detainee File with 2018 Declassified Pages | AS-USA-035150 | AS-USA-035152<br>AS-USA-035153-AS-USA-035158<br>AS-USA-035159<br>AS-USA-035162<br>AS-USA-035164 |
| 8 | Rashid 2018 Produced Detainee File | AS-USA-052254 | ~~AS-USA-052270~~<br>AS-USA-052258<br>AS-USA-052263<br>AS-USA-052264<br>AS-USA-052265<br>AS-USA-052266<br>AS-USA-052267<br>AS-USA-052268<br>AS-USA-052272<br>AS-USA-052273<br>AS-USA-052274<br>AS-USA-052280<br>AS-USA-052283<br>AS-USA-052285<br>AS-USA-052289<br>AS-USA-052290<br>AS-USA-052294<br>AS-USA-052296<br>AS-USA-052300<br>AS-USA-052302<br>AS-USA-052304<br>AS-USA-052305<br>AS-USA-052306<br>AS-USA-052307<br>AS-USA-052308<br>AS-USA-052309<br>AS-USA-052310<br>AS-USA-052311<br>AS-USA-052312<br>AS-USA-052313<br>AS-USA-052314<br>AS-USA-052316<br>AS-USA-052317<br>AS-USA-052318<br>AS-USA-052332 |

1

Case 1:08-cv-00827-LMB-JFA   Document 949-1   Filed 10/11/18   Page 243 of 315 PageID# 18132

| O'Connor Decl. Exhibit Number | Document | Beginning Bates Number | Challenged Redactions |
|---|---|---|---|
| | | | AS-USA-052337 |
| | | | AS-USA-052339 |
| 9 | Al Shimari 2018 Produced File with Declassified Pages | AS-USA-053928 | AS-USA-053943 |
| | | | AS-USA-053944 |
| | | | AS-USA-053945 |
| | | | AS-USA-053946 |
| | | | AS-USA-053950 |
| | | | AS-USA-053954 |
| | | | AS-USA-053957 |
| | | | AS-USA-053958 |
| | | | AS-USA-053970 |
| | | | AS-USA-054046-AS-USA-054048 |
| | | | AS-USA-054088-AS-USA-054097 |
| | | | AS-USA-054113 |
| | | | AS-USA-054122 |
| | | | AS-USA-053929 |
| | | | AS-USA-053930 |
| | | | AS-USA-053932 |
| | | | AS-USA-053933 |
| | | | AS-USA-053934 |
| | | | AS-USA-053935 |
| | | | AS-USA-053940 |
| | | | AS-USA-053947 |
| | | | AS-USA-053948 |
| | | | AS-USA-053949 |
| | | | AS-USA-053951 |
| | | | AS-USA-053952 |
| | | | AS-USA-053953 |
| | | | AS-USA-053959 |
| | | | AS-USA-053968 |
| | | | AS-USA-053971 |
| | | | AS-USA-053972 |
| | | | AS-USA-053981 |
| | | | AS-USA-053982 |
| | | | AS-USA-053983 |
| | | | AS-USA-053984 |
| | | | AS-USA-053985 |
| | | | AS-USA-053986 |
| | | | AS-USA-053987 |
| | | | AS-USA-053988 |
| | | | AS-USA-053989 |
| | | | AS-USA-053992 |
| | | | AS-USA-053995 |
| | | | AS-USA-053997 |

Case 1:08-cv-00827-LMB-JFA   Document 949-1   Filed 10/11/18   Page 254 of 315 PageID# 18133

