# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, </br></br>Plaintiffs, </br></br>v. </br></br>CACI PREMIER TECHNOLOGY, INC., </br></br>Defendant, </br></br>CACI PREMIER TECHNOLOGY, INC., </br></br>Third-Party Plaintiff, </br></br>v. </br></br>UNITED STATES OF AMERICA, and JOHN DOES 1-60, </br></br>Third-Party Defendants. | No.  1:08-cv-0827 LMB-JFA |

## NOTICE OF FILING A MOTION TO SEAL

PLEASE TAKE NOTICE Defendant CACI Premier Technology, Inc. ("CACI PT") has moved for an order to seal its Motion *In Limine* to Exclude the Taguba and Jones/Fay Reports and the accompanying declaration and exhibits (filed November 20, 2018). Pursuant to Local Civil Rule 5, governing the filing and handling of documents under seal, parties and non-parties have seven (7) days to submit memoranda in support of or in opposition to the motion. All or part of the memoranda may be designated as confidential. Any information designated as confidential in supporting or opposing memoranda will be treated as sealed pending a determination by the Court on the motion to seal. Any person objecting to the motion must file

an objection with the Clerk within seven (7) days after the filing of the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Respectfully submitted,

*/s/ John F. O'Connor*

| | |
|---|---|
| John F. O'Connor | William D. Dolan, III |
| Virginia Bar No. 93004 | Virginia Bar No. 12455 |
| Linda C. Bailey (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. |
| Molly Bruder Fox (admitted *pro hac vice*) | DOLAN, III, PC |
| STEPTOE & JOHNSON LLP | 8270 Greensboro Drive, Suite 700 |
| 1330 Connecticut Avenue, N.W. | Tysons Corner, VA 22102 |
| Washington, D.C. 20036 | (703) 584-8377 – telephone |
| (202) 429-3000 – telephone | wdolan@dolanlaw.net |
| (202) 429-3902 – facsimile | |
| joconnor@steptoe.com | |
| lbailey@steptoe.com | |
| mbfox@steptoe.com | |

*Counsel for Defendant CACI Premier Technology, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John Kenneth Zwerling
>The Law Offices of John Kenneth Zwerling, P.C.
>114 North Alfred Street
>Alexandria, VA 22314
>jz@zwerling.com
>
>Lauren Wetzler
>United States Attorney Office
>2100 Jamieson Avenue
>Alexandria, VA 22314
>lauren.wetzler@usdoj.gov

>/s/   John F. O'Connor
>John F. O'Connor
>Virginia Bar No. 93004
>   Attorney for Defendant CACI Premier
>   Technology, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 – telephone
>(202) 429-3902 – facsimile
>joconnor@steptoe.com