**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,  Plaintiffs,  v.  CACI PREMIER TECHNOLOGY, INC.,  Defendant, | No.   1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC.,  Third-Party Plaintiff,  v.  UNITED STATES OF AMERICA, and JOHN DOES 1-60,  Third-Party Defendants. | |

**DEFENDANT/THIRD-PARTY PLAINTIFF CACI PREMIER TECHNOLOGY, INC.'S  OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS AND COUNTERDESIGNATIONS**

CACI Premier Technology, Inc. ("CACI PT") objects to the Plaintiffs' deposition designations and set forth below and makes counterdesignations to address completeness objections.  CACI PT's objections are subject to the following qualifications:

1.   CACI PT makes a blanket objection to the reading at trial of deposition excerpts for any witness who is within the subpoena power of the Court or is available through production as a trial witness by the United States.  At a bare minimum, this objection applies to the following deposition designations promulgated by Plaintiffs: Morse, Cathcart, Harman, Joyner, Northrop, and Taguba.  This objection also applies to all pseudonymous deponents.  Depending

on the United States' willingness to make them available for trial, this objection might apply to Plaintiffs' deposition designations for Beachner, Frederick, C. Graner, M. Graner, and Hernandez, as well as any witness who was outside the subpoena power of the Court when deposed and is now within the subpoena power of the Court.

2.  To the extent an objection is stated as to relevance, such objection includes an objection based on Federal Rules of Evidence 403 and 404(b).

3.  Because the merits of a cumulativeness objection depends on what has actually been admitted at trial, as opposed to what has been marked as an exhibit, CACI PT preserves all cumulativeness objections.

4.  CACI PT reserves the right to modify its objections in the event that the Court's rulings on pending motions, rulings on motions filed in the future, or on evidentiary matters affect the relevance or admissibility of any exhibit, or if any claims are dismissed or resolved.

5.  CACI PT's counterdesignations are intended to identify the excerpts that would resolve a completeness objection. By making counterdesignations, CACI PT does not waive any of its other stated objections to a deponent's testimony.

6.  The following abbreviations apply to the objections to Plaintiff's deposition designations:

| | |
|---|---|
| R | Relevance/Materiality, including F.R.E. 403 and 404(b) |
| H | Hearsay, including lack of personal knowledge |
| C | Completeness |
| F | Lack of Foundation |
| M | Misstates Prior Testimony/Record or Assumes Facts Not in Evidence |
| L | Leading Question |
| A | Argumentative |
| LC | Impermissible Legal Conclusion or Lay Opinion Testimony |
| V | Vague Question |
| SRM | Subsequent Remedial Measure (FRE 407) |

## OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| CACI Interrogator A | 26:11 – 26:14 | C | [26:11-14] 26:15-28:17 |
| | 28:19 – 28:22 | C | [28:19-28:22] 29:1-10 |
| | 29:14 – 30:16 | C | [29:14-30:16] 30:17-31:6 |
| | 72:13 – 72:22 | C | [72:13-72:22] 73:1-74:2 |
| | 94:3 – 94:8 | C | [94:3-94.8] 94:9-12; 95:2-9; 95:19-96:8 |
| | 97:7 – 97:9 | C | [97:7-97:9] 97:10-98:5 |
| | 113:10 – 113:21 | R | |
| | 115:5 – 116:6 | R, C | [115:5-116:6] 116:7-14 |
| | 116:15 – 117:2 | R | |
| | 121:10 – 121:16 | R, C | [121:10-16] 123:5-7 |
| | 123:17 – 123:20 | R | |
| | 131:20 – 132:4 | R, C | [131:20-132:4] 132:5-133:2 |
| | 133:5 – 134:7 | R, C, L, LC | [133:5-134:7] 134:8-136:5 |
| | 138:15 – 139:12 | R, H, F | |
| | 146:5 – 146:7 | R | |
| | 150:6 – 151:3 | R, H | |
| | 151:15 – 152:7 | R | |
| | 153:9 – 153:15 | R, C | [153:9-153:15] 153:16-22 |
| | 160:9 – 161:19 | R | |
| | 162:16 – 162:22 | R | |
| | 163:10 – 164:9 | R | |
| | 164:22 – 165:17 | R, H, L, LC | |
| | 166:4 – 166:9 | R | |
| | 166:20 – 167:3 | R | |
| | 167:12 – 167:16 | R | |
| | 169:6 – 169:15 | C | [169:6 -169:15] 169:16-170:10 |
| | 184:4 – 184:7 | R | |
| | 186:2 – 186:7 | R, L, LC | |
| | 188:21 – 190:1 | R, C, L, LC | [188:21-190:20] 190:2-18 |
| | 191:15 – 191:20 | R, L, LC | |
| | 192:18 – 192:22 | R | |
| | 193:13 – 194:19 | R, L, LC | |
| | 203:19 –203:22 | R | |
| | 206:3 – 206:11 | R | |
| Army Interrogator B | 56:2 – 57:7 | R, C | [56:2-57:7] 57:8-62:16 |
| | 79:9 – 81:5 | R, C, L, M | [79:9-81:5] 87:12-22 |
| Army Interrogator E | 26:20 – 27:1 | R, C | [26:20 – 27:1] 27:2-6 |
| | 76:10 – 78:7 | R, LC,V,C | [76:10 – 78:7] 179:18-182:22; 183:6-9; 183:20-184:9 |

