UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI et al., ) ) ) Plaintiffs, ) ) v. ) ) CACI PREMIER TECHNOLOGY, INC. ) ) Defendant. ) ) ) CACI PREMIER TECHNOLOGY, INC., ) ) Third-Party Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, and ) JOHN DOES 1-60, ) ) Third-Party Defendants. ) ) | Case No. 1:08-cv-827 (LMB/JFA) |

ORDER GRANTING CONSENT MOTION FOR BRIEFING
SCHEDULE FOR CACI PREMIER TECHNOLOGY, INC.'S
SUGGESTION OF LACK OF SUBJECT MATTER JURISDICTION

In accordance with Local Rule 7(F)(1) and this Court's October 25, 2018 order (Dkt. 974), Plaintiffs have filed a Consent Motion for Briefing Schedule for Defendant CACI Premier Technology, Inc.'s ("CACI") Suggestion of Lack of Subject Matter Jurisdiction. The Court hereby GRANTS the Consent Motion for Briefing Schedule for CACI's Suggestion of Lack of Subject Matter Jurisdiction. The briefing schedule will be as follows:

1. All responses to CACI's Suggestion of Lack of Subject Matter Jurisdiction shall be filed no later than January 29, 2019;

2. CACI's reply in support of its Suggestion of Lack of Subject Matter Jurisdiction shall be filed no later than February 8, 2019.

3. The hearing date of February 15, 2019 will remain.

**SO ORDERED**, this 4th day of January, 2019.

/s/
Leonie M. Brinkema
United States District Judge