# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    ALEXANDRIA DIVISION

 4   - - - - - - - - - - - - - - - - - x

     SUHAIL NAJIM ABDULLAH AL SHIMARI, )

 5                                     )

     TAHA YASEEN ARRAQ RASHID,         )

 6                                     )

     ASA'AD HAMZA HANFOOSH AL-ZUBA'E,  )  Case No.

 7                                     )

     SALAH HASAN NSAIF JASIM           )  08-cv-0827-LMB-JFA

 8                                     )

     AL-EJAILI,                        )

 9                                     )

              Plaintiffs,              )

10                                     )

          VS.                          )

11                                     )

     CACI PREMIER TECHNOLOGY, INC.,    )

12                                     )

              Defendant.               )

13   - - - - - - - - - - - - - - - - - x

14                                     Washington, D.C.

15                          Thursday, February 16, 2017

16

17              VideoLink Deposition of SUHAIL NAJIM

18   ABDULLAH AL SHIMARI, called for examination by

19   counsel for Defendant, pursuant to notice, at the Law

20   Offices of Steptoe & Johnson, 1330 Connecticut

21   Avenue, NW, Washington, D.C., commencing at 8:05

22   a.m., before Joe W. Strickland, RPR, CRR, CRC and
```

Suhail Najim Abdullah Al Shimari                                          February 16, 2017
                              Washington, D.C.

Page 2

1   Notary Public in and for the District of Columbia,
2   when were present on behalf of the respective
3   parties:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 3

1   APPEARANCES:
2       On behalf of Defendant:
3       JOHN F. O'CONNOR, ESQ.
4       LINDA C. BAILEY, ESQ.
5       Steptoe & Johnson, LLP
6       1330 Connecticut Avenue, NW
7       Washington, D.C. 20036
8       (202) 429-8095
9       joconnor@steptoe.com
10      lbailey@steptoe.com
11
12      On behalf of Plaintiffs:
13      ROBERT P. LOBUE, ESQ.
14      MATTHEW FUNK, ESQ.
15      PETER NELSON, ESQ. (Via VideoLink)
16      Patterson Belknap Webb & Tyler, LLP
17      1133 Avenue of the Americas
18      New York, New York  10036-6710
19      (212) 336-2596
20
21
22

Page 4

1   APPEARANCES (Continued):
2       On behalf of Plaintiffs:
3       SHEREEF AKEEL, ESQ.
4       Akeel & Valentine
5       888 West Big Beaver Road
6       Suite 910
7       Troy, Michigan 48084
8       (248) 269-9590
9       - and -
10      KATHERINE GALLAGHER, ESQ. (Via VideoLink)
11      Center for Constitutional Rights
12      666 Broadway, 7th Floor
13      New York, New York 10012
14      - and -
15      MOHAMMED ALOMARI, ESQ (Via VideoLink)
16      Azimuth Legal Service, PLLC
17      24901 Northwestern Highway, Suite 311
18      Southfield, Michigan  48075
19
20   Also Present:
21      Hilal Houalla, Translator
22      Jessy Leifer, Rutgers Human Rights Clinic

Page 5

1                C O N T E N T S
2   WITNESS:  SUHAIL NAJIM ABDULLAH AL SHIMARI
3   EXAMINATION BY:                        PAGE
4       Mr. O'Connor              8, 131
5       Mr. LoBue                 117
6           Afternoon Session        83
7
8                E X H I B I T S
9   EXHIBIT NO. DESCRIPTION                PAGE
10  AS-1:    Al Shimari Statement in Arabic    15
11           denying mistreatment in prison
12  AS-2:    Plaintiff's Interrogatory      18
13           Responses
14
15
16
17
18
19
20
21
22

2  (Pages 2 to 5)

Suhail Najim Abdullah Al Shimari                                    February 16, 2017
Washington, D.C.

---

Page 14

1      MR. ALOMARI:  This is Mr. Alomari.  2008.
2      THE WITNESS:  2008 to now, I am a
3  mathematics instructor.
4  BY MR. O'CONNOR:
5      Q.   Where are you a mathematics instructor?
6      A.   I was an instructor at Mahmoudia.
7      Q.   What is Mahmoudia?
8      A.   It's an area close to us.
9      Q.   Are you an instructor at a school?
10     A.   Yes.
11     Q.   Is it a --
12     A.   Yes.
13     Q.   -- is it a college?
14     A.   No, it's middle school.  Middle school.
15     Q.   Mr. Al Shimari, you mentioned a minute ago
16  the time that you were in prison.  Is it correct that
17  you were arrested at your home around November 7,
18  2003?
19     A.   Correct.  Yes.
20     Q.   Who arrested you?
21     A.   I could not hear you.
22         (Translator repeated the question.)

---

Page 15

1      THE WITNESS:  The American forces.
2  BY MR. O'CONNOR:
3      Q.   Were they soldiers?
4      A.   Yes, yes.
5      Q.   About how many soldiers were there when
6  you were arrested?
7      A.   I'm not sure.  I don't know.  I'm not sure
8  how many.
9      Q.   Can you give me an estimate?
10     A.   There were around three Hummer cars.
11  There were a combination of a group of soldiers in
12  three Hummer cars.
13     Q.   And is it correct that the U.S. military
14  released you from prison in 2008?
15     A.   Yes.
16     MR. O'CONNOR:  Pete Nelson, could you hand
17  the witness what's been labeled Exhibit 1.
18         (Whereupon, Deposition Exhibit
19         No. AS-1 was marked for
20         identification.)
21     MR. NELSON:  I've handed the witness
22  Exhibit 1.

---

Page 16

1  BY MR. O'CONNOR:
2      Q.   Mr. Al Shimari, is that your signature
3  toward the bottom of the page?
4      A.   Yes, yes, yes.
5      Q.   And is this dated March 27, 2008?
6      A.   Yes, yes.
7      Q.   And in this document you stated that you
8  were not mistreated during your detention by the U.S.
9  military; right?
10     A.   Yes, of course, during this period,
11  whenever I signed a document, in order to be released
12  every prisoner had to sign this document.  It had
13  these things on it, so I had to sign it in order to
14  be released.
15     Q.   But the document says that whether you say
16  you were mistreated or not will have no effect on
17  whether you get released; isn't that right?
18     A.   It's not correct.  The people, you know,
19  it's not correct.  The people who was -- the second
20  point they were looking at it, if they had any
21  objections, they were not released.
22     Q.   Okay.  Can you read the first paragraph of

---

Page 17

1  this document out loud.
2      A.   It says I was not mistreated during my
3  arrest, but this is not true.  If you read this
4  paragraph, if you check it, then you can be able to
5  be released.  If you don't check it, then they will
6  not release you.
7      Q.   Who told you that?
8      A.   The prisoners with me.  Before and with
9  me.
10     Q.   Other Iraqi prison prisoners told you
11  that?
12     A.   Yeah, they put on the Point 2, they were
13  not released.  So if you check Number 2, they were
14  not released.
15     Q.   But you would agree that the first
16  paragraph says that your notification of mistreatment
17  will not affect the decision for your release?
18  Right?
19     A.   If I was been mistreated -- I mentioned I
20  was mistreated, I put an X on the first mark, they
21  will release me.  If I mentioned number 2, they would
22  not release me.

Alderson Court Reporting

Suhail Najim Abdullah Al Shimari                                          February 16, 2017
Washington, D.C.

## Page 18

1    Q.   But my question is a little bit different.
2  I'm only asking whether it says in the first
3  paragraph of that form that your answer will not
4  affect whether you are released.
5    A.   You said -- it says that you are -- it is
6  not going to affect it.  But actually if you check
7  Number 2, it will affect.  If you write Number 2, I
8  will stay in prison.  If I mention Number 2, I will
9  stay in prison.  I would never be released.
10   Q.   Would you agree with me that this form
11 says that whichever line you check will not affect
12 the decision on your release, but you did not believe
13 that to be true based on what some other Iraqi
14 prisoners had told you?
15   A.   There are other prisoners who, again,
16 mention Number 2, they were not released.
17        MR. O'CONNOR:  Pete, could you hand the
18 witness what's been marked as Exhibit 2, please.
19        (Whereupon, Deposition Exhibit
20        No. AS-2 was marked for
21        identification.)
22        MR. NELSON:  The witness has Exhibit 2.

## Page 19

1  BY MR. O'CONNOR:
2    Q.   Mr. Al Shimari, could you turn to the last
3  page of this document and tell me if that's your
4  signature.
5    A.   Yes.
6    Q.   By signing here, you were verifying that
7  the answers in this document are true based on your
8  own knowledge, except for matters stated on
9  information and belief.  Did somebody read the
10 document to you so that you would know what it says?
11   A.   Yes, yes.
12   Q.   Someone read the entire document word for
13 word to you?
14   A.   Yes.
15   Q.   And do you have any reason to believe that
16 anything in your responses in this document is
17 untrue?
18        MR. LOBUE:  I object to the question.
19 It's a very long document.  But the witness may
20 answer to the best of his ability.
21        THE WITNESS:  Ask me, then I can answer
22 you.

## Page 20

1  BY MR. O'CONNOR:
2    Q.   The question was whether you're aware of
3  anything in your answers in this document that are
4  not true.
5    A.   No, no, it's true.  True.
6    Q.   I'm going to turn back to the day that you
7  it were arrested by the U.S. military.  As I
8  understand your testimony, you were arrested at your
9  home by about three Hummer vehicles full of U.S.
10 soldiers; is that right?
11   A.   Correct.  Yes.
12   Q.   Was there anybody in that group of U.S.
13 soldiers that you believed was a civilian?
14   A.   I didn't see somebody civilian.
15   Q.   Did somebody translate between you and the
16 soldiers on the day that you were arrested?
17   A.   Interpreter?
18   Q.   Yes.
19   A.   Yes, there was an interpreter.  There was
20 an interpreter present.
21   Q.   Did the interpreter appear to be a
22 soldier?

## Page 21

1    A.   They were all soldiers.  All soldiers.
2    Q.   Did the soldiers search your house?
3    A.   Yes.
4    Q.   Did they search a vehicle that was parked
5  in front of your house?
6    A.   Yes.
7    Q.   Whose vehicle was it that was in front of
8  your house?
9        MR. LOBUE:  I'm going to object to the
10 relevancy of this line of inquiry, but the witness
11 may answer.
12 BY MR. O'CONNOR:
13   Q.   The question is who owned the white pickup
14 truck that was parked in front of your house?
15   A.   Let me explain to you something.  They
16 were searching the house, the U.S. military, and they
17 couldn't find anything.  They went to the car.  Let
18 me explain something about this car.  I live close to
19 the national road where, if anybody had a problem
20 with his car, he would park it next to our building.
21 Somebody, the owner -- the owner of the car left the
22 car in front.  And we don't know who he is, and he

Alderson Court Reporting

Suhail Najim Abdullah Al Shimari                                February 16, 2017
Washington, D.C.

Page 22

1  left. And we don't any relation with him. No
2  relation.
3      Q. Do you have any reason to believe that
