# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF VIRGINIA

 3                   ALEXANDRIA DIVISION

 4   - - - - - - - - - - - - - - - -X

 5   SUHAIL NAJIM ABDULLAH              :

 6   AL-SHIMARI, TAHA YASEEN ARRAQ      : Case No.:

 7   RASHID, ASA'AD HAMZA HANFOOSH      : 1:08-cv-00827

 8   AL-ZUBA'E, SALAH HASAN NSAIF       :    LMB-JFA

 9   JASIM AL-EJAILI,                   :

10            Plaintiffs,               :

11   vs.                                :

12   CACI PREMIER TECHNOLOGY, INC.,     :

13            Defendant.                :

14   - - - - - - - - - - - - - - - -X

15   CACI PREMIER TECHNOLOGY, INC.,     :

16       Third-Party Plaintiff,         :

17   vs.                                :

18   UNITED STATES OF AMERICA           :

19   AND JOHN DOES 1 - 60,              :

20            Defendants.               :

21   - - - - - - - - - - - - - - - -X

22    VIDEO TELECONFERENCE DEPOSITION OF TAHA RASHID
```

Page 2

1
2  Video Teleconference Deposition of TAHA RASHID
3          Washington, D.C.
4          Monday, May 7, 2018
5             9:49 a.m.
6
7
8
9
10
11
12
13  Job No. 78357
14  Pages: 1 - 155
15  Reported by:  Dana C. Ryan, RPR, CRR
16
17
18
19
20
21
22

Page 3

1
2
3
4
5           May 7, 2018
6             9:49 a.m.
7
8
9
10      Video Teleconference Deposition of TAHA
11  RASHID, held at the law offices of Steptoe &
12  Johnson LLP, 1330 Connecticut Avenue, Northwest,
13  Washington, D.C., before Dana C. Ryan, Registered
14  Professional Reporter, Certified Realtime Reporter
15  and Notary Public in and for the District of
16  Columbia, who officiated in administering the oath
17  to the witness.
18
19
20
21
22

Page 4

1            A P P E A R A N C E S
2
3  ON BEHALF OF THE PLAINTIFFS:
4     ROBERT P. LOBUE, Esquire
5     MATTHEW FUNK, Esquire
6     Patterson Belknap Webb & Tyler LLP
7     1133 Avenue of the Americas
8     New York, New York 10036
9     Telephone:  212.336.2000
10    Email: rplobue@pbwt.com
11    Email: mfunk@pbwt.com
12
13  ON BEHALF OF THE DEFENDANT AND
14  THIRD-PARTY PLAINTIFF:
15    JOHN F. O'CONNOR, Esquire
16    LINDA C. BAILEY, Esquire
17    Steptoe & Johnson, LLP
18    1330 Connecticut Avenue, Northwest
19    Washington, D.C. 20036
20    Telephone:  202.429.3000
21    Email: joconnor@steptoe.com
22    Email: lbailey@steptoe.com

Page 5

1      A P P E A R A N C E S   C O N T I N U E D
2
3  Also present:
4     Patrick Graham, Videographer
5     Sabah S. Danou, Interpreter
6     Katherine Gallagher, Esquire
7     Mohammed Alomari, Esquire
8         (Present via video teleconference)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 46

1  had one job in your life, and that is as a farmer?
2  A    Yes.  Yes, only a farmer.
3  Q    Did you work on a family farm?
4  A    Yes, I was.
5  Q    Are you currently a farmer?
6  A    Nowadays I'm working as a laborer in
7  construction on a daily wages, but not continuous
8  job.
9  Q    When did you start doing work as a
10 laborer?
11 A    After -- after 2015, I started in the
12 job.
13 Q    So before 2015, your only job was as a
14 farmer; is that right?
15 A    Yes.  Yes, correct.
16 Q    And then starting in '15 -- starting in
17 2015, you sometimes do work as a laborer?
18 A    Yes.
19 Q    And your work as a laborer is in
20 addition to the work that you currently do as a
21 farmer; is that right?
22 A    No, only I work as a farm -- as a

Page 47

1  worker, as a laborer.
2  Q    When did you stop working as a farmer?
3  A    2015, I stop -- I stop being a farmer.
4  Q    Why did you stop being a farmer?
5  A    Because the -- the militia -- sectarian
6  militias took over all the areas that I used to
7  work in as a farmer; and, therefore, there was
8  nothing left to me to be a farmer.
9  Q    What sort of crops did you farm in your
10 time working as a farmer?
11 A    Potatoes and tomato and lettuce I do
12 and, you know, rice, such things.
13 Q    Did you ever serve in the Iraqi
14 military?
15 A    Yes, I did.
16 Q    When did you serve in the Iraqi
17 military?
18 A    I was -- I was in the military Army
19 from 1999 through 2002.
20 Q    What did you do in the Iraqi Army?
21 A    I was a policeman.
22 Q    During your service in the Iraqi Army,

Page 48

1  did you learn how to use weapons?
2  A    In the -- in the training camp, they --
3  in the beginning in the training camp, they gave
4  us lectures how to use the weapon.  They trained
5  us.
6  Q    Did -- did the -- did your military
7  training involve you firing weapons?
8  A    Of course with machine gun.  I was
9  trained on machine guns.
10 Q    Were you trained on the use of
11 explosives?
12 A    I was not.
13 Q    Were you trained on the use of
14 grenades?
15 A    I was not.  He wants to take a rest
16 because my eyes are -- my eyes are killing me.
17       THE VIDEOGRAPHER:  We're going off the
18 record at 11:17.
19       (Recess -- 11:17 a.m.)
20       (After recess -- 11:36 a.m.)
21       THE VIDEOGRAPHER:  We are back on the
22 record.  The time is 11:36.

Page 49

1  BY MR. O'CONNOR:
2  Q    Mr. Rashid, you were taken into custody
3  by the U.S. military in 2003; is that right?
4  A    Yes.  Yes, they took me.
5  Q    And you were held by the U.S. military
6  for about a year and a half?
7  A    I was -- I was imprisoned about two
8  years -- close to two -- close to two years I was.
9  Q    Was it in September of 2003 that you
10 were taken into custody by the U.S. military?
11 A    I was there on September, yes, 2003.
12 Q    And you were in the vicinity of an
13 explosion that occurred when a U.S. military
14 convoy was driving by; correct?
15       THE INTERPRETER:  Explosion?
16       MR. O'CONNOR:  Explosion.
17       THE INTERPRETER:  So he was taken or --
18       MR. O'CONNOR:  I'll -- I'll --
19       THE INTERPRETER:  Please ask again.
20       MR. O'CONNOR:  I'll start over.
21 BY MR. O'CONNOR:
22 Q    You were in the general area when there

Page 50

1  was an explosion that occurred when a U.S. convoy
2  was passing by; correct?
3      A   Yeah, he is confirm- -- yes, I'm
4  confirming that was a U.S. convoy.
5      Q   Where did the explosion take place?
6      A   It was in Baghdad street that leads to
7  Al-Latifiya.
