## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant, <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and JOHN DOES 1-60, <br><br> Third-Party Defendants. | No.   1:08-cv-0827 LMB-JFA <br><br><br><br> **PUBLIC VERSION** |

### SUPPLEMENTAL DECLARATION OF JOHN F. O'CONNOR

I, John F. O'Connor, hereby declare as follows:

1. I am a partner with the law firm of Steptoe & Johnson LLP, and am one of the counsel of record in this case for CACI Premier Technology, Inc. ("CACI PT"). I have personal knowledge of the facts stated herein.

2. Attached to this Declaration are true copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 16 | Plaintiff Salah Hasan Nsaif Jasim Al-Ejaili's Responses to Defendant CACI Premier Technology, Inc.'s First Set of Interrogatories |
| 17 | Excerpts of Deposition of Salah Hasan Nsaif Jasim Al-Ejaili |

| Exhibit | Description |
|---|---|
| 18 | The United States' Responses to Interrogatories No. 1 and No. 2 of Defendant CACI Premier Technology, Inc.'s First Set of Interrogatories to the United States |
| 19 | Interrogator Notes for Salah Hasan Nsaif Jasim El-Ejaili |
| 20 | Excerpts of Deposition of Asa'ad Hamza Hanfoosh Al-Zuba'e |
| 21 | Plaintiff Suhail Najim Abdullah Al Shimari's Responses to Defendant CACI Premier Technology, Inc.'s First Set of Interrogatories |
| 22 | Excerpts from Deposition of CACI Interrogator A |

3.  I declare that the foregoing is true.  Executed at Washington, D.C., this 19th day of March, 2019.

/s/  John F. O'Connor
John F. O'Connor

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of March, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel.  A copy of the version of this Declaration that is filed under seal also will be sent by email on the same date to the below-listed counsel:

      John Kenneth Zwerling
The Law Offices of John Kenneth Zwerling, P.C.
114 North Alfred Street
Alexandria, Virginia 22314
jz@zwerling.com

Lauren A. Wetzler
United States Attorney Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
lauren.wetzler@usdoj.gov


      */s/   John F. O'Connor*
John F. O'Connor
Virginia Bar No. 93004
Attorney for Defendant CACI Premier Technology, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com