IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CACI PREMIER TECHNOLOGY, INC., | ) )   1:08-cv-827 (LMB/JFA) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Third-Party Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the United States of America's Motion to Dismiss [Dkt. No. 696] is GRANTED as to Count 4 and DENIED in all other respects, its Motion for Summary Judgment [Dkt. No. 1129] is GRANTED, and defendant/third-party plaintiff CACI Premier Technology, Inc.'s Motion to Dismiss for Lack of Jurisdiction [Dkt. No. 1149] is DENIED, and it is hereby

ORDERED that defendant/third-party plaintiff CACI Premier Technology's Third-Party Complaint [Dkt. No. 665] be and is DISMISSED as to the United States of America.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of March, 2019.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge