# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Defendant, | ) ) ) |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, and JOHN DOES 1-60, | ) ) ) |
| Third-Party Defendants. | ) ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on April 5, 2019, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, counsel for Defendant CACI Premier Technology, Inc. ("CACI PT"), will present argument on CACI PT's Motion *in Limine* to Exclude Inadmissible Exhibits.

Respectfully submitted,

| | |
|---|---|
| */s/   John F. O'Connor* | |
| John F. O'Connor | William D. Dolan, III |
| Virginia Bar No. 93004 | Virginia Bar No. 12455 |
| Linda C. Bailey (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. |
| Molly Bruder Fox (admitted *pro hac vice*) | DOLAN, III, PC |
| STEPTOE & JOHNSON LLP | 8270 Greensboro Drive, Suite 700 |
| 1330 Connecticut Avenue, N.W. | Tysons Corner, Virginia 22102 |
| Washington, D.C. 20036 | (703) 584-8377 – telephone |
| (202) 429-3000 – telephone | wdolan@dolanlaw.net |
| (202) 429-3902 – facsimile | |
| joconnor@steptoe.com | |
| lbailey@steptoe.com | |
| mbfox@steptoe.com | |

*Counsel for Defendant/Third-Party Plaintiff*
*CACI Premier Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2019, I caused a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Kenneth Zwerling
The Law Offices of John Kenneth Zwerling, P.C.
114 North Alfred Street
Alexandria, Virginia 22314
jz@zwerling.com

Lauren A. Wetzler
United States Attorney Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
lauren.wetzler@usdoj.gov

*/s/   John F. O'Connor*
John F. O'Connor
Virginia Bar No. 93004
Attorney for CACI Premier Technology, Inc.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com