FILED: October 7, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1328
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

  Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E

  Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INC.

  Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INC.; L-3 SERVICES, INC.

  Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

  Third Party Defendants

-------------------------------

UNITED STATES OF AMERICA

        Amicus Curiae

THE CENTER FOR JUSTICE AND ACCOUNTABILITY; RETIRED MILITARY OFFICERS; EARTHRIGHTS INTERNATIONAL

        Amici Supporting Appellee

KELLOGG BROWN & ROOT SERVICES, INC.

        Amicus Supporting Rehearing

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

                                                            */s/Patricia S. Connor, Clerk*