FILED: October 11, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1328
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

  Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E

  Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INC.

  Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INC.; L-3 SERVICES, INC.

  Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

  Third Party Defendants

-------------------------------

UNITED STATES OF AMERICA

        Amicus Curiae

THE CENTER FOR JUSTICE AND ACCOUNTABILITY; RETIRED MILITARY OFFICERS; EARTHRIGHTS INTERNATIONAL

        Amici Supporting Appellee

KELLOGG BROWN & ROOT SERVICES, INC.

        Amicus Supporting Rehearing

_____

O R D E R

_____

Upon consideration of appellant's motion to stay the mandate, the court denies the motion.

Judge Floyd and Judge Thacker voted to deny the motion. Judge Quattlebaum voted to grant the motion.

                                    For the Court

                                    /s/ Patricia S. Connor, Clerk