FILED: October 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1084
(1:18-cv-00797-LMB-JFA)
_____

DILLON MVURI

    Plaintiff - Appellant

v.

AMERICAN AIRLINES, INCORPORATED

    Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Thacker, and Judge Quattlebaum.

For the Court

/s/ Patricia S. Connor, Clerk