FILED: October 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1328
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

     Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E

     Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INC.

     Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INC.; L-3 SERVICES, INC.

     Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

    Third Party Defendants

-------------------------------

UNITED STATES OF AMERICA

    Amicus Curiae

THE CENTER FOR JUSTICE AND ACCOUNTABILITY; RETIRED MILITARY OFFICERS; EARTHRIGHTS INTERNATIONAL

    Amici Supporting Appellee

KELLOGG BROWN & ROOT SERVICES, INC.

    Amicus Supporting Rehearing

_____

# M A N D A T E
_____

The judgment of this court, entered August 23, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                  */s/Patricia S. Connor, Clerk*