## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )    No.   1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Defendant, | ) ) |

### **NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, November 1, 2019, beginning at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, Defendant CACI Premier Technology, Inc., will present argument on its to Motion to Stay Proceedings Pending the Filing and Disposition of its Petition for a Writ of *Certiorari*.

Respectfully submitted,

| | |
|---|---|
| */s/   John F. O'Connor*  | |
| John F. O'Connor | William D. Dolan, III |
| Virginia Bar No. 93004 | Virginia Bar No. 12455 |
| Linda C. Bailey (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. |
| Molly Bruder Fox (admitted *pro hac vice*) | DOLAN, III, PC |
| STEPTOE & JOHNSON LLP | 8270 Greensboro Drive, Suite 700 |
| 1330 Connecticut Avenue, N.W. | Tysons Corner, Virginia 22102 |
| Washington, D.C. 20036 | (703) 584-8377 – telephone |
| (202) 429-3000 – telephone | wdolan@dolanlaw.net |
| (202) 429-3902 – facsimile | |
| joconnor@steptoe.com | |
| lbailey@steptoe.com | |
| mbfox@steptoe.com | |

*Counsel for Defendant CACI Premier Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        John Kenneth Zwerling
        The Law Offices of John Kenneth Zwerling, P.C.
        114 North Alfred Street
        Alexandria, Virginia 22314
        jz@zwerling.com

        */s/   John F. O'Connor*
        John F. O'Connor
        Virginia Bar No. 93004
        Attorney for Defendant CACI Premier Technology, Inc.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 429-3000 – telephone
        (202) 429-3902 – facsimile
        joconnor@steptoe.com