# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Defendant, | ) ) ) |

## **DEFENDANT CACI'S STATUS UPDATE**

We are writing to advise the Court of a recent development in connection with the petition for writ of *certiorari* filed by CACI in this action. The United States Supreme Court considered CACI's petition during its conference on January 24, 2020, and issued an order today inviting the Solicitor General to file a brief stating the views of the United States on CACI's petition. The first two pages of today's Orders List are enclosed herewith.

Respectfully submitted,

*/s/   John F. O'Connor*
John F. O'Connor
Virginia Bar No. 93004
Linda C. Bailey (admitted *pro hac vice*)
Molly Bruder Fox (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com
lbailey@steptoe.com
mbfox@steptoe.com

William D. Dolan, III
Virginia Bar No. 12455
LAW OFFICES OF WILLIAM D. DOLAN, III, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
(703) 584-8377 – telephone
wdolan@dolanlaw.net

*Counsel for Defendant CACI Premier Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel:

>John Kenneth Zwerling
>The Law Offices of John Kenneth Zwerling, P.C.
>114 North Alfred Street
>Alexandria, VA 22314
>jz@zwerling.com

>/s/   John F. O'Connor
>John F. O'Connor
>Virginia Bar No. 93004
>Attorney for Defendant CACI Premier Technology, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 – telephone
>(202) 429-3902 – facsimile
>joconnor@steptoe.com