UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, <br><br>  Plaintiffs, <br><br>  *v.* <br><br> CACI PREMIER TECHNOLOGY, INC. <br><br>  Defendant. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and JOHN DOES 1-60, <br><br>  Third-Party Defendants. | Case No. 1:08-cv-827 (LMB/JFA) |

**MEMORANDUM IN SUPPORT OF**
**CONSENT MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiffs respectfully request that the Court enter an order withdrawing the pro hac vice appearances of Terra Celeste Dailey Hittson and Matthew Ethan Funk on behalf of Plaintiffs pursuant to Local Civil Rule 83.1(G).  At the time of their appearances, both Ms. Hittson and Mr. Funk were attorneys at Patterson Belknap Webb & Tyler LLP.  (Dkt. 724, 725.)  Ms. Hittson has left the firm and Mr. Funk's last day will be December 11, 2020.  Plaintiffs will not be prejudiced by this withdrawal as other attorneys from Patterson Belknap Webb & Tyler will continue their pro hac vice representation of the Plaintiffs, as will all other counsel of record for

12196559

the Plaintiffs. CACI Premier Technology, Inc. has consented to this motion. Plaintiffs waive a hearing on the motion.

For the foregoing reasons, Plaintiffs request that their motion for the withdrawal of Ms. Hittson and Mr. Funk's appearances be granted.

Respectfully submitted,

*/s/ John Kenneth Zwerling*
John Kenneth Zwerling (VA Bar #08201)
ZWERLING/CITRONBERG, PLLC
114 North Alfred Street
Alexandria, VA 22314
Tel. 703-684-8000 | jz@zwerling.com

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Robert P. LoBue, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

12196559

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, I electronically filed the Memorandum in Support of Consent Motion for Withdrawal of Counsel through the CM/ECF system, which sends notification to counsel for Defendant.

                                                      */s/ John Kenneth Zwerling*
                                          John Kenneth Zwerling (VA Bar #08201)

12196559