# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant, | No.  1:08-cv-0827 LMB-JFA |

## DEFENDANT CACI PREMIER TECHNOLOGY, INC.'S
## MEMORANDUM IN SUPPORT OF ITS CONSENT MOTION TO LIFT STAY

Defendant CACI Premier Technology, Inc. ("CACI") submits this memorandum in support of its consent motion to lift the stay of this action effectuated by this Court's November 1, 2019 Order (Dkt. #1320). That order granted CACI's Motion to Stay Proceedings Pending Filing and Disposition of a Petition for a Writ of *Certiorari* (Dkt. # 1314).

CACI had sought Supreme Court review of the Fourth Circuit's ruling that it lacked jurisdiction to consider CACI's appeal from this Court's denial of derivative sovereign immunity. The Supreme Court denied CACI's petition for *certiorari* on June 28, 2021. Accordingly, the basis for the Court's stay is no longer in effect. CACI therefore respectfully requests that the Court enter an Order lifting the stay.

Counsel for CACI has consulted with Plaintiffs' counsel, and Plaintiff consent to the motion to lift stay. The parties propose that they submit status reports to the Court on the later of the following dates: (1) August 4, 2021; or (2) seven days after the Court enters an order lifting the current stay.

Respectfully submitted,

| | |
|---|---|
| */s/   John F. O'Connor*  | |
| John F. O'Connor | William D. Dolan, III |
| Virginia Bar No. 93004 | Virginia Bar No. 12455 |
| Linda C. Bailey (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. |
| Molly Bruder Fox (admitted *pro hac vice*) | DOLAN, III, PC |
| STEPTOE & JOHNSON LLP | 8270 Greensboro Drive, Suite 700 |
| 1330 Connecticut Avenue, N.W. | Tysons Corner, VA 22102 |
| Washington, D.C. 20036 | (703) 584-8377 – telephone |
| (202) 429-3000 – telephone | wdolan@dolanlaw.net |
| (202) 429-3902 – facsimile | |
| joconnor@steptoe.com | |
| lbailey@steptoe.com | |
| mbfox@steptoe.com | |

*Counsel for Defendant CACI Premier Technology, Inc.*

CERTIFICATE OF SERVICE

       I hereby certify that on the 16th day of July, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel:

>John Kenneth Zwerling
>The Law Offices of John Kenneth Zwerling, P.C.
>114 North Alfred Street
>Alexandria, VA 22314
>jz@zwerling.com


>/s/   John F. O'Connor
>John F. O'Connor
>Virginia Bar No. 93004
>Attorney for Defendant CACI Premier Technology, Inc.
>STEPTOE & JOHNSON LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-3000 – telephone
>(202) 429-3902 – facsimile
>joconnor@steptoe.com