UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:08-cv-827 (LMB/JFA) |

### ORDER

The briefing schedule on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 1331) is hereby amended as follows:

- Deadline for Plaintiffs' response: August 20, 2021

- Deadline for Defendant's Reply: September 3, 2021

Dated: August 2, 2021

SO ORDERED:

/s/ 
Leonie M. Brinkema
United States District Judge

12913543