# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| *v.* | ) Case No. 1:08-cv-827 (LMB/JFA)<br>)<br>) |
| CACI PREMIER TECHNOLOGY, INC., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF FILING OF DEPOSITION TRANSCRIPT
## OF CHARLES GRANER

PLEASE TAKE NOTICE that Plaintiffs are attaching hereto as **Exhibit A** a true and correct copy of the deposition transcript of Charles Graner as played before the jury in the trial of this action on April 15, 2024.

Respectfully submitted,

*/s/ Cary Citronberg*

Cary Citronberg (VA Bar #81363)
JOHNSON/CITRONBERG, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Tel. 703-684-8000 | cary@jc-attorney.com

Muhammad U. Faridi, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

1

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor New
York, NY 10012

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2024, I electronically filed the foregoing, which sends notification to counsel for Defendant.

                                            */s/ Cary Citronberg*
                                            Cary Citronberg

# EXHIBIT A

GranerC2 - Charles Graner DRAFT 2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 11:03 - 11:04 | **Graner, Charles 2013-04-22** | 00:00:10 | **GranerC2.1** |
| | 11:03   Q.  When did you join the United States Military? | | |
| | 11:04   A.  June of 1987. | | |
| 12:14 - 13:08 | **Graner, Charles 2013-04-22** | 00:01:01 | **GranerC2.2** |
| | 12:14   Q.  And when did you arrive at Abu Ghraib? | | |
| | 12:15   A.  On or about the 3rd of October 2003. | | |
| | 12:16   Q.  What was your rank at the time that you | | |
| | 12:17        arrived there? | | |
| | 12:18   A.  I was a corporal. | | |
| | 12:19   Q.  Where in Abu Ghraib did you work?  Did you | | |
| | 12:20        work at something called the hard site? | | |
| | 12:21   A.  Yes. | | |
| | 12:22   Q.  And what is the hard site? | | |
| | 12:23   A.  It was a more secure area of Abu Ghraib.  It | | |
| | 12:24        was -- I believe it was formerly a civilian | | |
| | 12:25        prison, and it was, what would be considered | | |
| | 13:01        GRANER - CONFIDENTIAL | | |
| | 13:02        here as a special management or special needs | | |
| | 13:03        part of the prison, an isolation area of the | | |
| | 13:04        prison. | | |
| | 13:05   Q.  Did you work in a certain tier? | | |
| | 13:06   A.  Yes. | | |
| | 13:07   Q.  Which tier was that? | | |
| | 13:08   A.  Tier 1. | | |
| 14:02 - 14:07 | **Graner, Charles 2013-04-22** | 00:00:08 | **GranerC2.3** |
| | 14:02   Q.  On a day-to-day basis, what were your | | |
| | 14:03        responsibilities? | | |
| | 14:04   A.  At Tier 1? | | |
| | 14:05   Q.  At Tier 1. | | |
| | 14:06   A.  Care, custody and control of the inmates, | | |
| | 14:07        detainees. | | |
| 14:08 - 14:11 | **Graner, Charles 2013-04-22** | 00:00:14 | **GranerC2.4** |
| | 14:08   Q.  Who did you report to? | | |
| | 14:09   A.  I reported to Staff Sergeant Frederick, | | |
| | 14:10        Sergeant First Class Snider, Captain Brinson, | | |
| | 14:11        Lieutenant Colonel Steven Jordan. | | |
| 16:19 - 16:22 | **Graner, Charles 2013-04-22** | 00:00:11 | **GranerC2.5** |
| | 16:19   Q.  Do you recall any specific civilian | | |
| | 16:20        interrogators from Abu Ghraib? | | |

