# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 2

Date: **4/16/2024**                                           Case No.: **1:08-cv-00827**
Time: **9:43-6:21**                                           Judge:  **Hon. Leonie M. Brinkema**
Lunch: **12:58-2:03**                                         Reporter: **Stephanie Austin/Rebecca Stonestreet**
                                                              Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

          V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Scott Kim, Alexandra Mahler-Haug, Bonita Robinson, Thomas Kicak, Michael Fisher, Katherine Gallagher, Shereef Akeel, Andrew Haddad, Michael Buchanan
[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure
[ X ] Defendant (United States of America): Jason Lynch, Steven Elliot, Rebecca Levinson

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFFS AND DEFENDANT. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 4/15/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #2) [**X**]

Plaintiff continued presentation of the evidence [**X**]

Objections heard and rulings made [**X**]

Case Continued To: Wednesday, 4/17/2024 (for Jury Trial Day #3) at 9:30 a.m.