# UNITED STATES DISTRICT COURT
## CIVIL JURY TRIAL – DAY 4

Date: **4/18/2024**  
Time: **9:30-6:04**  
Lunch: **12:59-2:00**

Case No.: **1:08-cv-00827**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Scott Kim, Alexandra Mahler-Haug, Bonita Robinson, Thomas Kicak, Michael Fisher, Katherine Gallagher, Shereef Akeel

[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure

[ X ] Defendant (United States of America): Jason Lynch, Steven Elliot, Rebecca Levinson

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 4/17/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #4) [**X**]

Defendant continued presentation of the evidence [**X**]

Objections heard and rulings made [**X**]

Out of the presence of the jury, the Court and counsel reviewed jury instructions [**X**]

Case Continued To: Friday, 4/19/2024 (for Jury Trial Day #5) at 9:30 a.m.