# UNITED STATES DISTRICT COURT
## CIVIL JURY TRIAL – DAY 5

Date: **4/19/2024**  
Time: **9:29-5:10**  
Lunch: **1:02-2:04**  

Case No.: **1:08-cv-00827**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Rebecca Stonestreet**  
Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Scott Kim, Alexandra Mahler-Haug, Bonita Robinson, Thomas Kicak, Michael Fisher, Katherine Gallagher, Shereef Akeel, Andrew Haddad, Michael Buchanan  
[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure  
[ X ] Defendant (United States of America): Jason Lynch, Steven Elliot, Rebecca Levinson

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 4/18/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #5) [**X**]

Defendant continued presentation of the evidence and rests [**X**]

Objections heard and rulings made [**X**]

Plaintiff presented evidence in rebuttal case [**X**]

Case Continued To: Monday, 4/22/2024 (for Jury Trial Day #6) at 10:00 a.m.; Counsel to appear at 9:00 a.m.