# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 8

Date: **4/25/2024**  
Time: **9:48-9:52**  
**4:03- 4:16; 5:46-5:48**

Case No.: **1:08-cv-00827**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Julie Egal/Rhonda Montgomery**  
Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Scott Kim, Alexandra Mahler-Haug, Bonita Robinson, Thomas Kicak, Michael Fisher, Katherine Gallagher, Shereef Akeel, Andrew Haddad, Michael Buchanan  
[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure  
[ X ] Defendant (United States of America): Steven Elliott

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS.  JURORS APPEARED PURSUANT TO ADJOURNMENT ON 4/24/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #8) [**X**]

Jury continued their deliberations [**X**]

Case Continued To: **Friday, 4/26/2024 (for Jury Trial Day #9) at 9:30 a.m.**