# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 12

Date**: 5/1/2024**
Time: **10:30 - 10:35;**
**4:55-5:06; 5:45-5:47**

Case No.**: 1:08-cv-00827**
Judge**:   Hon. Leonie M. Brinkema**
Reporter**:  Stephanie Austin**
Deputy Clerk:  **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Alexandra Mahler-Haug, Bonita Robinson, Katherine Gallagher
[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure
[ X ] Defendant (United States of America): Steven Elliott

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS.  JURORS APPEARED PURSUANT TO ADJOURNMENT ON 4/30/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #12) [**X**]

Jury continued their deliberations [**X**]

Case Continued To: Thursday, 5/2/2024 (for Jury Trial Day #13) at 9:30 a.m.