# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 13

Date**: 5/2/2024**  
Time: **10:48 - 10:59;**  
**2:32 -2:38**

Case No.**: 1:08-cv-00827**  
Judge**:   Hon. Leonie M. Brinkema**  
Reporter**:  Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

    V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Alexandra Mahler-Haug, Bonita Robinson  
[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure  
[ X ] Defendant (United States of America): Elizabeth Tulis

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE PLAINTIFF AND DEFENDANTS.  JURORS APPEARED PURSUANT TO ADJOURNMENT ON 5/1/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #13) [**X**]

Jury continued their deliberations [**X**]

Jury informed the Court through a note that they were unable to reach a unanimous decision [**X**]

The Court declares a mistrial [**X**]

Counsel to file post-trial motions within 14 days [**X**]

Jury discharged [**X**]