```
                                                                    1

                     UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
                           Alexandria Division


 SUHAIL NAJIM ABDULLAH           :   CIVIL CASE
 AL SHIMARI, et al.,             :   NO. 1:08-CV-827
                                 :
                                 :
         Plaintiffs              :
                                 :
            v.                   :
                                 :
 CACI PREMIER TECHNOLOGY,        :   APRIL 25, 2024
 INC.,                           :   A.M. SESSION
                                 :   9:30 A.M.
         Defendant               :   ........................
 ..............................
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                   VOLUME VIII  -  A.M. SESSION
              BEFORE THE HONORABLE LEONIE M. BRINKEMA
                       UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFFS:         MUHAMMAD U. FARIDI
                            ALEXANDRA MAHLER-HAUG
                            PATTERSON BELKNAP WEBB & TYLER, LLP
                            1133 Avenue of the Americas
                            New York, New York  10036
                            212-336-2000

                            BAHER AZMY
                            THE CENTER FOR CONSTITUTIONAL RIGHTS
                            666 Broadway
                            7th Floor
                            New York, New York  10012
                            212-614-6464


                            (APPEARANCES CONTINUED ON FOLLOWING
                            PAGE:)

```
 1
      FOR THE DEFENDANT:        JOHN O'CONNOR, JR.
 2                              LINDA BAILEY
                                JOSEPH McCLURE
 3                              STEPTOE & JOHNSON LLP
                                1330 Connecticut Avenue, NW
 4                              7th Floor
                                Washington, D.C. 20036
 5                              202-429-3000

 6                              NINA GINSBERG
                                DIMUROGINSBERG PC
 7                              1101 King Street
                                Suite 610
 8                              Alexandria, Virginia 22314
                                703-684-4333
 9

10

11    OFFICIAL COURT REPORTER:  JULIE A. GOODWIN, RPR
                                U.S. District Court, 9th Floor
12                              401 Courthouse Square
                                Alexandria, Virginia  22314
13

14
                           (PAGES 1 - 6)
15

16
              COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
17

18

19

20

21

22

23

24

25
                                           Julie A. Goodwin, CSR, RPR
                         4/25/24  ~  Vol. VIII
```

```
 1  (APRIL 25, 2024, 9:43 A.M., OPEN COURT ~ ALL PERSONS PRESENT,
 2  EXCLUDING THE JURY)
 3              THE COURTROOM DEPUTY:  Civil Action Number
 4  1:08-CV-827, Suhail Najim Abdullah Al Shimari, et al. versus
 5  CACI Premier Technology, Inc.
 6              Will Counsel please note your appearance for the
 7  record, beginning with the plaintiff.
 8              MR. FARIDI:  Good morning, Your Honor.  Muhammad
 9  Faridi on behalf of the plaintiffs, joined by my colleagues
10  Baher Azmy and Alex Mahler-Haug.
11              THE COURT:  Good morning.
12              MR. O'CONNOR:  Good morning, Your Honor.  John
13  O'Connor for CACI, joined by my co-counsel, Linda Bailey, Nina
14  Ginsberg, and Joseph McClure.
15              THE COURT:  Good morning.
16              All right.  We have an interesting question from
17  the jury:
18              Are we supposed to take the descriptions in the
19  evidence indices as a fact?
20              So, I actually did not look at your indices because
21  neither side had any objection, but they are quite meaty.  But
22  anyway, what's your position on this?
23              MR. FARIDI:  We conferred with the defendants and
24  our -- the defendant, and I think our position is that they
25  should be looking at the actual documents and looking --
```

1  treating those as in evidence.  Indices are simply descriptors
2  to guide their -- guide them to the documents.
3              THE COURT:  Okay.
4              MR. FARIDI:  In fact, could be demonstratives.
5              THE COURT:  Yeah.
6              MR. O'CONNOR:  We agree with that, Your Honor.  The
7  only thing we would add is, we think it would be appropriate to
8  tell the jury that those were not prepared by the Court so that
9  they don't think the Court --
10             THE COURT:  That's fine.
11             MR. O'CONNOR:  -- is behind the descriptions.
12             THE COURT:  All right.  Let's bring the jury in.
13             THE COURT SECURITY OFFICER:  Yes, Judge.
14     (JURY IN AT 9:49 A.M.)
15             THE COURT:  Good morning, ladies and gentlemen.
16 Again, I want to commend you.  I know you were all here on
17 time, and you started promptly at 9:30, which is wonderful.
18             I'm going to assume you-all avoided any problems
19 last night?
20             THE JURY:  (Nods heads.)
21             THE COURT:  Good.
22             We have your question, which is:  Are we supposed
23 to take the descriptions in the evidence indices as a fact?
24             The very simple answer is no.  The index --
25 whatever language is in the indexes is simply meant to help you

1  get to the exhibits, so it's the exhibit to which the
2  information in the index points you.  That's the evidence in
3  the case.
4          The indices were not produced by the Court.  They
5  were produced by counsel.  Both sides agreed to present the
6  indexes to you in that format to help you get to the particular
7  exhibit.  All right?  So you should use the indexes only as a
8  roadmap.  It gets you to a particular piece of evidence.  You
9  have to then evaluate that evidence as to whether or not it
10 establishes any facts in the case.
11         Did that answer all of your questions about the
12 index?
13         THE JURY:  (Nods heads.)
14         THE COURT:  Yes?  Very good.  Then we'll send you back
15 to deliberate, and we'll recess Court.
16         THE LAW CLERK:  All rise.  This Court stands recessed.
17    (JURY OUT TO DELIBERATE AT 9:51 A.M. ~ OFF THE RECORD.)
18                           -oOo-

6

UNITED STATES DISTRICT COURT   )

EASTERN DISTRICT OF VIRGINIA   )

        I, JULIE A. GOODWIN, Official Court Reporter for the United States District Court, Eastern District of Virginia, do hereby certify that the foregoing is a correct transcript from the record of proceedings in the above matter, to the best of my ability.

        I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

        Certified to by me this 28TH day of FEBRUARY, 2024.

        __/s/_____
        JULIE A. GOODWIN, RPR
        Official U.S. Court Reporter
        401 Courthouse Square
        Alexandria, Virginia  22314