| O'Connor Decl. Exhibit Number | Document | Beginning Bates Number | Challenged Redactions |
|---|---|---|---|
| | | | AS-USA-054000 |
| | | | AS-USA-054001 |
| | | | AS-USA-054002 |
| | | | AS-USA-054006 |
| | | | AS-USA-054008 |
| | | | AS-USA-054009 |
| | | | AS-USA-054000 |
| | | | AS-USA-054001 |
| | | | AS-USA-054002 |
| | | | AS-USA-054006 |
| | | | AS-USA-054008 |
| | | | AS-USA-054009 |
| | | | AS-USA-054010 |
| | | | AS-USA-054014 |
| | | | AS-USA-054015 |
| | | | AS-USA-054018 |
| | | | AS-USA-054019 |
| | | | AS-USA-054021 |
| | | | AS-USA-054022 |
| | | | AS-USA-054023 |
| | | | AS-USA-054024 |
| | | | AS-USA-054025 |
| | | | AS-USA-054027 |
| | | | AS-USA-054029 |
| | | | AS-USA-054030 |
| | | | AS-USA-054031 |
| | | | AS-USA-054032 |
| | | | AS-USA-054033 |
| | | | AS-USA-054038 |
| | | | AS-USA-054039 |
| | | | AS-USA-054040 |
| | | | AS-USA-054041 |
| | | | AS-USA-054049 |
| | | | AS-USA-054054 |
| | | | AS-USA-054055 |
| | | | AS-USA-054056 |
| | | | AS-USA-054057 |
| | | | AS-USA-054058 |
| | | | AS-USA-054063 |
| | | | AS-USA-054066 |
| | | | AS-USA-054072 |
| | | | AS-USA-054073 |
| | | | AS-USA-054074 |
| | | | AS-USA-054075 |

3

| O'Connor Decl. Exhibit Number | Document | Beginning Bates Number | Challenged Redactions |
|---|---|---|---|
| | | | AS-USA-054076 |
| | | | AS-USA-054077 |
| | | | AS-USA-054078 |
| | | | AS-USA-054080 |
| | | | AS-USA-054081 |
| | | | AS-USA-054083 |
| | | | AS-USA-054098 |
| | | | AS-USA-054099 |
| | | | AS-USA-054102 |
| | | | AS-USA-054103 |
| | | | AS-USA-054104 |
| | | | AS-USA-054105 |
| | | | AS-USA-054107 |
| | | | AS-USA-054109 |
| | | | AS-USA-054110 |
| | | | AS-USA-054111 |
| | | | AS-USA-054112 |
| | | | AS-USA-054113 |
| | | | AS-USA-054114 |
| | | | AS-USA-054115 |
| | | | AS-USA-054116 |
| | | | AS-USA-054117 |
| | | | AS-USA-054118 |
| | | | AS-USA-054119 |
| | | | AS-USA-054120 |
| | | | AS-USA-054123 |
| 10 | Al Zubae 2018 Produced File with Declassified Pages | AS-USA-054127 | AS-USA-054158 |
| | | | AS-USA-054160 |
| | | | AS-USA-054169 |
| | | | AS-USA-054175 |
| | | | AS-USA-054176 |
| | | | AS-USA-054186 |
| | | | AS-USA-054195 |
| | | | AS-USA-054201 |
| | | | AS-USA-054202 |
| | | | ~~AS-USA-054217~~ |
| | | | ~~AS-USA-054218~~ |
| | | | AS-USA-054220 |
| | | | AS-USA-054221 |
| | | | AS-USA-054224 |
| | | | AS-USA-054230 |
| | | | AS-USA-054231 |
| | | | AS-USA-054128 |
| | | | AS-USA-054130 |

4

Case 1:08-cv-00827-LMB-JFA   Document 949-1   Filed 11/16/18   Page 6 of 8 PageID# 18135

| O'Connor Decl. Exhibit Number | Document | Beginning Bates Number | Challenged Redactions |
|---|---|---|---|
| | | | AS-USA-054131 |
| | | | AS-USA-054132 |
| | | | AS-USA-054133 |
| | | | AS-USA-054137 |
| | | | AS-USA-054138 |
| | | | AS-USA-054139 |
| | | | AS-USA-054140 |
| | | | AS-USA-054141 |
| | | | AS-USA-054143 |
| | | | AS-USA-054149 |
| | | | AS-USA-054150 |
| | | | AS-USA-054152 |
| | | | AS-USA-054153 |
| | | | AS-USA-054155 |
| | | | AS-USA-054165 |
| | | | AS-USA-054167 |
| | | | AS-USA-054177 |
| | | | AS-USA-054183 |
| | | | AS-USA-054188 |
| | | | AS-USA-054189 |
| | | | AS-USA-054190 |
| | | | AS-USA-054203 |
| | | | AS-USA-054210 |
| | | | AS-USA-054213 |
| | | | AS-USA-054214 |
| | | | AS-USA-054215 |
| | | | AS-USA-054232 |
| | | | AS-USA-054239 |
| | | | AS-USA-054241 |
| | | | AS-USA-054242 |
| | | | AS-USA-054243 |