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| | 78:13 – 78:16 | R | |
| | 82:19 – 84:18 | R, F, H | |
| | 84:20 – 85:5 | R | |
| | 89:3 – 89:13 | R, C | [89:3 – 89:13] 89:14-90:4 |
| | 128:11 – 128:19 | R, M | |
| | 129:7 – 129:10 | R | |
| | 159:7 – 161:18 | R, F, H | |
| | 174:5 – 174:22 | R, H | |
| | 176:18 – 177:17 | R, H | |
| Army Interrogator F | 43:15 – 44:3 | R | |
| | 55:10 – 55:13 | R, C | [55:10-13]   55:16-56:19 |
| | 72:9 – 73:9 | C | [72:9-73:9]  73:10-74:4 |
| | 74:5 – 74:11 | R, F | |
| | 81:12 – 82:22 | R, H, L, F | |
| | 88:22 – 89:8 | C | [88:22 – 89:8] 89:9-11 |
| | 101:13 – 101:16 | R | |
| | 115:22 – 116:3 | R | |
| Army Interrogator H | 31:15 – 31:18 | C | [31:15 – 31:18] 31:19-32:6 |
| | 74:8 – 74:15 | C | [74:8-15] 74:16-19; 142:22-143:14; 144:7-146:3 |
| | 78:2 – 78:10 | C | [78:2 – 78:10] 80:13-16 |
| | 80:5 – 80:8 | C | [80:5-8] 80:1-4; 80:13-16 |
| | 107:18 – 108:11 | R, H | |
| | 121:15 – 122:13 | C, M, L | [121:15-122:13] 74:16-19; 142:22-143:14; 144:7-146:3 |
| | 144:15 – 145:3 | C | [144:15-145:3]  145:4-7 |
| Army Interrogator I | 20:7 – 20:12 | R | |
| | 20:18 – 20:21 | R, C | [20:18-21] 21:16-19 |
| | 36:4 – 36:7 | R, C | [36:4 – 36:7] 37:12-14 |
| | 37:15 – 38:10 | R, C | [37:15-38:10] 38:11-15 |
| | 56:20 – 57:5 | F | |
| | 77:3 – 77:12 | R, C, H, A | [77:3 – 77:12] 77:13-78:8 |
| | 79:14 – 80:2 | R, C, H, A | [79:14 – 80:2] 80:9-14 |
| | 87:7 – 87:10 | C, H, A | [87:7 – 87:10] 87:11-22 |
| | 92:14 – 93:2 | R | |
| | 106:19 – 107:16 | R, H, F | |
| | 107:22 – 108:18 | R | |
| | 109:4 – 109:22 | R | |
| | 118:17 – 120:5 | R, H, F | |
| | 121:6 – 123:1 | R, H, F, L, LC | |
| | 123:14 – 123:19 | F, R, H, C | [123:14 – 123:19] 123:20-124:10 |
| | 125:17 – 126:7 | R, H, F, M, C | [125:17 – 126:7] 123:20-124:10 |
| | 137:21 – 139:16 | R, F, L | |
| | 140:3 – 140:11 | R, H | |