4  employees from CACI were involved in the decision to
5  arrest you?
6      A. I don't know how they came in. I was
7  sitting in my house. The U.S. military came into my
8  place. I don't know.
9      Q. Did the U.S. military find two AK-47s in
10  your house?
11      A. Yes, yes.
12      Q. Do you know what they found in the pickup
13  truck?
14      A. There was something about the two
15  Kalashnikovs. Let me explain to you the things about
16  the Kalashnikovs. We are two houses, me and my
17  brother next to each other, adjacent to each other.
18  Every house has a rifle. Every house. One is mine
19  and one for my brother. Yes.
20      Q. When the soldiers arrested you, did they
21  arrest your brother too?
22      A. They took me, they took my cousin, and

Page 23

1  three or four people that were in the place.
2      MR. ALOMARI: This is Mr. Alomari.
3  (Speaking Arabic.) It means "guests."
4      THE WITNESS: They took me, they took my
5  cousin, and three or four other guests in my place.
6  BY MR. O'CONNOR:
7      Q. Did they put you in one of the Hummer
8  vehicles? Did they put you in one of the Hummer
9  vehicles?
10      A. Yes.
11      Q. Where did they take you?
12      A. They took me to an area called Mursalat.
13      Q. Was Mursalat a U.S. military camp?
14      A. Yes.
15      Q. Now, between the time that the soldiers
16  showed up at your house and the time you got to Camp
17  Mursalat, were you mistreated by those soldiers in
18  any way?
19      A. They just took me took me to Mursalat. I
20  stayed one or two days and they took me some place
21  else and there was an investigation about the weapon,
22  the rifles.

Page 24

1      Q. Just to make sure I understand, from the
2  time the soldiers picked you up until the time you
3  got to Camp Mursalat, you're saying they did not
4  mistreat you; right?
5      A. They put the bag on my head and they took
6  me to Mursalat, and they started an investigation in
7  the camp about the weapon found in the car.
8      Q. So during the ride from your house to Camp
9  Mursalat, did you have a bag on your head?
10      A. Yes, yes.
11      Q. Did anybody injure you from the time the
12  soldiers came to your house to the time you arrived
13  at Camp Mursalat?
14      A. No, no.
15      Q. How long were you at Camp Mursalat?
16      A. Only two days. Two days.
17      Q. What happened during your time at Camp
18  Mursalat?
19      A. They put me in a cage. After two days
20  they transferred me somewhere else.
21      MR. O'CONNOR: Did he say they put him in
22  a "cage"?

Page 25

1      THE WITNESS: The first time I came in
2  here they did put me in a small cage. And the next
3  day, they transferred me somewhere else.
4  BY MR. O'CONNOR:
5      Q. And this occurred at Camp Mursalat?
6      A. Mursalat, yes. At Mursalat, yes.
7      Q. How small was the cage you were put in at
8  Camp Mursalat?
9      A. It was small. It was very, very small.
10  It was four or five people were put in the same cage.
11      Q. Were you able to stand up in it?
12      A. Yes.
13      Q. Did you have a bag on your head during the
14  time you were at Camp Mursalat?
15      THE TRANSLATOR: Not in the cage, in the
16  whole time?
17      MR. O'CONNOR: At any time he was at Camp
18  Mursalat.
19      THE WITNESS: Yes.
20  BY MR. O'CONNOR:
21      Q. Did you have a bag on your head the entire
22  time you were at Camp Mursalat?

7 (Pages 22 to 25)

Suhail Najim Abdullah Al Shimari                                          February 16, 2017
Washington, D.C.

## Page 38

1       Q.    Were you mistreated during the trip from
2    Camp Mujahadeen to Abu Ghraib?
3       A.    The car was open.  They put a bag on my
4    head and they tied my hands behind my back.
5       Q.    And during the trip from Camp Mujahadeen
6    to Abu Ghraib, were you sitting in the back of the
7    vehicle or lying down in the back of the vehicle?
8       A.    Sitting.
9       Q.    Was it about a month from the time you
10   were arrested until the time you reached Abu Ghraib
11   prison?
12      A.    Around.
13      Q.    When you got to Abu Ghraib prison, what
14   happened next?
15      A.    The first, they took me in and took off my
16   clothes and examined me, my body, and they gave me a
17   number.  The second was about an interpreter.
18      Q.    Let's start with Step 1.  When you got to
19   Abu Ghraib, was the first thing that happened is they
20   had you take off your clothes so you could get a
21   medical examination?
22      A.    They checked my body.  They gave me a

## Page 39

1    number.  They let me go back and sit down.  Next day,
2    they took me back to investigation -- interrogation.
3       Q.    Let's stay on the first day for a minute.
4    When you were examined, was it by medical personnel?
5       A.    No, no, he was not medical.  Actually, for
6    any person who comes in here, any person will come
7    check all his body.  They take his clothes off, check
8    his body, and then they gave him a number.
9           MR. ALOMARI:  This is Mr. Alomari.  The
10   said, "For anybody who comes in, they strip him
11   nude."
12          THE TRANSLATOR:  Take off all his clothes
13   and they gave him a number.
14   BY MR. O'CONNOR:
15      Q.    After they took off your clothes and gave
16   you a number, did you get your clothes back?
17      A.    Repeat the question, please.
18      Q.    After they had you take off your clothes
19   and check your body and then gave you a number, did
20   you get your clothes back?
21      A.    Yes.
22      Q.    And were you allowed to put your clothes

## Page 40

1    back on?
2       A.    Yes, yes.
3       Q.    That first day when they were checking
4    your body and giving you a number, was that all done
5    by U.S. soldiers?
6       A.    Yes.
7       Q.    Were you mistreated in any way your first
8    day at Abu Ghraib prison?
9       A.    In the first day, after I was stripped my
10   clothes, they put a bag on my head and they
11   handcuffed me behind my back and they put me in
12   another room.
13      Q.    At the time they handcuffed and put a bag
14   on your head, did you have your clothes on?
15      A.    I was wearing my clothes.  The first guy,
16   he took the mask out and my handcuffs out.  He took
17   my clothing off.  He stripped me naked.  Then after
18   that, examined me.  I put my clothes on, he put the
19   bag on, and handcuffed me back.
20      Q.    Was there any other things that occurred
21   on your first day at Abu Ghraib prison that you would
22   consider mistreatment?

## Page 41

1       A.    Up to now, there was no mistreatment.  But
2    the interrogation started; then the mistreatment
3    started.
4       Q.    Okay.  I think you started to say earlier
5    that on the second day interrogation started; is that
6    right?
7       A.    Correct.
8       Q.    Tell me what you remember about your
9    second day at Abu Ghraib prison.
10      A.    They took me for interrogation.  They put
11   the bag on my head.  They put the bag on and
12   handcuffs on and took me to the place where the
13   interrogator was sitting on a higher place and I was
14   sitting in a lower position.
15          And I was sitting talking to him and I was
16   standing on my legs like this (Indicating.)  And his
17   feet were up and I was almost -- the level of my face
18   was to his feet and he started asking me questions.
19   The interrogator?
20      Q.    Did you have a bag on your head during
21   this time?
22          MR. ALOMARI:  Mr. Alomari.  He also

11  (Pages 38 to 41)

Suhail Najim Abdullah Al Shimari                                                February 16, 2017
Washington, D.C.

Page 42

1  mentioned, thought, the stones -- that his knees were
2  on the sharp stones.
3      THE WITNESS:  My knees were standing on
4  cracked stones.
5  BY MR. O'CONNOR:
6      Q.   Mr. Al Shimari, in your Interrogatory
7  Responses in this case, you said that on the first
8  day that you were at Abu Ghraib prison you were
9  hooded and punched on all sides of the face.  Is that
10  accurate?
11      MR. LOBUE:  I object, and I ask the
12  witness to be shown his Interrogatory Response,
13  because the question did not precisely reflect what
14  the witness stated in the Interrogatory Response.
15      MR. O'CONNOR:  Are you testifying?
16      MR. LOBUE:  This is part of my objection.
17      MR. O'CONNOR:  This is a speaking
18  objection.  This is completely inappropriate.
19      MR. LOBUE:  The Interrogatory Response
20  states that he was punched on all sides of his face.
21      MR. O'CONNOR:  Did I not say that?  Did I
22  not say that?

Page 43

1      MR. LOBUE:  I'm objecting that you did not
2  give the witness an opportunity to read his written
3  response.
4      MR. O'CONNOR:  He can't read his written
5  response.  It's in English.
6      MR. LOBUE:  Well, we do have a translator
7  in the room, Mr. O'Connor.
8      MR. O'CONNOR:  Preposterous.
9  BY MR. O'CONNOR:
10      Q.   Mr. Al Shimari, were you punched on all
11  sides of your face during your first day in
12  Abu Ghraib prison?
13      A.   Like I -- like I told you before, the
14  minute they took me for interrogation, they started
15  hitting me and they started mistreating me.
16      Q.   So you were punched on all sides of your
17  face on your second day at Abu Ghraib prison; right?
18      A.   Actually, after they gave me -- the minute
19  that I stripped clothes and they gave me the number,
20  and they start mistreating me, hitting me.
21      Q.   So that was on the first day?
22      A.   I don't recall.  I don't remember.  But

Page 44

1  they started hitting me in the investigation,
2  interrogation.
3      Q.   Who was hitting you?
4      A.   Talking about the investigation, the
5  interrogation, they make me stand on my knees and
6  they told me to admit what was in the car.  And I
7  couldn't talk because they kept the bag on my head
8  during the interrogation.  Then when the
9  interrogation was over and when I leave, after I
10  leave, then they take the bag out.
11      Q.   So, do you know who your interrogator was
12  for that first interrogation that you just told us
13  about?
14      MR. LOBUE:  You mean by name?  I object to
15  the form.
16      MR. O'CONNOR:  Okay.
17      MR. LOBUE:  What do you mean, "Do you know
18  who he was"?
19      MR. O'CONNOR:  I think it's a fair
20  question.
21      MR. LOBUE:  Would you please translate my
22  objection and tell the witness he may answer.

Page 45

1      THE TRANSLATOR:  You want to restate the
2  question, please, sir?
3  BY MR. O'CONNOR:
4      Q.   Do you know who interrogated you the first
5  time you were interrogated?
6      MR. LOBUE:  Did you state my objection?
7      THE WITNESS:  How can I tell?  I don't
8  know his name because the way they took me into the
9  interrogation.  I had the bag on my head and they
10  were pulling me, pulling me.  I don't know his name.
11  BY MR. O'CONNOR:
12      Q.   That's all I wanted to figure out.  Is it
13  correct that you don't know who the interrogator was