8      Q   Were you standing near a canal when
9  this happened?
10         THE INTERPRETER: (Indicating).
11         MR. O'CONNOR: We've already translated
12 Al Latifiya.  L -- A-L, dash, L-A-T-I-F-I-Y-A.
13         THE INTERPRETER: What was the
14 question?
15         BY MR. O'CONNOR:
16      Q   Were you standing near a canal when the
17 explosion occurred?
18      A   Yes, I was.  A water project, I was,
19 yes.  A water project.
20      Q   Was anybody standing there with you
21 when the explosion occurred?
22      A   Yeah, there were people.  There --

Page 51

1  there were people, yes.
2      Q   How many people were with you when the
3  explosion occurred?
4          MR. LOBUE: Object to the form of the
5  question; vague and ambiguous.
6          He may answer.
7          THE WITNESS: There were about six or
8  seven in the area, but I don't know them.
9          BY MR. O'CONNOR:
10     Q   Were the other people at a nearby
11 roadside stand?
12     A   Yes.  Yes, this street leads to a
13 market, so there were people standing on this side
14 of the street and on the other side of street.
15 There were people.
16     Q   Was anybody standing with you at the
17 time of the explosion?
18     A   Based on the market, there's no --
19 there's no person that I know was with me.
20     Q   What were you doing there?
21     A   I was going to the market to shop for
22 some stuff because we had a wedding, and I was

Page 52

1  heading home when this happened after I finished
2  my shopping at the market.
3      Q   What did you buy at the market?
4      A   I bought -- I bought --
5          THE INTERPRETER: Thank you so much.  I
6  would prefer hot water.  I'll go and take it.
7  Thank you.
8          THE WITNESS: I bought clothes to the
9  groom as a gift.
10         BY MR. O'CONNOR:
11     Q   Were you shopping for a wedding?
12     A   Yes, I was.
13     Q   What happened to the clothes that you
14 purchased when you were taken into U.S. custody?
15     A   It was left on the street after they
16 arrested me.
17     Q   The military suspected that you set off
18 the explosion that damaged the convoy; right?
19         THE INTERPRETER: Say it again.
20         BY MR. O'CONNOR:
21     Q   The military suspected that you set off
22 the explosion that damaged the convoy?

Page 53

1          MR. LOBUE: Objection: lack of
2  foundation.
3          He may answer.
4          THE WITNESS: No, that's not right.
5          BY MR. O'CONNOR:
6      Q   What's wrong with -- what's incorrect
7  about what I said?
8      A   I'm not the reason behind the
9  explosion.
10     Q   My question is a little different.  The
11 U.S. military believed that you were behind the
12 explosion; right?
13         MR. LOBUE: Same objection.
14         THE WITNESS: No, this is not right.
15         BY MR. O'CONNOR:
16     Q   Well, if the military had no belief
17 that you were involved in the explosion, why were
18 you taken into custody?
19         MR. LOBUE: Objection: lack of
20 foundation.
21         THE WITNESS: During the explosion, I
22 was not the only one that was arrested.  The

Page 70

1  at.
2  Q   Okay.  Did you have the hood off your
3  head when you were at the registration office?
4  A   Yes.
5  Q   Were people asking you questions at the
6  registration office?
7  A   Such questions like they ask me your
8  name, how old are you, where do you live and, you
9  know, so on, such questions.
10 Q   Were they U.S. soldiers who were asking
11 you those questions?
12 A   Yes, they were wearing U.S. uniforms.
13 Q   Were you mistreated at all while you
14 were being asked these questions in the
15 registration office?
16 A   No.
17 Q   And then as I understand your
18 testimony, before you left the registration
19 office, a hood was put on and your clothes were
20 taken off?
21 A   Yes, they -- after this, they took me
22 to a place like a -- like a -- like a toilet room,

Page 71

1  and they took all my clothes, and they put the
2  hood on my head and (indicating).
3  Q   And the people who took your clothes
4  and put the hood on your head, were they U.S.
5  soldiers?
6  A   They were wearing military uniform.
7  Q   Were you the only one hooded and taken
8  naked to where you were going to be staying at
9  that time or was there a group of you?
10 A   No, I was the only person that they did
11 this to me and they took me to.
12 Q   Do you know who told the people in the
13 milit- -- in the U.S. military uniforms to take
14 off your clothes and put a hood on you?
15 A   I don't know them.
16 Q   Did you get to -- did you get from the
17 registration office to the place where you were
18 going to be held by walking there?
19 A   Yeah, they put the hood on my head and
20 they took me walking.
21 Q   Was somebody leading you or directing
22 you so that you could get from the registration

Page 72

1  office to where you were going to be held?
2  A   Yes, there was a person who was helding
3  me from here (indicating) and, you know,
4  walking -- walking me.
5  Q   Okay.  So someone was standing either
6  behind you or next to you and sort of leading you
7  by your -- the back of your neck as to which way
8  to walk; is that right?
9  A   Yes.
10 Q   And was that one of the soldiers that
11 was involved in having you take your clothes off
12 and put a hood on?
13 A   Actually, I don't know because the
14 moment they put the hood on my head, somebody
15 came, so I don't know who it was.
16 Q   Other than the fact that you were
17 hooded and naked, were you mistreated during your
18 walk from the registration office to the place
19 where you were going to be held?
20 A   No.  They took me -- they only -- they
21 only took -- they did not mistreat me, but they
22 took me to the place where I was imprisoned.

Page 73

1  Q   Can you describe the place where you
2  were imprisoned?
3  A   They took me to 1.5-meter by 1.5-meter
4  room and they -- they left me there.  And when
5  they close the door, it was so tight that I could
6  not even breathe well because it was no air.
7  Q   In -- in the 1.5-meter by 1.5-meter
8  room, did you have a hood on?
9  A   No -- no, they took -- they took the
10 hood from my head.
11 Q   And when they took the hood off your