| DESIGNATION | SOURCE | DURATION | ID |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 16:21 | A. | Yes. | | |
| | 16:22 | Q. | Do you remember specific names? | | |
| 17:07 - 17:17 | **Graner, Charles 2013-04-22** | | | 00:00:36 | **GranerC2.13** |
| | 17:07 | A. | Steve Stevanovich. | | |
| | 17:08 | Q. | What did he look like? | | |
| | 17:09 | A. | It is my recollection that he was about six | | |
| | 17:10 | | foot.  At one point I believe he had a beard | | |
| | 17:11 | | and at one point he was clean shaven and blond | | |
| | 17:12 | | or brown hair. | | |
| | 17:13 | Q. | Was he ever referred to as Big Steve? | | |
| | 17:14 | A. | Yes. | | |
| | 17:15 | Q. | And there was only one Big Steve at Abu | | |
| | 17:16 | | Ghraib? | | |
| | 17:17 | A. | To my knowledge, yes. | | |
| 47:17 - 47:19 | **Graner, Charles 2013-04-22** | | | 00:00:08 | **GranerC2.6** |
| | 47:17 | Q. | Did civilian interrogators ever give you | | |
| | 47:18 | | instructions about how to treat detainees? | | |
| | 47:19 | A. | Yes. | | |
| 48:06 - 48:11 | **Graner, Charles 2013-04-22** | | | 00:00:16 | **GranerC2.7** |
| | 48:06 | Q. | Do you recall hearing civilian interrogators | | |
| | 48:07 | | give instructions to other military personnel? | | |
| | 48:08 | A. | Yes. | | |
| | 48:09 | Q. | About -- were those instructions about how to | | |
| | 48:10 | | treat detainees? | | |
| | 48:11 | A. | Yes. | | |
| 48:17 - 49:15 | **Graner, Charles 2013-04-22** | | | 00:01:46 | **GranerC2.8** |
| | 48:17 | Q. | Do you recall being told that you should | | |
| | 48:18 | | follow orders given to you by MI personnel? | | |
| | 48:19 | A. | Yes. | | |
| | 48:20 | Q. | Did you understand the term MI personnel to | | |
| | 48:21 | | include civilian interrogators? | | |
| | 48:22 | A. | I understood it to be any person that was | | |
| | 48:23 | | handling a detainee. | | |
| | 48:24 | Q. | And would that include civilian interrogators? | | |
| | 48:25 | A. | Yes. | | |
| | 49:01 | | GRANER - CONFIDENTIAL | | |
| | 49:02 | Q. | Would you use the term MI to refer to civilian | | |
| | 49:03 | | interrogators and military personnel, military | | |
| | 49:04 | | interrogators as a single group? | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 49:05 | A. | Right now, I believe as a generic term, that's | | |
| | 49:06 | | how I used it over there. | | |
| | 49:07 | Q. | Did you ever receive encouragement from | | |
| | 49:08 | | civilian interrogators?  Did they ever tell | | |
| | 49:09 | | you that you were doing a good job? | | |
| | 49:10 | A. | Yes. | | |
| | 49:11 | Q. | How often did that happen? | | |
| | 49:12 | A. | I can't recall right now. | | |
| | 49:13 | Q. | Would you ever -- would you ever check with | | |
| | 49:14 | | civilian interrogators about how to treat | | |
| | 49:15 | | detainees?  Would you ask them is this okay? | | |
| 49:21 - 50:06 | **Graner, Charles 2013-04-22** | | | 00:00:42 | **GranerC2.9** |
| | 49:21 | A. | Can you repeat the question. | | |
| | 49:22 | Q. | Would you ever run treatment past a civilian | | |
| | 49:23 | | interrogator before doing it? | | |
| | 49:24 | A. | It is my memory now that written or unwritten | | |
| | 49:25 | | we followed what we were instructed to do, and | | |
| | 50:01 | | GRANER - CONFIDENTIAL | | |
| | 50:02 | | outside of what I was charged with and | | |
| | 50:03 | | convicted of, it was limited to what the | | |
| | 50:04 | | interrogator, be that civilian or military, | | |
| | 50:05 | | had given us to do.  Usually it was written | | |
| | 50:06 | | down. | | |
| 53:07 - 53:09 | **Graner, Charles 2013-04-22** | | | 00:00:11 | **GranerC2.10** |
| | 53:07 | Q. | Do you recall MI personnel ever using dogs on | | |
| | 53:08 | | detainees? | | |
| | 53:09 | A. | Yes. | | |
| 53:10 - 53:14 | **Graner, Charles 2013-04-22** | | | 00:00:28 | **GranerC2.11** |
| | 53:10 | Q. | Do you recall Big Steve ever using dogs on | | |
| | 53:11 | | detainees? | | |
| | 53:12 | A. | I don't know who -- I don't know names of who | | |
| | 53:13 | | used dogs on detainees, but I don't believe I | | |
| | 53:14 | | ever interacted with Steve when he had a dog. | | |
| 55:21 - 56:04 | **Graner, Charles 2013-04-22** | | | 00:00:21 | **GranerC2.12** |
| | 55:21 | Q. | Okay.  You talked about that you would | | |
| | 55:22 | | sometimes receive instructions from | | |
| | 55:23 | | interrogators relating to treatment of | | |
| | 55:24 | | detainees.  Would those instructions from an | | |
| | 55:25 | | interrogator be toward the treatment of the | | |

**GranerC2 - Charles Graner DRAFT 2**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 56:01 | GRANER - CONFIDENTIAL | | |
| | 56:02 | detainees to which you believe that | | |
| | 56:03 | interrogator was assigned? | | |
| | 56:04 | A. Yes. | | |

| | |
|---|---|
| CACI Counter Designation | 00:00:49 |
| Pltfs Designations | 00:05:24 |
| **TOTAL RUN TIME** | **00:06:13** |