Case 1:08-cv-00827-LMB-JFA   Document 992-3 Filed 11/16/18 Page 7 of 8 PageID# 18138

II.      Select Jones/Fay Report Annex B Witness Statements

| O'Connor Decl. Exhibit Number | Statement Number and Name | Bates Number of Challenged Redactions |
|---|---|---|
| 18 | 4 Adams, Theresa A (SGT, B Co, 470th Ml Gp) | AS-USA-052102 AS-USA-052105 |
| | ~~10 Beachner, James L J (SGT, 184th Ml Co)~~ | ~~AS-USA-052110~~ |
| | 67 Israel, John B (CIV, Titan Corp) | AS-USA-052122 |
| | ~~74 Jordan, Steven L (L TC, C2, CJTF-7)~~ | ~~AS-USA-052129~~ ~~AS-USA-052131~~ ~~AS-USA-052132~~ |
| | 114 Nelson, Torin S (CIV, CACI) | AS-USA-052147 |
| | 2 155794 - Hassan, Haythem M (CIV, Detainee) | AS-USA-052389 |
| | 14 Blumenberg, Christine M (SSG, 500th MI Gp) | AS-USA-052392 |
| | 81 Ketzer, John H (SPC, B Co, Ml Bn) | AS-USA-052433 AS-USA-052434 |
| | ~~137 Sanchez, Ricardo S (LTG, CG, CJTF-7)~~ | ~~AS-USA-054560~~ |
| | 138 Schlegel, Hannah M (SPC, B Co, 321st Ml Bn) | AS-USA-054311 AS-USA-054314 |
| | 101 Medina, Jeannette (SPC, 325th Ml Bn) | AS-USA-054305 AS-USA-054308 |
| | 158 Vasquez, Angela (SGT, 325th Ml Bn) | AS-USA-054447 |
| | 38 Darwichel, Ali (CIV, Titan Corp) | AS-USA-054464 |
| | 56 Gehman, James C (SPC, A Co, 302nd, Ml Bn) | AS-USA-054652 |
| | 169 Yager, Erik F (SGT, 1st Mt Bn, 205th Ml Bde) | AS-USA-054687 |
| | 1 155215 - Nayil, Al Mashhadawi K (CIV, Detainee) | AS-USA-054642 |

III.     Select other Taguba and Jones/Fay Report Annexes

| O'Connor Decl. Exhibit Number | Document (File Name) | Challenged Redactions |
|---|---|---|
| 13 | Taguba Annex 26 – CID Interviews, 10-25 January 2004 | AS-USA-036068 AS-USA-036105-036110 AS-USA-036120-036121 AS-USA-036135-036137 AS-USA-036206-036207 |
| 14 | Taguba Annex 40 – Joint Interrogation and Debriefing Center's (JIDC) Slides, Undated | AS-USA-052033 |
| 15 | Taguba Annex 53 – LTC Steve Jordan, former Director, Joint Interrogation and Debriefing Center/ LNO to the 205th MI Brigade | AS-USA-036440 AS-USA-036441 |
| 16 | Taguba Annex 59 – MAJ David W. DiNenna, S-3, 320th MP Battalion | AS-USA-036472 AS-USA-036474 AS-USA-036476 AS-USA-036480 AS-USA-036482 AS-USA-036484 AS-USA-036487 AS-USA-036489 AS-USA-036491 AS-USA-036493 AS-USA-036495 AS-USA-036497 AS-USA-036499 AS-USA-036501 AS-USA-036503 AS-USA-036505 |
| 17 | Taguba Annex 103 – Various SIRs from the 800th MP Brigade/320th MP Battalion | AS-USA-052101 |
| 20 | Jones/Fay Annex H, Appendix 6, Tab A: 205th MI Brigade Request | AS-USA-JF-Annex_H6A-0023 AS-USA-JF-Annex_H6A-0027 AS-USA-JF-Annex_H6A-0031 |
| 19 | Jones/Fay Annex H, Appendix 10, Interrogation Concept Brief | AS-USA-JF-Annex_H10-0003 AS-USA-JF-Annex_H10-0012 AS-USA-JF-Annex_H10-0014 |