4

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| | 140:16 – 140:22 | R | |
| | 141:12 – 15 | R, F, C | [141:12 – 15] 141:16-142:1 |
| | 142:9 – 143:22 | C, R, F, H, L, LC | [142:9 – 143:22] 141:16-142:1 |
| | 153:9 – 153:19 | R, F, LC | |
| | 159:3 – 159:13 | R, F, LC | |
| | 160:13 – 161:9 | R, F, LC, M, V | |
| | 183:14 – 184:8 | R, H, F, C | |
| | 185:4 – 185:13 | R, H, F, C | [183:14 – 184:8] 186:11-16; 188:18-21 |
| | 185:20 – 186:2 | R, H, F | [185:4 – 185:13] 186:11-16; 188:18-21 |
| | 187:14 – 188:4 | R, H, F, C | |
| | 188:8 – 188:16 | R, H, F, C | [187:14 – 188:4] 186:11-16; 188:18-21 |
| | | | [188:8 – 188:16] 186:11-16; 188:18-21 |
| CACI 30(b)(6) [Arnold Morse] | 8:7 – 23 | R | |
| | 9:19 – 10:3 | R | |
| | 10:17 – 24 | R | |
| | 11:20 – 23 | R | |
| | 12:18 – 23 | R | |
| | 14:11 – 14 | R | |
| | 17:5 – 15 | R | |
| | 19:2 – 20 | M, V, A, R | |
| | 39:6 – 14 | R | |
| | 71:20 – 72:10 | R | |
| | 73:12 – 74:14 | R, H, F | |
| | 75:22 – 77:13 | R, H, F | |
| | 83:5 – 8 | R, C, V, H, F | [83:5 – 8] 83:9-22 |
| | 83:23 – 24 | R, C, F | [83:23 – 24] 83:9-22 |
| | 87:13 – 88:4 | R, F | |
| | 89:4 – 9 | R, M, V, A, F | |
| | 92:15 – 16 | R, H | |
| | 94:9 – 96:8 | R, H, F | |
| | 100:5 – 108:21 | R, H, F, C | [100:5 – 108:21] 214:7-218:15 |
| | 110:9 – 14 | R, H, F | |
| | 111:15 – 112:9 | R, H, F, C | [111:15 – 112:9] 216:17-217:17 |
| | 140:21 – 142:6 | R, H, F | |
| | 156:20 – 25 | R, F | |
| | 165:24 – 167:12 | R, H, F | |
| | 171:2 – 172:24 | R, H, F | |
| | 197:14 – 198:24 | R, H, F | |
| | 211:22 – 213:5 | R, H, F | |
| James Beachner | 14:22 – 15:19 | R, H, F | |
| | 15:25 – 16:3 | R, H, F | |
| | 16:20 – 18:10 | R, H, C, M | [16:20 – 18:10] 30:4-31:5 |
| | 19:12 – 20:14 | R, H, C, M | [19:12 – 20:14] 30:4-31:5 |

5

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| | 21:8 – 12 | R, H, C | [21:8 – 12] 30:4-31:5 |
| | 24:22 – 25:4 | R, H, C | [24:22 – 25:4] 30:4-31:5 |
| William Cathcart | 99:8 – 100:1 | R, F, H, C | [99:8 – 100:1] 40:20-41:12 |
| | 105:12 – 108:15 | R, F, H, C | [105:12 – 108:15] 172:8-174:17 |
| | 109:9 – 109:21 | R, F, C | [109:9 – 109:21] 96:1-14; 109:4-8; 109:22-110:15 |
| | 117:22 – 120:21 | R, F, H, C | [117:22 – 120:21] 120:22-122:1; 170:14-172:7; 180:17-182:2 |
| | 122:2 – 126:2 | R, F, H, L, M | |
| | 133:9 – 135:1 | R, F, H, L, M, C | [133:9 – 135:1] 174:18-175:17 |
| | 138:2 – 138:15 | R, F, H | |
| | 142:8 – 147:8 | R, F, H, M, C | [142:8 – 147:8] 176:12-177:11 |
| | 159:18 – 160:1 | R, F | |
| Ivan Lowell Frederick, II | 23:4 – 24:13 | R, H, L | |
| | 25:5 – 20 | R | |
| | 27:24 – 28:12 | R | |
| | 29:17 – 30:5 | R | |
| | 31:19 – 33:7 | R, H | |
| | 36:6 – 9 | R | |
| | 38:17 – 48:24 | R, H, M | |
| | 51:16 – 52:12 | R, H | |
| | 52:22 – 65:21 | R, H, M, F | |
| | 67:6 – 73:2 | R, H, M, F | |
| | 75:21 – 76:3 | R | |
| | 84:6 – 85:8 | R, H | |
| | 85:21 – 94:16 | R, H, M, L, A, F | |
| | 98:18 – 99:2 | R, F | |
| | 102:13 – 110:5 | R, H, M, L, V | |
| | 111:10 – 18 | R, F, L | |
| | 115:12 – 126:8 | R, H, M | |
| | 126:20 – 127:3 | R, H, L, M | |
| | 127:14 – 138:4 | R, H, L, M, V | |
| | 142:14 – 146:12 | R, H, L, M, F | |
| | 158:20 – 159:15 | R, H, L, M, A | |
| | 164:19 – 165:4 | R, H, L | |
| | 165:19 – 171:6 | R, H, L, C | |
| | 172:15 – 173:12 | R | [165:19 – 171:6] 208:20-209:7 |
| | 173:20 – 25 | R, H, L, F | |
| | 174:21 | R, H, L, F | |
| | 174:25 – 175:20 | R, H, L, M, LC | |
| | 176:10 | R, H, L, M, LC | |
| | 176:22 – 178:10 | R, H, L, M, LC | |
| | 180:13 – 181:8 | R, H, F, M | |