14  for your first interrogation, because you had a bag
15  on your head for the entire time?
16      A.   Yes.
17      Q.   Do you know if your interrogator for your
18  first interrogation was a soldier or an American
19  civilian?
20      A.   I saw one guy with the hair going this
21  way, backwards, going back.
22      Q.   Was that your investigator from the first

12  (Pages 42 to 45)

Suhail Najim Abdullah Al Shimari

Washington, D.C.

February 16, 2017

Page 46

1  interrogation?

2  MR. ALOMARI:  This is Mr. Alomari.  He

3  described it as a "ponytail."

4  THE WITNESS:  He said there was a long

5  hair all the way to the back.  Looked like a female

6  hair, all the way to the back.  Long hair.

7  BY MR. O'CONNOR:

8  Q.  Was that your interrogator?

9  A.  Interrogator.

10  Q.  Was that your interrogator for the first

11  interrogation?

12  A.  Second, second.  In the second

13  interrogation.

14  Q.  Okay.  Let's start with the first

15  interrogation for now, so we don't get them mixed up.

16  I'll get to the second interrogation.  Is it fair to

17  say that you don't know whether your first

18  interrogator was a U.S. soldier or a U.S. civilian?

19  A.  Correct.  I don't know if he's military.

20  He was interrogating me.  He was interrogating me.

21  Q.  Did anything happen during the first

22  interrogation that you view as mistreatment, other

Page 47

1  than being -- having a bag on your head and kneeling

2  on sharp rocks?

3  A.  I mean, he was mistreating me.  He kept

4  his feet higher than my head and my eye level was

5  close to his feet.  That is mistreatment.

6  Q.  Is there any other type of mistreatment

7  during the first interrogation besides what you have

8  already told me about?

9  A.  He was real pulling me -- through the

10  interrogation, they was pulling me, pulling me like a

11  bird, all the way.  Pulling me.  And he was pushing

12  me like a rock, like a bird.

13  THE REPORTER:  Bird?

14  THE TRANSLATOR:  Bird.  B-I-R-D.

15  BY MR. O'CONNOR:

16  Q.  Is it fair to say that you don't know who

17  was pushing you, because you had a bag on your head?

18  A.  Correct, yes.

19  Q.  Are there any other things that happened

20  during the first interrogation that you would call

21  mistreatment?

22  MR. NELSON:  This is Mr. Nelson.  We lost

Page 48

1  sound for part of that translation.  Can you

2  translate that question again?

3  MR. O'CONNOR:  Could you just read it and

4  translate it again.

5  (Translator restated the question.)

6  THE WITNESS:  He was pulling me all the

7  way they almost broke my hands.  They were tied so

8  hard, my hands, they almost got broken.  And during

9  the interrogation, how I was looking at his feet.  He

10  was walking, pressing on my belly, on my head even.

11  In addition, during the interrogation I was standing

12  on my knees.

13  BY MR. O'CONNOR:

14  Q.  Who was pressing on your head?

15  A.  Hitting, hitting.  He was stepping with

16  his feet.  Pressing with his feet.

17  Q.  The interrogator was stepping with his

18  feet?

19  A.  You know, the interrogator and the guards.

20  Q.  This was during --

21  A.  And I couldn't tell because my head was

22  covered.  I couldn't tell.

Page 49

1  Q.  So you couldn't tell who was doing this,

2  because your head was covered; is that right?

3  A.  Correct.

4  Q.  Have you now told me all of the

5  mistreatment you believe you suffered during the

6  first interrogation at Abu Ghraib prison?

7  A.  Yes.  And after that, you know, they took

8  me to another place.  It was an excess mistreatment,

9  more mistreatment.

10  Q.  Where was the other place where there was

11  more mistreatment?

12  A.  Abu Ghraib, there was another place in

13  Abu Ghraib called Takila.

14  MR. LOBUE:  Let's go off the record

15  momentarily and resolve our technical problems.

16  (Whereupon, the deposition was recessed

17  from 9:59 a.m. to 10:03 a.m.)

18  MR. O'CONNOR:  We're back on the record.

19  MR. ALOMARI:  This is Mr. Alomari and I

20  had a correction on the translation.  The area that

21  he is referring to as "Takila" is the Hard Site.

22  THE TRANSLATOR:  The Takila, the Hard

13  (Pages 46 to 49)

Suhail Najim Abdullah Al Shimari

February 16, 2017

Washington, D.C.

| Page 50 |
|---|
| 1      Site. |
| 2    BY MR. O'CONNOR: |
| 3      Q.  Mr. Al Shimari, you said a bit ago that |
| 4   your second interrogation had an interrogator with a |
| 5   ponytail; is that right? |
| 6      A.  Yes. |
| 7      Q.  During the second interrogation, did you |
| 8   have a bag on your head? |
| 9      A.  Yes. |
| 10      Q.  How do you know that the interrogator for |
| 11   the second interrogation had a ponytail? |
| 12      A.  Because they make -- they took the bag and |
| 13   he told me to:  Look to me eye-to-eye and talk to me, |
| 14   eye-to-eye. |
| 15      Q.  Was the interrogator with the ponytail a |
| 16   woman or a man with long hair? |
| 17      A.  Man. |
| 18      Q.  Can you tell me anything else about this |
| 19   man's appearance? |
| 20      A.  It was short duration, very short |
| 21   duration.  But I saw the hair. |
| 22      Q.  So to make sure I understand, the only |

| Page 51 |
|---|
| 1   thing you can tell me about the appearance of the |
| 2   seconding interrogator is that he had a ponytail? |
| 3      A.  Yes. |
| 4      Q.  Do you know what color skin the second |
| 5   interrogator had? |
| 6      A.  White. |
| 7      Q.  Did the second interrogation take place |
| 8   before or after you were moved to the Hard Site at |
| 9   Abu Ghraib? |
| 10      THE TRANSLATOR:  You're talking about |
| 11   Takila?  You want to rephrase it? |
| 12      MR. O'CONNOR:  You want to use that |
| 13   hard -- |
| 14      THE TRANSLATOR:  Hard Site. |
| 15      MR. O'CONNOR:  Isn't that the translation |
| 16   of Hard Site? |
| 17      THE TRANSLATOR:  I will stick with |
| 18   "Takila." |
| 19      MR. O'CONNOR:  You should say that. |
| 20      (Translator repeated the question.) |
| 21      THE WITNESS:  Before.  Before. |
| 22   BY MR. O'CONNOR: |

| Page 52 |
|---|
| 1      Q.  Did anything happen to you between the |
| 2   first interrogation and the second interrogation with |
| 3   the man with the ponytail? |
| 4      MR. LOBUE:  I object to the form of the |
| 5   question.  Vague.  He may answer. |
| 6      THE WITNESS:  Between the first |
| 7   interrogation and the second time, or the second time |
| 8   with the guy with the ponytail, long hair? |
| 9      MR. O'CONNOR:  No, between the first |
| 10   interrogation where he doesn't know who the |
| 11   interrogator and the second interrogation where it |
| 12   was a man with a ponytail. |
| 13      THE WITNESS:  Yes.  Then, you know, the |
| 14   second day after the guy with the ponytail, he really |
| 15   questioned me.  They pulled me.  In the first |
| 16   interrogation, I didn't see the guy because I had |
| 17   this thing on my face.  In the second interrogation, |
| 18   there was a guy and he told me eye-to-eye look.  So I |
| 19   know he had a ponytail. |
| 20   BY MR. O'CONNOR: |
| 21      Q.  How much time was there between the first |
| 22   interrogation and the second interrogation? |

| Page 53 |
|---|
| 1      A.  Around, I think, one day.  Around one day. |
| 2      Q.  Where did you go between the first |
| 3   interrogation and the second interrogation? |
| 4      A.  In a room. |
| 5      THE TRANSLATOR:  I just asked him a word. |
| 6      MR. ALOMARI:  This is Mr. Alomari.  It |
| 7   means "brick."  A brick room.  A brick room. |
| 8      THE TRANSLATOR:  A brick room. |
| 9   BY MR. O'CONNOR: |
| 10      Q.  Were you mistreated by anyone in between |
| 11   the first interrogation and the second interrogation? |
| 12      THE TRANSLATOR:  He lost sound. |
| 13      MR. NELSON:  The sound cut out.  Can you |
| 14   translate that question again. |
| 15      (Translator restated the question.) |
| 16      THE WITNESS:  Between the first |
| 17   interrogation and second interrogation, I was bare |
| 18   feet.  It was somewhere they didn't even give us |
| 19   food.  They did not give us food. |
| 20      THE TRANSLATOR:  I think he is going to |
| 21   add something now. |
| 22   BY MR. O'CONNOR: |

14  (Pages 50 to 53)

Suhail Najim Abdullah Al Shimari                                           February 16, 2017
Washington, D.C.

Page 54

1      Q.   Other than being barefoot and not having
2  food, were you mistreated at all between the first
3  interrogation and the second interrogation?
4      A.   It was cold.  The environment was cold.
5      Q.   Was there any other mistreatment between
6  -- in between the first interrogation and the second
7  interrogation?
8      No, that's it.  That's it.
9      Q.   Now, let's talk about the second
10  interrogation.  That's the one where the interrogator
11  was a man with a ponytail; right?
12      A.   Yes.
13      Q.   How long did that second interrogation
14  last?
15      A.   The second interrogation?
16      Q.   Yes.
17      A.   It's one day after the first
18  interrogation.
19      Q.   How long were you interrogated during the
20  second interrogation?
21      A.   More than three hours.
22      Q.   Were you mistreated during the second

Page 55

1  interrogation?
2      A.   In the second interrogation, I was like
3  this on my fingers.  (Indicating.)
4      MR. ALOMARI:  Mr. Alomari.  He said, "My
5  toes."
6      THE WITNESS:  On my feet.  I was standing
7  on my fingers and my nose was on the wall -- toward
8  the wall.
9      MR. LOBUE:  I'm sorry; he was standing on
10  fingers?
11      MR. AKEEL:  Toes.
12      MR. ALOMARI:  This is Mr. Alomari.  He
13  said "my toes."
14      THE TRANSLATOR:  He said I was, "Standing
15  on my fingers of the feet, and my nose was on the
16  wall like this in the corner."  (Indicating.)
17      MR. LOBUE:  The interpreter was
18  demonstrating that his nose was up against the wall
19  and he was on his toes, I believe.  Is that correct?
20  The fingers of his feet, also known as toes?
21      THE TRANSLATOR:  That is fine, but on his
22  toes.

Page 56

1      MR. LOBUE:  I don't want to testify.  I
2  just want the record to reflect what is happening in
3  the room.
4      THE TRANSLATOR:  He said "fingers of his
5  feet."
6  BY MR. O'CONNOR:
7      Q.   During the time that you were standing
8  with your nose against the wall, did you have a hood
9  on?
10      A.   No, there was no bag.  No bag.
11      Q.   Were you mistreated in any other way
12  during this second interrogation?
13      A.   The interrogator used to give order for
14  the guard -- used to give an order for the guard and
15  push me toward the wall.  "Stand up and don't move.
16  Period.  Don't move.  Final, don't move."  And he
17  said, "If you don't admit, you are going to be
18  standing toward the wall until morning."  But after
19  three hours they let me.
20      THE REPORTER:  Can I clarify something?
21  Who gave the order?
22      THE TRANSLATOR:  The interrogator gave

Page 57

1  orders to the --
2      THE REPORTER:  Okay.  That's all I need.