12 head, could you see the people who had brought you
13 to that small room?
14 A   When -- when they -- before they took
15 the hood from my head, they had me face the wall,
16 and there was an interpreter with them telling me
17 don't look neither left nor right nor behind, and
18 they took the hood and left.
19 Q   Okay.  Was the 1.5-meter by 1.5-meter
20 room, were there -- were there bars or was it a
21 solid wall on each side?
22 A   In the same room which is really only

Page 78

1  A  They were the -- they were a man and a
2  woman that took us from the room to the -- to the
3  interrogating room, and we had hoods on our
4  head -- I had hood on my head.
5  Q  Do you know it was a man and a woman
6  because you saw them or because you could hear
7  their voices?
8  A  I -- when the hood went on -- when the
9  hood was on my head, yes, I knew they were a man
10 and a woman.  But then when they came to me, the
11 hood was -- they took the hood on my -- off and I
12 saw they were a man and a woman.
13 Q  Were they U.S. soldiers?
14 A  Yes.
15 Q  When you were taken to the room where
16 you were interrogated for the first time at Abu
17 Ghraib prison, what did the room look like?
18 A  It was -- yes, it was a 3-by-3-meter
19 room, and it was red room.
20 Q  The room was red?
21    THE INTERPRETER:  Red.
22    BY MR. O'CONNOR:

Page 79

1  Q  Are you saying that the room was
2  painted red?
3  A  Yes.
4  Q  Were you hooded during this first
5  interrogation at Abu Ghraib prison?
6  A  When they started interrogating me,
7  they took off the hood.
8  Q  Okay.  How many people were in the room
9  while you were interrogated?
10 A  Three.
11 Q  Okay.  Was one of them a translator?
12 A  One translator, and the other two were
13 civilian, American civilian.
14 Q  How do you know they were American
15 civilian?
16 A  Because they -- they were talking like
17 American accent, English accent, American.
18 Q  How do you know they were civilians?
19 A  Because they were -- just like wearing
20 normal cowboy -- I mean, you know, trousers and
21 white shirt, and they were civilian.
22 Q  Okay.  Did they both ask you questions

Page 80

1  during the interrogation?
2  A  Yes.
3  Q  Do you know their names?
4  A  No, I don't.
5  Q  Do you know who they were employed by?
6  A  I don't know.
7  Q  Did one of them ask more questions than
8  the other?
9  A  One of them -- one of them was
10 questioning.  The other one was very rude with me
11 to a -- to a point that he took me and -- and
12 hanged me in the ceiling fan.  He hanged me in the
13 ceiling fan.  He -- you know, and then he pulled a
14 gun and he said I'm going to kill you and this is
15 going to be your last day in life.
16 Q  Okay.  So this -- this was all during
17 your first interrogation at Abu Ghraib prison; is
18 that correct?
19 A  Yes.
20 Q  Okay.  So you said one of them was
21 particularly rude; is that right?
22 A  The first one -- the first one -- yeah,

Page 81

1  the first one was only questioning me, but the
2  second one was very cruel and very rude with me,
3  and he was even beating me in addition to what he
4  did.  And then in addition to pulling his gun and
5  then telling me this is your last day of -- this
6  is your last day of life and you'll never see
7  your -- your -- your relative, and then I'm going
8  to send you to Guantanamo and you will never see
9  the life again.
10    So I was -- I was very afraid and very
11 nervous.
12 Q  Okay.  The one who had the gun, what
13 did he look like?
14 A  He didn't have any beard, and his hair
15 was very light and -- like -- like -- like
16 golden-colored hair, a little hair.  Yeah.  I
17 don't know how old he was.
18 Q  Now at the time, you would have been
19 about 23 years old; right?
20 A  Yes.
21 Q  Was -- was this person with the gun a
22 lot older than you, about your age, younger than

Page 82

1  you?
2  A   He looks like my age or a bit -- a bit
3  older than my age -- a bit older.
4  Q   Was he tall?
5  A   Yeah, he was tall, taller than me. But
6  not -- not that very tall, but he was a bit taller
7  than me.
8  Q   Okay. The person asking questions in
9  the room who did not pull out the gun, can you
10 describe him?
11 A   Oh, he was --
12     THE INTERPRETER: Oh, he's suffering.
13     MR. O'CONNOR: He's what?
14     THE INTERPRETER: He is suffering.
15     MR. O'CONNOR: Oh.
16     MR. LOBUE: Can we ask the witness if
17 he needs a short break?
18     THE INTERPRETER: After I trans -- let
19 me translate this first.
20     MR. LOBUE: Yeah, please. I'm sorry.
21     THE INTERPRETER: He was the same
22 person that had --

Page 83

1      MR. O'CONNOR: The braids.
2      THE INTERPRETER: Yeah.
3      MR. O'CONNOR: You have to say it in
4  his words to the court reporter.
5      THE WITNESS: He was the same person
6  that had, you know, braided head behind and the
7  beard. The same person.
8      THE INTERPRETER: Rashid -- shall I ask
9  him?
10     MR. O'CONNOR: Yeah, you can ask him --
11 you can ask him if he needs to take a break.
12     I mean, this isn't the worst time to
13 have lunch.
14     THE INTERPRETER: He wants some rest.
15     MR. LOBUE: He wants to take a rest.
16 Okay.
17     MR. O'CONNOR: All right. Well, this
18 is not a bad time to take lunch anyways, 12:47.
19     THE VIDEOGRAPHER: We're going off the
20 record at 12:47.
21     (Lunch recess -- 12:47 p.m.)
22     (After lunch recess -- 1:39 p.m.)

Page 84

1      THE VIDEOGRAPHER: We are now on the
2  record at 13:39.
3      BY MR. O'CONNOR:
4  Q   Mr. Rashid, can you hear me?
5  A   Hello. Yes, I can hear. I can hear
6  you good.
7  Q   I'm going to ask a few follow-up
8  questions from where we stopped a little while
9  back so that we're all on the same page.
10 A   Good.
11 Q   We were -- before we broke, we were
12 talking about your first interrogation at Abu
13 Ghraib prison?
14 A   Yes.
15 Q   And that interrogation involved three
16 people in the room besides you. There was an
17 interpreter, and then two men which you conclude
18 are civilians who were wearing white shirts; is
19 that right?
20 A   I'm sorry to correct. They were
21 wearing blue shirts. I'm sorry. Not white
22 shirts. The two civilians.

Page 85