6

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| | 181:20 – 182:6 | R, L, M | |
| | 199:14 – 24 | R | |
| Charles Graner | 16:19 – 17:17 | H, R | |
| | 22:16 – 23:11 | R | |
| | 38:23 – 43:7 | R, H | |
| | 47:17 – 19 | C | [47:17 – 19] 55:21-56:4 |
| | 48:6 – 11 | R, H | |
| | 48:17 – 51:12 | R, H, L, F | |
| | 53:7 – 9 | C | [53:7 – 9] 53:10-14 |
| Megan Ambuhl Graner | 11:16 – 16:10 | C | [11:16 – 16:10] 16:11-14 |
| | 19:10 – 21:10 | R, H | |
| | 21:14 – 23:19 | R, H | |
| | 25:17 – 19 | C, R, H | [25:17 – 19] 25:20-22 |
| | 26:11 – 27:11 | H | |
| | 32:8 – 10 | H | |
| | 36:7 – 21 | H, F, R | |
| | 37:12 – 21 | H, F, R | |
| | 46:3 – 8 | L, V, F | |
| | 46:13 – 17 | L, V, F | |
| | 56:11 – 18 | L, V, M, C | |
| Sabrina Harman | 18:23 – 20:11 | R, H, L, C | [18:23 – 20:11] 46:7-47:7; 15:2-4 |
| | 20:21 – 21:5 | R, H, L, C | [20:21 – 21:5] 46:7-47:7; 15:2-4 |
| | 22:12 – 24:9 | R, H, L, C | [22:12 – 24:9] 46:7-47:7; 15:2-4 |
| | 24:17 – 28:6 | R, H, F, C | [24:17 – 28:6] 46:7-47:7; 15:2-4; 47:16-48:4 |
| | 28:17 – 29:4 | R, H, L, C | [28:17 – 29:4] 46:7-47:7; 15:2-4 |
| | 32:5 – 33:3 | R, L, C | [32:5 – 33:3] 46:7-47:7; 15:2-4 |
| | 35:6 – 37:11 | R, H, L, F, C | [35:6 – 37:11] 46:7-47:7; 15:2-4 |
| | 41:17 – 43:9 | R, C | [41:17 – 43:9] 46:7-47:7; 15:2-4 |
| Warren Hernandez | 19:17 – 21:23 | C, H | |
| | 24:22 – 25:25 | R, H, F | |
| | 36:16 – 37:10 | R, H, F, C | [36:16 – 37:10] 37:22-25 |
| Hydrue Joyner | 61:13 – 63:16 | R, H, F | |
| Amy Elizabeth Monahan | 36:19 – 37:8 | M, A, C | [36:19 – 37:8] 36:16-18; 37:16-24 |
| | 42:10 – 14 | R, C | [42:10 – 14] 43:3-11 |
| | 49:3 – 6 | R | |
| | 68:21 – 69:8 | R, F, A, L, V | |
| | 78:24 – 79:13 | R | |
| | 144:17 – 145:2 | R, H | |
| | 152:19 – 153:10 | R, H, H, C, L, A | [152:19 – 153:10] 168:13-19; 171:2-172:4 |
| | 162:2 – 164:7 | R, F, A, L, M, C | [162:2 – 164:7] 168:13-19; 171:2-172:4 |
| | 166:11 – 16 | R, F, A, M | |