3  MR. O'CONNOR:
4      Q.   And is everything you just described what
5  happened during the second interrogation?
6      A.   He gave me an order to stand on the wall
7  with the nose to the wall on my toes and he was
8  giving the order for the guard to hit me.
9      Q.   My question was a little different.  I
10  want to make sure that I understand, did this happen
11  during the second interrogation?
12      A.   Second?  Second interrogation?
13      Q.   Yes.
14      A.   Yes, yes.
15      Q.   So the interrogator who was telling the
16  guard to push you against the wall was the man with
17  the ponytail?
18      A.   Yes.
19      Q.   Have you now told me all of the
20  mistreatment that you believe you suffered during the
21  second interrogation?
22      A.   Yes.

Suhail Najim Abdullah Al Shimari                                          February 16, 2017

Washington, D.C.

Page 58

1    Q.   What happened after the second
2    interrogation finished?
3        A.   After I left the interrogator, the guard
4    tied my hands behind -- very strong and very
5    powerful, tight.  He hit me on my head.  He kept
6    hitting me, hitting me all over my body -- on my
7    face, on my cheeks, and he sent me to Takila.
8        Q.   When the guard was hitting you, was that
9    in the room when the second interrogation occurred?
10       A.   In the interrogation room?  Yes.
11       Q.   Was the interrogator still there?
12       A.   I was standing on my fingers, or whatever
13   you want to call it, toes, and my nose was towards
14   the wall.  And I couldn't keep my balance and I
15   started moving, and then he started hitting me.
16       Q.   Who started hitting him?
17       A.   The guard when he was close to the
18   investigator.
19       Q.   The interrogator?
20       A.   The interrogator.  He was close to the
21   guard.
22       Q.   Were you ever interrogated again by the

Page 59

1    man with the ponytail?
2        A.   Only one time; this time.  After that, I
3    did not see him.
4        Q.   Do I understand that after the second
5    interrogation you were brought to the Hard Site?
6        A.   Yes.
7        Q.   How long were you kept at the Hard Site?
8        A.   Around one week.
9        Q.   Were you interrogated during that week?
10       A.   It was, you know, a very horrible place.
11   The pillow was full of stones.  There was no mattress
12   on the floor and it was very cold.  And the area was
13   very little and there was no bathroom.  Cold.  Very
14   cold.  Very cold.
15       Q.   My question --
16       A.   I also only wearing one "dishdasha," like
17   a long dress.  Like a long Arabic dress.
18       Q.   My question was a little different.  What
19   I'm trying to know is during this week that you were
20   at the Hard Site, were you interrogated?
21       A.   End of the week.  The end of the week.
22       Q.   During this week that you were at the Hard

Page 60

1    Site, is it correct that you were only interrogated
2    once and it was at the end of the week?
3        A.   Yes, sir.
4        Q.   During this week-long period that you were
5    at the Hard Site, were you mistreated?
6            THE TRANSLATOR:  In addition to what he
7    said?
8    BY MR. O'CONNOR:
9        Q.   In addition to what you have already told
10   me.
11       A.   Like I told you, it was cold, and the
12   pillow was so hard.  It was very dirty, there was no
13   bathroom.  This was the mistreatment.
14       Q.   I just want to make sure that I've gotten
15   from you any other type of mistreatment during that
16   week, besides what you have already said.  Have you
17   told me everything now?
18       A.   No, no, no.
19       Q.   There is nothing more?
20       A.   And the third interrogation, then the
21   treatment --
22       Q.   I'm going to get to the third

Page 61

1    interrogation.
2        A.   -- after one week.
3        Q.   Okay.  Have you told me about all of the
4    mistreatment you suffered between the second
5    interrogation and the third interrogation?
6        A.   Between the second and third?
7        Q.   Yes.
8        A.   Yes.
9        Q.   Between the second and third
10   interrogation, did you see any American civilians?
11       A.   Civilians?
12       Q.   Yes.
13       A.   How can I see?  Whenever they take me into
14   an interrogation, they put a bag on my head.
15       Q.   Did you have a bag on your head while you
16   were in your cell at the Hard Site?
17       A.   In Takila?  There was no cell in Takila.
18       Q.   Oh, so was it a --
19       A.   We only go for interrogation.  Only for
20   interrogation.
21       Q.   Okay.  You said after about a week at the
22   Hard Site, you went for the third interrogation; is

Alderson Court Reporting

1-800-FOR-DEPO                                                        www.aldersonreporting.com

Suhail Najim Abdullah Al Shimari                                           February 16, 2017

Washington, D.C.

| Page 62 | Page 64 |

**Page 62**

1    that right?
2        A.   Correct.
3        Q.   Were you brought to the third
4    interrogation with a bag on your head?
5        A.   Yes.
6        Q.   How long did the third interrogation last?
7        A.   6 o'clock in the morning.
8        Q.   If it started at 6 o'clock in the morning.
9    About what time did it end?
10       A.   The third one?
11       Q.   Yes, the third one.
12       A.   10 o'clock in the morning.
13       Q.   So you would say that the third
14   interrogation lasted about four hours?
15       A.   Yes.
16       Q.   Did you have the bag on your head for the
17   entire time?
18       THE TRANSLATOR:  The four hours?
19       MR. O'CONNOR:  Yes, for the entire
20   interrogation.
21       THE WITNESS:  The bag was on my head from
22   Takila all the way to the interrogator.  Once I was

**Page 63**

1    at the interrogator, they took the bag out.
2        Q.   Was your interrogator for the third
3    interrogation a soldier or a civilian?
4        THE TRANSLATOR:  American?
5        MR. O'CONNOR:  Yes.
6        THE WITNESS:  He took off -- I think he
7    took part of -- the clothes he was wearing was a
8    black shirt, short sleeves civilian.  And I asked him
9    a couple of times -- and I asked him a couple of
10   times whether the shirt was military or civilian and
11   he said civilian.  100 percent he was civilian.
12   Civilian.
13   BY MR. O'CONNOR:
14       Q.   What did he look like?
15       A.   He was wearing a black shirt.  Black tee
16   shirt.  Black shirt, half sleeves.
17       Q.   What did he look like?
18       A.   A little bit bald.  No hair.  No hair.  No
19   hair.  A little hair like this.
20   (Indicating.)  A little hair.  A little hair.  Yes.
21       Q.   What color skin did he have?
22       A.   I was standing, sitting, and kneeling and

**Page 64**

1    he was standing behind me with a dog and he said, "If
2    you tell me anything not true, I'm going to let the
3    dog bite you."  He put me -- between me and the
4    dog -- there was a glass between me and the dog.  And
5    he said, "I'm going to let the dog bite you."
6    "Shibak" means glass.  Window.  "Shibak."  A window.
7        MR. ALOMARI:  He is using "jamma" and now
8    "shibak."  "Jamma" in Iraqi is "shibak."
9        THE TRANSLATOR:  He is saying that the
10   word "shibak," which is "window," in Iraqi, it is
11   "jamma."
12       THE WITNESS:  He was threatening me.  He
13   said, "If I open the window, I'm going to let the dog
14   bite you."  Yes.  That was -- "I'm going to let the
15   dog bite you."
16   BY MR. O'CONNOR:
17       Q.   What color skin did the interrogator have?
18       A.   White.
19       Q.   About how old was he?
20       A.   Middle.  I don't know.  Mid.  Mid.
21       Q.   Was he thin or fat?
22       A.   Skinny.

**Page 65**

1        Q.   Was he tall?  Short?  Medium?
2        A.   Medium height.  He wasn't tall, he wasn't
3    short.  Medium height.
4        Q.   Did he have a mustache or a beard?
5        A.   He had a light mustache.
6        Q.   Do you know if the interrogator worked for
7    CACI?
8        MR. NELSON:  We lost sound.  Can you
9    translate that question again?
10       (Translator repeated the question.)
11       THE WITNESS:  I don't know, but I know --
12   but he is civilian.
13   BY MR. O'CONNOR:
14       Q.   You said he had a little bit of hair.  Do
15   you remember what color it was?
16       THE TRANSLATOR:  His hair, mustache?
17       MR. O'CONNOR:  Hair.
18       THE WITNESS:  Blond.
19   BY MR. O'CONNOR:
20       Q.   Did any other mistreatment occur during
21   this interrogation that you haven't already told us
22   about?

17 (Pages 62 to 65)

Suhail Najim Abdullah Al Shimari                                      February 16, 2017

Washington, D.C.

Page 66

1       A.   After about ten minutes, he was
2    threatening me with the dog to bite me.  I was
3    sitting down like this, like this, you know with both
4    my knees together and looking towards his eyes.
5    (Indicating.)  I was handcuffed in the back in a
6    force.  And I was, you know, the dog behind me could
7    bite me any time.  Yes.  And this interrogation
8    lasted for four hours or more.
9       Q.   Is it correct that the dog was always on
10   the other side of the window from you?
11      A.   Yes.
12      Q.   Have you told me about all of the
13   mistreatment you believe you suffered during this
14   third interrogation?
15      A.   No, that's it.
16           MR. LOBUE:  Can we take a break at this
17   point?
18           MR. O'CONNOR:  Yes.  We are going to take
19   a -- you want a ten-minute break?
20           MR. LOBUE:  Ten minutes.
21           MR. O'CONNOR:  We're going to take a
22   ten-minute break.

Page 67

1           (Whereupon, the deposition was recessed
2    from 10:43 a.m. to 10:56 a.m.)
3    BY MR. O'CONNOR:
4       Q.   Let's go back on the record.  So, Mr. Al
5    Shimari, we've been talking about your third
6    interrogation with the man with the black shirt as
7    the interrogator.  Have you told us about all of the
8    mistreatment that you contend you suffered during
9    that interrogation?
10      A.   It's been so long since 2003, it's been so
11   long, you know, I don't remember.
12      Q.   I understand that this was a long time
13   ago.  I'm just trying to make sure that you've told
14   me what you can remember.
15      A.   If other things if I do remember, I'll let
16   you know.
17      Q.   Thank you.  What happened after the third
18   interrogation?
19      A.   They send me after the third interrogation
20   they send me to a place like a cell.  Then before --
21   after the third interrogation, before I get into this
22   cell, they shave my hair, they shave my mustache, and

Page 68

1    they tied my hands behind my back.  Then after that,
2    they took off my clothes, they wet my clothes before
3    I went in the cell and they left me to put them back
4    on wet.
5           And for me, destruction of my house is the
6    better off than the way they mistreated me by shaving