1  Q   Did you say white shirts before we
2  broke and you've now -- you thought about it?
3  A   Or maybe -- no, no, no, I think -- I
4  think you misheard me maybe, but I said blue. So
5  maybe you misunderstood, and you said white.
6  Q   Okay. Okay. And that interrogation
7  occurred about seven days after you were put in
8  the small 1.5-meter by 1.5-meter room?
9  A   Yes. But from the same room, they took
10 me upstairs to another room.
11 Q   Understood.
12     So during the seven days that you were
13 kept in the small room before your first
14 interrogation, you were kept in there naked;
15 right?
16 A   Yes, you are absolutely right. And
17 also they beat me a lot, and they beat me when I
18 was suffering from too much pain from their
19 beating.
20 Q   Okay. So you just mentioned the
21 beating. Did that occur before you were brought
22 to the room for your first interrogation at Abu

Page 86

1 Ghraib prison?
2  A  Okay. Now, there's -- okay. When they
3 brought him to Abu Ghraib before going to the room
4 of -- of interrogation, there was a -- a woman
5 soldier who tried to -- to attract him, and she
6 started, you know, asking to kiss him and asking
7 to make sex with him. And when he refused -- when
8 he refused -- yeah. When he refused, she
9 brought -- she brought an interrogator -- she
10 brought an interrogator who told him --
11       MR. ALOMARI: Interpreter.
12 Interpreter.
13       THE INTERPRETER: Interpreter, I'm
14 sorry, sir. You're right.
15       THE WITNESS: Interpreter, who told him
16 that she want to make sex with you. He told him.
17       MR. O'CONNOR: Remember, you've got to
18 speak as him. Don't --
19       THE INTERPRETER: Yeah.
20       MR. O'CONNOR: So it's not he said.
21 You've got to say I said.
22       THE INTERPRETER: Yeah, sorry.

Page 87

1 BY MR. O'CONNOR:
2  Q  But -- okay. And this event occurred
3 before your first interrogation at Abu Ghraib
4 prison?
5  A  Yes, and also she took him to the
6 room -- she took me to the room, and she put me on
7 the -- on the -- on the steel -- steel bed, like a
8 steel bed. And she took her shirt off and she
9 came and -- and she -- she, like, hold his hand
10 like this (indicating), and she kissed him, but he
11 pushed her away (indicating).
12       MR. O'CONNOR: Let the record reflect
13 that the interpreter --
14       THE INTERPRETER: Yeah, I pushed --
15       MR. O'CONNOR: -- held his --
16       THE INTERPRETER: -- her --
17       MR. O'CONNOR: -- hand --
18       THE INTERPRETER: -- away.
19       MR. O'CONNOR: -- held his hands out to
20 indicate that the witness' arms were held out to
21 his side -- out extended on each side when the
22 woman leaned in and --

Page 88

1       THE INTERPRETER: Yeah, to kiss him.
2       MR. O'CONNOR: -- and tried to kiss
3 him.
4       THE INTERPRETER: Yeah.
5 BY MR. O'CONNOR:
6  Q  I thought you testified that during the
7 first seven days, you never came out of the
8 1.5-meter by 1.5-meter room?
9       MR. LOBUE: Objection: argumentative.
10       MR. O'CONNOR: You can -- you can
11 translate my question.
12       THE WITNESS: After the seven days,
13 they interrogated me. After the seven days.
14 BY MR. O'CONNOR:
15  Q  Right. But didn't you testify earlier
16 today that during the first seven days before you
17 were interrogated, you never came out of the small
18 1.5-meter by 1.5-meter room?
19  A  I -- I -- after they brought me to the
20 small room and they -- she came and she wanted to
21 do sex with me when I refused her, and at that
22 time when I refused, they started beating me.

Page 89

1 They even broke my left hand and part of my back.
2 They broke part of my back, and I was in big pain.
3  Q  How long after you were first put in
4 the small 1.5-meter by 1.5-meter room did this
5 occur?
6  A  After two days of her bringing --
7 bringing me to that room, that lady soldier --
8 U.S. soldier came to me and she asked for sex, and
9 she said fucky, fucky. He said I don't understand
10 English -- I said I don't understand English, and
11 then she went and she brought the interpreter who
12 told me that she wants to have sex with me.
13  Q  When we took our last break, did
14 anybody speak to you about your testimony in this
15 case?
16  A  You did not ask me these questions
17 about what I -- what I face or what they did to
18 me. This happened to me after they took me to
19 this room, but you never asked me. That's why now
20 I'm talking.
21  Q  My question is a little different. My
22 question is did anyone speak to you on the break

Page 90

1  about your testimony in this case?
2  A  No. No, nobody asked me.
3  Q  Okay. During the seven days that you
4  were held in the 1.5-meter by 1.5-meter room
5  before your first interrogation, did -- were you
6  subjected to any other mistreatment that you
7  haven't already testified about today?
8     THE INTERPRETER: During the seven
9  days; right?
10    MR. O'CONNOR: Yeah.
11    THE WITNESS: This happened on the
12 third day to me when she came and asked me for
13 doing sex and I refused. She went and she brought
14 four persons. And those four persons, one of them
15 was holding a gun -- a pistol, and the other
16 one -- the other three were holding big sticks in
17 their hands, and they tied me on the bed and they
18 started beating me to a -- to a -- to a degree
19 that they broke my left hand here (indicating) and
20 parts of my -- my -- they -- they infected parts
21 of my back.
22    And then one of them -- one of the four

Page 91

1  people, he had electrical shocks where he put them
2  on my body and my head.
3     BY MR. O'CONNOR:
4  Q  Were these four people U.S. soldiers?
5  A  They were wearing military pants with
6  T-shirts.
7  Q  What color was the T-shirt?
8  A  Black.
9  Q  Do you know if they were in the
10 military?
11 A  I don't -- I don't know. I don't know.
12 All I know that they were wearing military pants
13 and black T-shirts.
14 Q  Do you know who the female soldier was
15 who indicated she wanted to have sex with you?
16 A  I really -- I really forgot her name.
17 But I remember her face, and I know her face, and
18 her face is in the records of the prison, her
19 picture.
20 Q  Is her name Lynndie England?