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| Charles Mudd | 67:2 – 68:12 | R, C | [67:2 – 68:12] 68:13-69:14 |
| | 69:15 – 23 | R | |
| | 70:7 – 19 | R | |
| | 73:6 – 22 | R, H | |
| | 84:10 – 19 | R, C | [84:10 – 19] 84:20-85:9 |
| | 96:8 – 21 | R, H, C | [96:8 – 21] 96:22-97:17 |
| | 99:1 – 17 | R, H | |
| | 101:5 – 24 | R, SRM | |
| | 102:16 – 103:23 | R, H | |
| | 117:24 – 118:19 | C, R, SRM | |
| | 142:14 – 143:4 | C, H | [142:14 – 143:4] 140:22-142:13 |
| | 149:20 – 150:11 | R, F, LC | |
| | 170:2 – 171:3 | R, SRM | |
| | 188:2 – 189:8 | R | |
| Torin Nelson | 6:13 – 7:18 | R, H | |
| | 13:7 – 14:9 | R | |
| | 25:23 – 27:1 | C, R, F | [25:23 – 27:1] 27:7-13 |
| | 32:23 – 35:23 | R, H, F, C | [32:23 – 35:23] 35:24-36:4 |
| | 37:9 – 24 | C, R, F | [37:9 – 24] 35:24-36:4 |
| | 41:4 – 43:21 | R, H, F | |
| | 46:15 – 47:15 | R, F, H | |
| | 54:7 – 57:25 | R, H, F | |
| | 58:1 – 60:10 | R, H, F | |
| | 69:14 – 72:3 | R, H, F | |
| Scott Northrop | 77:9 – 78:12 | R, H | |
| | 79:19 – 81:15 | R, L, M | |
| | 180:24 – 181:1 | C | |
| | 185:20 – 186:1 | C | [185:20 – 186:1] 186:2-19; 187:3-189:11 |
| | | | [186:20 – 187:2] 186:2-19; 187:3-189:11 |
| | 186:20 – 187:2 | R, H, C | |
| MG Antonio Taguba | 19:2 – 19:11 | R | |
| | 20:9 – 20:18 | R | |
| | 24:11 – 24:15 | R, C, H | [24:11 – 24:15] 24:16-17 |
| | 24:18 – 25:2 | R, C, H | [24:18 – 25:2] 25:8-14 |
| | 27:20 – 28:6 | R, C, H | [27:20 – 28:6] 25:15-27:16 |
| | 28:15 – 29:3 | R, C, H | [28:15 – 29:3] 29:4-30:11; 30:19-31:15; 32:21-33:4; 81:6-18 |
| | 50:4 – 50:8 | R, H, C | [50:4 – 50:8] 50:9-13 |
| | 50:14 – 51:22 | R, H, C | [50:14 – 51:22] 52:1-54:1 |
| | 56:2 – 56:22 | R, H, M, C | [56:2 – 56:22] 56:23-59:1; 59:18-61:8 |
| | 70:1 – 71:10 | R, H, C | |
| | 71:20 – 72:18 | R, H, C | [70:1 – 71:10] 71:11-19 |
| | 75:3 – 76:7 | R, H, C | [71:20 – 72:18] 72:19-73:21 |
| | 98:4 – 98:14 | R, H | [75:3 – 76:7] 76:8-77:14; 157:18-158:14 |

8

| Name | Designations | Objections | [Plaintiffs' Designation] Counter Designations |
|---|---|---|---|
| | 110:20 – 112:15 | R, L, M, A, F, V, LC | |
| | 116:22 – 117:15 | R, H | |
| | 118:11 – 119:12 | R, H | |
| | 120:7 – 121:7 | R, H | |
| | 123:12 – 125:8 | R, L | |
| | 127:4 – 127:18 | R | |
| | 128:17 – 137:2 | H, F, V, L | |
| | 138:16 – 148:16 | R, H, C, L, M, A, LC, F | |
| | 149:8 – 150:4 | R, H | [149:8 – 150:4] 150:5-16 |
| | 151:4 – 151:18 | R, H | |
| | 152:15 – 155:11 | R, H, LC, F, V | |
| | 156:9 – 156:22 | R, C | [156:9 – 156:22] 157:10-17 |
| | 162:16 – 163:4 | R | |

Respectfully submitted,

*/s/   John F. O'Connor*
John F. O'Connor
Virginia Bar No. 93004
Linda C. Bailey (admitted *pro hac vice*)
Molly Bruder Fox (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com
lbailey@steptoe.com
mbfox@steptoe.com

William D. Dolan, III
Virginia Bar No. 12455
LAW OFFICES OF WILLIAM D. DOLAN, III, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22102
(703) 584-8377 – telephone
wdolan@dolanlaw.net

*Counsel for Defendant/Third-Party Plaintiff
CACI Premier Technology, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of November, 2018, I caused a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John Kenneth Zwerling
    The Law Offices of John Kenneth Zwerling, P.C.
    114 North Alfred Street
    Alexandria, Virginia 22314
    jz@zwerling.com

    Lauren A. Wetzler
    United States Attorney Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    lauren.wetzler@usdoj.gov

    */s/   John F. O'Connor*
    John F. O'Connor
    Virginia Bar No. 93004
    Attorney for CACI Premier Technology, Inc.
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 429-3000 – telephone
    (202) 429-3902 – facsimile
    joconnor@steptoe.com