7    my hair and my mustache.  This is worse.
8       Q.   Who did these things to you?  Was it U.S.
9    soldiers?
10      A.   A group of female and male soldiers and
11   civilians under the orders of the interrogator.
12      Q.   How do you know that this was under the
13   order of the interrogator?
14      A.   He was sitting down and they were moving
15   around.
16      Q.   Did the interrogator follow you back to
17   the area with the cells?
18      A.   Under the order of this guy, then they
19   shaved my hair.  The guy was giving an order, so they
20   shaved my hair and my mustache.  And then they put me
21   in the shower with the soap and the soldier was
22   holding weapons on me.

Page 69

1       Q.   Was the interrogator present when -- was
2    the interrogator present when --
3           THE TRANSLATOR:  He is saying about
4    shaving and everything.  He is mixing -- hold on.
5           THE WITNESS:  Directly after I left the
6    interrogator in Takila --
7           MR. AKEEL:  In the Hard Site.
8           THE WITNESS:  It was really adjacent, the
9    Hard Site was adjacent to this area.  The minute I
10   arrived, they shaved my mustache and my hair.  They
11   opened the water shower.  They get me naked, took off
12   my clothes.  Then a lot of soap, soap bar, and they
13   let me stay under the water until the soap is
14   dissolved -- until the soap is finished.  Because it
15   was so cold, since I didn't have any hair or my
16   mustache or my hair, it felt like nails sticking out.
17   It was so cold, I feel the hair is like nails.  Like
18   nails.  It was very cold, very cold, very cold.
19   BY MR. O'CONNOR:
20      Q.   Was --
21      A.   After that, they -- then after that they
22   gave me a wet suit.  Then they soaked it in the water

18  (Pages 66 to 69)

Suhail Najim Abdullah Al Shimari                                    February 16, 2017
Washington, D.C.

Page 70

1   until it is fully wet and he told me to wear it, put
2   it on. Since shaving my hair and my mustache, it is
3   worse for me, personally, very bad, compared to
4   whatever had happened in my house. It's really one
5   of the worst -- it's very bad. It was a
6   mistreatment.
7          MR. ALOMARI: This is Mr. Alomari. He is
8   saying "humiliating."
9          THE WITNESS: It was very humiliating.
10  BY MR. O'CONNOR:
11     Q.   Was the interrogator present when the
12  soldiers shaved your mustache and hair?
13     A.   There was one civilian present. He was
14  giving orders.
15     Q.   Who was the civilian?
16     A.   I really couldn't tell. After they shaved
17  my hair and my mustache and tied my hands behind my
18  back, I couldn't really tell who the civilian is.
19  And then they get me and four other people in the
20  room, a small room, me and four people, put us
21  together in a small room. We were naked. No
22  clothes. No clothes.

Page 71

1          After six or seven hours, they took us in
2   and put us in individual rooms, put us each in
3   individual rooms. And I couldn't tell it was day or
4   nighttime in the room. All I knew when I heard the
5   prayer in the dawn, when I heard the prayer -- when
6   they say "salat alfajr," it means the prayer of the
7   morning -- then I knew it was a new day.
8      Q.   Mr. Al Shimari, can we -- let's take this
9   one step at a time. When you left the third
10  interrogation and you had your mustache and hair
11  shaved, is it your testimony that there was one
12  civilian present, but you don't know who it was?
13     A.   Correct. Correct.
14     Q.   Do you know if that civilian was an
15  interrogator?
16     A.   I can't tell you. But in addition to him
17  there was other soldiers, female and male.
18     Q.   And then you talked about when you were
19  put into the shower. Who was present for that?
20     A.   It was a female soldier with her rifle
21  pointing at me.
22     Q.   Was there anyone --

Page 72

1      A.   And she kept her rifle pointing at me in
2   the shower, until the soap bar is dissolved.
3      Q.   Was there anyone else present for the
4   shower, other than you and the female soldier?
5      A.   There were close by. Two, three people,
6   they were close by.
7      Q.   Who were the two or three people who were
8   close by?
9      A.   I don't know. I don't know those people.
10     Q.   Were they soldiers?
11     A.   The majority are female soldiers.
12     Q.   Do you know if there were any civilians
13  present when you were taking the shower?
14     A.   Yes, there was one person. One person.
15     Q.   Is it the same person who was present when
16  they shaved your mustache and hair?
17     A.   He was sitting down and he was giving
18  orders to them.
19     Q.   Was it the same person who was present
20  when they shaved your mustache and hair?
21     A.   He was close. Close.
22     Q.   But my question is you said that there was

Page 73

1   one civilian present when you were taking the shower.
2   And my question is whether that was the same civilian
3   who was present when your mustache and hair were
4   shaved.
5      A.   Yes.
6      Q.   Now, you testified that your clothes --
7   that clothes were soaked in water and you were forced
8   to put those clothes on; is that correct?
9      A.   Correct.
10     Q.   Who told you to put on the wet clothes?
11     A.   He gave orders to one of the female
12  soldiers and she came in and brought a bucket with
13  the clothing in it and told me to put it on.
14     Q.   When you say "he" gave an order, who is
15  "he"?
16     A.   One -- the one sitting down. The guy who
17  was giving orders. The civilian.
18     Q.   The same person who was present when you
19  were showering and present when the soldiers shaved
20  your mustache and hair?
21     A.   He was the same person. But the woman,
22  she was holding her weapon when I was taking a

19 (Pages 70 to 73)

Suhail Najim Abdullah Al Shimari                                          February 16, 2017

Washington, D.C.

Page 74

1    shower.  She was taking orders from him.
2        Q.   And do I understand correctly that you
3    don't remember what this civilian looks like?
4        A.   He was really tall.  A little taller than
5    the other guy.  But I don't recall.  He is a tall
6    guy.  He's the same height or taller than.
7        Q.   The same height as who?
8        A.   He's taller than the interrogator, the
9    first interrogator, the interrogation before.  He was
10   taller than the interrogator in Takila.
11       Q.   How many times in total were you
12   interrogated in Abu Ghraib prison?
13       A.   I don't remember -- I don't remember the
14   number exactly.  Yes, I don't remember.  The
15   punishment -- the treatment was very bad, awful.  In
16   fact the minute they put me in this room, I couldn't
17   see anything.  I couldn't see nothing.  The minute
18   they -- the minute I hear the prayer in the morning,
19   the dawn prayer, then I would realize it was a new
20   day.  Then I would take something and mark the wall,
21   it's a new day.  The minute they were giving me food,
22   some water -- it was in a very large room.  The place

Page 75

1    where I was.
2        Q.   Is this a cell?
3        A.   Yes, it's a cell.
4        MR. ALOMARI:  This is Mr. Alomari.  He is
5    using the term saying that it looks like a "fake," a
6    "fake door."
7    BY MR. O'CONNOR:
8        Q.   The first -- just to summarize the
9    interrogation we talked about so far.  The first
10   interrogation you had at Abu Ghraib prison, you don't
11   know who was the interrogator because you had a hood
12   on the whole time; is that right?
13       A.   Yes.
14       Q.   And the second interrogation, the
15   interrogator was a man with a ponytail; right?
16       A.   Yes.
17       Q.   And the interrogator with the ponytail
18   only interrogated you that one time; right?
19       THE TRANSLATOR:  That one with the
20   ponytail?
21       MR. O'CONNOR:  Yes.
22       THE WITNESS:  Correct.  Correct.

Page 76

1    BY MR. O'CONNOR:
2        Q.   Now, the third interrogation you
3    described, the interrogator had a black shirt on;
4    right?
5        A.   Yes.
6        Q.   You said that there were other --
7        A.   It has been so long -- a long period of
8    time, I don't recall everything.  I don't remember.
9        Q.   My question is did the interrogator with
10   the black tee shirt ever interrogate you again after
11   the third interrogation?
12       THE TRANSLATOR:  You want me to ask him
13   how many times he interrogated him?
14   BY MR. O'CONNOR:
15       Q.   How many times -- did the man with the
16   black shirt interrogate you more than once?
17       A.   In every interrogation, there was always
18   one interrogator.  Different one.  So when he leaves,
19   I'll see somebody else in another interrogation.
20       Q.   Okay.  So do I understand it that you
21   never had the same interrogator more than once?
22       A.   Yes.

Page 77

1        Q.   What other interrogator can you remember
2    having?
3        THE TRANSLATOR:  Other than those?
4    BY MR. O'CONNOR:
5        Q.   Other than the ones you have described so
6    far.
7        A.   Every interrogation, every time I leave an
8    interrogator, I become so much desperate and the
9    mistreatment is so bad.  One would hit me on my head,
10   my face, on my cheeks.  The other one shaved my
11   mustache and my hair and put me inside the "douche."
12   And one put me another one in a cell where I couldn't
13   see, couldn't tell the difference between day and
14   night.  I couldn't see the day and night.
15       Q.   Do you remember --
16       A.   And one, he brought the dog to bite me.
17       Q.   Who brought the dog to bite you?
18       A.   When I was in the cell, somebody would
19   bring the dog.  It's like let him attack me and then
20   pulled the dog back -- almost let him try to attack
21   me, but then he pulled the dog back.
22       And one of the interrogators, he ordered

20  (Pages 74 to 77)

Suhail Najim Abdullah Al Shimari                                            February 16, 2017

Washington, D.C.

Page 78

1   one of the soldiers to put the bag on my head.
2        MR. ALOMARI:  This is Mr. Alomari.  Not
3   "the bag."  He said "the blanket."  Blanket.
4        THE WITNESS:  Then he put the blanket on
5   my head.  And the dog was biting the cover, you know
6   what I'm saying -- whatever it is -- the blanket.
7   BY MR. O'CONNOR:
8        Q.   Who was the interrogator that had the dog
9   do that?
10       A.   I don't know.  I don't know.  I don't
11  remember.  I don't recall.
12       Q.   Were some of your interrogators soldiers?
13       A.   The majority of the interrogators were
14  civilian.  The majority of the interrogators were
15  civilian.  The only things I can tell you, the guard
16  used to put the bag on my head and he used to pull me
17  into the interrogator.  Once I get to the
18  interrogator, he used to pull the bag out.  And I
19  think they were civilian, because --
20       Q.   Do you remember them being civilians or