21 A  I don't remember this thing.
22 Q  Was her name Sabrina Harman?

Page 92

1  A  I don't remember because this is a long
2  time.
3  Q  Was her name Megan Ambuhl?
4  A  I don't remember -- I don't remember
5  because this was a long time since I was in Abu
6  Ghraib prison.
7  Q  Did you receive any medical treatment
8  for this beating you say occurred after the female
9  soldier wanted to have sex with you?
10 A  No, they did not -- nobody treated me
11 for the -- for the whole -- for the whole period
12 that I spent there.
13 Q  Did you suffer any other mistreatment
14 at Abu Ghraib prison at any time prior to your
15 first interrogation at Abu Ghraib prison?
16 A  I guess I was -- I was really -- I had
17 lots of beating and torturing.
18    MR. LOBUE: I'm sorry. Lots of what?
19 I didn't hear.
20    THE WITNESS: Beating. Beating and
21 torturing. And also they brought a plastic bottle
22 and put it in my -- in the hole of my ass, and I

Page 93

1  started bleeding and pain was killing me. And,
2  thereafter, I was always having my -- you know,
3  with blood.
4     BY MR. O'CONNOR:
5  Q  Okay. You mentioned being beaten. Was
6  it just on -- let me back up. We're only -- at
7  this point, we're only talking about mistreatment
8  that occurred before your first interrogation.
9     Do you understand that?
10 A  Yeah, this happened before the
11 interrogation with me.
12 Q  Okay. And my question is, were you
13 beaten before your first interrogation only this
14 one time when the female soldier had -- wanted to
15 have sex with you, or were -- or did it occur on
16 more than one occasion?
17 A  No, only this time that when -- when
18 she requested from me to make sex. This was the
19 only time.
20 Q  Okay. Was this time when the female
21 soldier requested sex from you, was that the only
22 time you came out of the 1.5-meter by 1.5-meter

Page 94

1 room in between the time you were put in there and
2 the time you were brought out for your first
3 interrogation?
4     MR. LOBUE: Objection: misstates his
5 prior testimony.
6     MR. O'CONNOR: That's why it was
7 phrased as a question.
8     You can answer.
9     THE INTERPRETER: Say it again, please.
10     MR. O'CONNOR: Was the time that he was
11 beaten and the female soldier wanted to have sex
12 with him the only time he was taken out of the
13 1.5-meter by 1.5-meter room?
14     THE WITNESS: Yes, this is the first
15 time it's happened to me before the interrogation.
16     BY MR. O'CONNOR:
17   Q   Okay. Now, you said something about a
18 plastic bottle being inserted in your rear end.
19 Did that occur the same day as when the female
20 soldier wanted to have sex with you?
21   A   Yes.
22   Q   Okay. Who was involved with the --

Page 95

1 putting the plastic bottle in your rear end?
2   A   One of those four soldier that came
3 with her put that plastic bottle in my rear end.
4     MR. O'CONNOR: Is that it or is -- is
5 that it?
6     THE INTERPRETER: Yeah.
7     BY MR. O'CONNOR:
8   Q   Okay. Do you know the names of any of
9 the four soldiers that were involved in beating
10 you and with the plastic bottle incident?
11   A   I don't know.
12   Q   Can you describe what they looked like?
13   A   They were -- they were very brown --
14 very brown faced and they were very long, and they
15 were very muscled.
16   Q   When you say "brown faced," were they
17 African in appearance?
18   A   I -- I don't know. They speak English.
19 I don't know if they're African. All I know that
20 they were -- they were very brown faced.
21   Q   When you -- I'm just trying to
22 understand. When you say "brown faced", do you

Page 96

1 mean darker than an Arab?
2   A   Yes.
3   Q   They -- were they black?
4   A   They were not -- they were not -- they
5 were not very, very black or, like, what you are
6 saying, but they were very dark.
7   Q   Okay. Have -- have -- have we now
8 talked about all of the mistreatment that occurred
9 to you prior to your first interrogation at Abu
10 Ghraib prison?
11   A   Yes.
12   Q   Do you know if anyone told the female
13 soldier to go attempt to have sex with you?
14   A   I don't know.
15   Q   Do you know if anyone told the four
16 soldiers to beat you after you refused to have sex
17 with the female soldier?
18     THE INTERPRETER: Do you know the --
19     MR. O'CONNOR: Do you know if anyone
20 told the four soldiers to beat you.
21     THE WITNESS: The -- the thing is that
22 when -- when she came and asked sex and I refused,

Page 97

1 she was very mad and she started yelling, and she
2 walked madly and shouting and yelling, and then
3 she went and she brought those four with her.
4     BY MR. O'CONNOR:
5   Q   Do you know if anyone directed the
6 person who put the bottle in your rear end to do
7 that?
8   A   I -- I really don't remember because I
9 was in big pain, and there was electric shocks in
10 my head and I was yelling, yelling from pain, and
11 I don't know who -- who did what, and the only
12 thing I felt that he put the bottle in my rear
13 end.
14   Q   All right. So -- so let's talk now
15 about that -- the first interrogation you had at
16 Abu Ghraib prison. You testified that one of the
17 persons questioning you pulled out a gun; is that
18 right?
19   A   Yes.
20   Q   Was it a pistol?
21   A   Yes.
22   Q   Do you know if it was a real gun?

Page 98

1  A   Yes, it was a real gun because when --
2  when -- when he was -- he was, you know, yelling
3  at me and so on and threatening me that he will
4  kill me and he -- because you are the -- because I
5  am the person who did the -- who did the -- tried
6  to -- did the explosion of the military --
7  military parade, and I told him no, I -- I told
8  him, no, I am innocent.  I didn't do that.  I went
9  to market to buy stuff for the wedding.  And then
10 at that time, the pistol was in his hand
11 threatening to kill me and finish my life, and all
12 the sudden he shot and he -- he did not completely
13 hit my left hand, but next to my left foot and he
14 hurt my left foot.
15  Q   So the gun went off while -- during
16 this interrogation; is that your testimony?
17  A   Yes, and -- yes, and to now I have
18 the -- I have the injury in my left foot; still
19 there.