21  are you not sure?
22       A.   I'm sure they were civilian.

Page 79

1        Q.   On the last break, did anybody talk to you
2   about your testimony?
3        A.   Their clothing was civilian.
4        Q.   On the last break, did anyone talk to you
5   about your deposition testimony.
6        MR. LOBUE:  Go ahead, then tell him to
7   wait for my objection.
8        THE TRANSLATOR:  I'm sorry; I lost.  Go
9   ahead.  I'm sorry.
10  BY MR. O'CONNOR:
11       Q.   On the last break, did anyone talk to you
12  about your deposition testimony?
13       MR. LOBUE:  Please translate and ask him
14  to wait for my instruction.
15       THE TRANSLATOR:  Not to answer?
16       MR. LOBUE:  Not to answer.
17       (Translator repeated the question.)
18       MR. LOBUE:  Please tell the witness I
19  instruct him not to reveal any discussions with
20  attorneys.  If he had discussions during the last
21  break with any person other than his attorneys, he
22  may answer.

Page 80

1        THE TRANSLATOR:  So you want to have any
2   discussions other than lawyers during the break;
3   right?
4        MR. LOBUE:  That's my instruction.
5        THE TRANSLATOR:  How do you want to ask
6   that question all over again?  The guy is confused
7   now.
8        MR. O'CONNOR:  I'm sticking with my
9   question.
10       THE TRANSLATOR:  Let's go over again.
11  BY MR. O'CONNOR:
12       Q.   My question is on the last break, did
13  anyone talk to you about your testimony?
14       A.   No, no, no.
15       Q.   Did anyone tell you to start blaming
16  civilians for your treatment?
17       MR. LOBUE:  Objection.  Objection.  I'm
18  going to instruct the witness not to discuss -- not
19  to disclose any discussions he may have had with
20  attorneys.  If he was told to give that testimony
21  outside of any discussions -- let me rephrase that.
22       If he had any discussions during the break

Page 81

1   other than with his attorneys, he may answer.  That's
2   my instruction.
3        THE TRANSLATOR:  Same instruction as
4   before?
5        MR. LOBUE:  Same instruction as before.
6        THE TRANSLATOR:  Let me go back now again
7   and do it all over again.
8        MR. LOBUE:  Please, may I suggest you
9   translate the question and then translate my
10  instruction.
11       THE TRANSLATOR:  Without any interruption?
12       MR. LOBUE:  Without interruption.
13  BY MR. O'CONNOR:
14       Q.   Look, my question is did anyone on the
15  last break tell you that you should start blaming
16  civilians with your testimony?
17       A.   I never had any discussions with my
18  lawyer.
19       MR. LOBUE:  I will -- well, okay.
20  BY MR. O'CONNOR:
21       Q.   Do I understand that you had no
22  discussions with your lawyers on the last break?

21  (Pages 78 to 81)

Suhail Najim Abdullah Al Shimari                                        February 16, 2017

Washington, D.C.

---

Page 90

1    THE TRANSLATOR:  In the cell?
2    MR. O'CONNOR:  Yes.  I will make it
3  shorter.
4  BY MR. O'CONNOR:
5    Q.   The dark cell, the loud music, and
6  throwing water on you all occurred in your cell;
7  correct?
8    A.   Correct.  Correct.
9    Q.   Were you ever interrogated inside your
10  cell?
11   A.   One time.
12   Q.   Tell me about the one time you were
13  interrogated inside your cell.
14   A.   The guard came over and put a bag on my
15  head and tied my hands behind my back and dragged
16  me -- took me to the interrogator.  And they started
17  asking me:  If you didn't tell those weapons belong
18  to me, the one in the car, I'm going to keep you in
19  this room and I'll bring your wife too."
20   Q.   But that happened outside of your cell in
21  a different room; right?
22   A.   He dragged me out of the cell, out, and

---

Page 91

1  then he brought me in back to the cell.
2    Q.   And it was a guard that dragged you out
3  and brought you back on the cell; right?
4    A.   The guard took me to the interrogator.
5    Q.   My question was did an interrogator ever
6  ask you questions while you were in your cell?
7    THE TRANSLATOR:  Inside the cell?
8    MR. O'CONNOR:  He is inside the cell.  I
9  want to know if he was asked questions while Mr. Al
10  Shimari was inside the cell.
11   THE WITNESS:  One time.  One time.
12  BY MR. O'CONNOR:
13   Q.   Tell me about the one time that you were
14  asked questions by an interrogator when you were
15  inside your cell.
16   A.   The interrogator never came over to the
17  room.  I was always been taken to him.  Where they
18  put a cover on my head, the bag, and tied my hands
19  behind my back and they took me to the interrogator.
20   Q.   Can you tell me any other mistreatment --
21   A.   Because from the issue that they were kept
22  me in the dark and throwing water at me, and all this

---

Page 92

1  issue.  And bringing a dog and make the dog try to
2  attack me, those things created an opening in my
3  belly.
4    MR. ALOMARI:  This is Mr. Alomari.  A
5  "hernia."
6    THE TRANSLATOR:  Hernia.  He got a hernia.
7    THE WITNESS:  I told him I'm sick, I need
8  a doctor.  I'm really hurt.  Hurt.  He didn't even
9  discuss or say anything.  He just gave me a pill and
10  a glass of water.
11  BY MR. O'CONNOR:
12   Q.   Was that a guard?
13   THE TRANSLATOR:  The guard who gave him
14  the medication?
15   MR. O'CONNOR:  Yes.
16   THE WITNESS:  It was a guard.  A doctor
17  never came over.
18  BY MR. O'CONNOR:
19   Q.   So you told the guard that you had a pain
20  in your stomach and the guard came back and gave you
21  a pill; is that right?
22   A.   Correct.

---

Page 93

1    Q.   Do you know if anyone told the guard not
2  to have a doctor come see you?
3    A.   He used to come once a day to give me food
4  rations.  This is the food rations, a bag.  You know
5  what I'm talking about.  A guy gave me the ration of
6  food, and I kept telling him I hurt in my belly in my
7  stomach, and I need to see a doctor.  He doesn't
8  answer me, because there was no dialogue or
9  discussion between me and the guard.  He came back
10  with a pill and a glass of water -- a water cup, cup
11  of water.
12   Q.   Do you know if the guard told anyone else
13  that you had complained of a pain in your belly?
14   MR. ALOMARI:  Sorry; we just lost the
15  sound.  Can you translate the question again.  Thank
16  you.
17    (Translator repeated the question.)
18   THE WITNESS:  I don't have any
19  information.
20  BY MR. O'CONNOR:
21   Q.   Can you tell me any other acts of
22  mistreatment that you suffered while you were at the

---

24  (Pages 90 to 93)

Suhail Najim Abdullah Al Shimari                                    February 16, 2017

Washington, D.C.

---

Page 94

1    Hard Site at Abu Ghraib prison?
2        A.    The area of Takila was close to a lot of
3    cells.  Close, dirty, limited area, very limited
4    area.  You know, the cover, the bed cover was sitting
5    on a humid place.  And you know, the weather is so
6    cold, and the pillow was full of soil and rock --
7            THE TRANSLATOR:  Correction, the pillow
8    was full of soil.
9            MR. ALOMARI:  This is Mr. Alomari.  He is
10   saying the pillow was a "sandbag."  "Kuneah alrraml,
11   bag.
12   BY MR. O'CONNOR:
13       Q.    Do you know who decided that you would
14   have a sandbag for a pillow?
15       A.    I don't have any information.
16       Q.    Can you think of any other mistreatment
17   you suffered while you were at Abu Ghraib prison?
18           THE TRANSLATOR:  The whole time?
19           MR. O'CONNOR:  Yes.
20           THE WITNESS:  Since the beginning up to
21   now, I have not meet or saw my family or any of the
22   members of my family.

---

Page 95

1        Q.    So while you were in Abu Ghraib prison,
2    you were prevented from seeing your family?
3        A.    Up to now -- up to now, I was not able to.
4    They would not let me see my family up to this point.
5        Q.    Were you ever able to have your family
6    come visit you at Abu Ghraib prison?
7        A.    Until I left the cell.
8        Q.    When you were moved out of the cell to the
9    tent part of Abu Ghraib, were you allowed to have
10   your family visit you?
11       A.    Yes.  And my family just informed me that
12   the U.S. military had bombed my house and they became
13   homeless and nobody left in the house.
14       Q.    Can you tell any other mistreatment you
15   contend that you suffered at Abu Ghraib prison?
16           THE TRANSLATOR:  Other?  In addition?
17           MR. O'CONNOR:  In addition to what he has
18   already told me.
19           THE WITNESS:  Because of the hits and all
20   the abuse, I had a headache.  And because of the
21   darkness I was kept in the room, I can't see very
22   well, my eyes, without the help of the glasses.  And

---

Page 96

1    because of the -- they were tightening my hands with
2    such force, I'm not able to carry bags in my hand.
3    Things fall out of my hand when I carry bags, any
4    kind of loads.
5            My teeth are falling out.  And up to now
6    whenever I'm trying to carry a load or weight in my
7    hand, it fell out of my hand up to now.  Without the
8    glasses I cannot see.  I see -- because of the
9    hitting on my head, I can see like arc.  Because of
10   the hitting on my head, whenever I see a light I see
11   like arcs.
12           MR. LOBUE:  See what?
13           THE TRANSLATOR:  Arc.  You know, like --
14           THE WITNESS:  They moved me out of Bucca
15   and in one year my teeth start falling out.  You can
16   see.
17   BY MR. O'CONNOR:
18       Q.    Is that from something that happened --
19       A.    And the operation the hernia -- I did the
20   hernia operation in Bucca.
21       Q.    Did the problem with your teeth happen
22   because of something that occurred at Camp Bucca or

---

Page 97

1    something that occurred at Abu Ghraib?
2        A.    Because of Abu Ghraib.  Because of
3    Abu Ghraib.
4        Q.    What things at Abu Ghraib caused your
5    teeth to fall out?
6        A.    Because the reason my teeth start falling
7    out, because in Abu Ghraib I was hit on my face here
8    and here, and that's the caused -- and hitting on my
9    head, that caused my teeth to start falling.
10       Q.    Were you hit on your face by guards?
11       A.    Guards.  The one who transported me to
12   interrogator.  The one who took me to the
13   interrogator.  He was hitting me and the plastic bag
14   was on my head, so I couldn't see him.
15       Q.    So this was either before or after an
16   interrogation, because you had the hood on; is that
17   right?
18       A.    Before the interrogation and after the
19   interrogation, the bag was on my head.  And during
20   those times, they keep hitting and me and abusing me.
21       Q.    And when you say "they keep hitting me and
22   abusing me," are you talking about guards?

---

25  (Pages 94 to 97)

Suhail Najim Abdullah Al Shimari                                    February 16, 2017
Washington, D.C.

| Page 102 | Page 104 |
|---|---|

**Page 102**

1 changing.