20       MR. ALOMARI:  Leg, leg, not foot.
21       THE INTERPRETER:  Leg?  Okay.  Leg.
22       MR. LOBUE:  Can we -- I want to hear

Page 99

1  the witness say what he thinks and get the best
2  translation.  There may be some confusion about --
3       MR. O'CONNOR:  Sort out with the
4  witness --
5       MR. LOBUE:  -- what part of the body.
6       MR. O'CONNOR:  -- whether he means leg
7  or can you sort out --
8       MR. LOBUE:  Yeah.  What part of the --
9       MR. O'CONNOR:  -- the leg or foot.
10      MR. LOBUE:  -- body does he mean?  Or
11 can he point -- point to the location?
12      THE WITNESS:  (Indicating).
13      MR. LOBUE:  Okay.  So it's --
14      MR. O'CONNOR:  Mid-calf.
15      MR. LOBUE:  Mid-calf below his kneecap.
16      MR. O'CONNOR:  Right.
17      MR. LOBUE:  Okay.
18      BY MR. O'CONNOR:
19  Q   Okay.  In addition during this first
20 interrogation, I think you testified that you were
21 hung from the ceiling; is that right?
22  A   Yes.

Page 100

1  Q   Okay.  What on the ceiling -- were you
2  hung by a rope?
3  A   They tied me from here (indicating) by
4  a rope and from here (indicating), and then they
5  hang me and wrapped it on the -- on the -- on the
6  ceiling -- on the -- you know, on the fan.
7  Q   Okay.  Was the -- was the rope wrapped
8  around you underneath -- across your chest and
9  underneath your arms?
10  A   Yeah, they wrapped -- they wrapped me
11 from here (indicating) and then from here
12 (indicating) and up.
13      MR. O'CONNOR:  The witness and the
14 translator indicated a rope I guess going across
15 the chest under the arms and then something in the
16 back of the neck or upper back, which I'll inquire
17 further on.
18      BY MR. O'CONNOR:
19  Q   You mentioned something about the rope
20 being toward the back of your neck or your upper
21 back.
22      How was it hooked there?

Page 101

1  A   They wrapped me -- they wrapped me by
2  the rope like this (indicating) and then they
3  brought something and coiled the rope and
4  connected it to the fan (indicating).
5  Q   Okay.  So they wrapped rope around your
6  chest and back under your arms and then attached
7  to something --
8       THE INTERPRETER:  Yeah.
9       MR. O'CONNOR:  That pulled you up --
10      THE INTERPRETER:  Yes.
11      MR. O'CONNOR:  -- towards the ceiling;
12 is that right?
13      THE WITNESS:  Yeah.
14      BY MR. O'CONNOR:
15  Q   And this was the blond-haired guy and
16 the guy with black hair and a braid in the back;
17 is that right?
18  A   Yes.
19  Q   All right.  Was there -- were you
20 subjected to any other mistreatment during this
21 interrogation?
22  A   Actually, when he -- when he shot me by

Page 102

1  the pistol, he throw the pistol and he ran away.
2  And then the woman soldier came with another --
3  the woman soldier that wanted to make sex with me
4  came with another soldier, and they put -- and
5  they took me down from where I was on the fan and
6  then they -- they started pulling me on the floor
7  from the rope until they took me to another room.
8      Q    Okay.  So to make sure I understand,
9  when the gun went off and you were shot in the
10 leg, were you already hanging from the ceiling at
11 that time?
12          MR. O'CONNOR:  You have to translate
13 that.  You have to translate that.
14          THE WITNESS:  No, I was hanged on the
15 fan, and he shot me.
16     BY MR. O'CONNOR:
17     Q    All right.  I just want to make sure I
18 understand.  When you were shot, you were already
19 hanging from the fan that's on the ceiling of the
20 interrogation room; is that right?
21     A    Yes.  True.
22     Q    So during that -- and -- and -- and

Page 103

1  when you -- when the gun went off, the
2  interrogator that was holding the gun dropped the
3  gun and ran out of the room; is that your
4  testimony?
5      A    Yes.
6      Q    Okay.  So is it correct that the
7  only -- that the mistreatment you suffered during
8  this interrogation was being hung from the ceiling
9  fan and shot and threatened by the interrogators?
10     A    Yes.
11     Q    Any -- was there any other mistreatment
12 that you suffered during that interrogation?
13     A    Actually, they -- when they took me
14 down and they pulled me all the way to the upper
15 level -- in a room in the upper level, they took
16 me and they were pulling me on the floor, and they
17 took me to another room which is also one and a
18 half meter by one and a half meter, and they throw
19 me -- throw me on the floor and lock the door on
20 me, and I was there for 17 days, and I -- I had
21 all my -- all my -- you know, my things out with
22 my urination, they were -- I was all -- all full

Page 104

1  on the floor and I was suffering, and even I felt
2  that I am rotten.
3          MR. LOBUE:  Do -- do you mean
4  defecating?
5          THE INTERPRETER:  Yeah.
6          MR. LOBUE:  Okay.
7          MR. ALOMARI:  Defecating and urinating.
8          THE INTERPRETER:  Yeah.
9      BY MR. O'CONNOR:
10     Q    Have you told me all of the
11 mistreatment that you suffered during your first
12 interrogation at Abu Ghraib prison?
13     A    In addition to this torture, he -- or
14 the shot, he used to light a cigarette and he --
15 he -- you know, he comes and put it in my -- in my
16 ass, and I keep yelling.  And then he -- after few
17 minutes or less than few minutes, he light another
18 cigarette and he put it again, and he was -- and I
19 was yelling and screaming and he said, yes, this
20 is -- this is going to be your last day in life.
21 And he continued doing this many times with
22 cigarette -- lighting a cigarette and then, you

Page 105

1  know, putting it out in his . . .
2      Q    So the burning with the cigarette
3  occurred during your first interrogation?
4      A    Yes.  He -- I'm saying -- I'm saying
5  this happened before he hurt me by the pistol.
6      Q    Have you now told me all the
7  mistreatment you alleged you suffered during your
8  first interrogation at Abu Ghraib prison?
9      A    After all that bad treatment that they
10 did to me and -- and they -- and they took me to
11 that room -- when they pulled me all the way to
12 that room and that was full with all this dirt