2    Q.   While you were at Abu Ghraib prison, were
3 you ever stabbed with a knife or sharp object?
4    A.   Only with a baton stick and the rifle, I
5 was hit.
6    Q.   Okay.  Let's start with the baton stick.
7 How did you get hit with a baton?
8    A.   Talking now about the electric things now.
9 There was an instrument -- there was an electric like
10 a lie detector set and said you are lying, something
11 around my arm.  Electric equipment.  And they said I
12 was lying.
13    Q.   And did it shock you?
14    MR. ALOMARI:  This is Mr. Alomari.  He is
15 saying "there is electric current in the supposed lie
16 detector."
17 BY MR. O'CONNOR:
18    Q.   Were you shocked by the electricity?
19    MR. ALOMARI:  This is Mr. Alomari --
20 electric shock --
21    THE REPORTER:  I'm sorry; I didn't get
22 that.

**Page 103**

1    THE WITNESS:  There was electric shock.
2 Electric shock.
3 BY MR. O'CONNOR:
4    Q.   How many times were you shocked with
5 electricity while were at Abu Ghraib prison?
6    A.   One time.
7    Q.   Who did it?
8    A.   I had a cover on my head and they put the
9 things on my hand and they gave me the shock.
10    Q.   Was this during an interrogation?
11    A.   This is during the interrogation.  "This
12 thing is gonna tell if you are lying or not," and
13 suddenly it shocked me.
14    Q.   And because you had a bag on your head,
15 you don't know who was present for that?
16    A.   Yes.
17    Q.   Were you ever choked while you were at
18 Abu Ghraib prison?
19    A.   More than one time, I tried to be choked
20 during interrogation.  More than once.  There were --
21    Q.   Choked or shocked?
22    A.   Choked.  You were talking about choked.

**Page 104**

1 They were dragging, pulling me from my neck.
2    Q.   Was this in the course of taking you to or
3 from an interrogation?
4    A.   It's like dragging a dog.
5    Q.   But was it -- did this happened when you
6 were being pulled to or from an interrogation?
7    A.   Yes.
8    Q.   Did you have a rope around your neck?
9    A.   The bag itself -- the bag, the bag.
10    Q.   Did the bag have a rope on it?
11    A.   Okay.  The bag was tied with a string and
12 they were pulling the string.
13    Q.   So was this guards pulling the string to
14 drag you around?
15    MR. O'CONNOR:  Go ahead and --
16    THE WITNESS:  Even me, you know, even when
17 I tried one time I was praying and he humiliated me
18 actually by pulling me before I finished my prayer.
19 He pulled me out of my prayer.
20 BY MR. O'CONNOR:
21    Q.   Who did that?
22    A.   He put the things on top of my head and

**Page 105**

1 pulled me.  I don't know.
2    Q.   Do you know if it was a guard?
3    A.   Of course.  Of course.  Sure.
4    Q.   When you were at Abu Ghraib prison, did
5 you ever have your private parts touched, either in
6 the front or in the back?
7    A.   Yes.
8    Q.   Tell me about that.
9    A.   Since I left Abu Ghraib up to now, I was
10 not able to have any children because they hit me
11 there.
12    Q.   Who?
13    A.   And the more hits on me, and they were
14 saying "feeki feeki," like you are a faggot, faggot.
15    MR. ALOMARI:  This is Mr. Alomari.  "Feeki
16 feeki," is "fuck you, fuck you."
17    THE WITNESS:  He don't have any kind of --
18 "naich," the word "naich" is "fuck you."
19 BY MR. O'CONNOR:
20    Q.   Is that what he said they were saying?
21    THE TRANSLATOR:  It is a bad word for us.
22 It's a bad expression, according to him.

27 (Pages 102 to 105)

Suhail Najim Abdullah Al Shimari                                February 16, 2017
Washington, D.C.

| Page 118 |
| --- |

1       THE WITNESS:  Yes, yes.
2   BY MR. LOBUE:
3       Q.   Please explain.
4       A.   There is a scar, there is numbness.  I
5   cannot walk for a long period of time up to now.
6   There is a numbness and scars on them, and pain.
7       MR. ALOMARI:  This is Mr. Alomari.
8   (Speaking Arabic.)  It means, "It wore down the
9   knee."
10      MR. LOBUE:  Okay.
11      THE TRANSLATOR:  I don't know it.
12      MR. LOBUE:  You don't know?  I will
13  withdraw the question; I will ask a different
14  question.
15  BY MR. LOBUE:
16      Q.   At the time you were forced to kneel on
17  the sharp rocks, did you have clothing on?
18      A.   I was naked.  No clothes on.
19      Q.   And when you were forced to kneel on the
20  sharp rocks, did it break the skin?  Did it make you
21  bleed?
22      A.   There was a scars on the skin.  Scars.

| Page 119 |
| --- |

1       Q.   Okay.  You told us that in one
2   interrogation someone was stepping with his foot.
3   Was he stepping on you?
4       MR. O'CONNOR:  Objection, leading.
5       MR. LOBUE:  I will rephrase the question
6   before you translate.
7   BY MR. LOBUE:
8       Q.   You testified earlier that in one
9   interrogation someone was stepping with his feet.
10  Who or what was he stepping on?
11      MR. O'CONNOR:  Objection, mischaracterizes
12  his testimony.  You don't need to translate my
13  objections.
14      THE WITNESS:  On my head, on my belly --
15  on my head, on my back, on my legs.
16  BY MR. LOBUE:
17      Q.   Did that cause you any pain or injury at
18  the time?
19      A.   It was a pain, a hard pain on my head and
20  my neck and on my back too.  On my back and on my
21  legs.  For a while I couldn't walk and I couldn't
22  move for a while.

| Page 120 |
| --- |

1       Q.   You told us that in one or more
2   interrogations you were forced to hold your nose
3   against the wall.  And I'd like to ask you for how
4   long were you forced to hold your nose against the
5   wall.
6       MR. O'CONNOR:  Objection, mischaracterizes
7   his testimony.
8       MR. LOBUE:  Are you okay if he doesn't
9   translate your objections?
10      MR. O'CONNOR:  I'm assuming he shouldn't.
11  I'm not instructing the witness.
12      THE TRANSLATOR:  Okay, so from now on I
13  will not translate.  How long?
14      MR. LOBUE:  For how long?
15      (Translator repeated the question.)
16      THE WITNESS:  One time from the afternoon
17  all the way to the dawn.  They take me back,
18  interrogate me, and then send me back to the wall.
19  BY MR. LOBUE:
20      Q.   You told us about an interrogator who had
21  a ponytail.  Did that interrogator wear a military
22  uniform or civilian clothes?

| Page 121 |
| --- |

1       A.   Civilian, civilian.
2       Q.   Okay.  Turning to a different subject,
3   altogether, how much time did you stay at the Hard
4   Site at Abu Ghraib?
5       A.   From Abu Ghraib, I stayed one year.
6       Q.   And how long did you stay --
7       A.   One month in "Mahacha," and 20 days -- and
8   around 20 days in Takila, 20 days.  I don't remember.
9   I don't recall how long I stayed in each part or in
10  Takila, but I remember overall I stayed one year in
11  Abu Ghraib.
12      Q.   And about how much --
13      MR. ALOMARI:  This is Mr. Alomari.  Just a
14  comment on the translation.  He didn't translate the
15  "Mahacha," which is referring to the cells.  And he
16  didn't translate "kasa."  "Kasa" is the cell that
17  looks like a safe.
18      THE TRANSLATOR:  I said -- I really don't
19  know what --
20      MR. LOBUE:  I understand.  I was going to
21  ask for a clarification.  Thank you, Mr. Alomari.
22  BY MR. LOBUE:

31 (Pages 118 to 121)

Suhail Najim Abdullah Al Shimari                                    February 16, 2017

Washington, D.C.

---

Page 122

1      Q.   Mr. Al Shimari, about how many days were
2   you forced to stay without clothing while you were at
3   Abu Ghraib, either for a whole day or part of the
4   day?
5      A.   In "kasa," around 30 days.
6           THE TRANSLATOR:  Whatever is "kasa."  I
7   don't know the area.  About 30 days.
8   BY MR. LOBUE:
9      Q.   Let me please ask a clarifying question.
10  Is it your testimony that you spent part or all of
11  30 days without clothing while you were at
12  Abu Ghraib?
13          MR. O'CONNOR:  Objection, leading.
14          THE TRANSLATOR:  In "kasa," he said --
15  inside "kasa," around 30 days.
16  BY MR. LOBUE:
17     Q.   And what do you mean by "kasa"?
18     A.   It's like I mean by "kasa," a small room
19  by 1 meter by 1-1/2 meter.  It has a little opening
20  for food.  It has like metal chicken wires and behind
21  it is a door metal.  It's one meter by 1-1/2 meter.
22     Q.   Thank you.  Mr. Al Shimari, you testified

---

Page 123

1   that someone at Abu Ghraib hit your private parts and
2   touched you on the back.  I'd like to ask you some
3   more questions about that.
4           MR. O'CONNOR:  Objection to form.
5   BY MR. LOBUE:
6      Q.   Was it an American who touched you on your
7   back?
8      A.   I mean, I had the bag on my head.  It was
9   like almost strangled.  And, I don't know, but I
10  think it's -- either one of the interrogators or one
11  of the guards.
12     Q.   Okay.  Did this happen before, during, or
13  after one of the interrogations?
14     A.   Okay.  Most of the time these things
15  happened always after the interrogation.
16     Q.   When someone touched you on your back,
17  where exactly did they touch you?
18     A.   In my back.  And he hit me -- the same
19  person touched me from my back, my ass, and then he
20  hit me on my private parts.
21     Q.   You said "my ass," meaning --
22     A.   My butt.

---

Page 124

1      Q.   Buttocks?
2      A.   Buttocks; right.
3      Q.   Did the person enter your body?  Let me do
4   it this way.  Excuse me one second.
5           Sir, could you please look at what's been
6   marked previously today as Exhibit 2, your
7   Interrogatory answers.  And Mr. Al Shimari, you told
8   us that you signed this document?
9      A.   Yes.
10     Q.   And someone read the contents to you
11  before you signed it; correct?
12     A.   Yes, correct.
13     Q.   I'm going to ask our interpreter to please
14  translate a statement that you made here.  First I
15  will read it in English for the record.
16          MR. O'CONNOR:  I object to this.  I guess
17  I'll say it now.
18          MR. LOBUE:  Sure.
19  BY MR. LOBUE:
20     Q.   My reading is as follows --
21          THE TRANSLATOR:  Do you have a copy?
22  Which one?

---

Page 125

1           MR. LOBUE:  The pages are not numbered.
2           THE TRANSLATOR:  Do you want to mark it
3   here.
4   BY MR. LOBUE:
5      Q.   The statement in English reads as follows:
6   "Plaintiff Al Shimari was subject to gratuitous and
7   humiliating sexual touching when, on multiple
8   occasions, guards forced him to bend over and
9   inserted their fingers into his rectum."  End of
10  reading.
11          MR. LOBUE:  Would you please translate?
12          MR. O'CONNOR:  Objection.
13  BY MR. LOBUE:
14     Q.   Did that happen?
15          MR. O'CONNOR:  Objection.
16          THE WITNESS:  Yes, yes.
17  BY MR. LOBUE:
18     Q.   Did that happen at Abu Ghraib?
19          MR. O'CONNOR:  Objection.
20          THE WITNESS:  Yes.
21  BY MR. LOBUE:
22     Q.   How did that make you feel?

---

32 (Pages 122 to 125)

Suhail Najim Abdullah Al Shimari                                         February 16, 2017
Washington, D.C.

Page 134