13 that I mentioned to you and all the urination
14 under me and even blood.  After that, they brought
15 a Iraqi woman prisoner in my same room.
16         THE INTERPRETER:  Now he'll continue.
17     BY MR. O'CONNOR:
18     Q    Okay.  But, Mr. Rashid, I'm just trying
19 to make sure that I have a complete list of all of
20 the mistreatment you say happened during your
21 first interrogation.
22         And so my question is just have you now

Page 118

1  Q   Okay. During the 30 days that you were
2  in your cell with the Iraqi woman, were you
3  brought out of your cell at any time during those
4  30 days for any reason?
5  A   I don't remember exactly which day of
6  the 30 days I was take -- I was taken out from the
7  room and they put me on top of people, one -- one
8  over the -- one over the -- one over the other and
9  the military guy would sit on top of us.
10 Q   Okay. Where did this take place?
11 A   It was outside the room, inside the
12 complex.
13 Q   Were all of the people in the pyramid
14 naked?
15 A   Actually, when they took me, I had --
16 they had the hood on my head -- I had the hood on
17 my head and I was naked, and I realized that the
18 person I'm sitting on is also naked.
19 Q   Okay. Was that the only time that you
20 were brought out of your cell during the 30 days
21 that the Iraqi woman was there?
22 A   This was not the first time they took

Page 119

1  me out. They took me out another time and -- and
2  this -- and this -- and this lady -- U.S. military
3  woman, she took, like, a robe and she --
4      MR. ALOMARI: Plastic tie?
5      THE INTERPRETER: Huh? What was it?
6      MR. ALOMARI: Plastic tie.
7      THE WITNESS: Plastic tie and she run
8  it over my --
9      MR. O'CONNOR: Penis?
10     THE INTERPRETER: Yes.
11     BY MR. O'CONNOR:
12 Q   Okay. Was that the same woman that I
13 showed you a picture of a few minutes ago?
14 A   Yes, yes.
15 Q   So we've now -- during the 30 days that
16 you were in your cell with the Iraqi woman, we've
17 talked about two times that you were brought out
18 of your cell. One time involved a plastic tie
19 being put on your penis, and the other time
20 involved a pyramid of detainees.
21     Are there any other times during those
22 30 days that you were brought out of your cell?

Page 120

1  A   The other time they took me, they took
2  me with the other six persons from the room that
3  we were in and -- because there was a visitation
4  from the human rights delegation visiting the
5  prison and they intentionally took us so that they
6  don't see us. They took us to someplace else.
7  And they went inside, inspecting the --
8  questioning the prisoners. And the Iraqi woman
9  prisoner that was there told the delegation -- the
10 human rights delegation that the person who was
11 here, she mentioned him, he was tortured and he
12 was treated badly and he was in big pain, he had
13 broken so and so, and they took them out because
14 so they don't see them.
15 Q   How do you know that the Iraqi woman
16 told the inspectors this?
17 A   When -- because when they -- when they
18 took me back to the room, the same woman told
19 me -- the same Iraqi woman that was with me, she
20 told me that I -- that I have informed the human
21 rights delegation about your suffering and your
22 torture, and they took -- and I told them they

Page 121

1  took you intentionally out so they don't -- they
2  don't see you with your bad situation.
3  Q   Now, let's go back to the time you were
4  brought out of your cell and put in a pyramid with
5  other detainees.
6      On that time that you were brought out
7  of your cell, were you mistreated in any other way
8  than being put into this pile of detainees?
9  A   Actually, when they took me I was naked
10 with a hood on my head, and I was suffering and
11 yelling from the pain that I had all over my body,
12 especially my chest. And when they took me and
13 put me on top of that -- that naked people, the --
14 the soldier who came and he sat on me. He even
15 gave me more pain and I was yelling from the pain
16 and crying, and he was telling me all the time
17 shut up, shut up, shut up.
18 Q   Did the soldier sitting atop of you
19 speak Arabic?
20 A   No.
21 Q   Then how do you know he was telling you
22 to shut up, shut up, shut up?

Page 138

1  And from Abu Ghraib -- when they came, they called
2  my name and they called my number, so I came.  And
3  they told me, come on; you're going to be
4  released.  So they put me on a plane.  They took
5  me to Abu Ghraib.  And from Abu Ghraib, they cut
6  the -- my ribbon and they send me free.
7      Q    When you say they cut your ribbon, was
8  it a bracelet that had your detainee number on it?
9      A    Yes.
10     Q    Do you remember while you were in U.S.
11 custody having the opportunity to submit papers to
12 military officers deciding whether you should be
13 released from confinement?
14          THE INTERPRETER:  You mean to be
15 released?
16          MR. O'CONNOR:  Yeah.
17          THE WITNESS:  Yes.
18     BY MR. O'CONNOR:
19     Q    Do you remember learning that several
20 times those officers determined that you should
21 continue to be in U.S. custody?
22     A    They told me if you don't sign these

Page 139

1  documents which indicates that I was not tortured
2  and I was not -- I was not a victim of, you know,
3  beating and so on, and if I don't sign them, I
4  will never be released.
5      Q    My question is do you remember learning
6  while you were in U.S. custody that several times
7  officers reviewing your file determined that you
8  should stay in U.S. custody?
9      A    I said -- I said I -- I mean, I said,
10 no, they told me if you don't sign these papers
11 indicating that you were not tortured, you'll stay
12 in our prison.
13     Q    So is it your understanding that you
14 were retained in U.S. custody because you refused
15 to sign papers saying that you were not
16 mistreated?
17     A    Yes, that's what they told me.  If I
18 sign those papers indicating that I was -- I said,
19 yes -- if I -- they -- if I said that they were --
20 they did not torture me and I will sign those
21 papers that they give me, they will release me.