```
 1              CERTIFICATE OF DEPONENT
 2
 3     I hereby certify that I have read and examined the
 4     foregoing transcript, and the same is a true and
 5     accurate record of the testimony given by me.
 6     Any additions or corrections that I feel are
 7     necessary, I will attach on a separate sheet of
 8     paper to the original transcript.
 9
10            _____
11                 Signature of Deponent
12
13     I hereby certify that the individual representing
14     himself/herself to be the above-named individual,
15     appeared before me this _____ day of _____,
16     2017, and executed the above certificate in my
17     presence.
18            _____
19            NOTARY PUBLIC IN AND FOR
20            _____
21                 County Name
22     MY COMMISSION EXPIRES:
```

Page 135

```
 1           CERTIFICATE OF NOTARY PUBLIC
 2         I, JOE W. STRICKLAND, RPR, CRR, CRC, the officer
 3     before whom the foregoing deposition was taken, do
 4     hereby certify that, per the stipulations of Counsel,
 5     the witness whose testimony appears in the foregoing
 6     deposition was remotely sworn by me, through the
 7     Interpreter; that the interpreted testimony of said
 8     witness was taken by me in stenotypy and thereafter
 9     reduced to print under my direction; that said
10     deposition is a true record of the testimony given by
11     said witness; that I am neither counsel for, related
12     to, nor employed by any of the parties to the action
13     in which this deposition was taken; and, furthermore,
14     that I am not a relative or employee of any attorney
15     or counsel employed by the parties hereto, nor
16     financially or otherwise interested in the outcome of
17     this action.
18            _____
19            JOE W. STRICKLAND, RPR, CRR, CRC
20                 Notary Public, in and for
21                 The District of Columbia
22     My Commission Expires:  November 30, 2021
```

35 (Pages 134 to 135)