22 If I -- if I don't sign, they will keep me.

Page 140

1      Q    After you were released from Abu Ghraib
2  prison, did you go see a doctor to treat your
3  injuries?
4      A    Yes.
5      Q    What doctor did you go to see to treat
6  your injuries?
7      A    I mean, since I left Abu Ghraib, I
8  started suffering from many -- especially my eyes.
9  I cannot -- I cannot see especially at night;
10 therefore, I never go out at night because I can
11 never see at night.  And then I started taking
12 glasses to help me, but still even with the
13 glasses my sight at night was not good.
14          And then I -- and then I went to -- to
15 many areas and hospitals and took x-rays for my --
16 my left leg which has -- which has a broken -- I'm
17 sorry, my left -- my left hand which has a broken
18 area in it.  And also my -- my left -- and also my
19 left leg, there was a slight broken area in it.
20          And this was in 2005, and I don't
21 remember the names of the doctors that I have seen
22 or the medical institution that I visit.  I don't

Page 141

1  remember their names because I'm really in -- in
2  bad situation, and I'm suffering from -- suffering
3  from short-term problem and always -- even now, I
4  am always with very tension and temper with my
5  family, and I lose my -- I lose my -- you know, my
6  temper.
7      Q    Do you have any documents, records or
8  x-rays from the trips that you say you took to
9  doctors and hospitals in 2005?
10     A    I -- I used to have it -- everything.
11 But when 2015 came and we when were -- we were
12 kicked from our homes, we had to leave everything.
13 We only left with ourself and our -- what we were
14 wearing, and we run away from where we lived
15 because they kicked us out when we went from
16 Al-Latifiya.
17     Q    So if we had asked for your medical
18 records before 2015, you could have given them to
19 us, but you can't now because they're gone; is
20 that right?
21     A    Everything is gone including my
22 property, including my money.

Page 142

1  Q   Okay.  And they were -- they became
2  gone in 2015; right?
3  A   Yes.
4  Q   Have you -- since the time you were
5  released from -- from U.S. custody, have you gone
6  and seen a psychiatrist or other doctor for your
7  psychological injuries?
8  A   I -- I -- I went to several
9  psychological institution and clinic, and they
10 gave me -- and they gave me some pills which I
11 used to take, but then I found out that the pills
12 are affecting my -- my sleeping and disturbing my
13 sleeping, so I -- I stopped taking those pills.
14 Q   Do you have documents or records from
15 your trips to see psychological institutions?
16 A   I have the prescription that the doctor
17 gave me for those pills.  It's in my home.
18 Q   You have that now?
19 A   Yes.
20 Q   Do you have other records or -- well,
21 have you had other records from your trips to
22 psychological institutions?

Page 143

1  A   No, I have one you -- I have only one
2  receipt.  That's one when he give me the pills.
3  Q   When you lost all your medical papers
4  in 2015, did you lose psychological papers, also?
5  A   This is after the -- this is -- this is
6  after 2015 when I started suffering from
7  psychological condition and unable to sleep and
8  nervousness and losing my temper; therefore, after
9  the -- this is the -- after 2015 when I went and
10 have that paper.  The only paper I have is that,
11 just that paper.
12 Q   Okay.  So do I understand it that you
13 didn't get to any psychological institutions until
14 after 2015?
15 A   Yes.
16 Q   Okay.
17 A   After 2015, I went and had those.
18 Q   After you were released from --
19     MR. ALOMARI:  He said he did see it
20 before 2015, but he went a second time.
21     THE INTERPRETER:  Yeah.
22     MR. LOBUE:  Is that correct?

Page 144

1      MR. O'CONNOR:  Oh.
2      THE INTERPRETER:  Yes.
3      MR. LOBUE:  Okay.
4  BY MR. O'CONNOR:
5  Q   So you went to a psychological
6  institution before 2015?
7  A   Yes.
8  Q   What -- what psychological institution
9  was that?
10 A   I don't remember.
11 Q   Did you have records from your visit to
12 the psychological institution?
13 A   They're -- they're gone.
14 Q   Were they gone because you lost your
15 property in 2015?
16 A   Yes.
17 Q   Okay.  About what year did you make
18 that first visit to a psychological institution?
19     THE INTERPRETER:  Before 2015?
20     MR. O'CONNOR:  Yeah.
21     THE WITNESS:  2006.
22 BY MR. O'CONNOR:

Page 145

1  Q   You mentioned -- well, once you were
2  released from U.S. custody, did you return to your
3  life as a farmer?
4  A   Yes.
5  Q   And is it -- is it correct that you
6  then worked as a farmer from 2005 to about 2015?
7  A   Yes.
8  Q   You mentioned that in 2015, your family
9  lost its property.
10     Can you tell me what happened?
11 A   The area we were living in was -- was a
12 battlefield between ISIS and the Iraqi government,
13 and there was always bombing and -- and Air Force
14 bombing in that area.  Therefore, we were forced
15 to leave our property and run away.
16 Q   And your family lost everything at that
17 time?
18 A   Yes.
19 Q   And after that, you started noticing
20 changes to your temper and went to a second visit
21 to a psychological institution; is that right?
22 A   Since I left -- since I left Bucca --

Page 154

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Dana C. Ryan, Registered Professional
3  Reporter, Certified Realtime Reporter, the officer
4  before whom the foregoing proceedings were taken
5  do hereby certify that the foregoing transcript is
6  a true and correct record to the best of my
7  ability of the proceedings; that said proceedings
8  were taken by me stenographically and thereafter
9  reduced to typewriting under my supervision; and
10 that I am neither counsel for, related to, nor
11 employed by any of the parties to this case and
12 have no interest, financial or otherwise, in its
13 outcome.
14      IN WITNESS WHEREOF, I have hereunto set
15 my hand and affixed my notarial seal this 11th day
16 of May 2018.
17 My Commission expires:
18 July 15, 2020
19
20 _____
21 NOTARY PUBLIC IN AND FOR THE
22 DISTRICT OF COLUMBIA
22