```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3   --------------------------x
     SUHAIL NAJIM ABDULLAH AL   :    Civil Action No.:
 4   SHIMARI, et al.,           :    1:08-cv-827
                 Plaintiffs,    :
 5        versus                :    Tuesday, April 16, 2024
                                :    Alexandria, Virginia
 6   CACI PREMIER TECHNOLOGY,   :    Volume II - A.M. session
     INC,                       :    Pages 1-100
 7               Defendant.     :
     --------------------------x
 8

 9        The above-entitled jury trial was heard before the
     Honorable Leonie M. Brinkema, United States District Judge.
10   This proceeding commenced at 9:44 a.m.

11                A P P E A R A N C E S:

12   FOR THE PLAINTIFFS:   BAHER AZMY, ESQUIRE
                           THE CENTER FOR CONSTITUTIONAL RIGHTS
13                         666 Broadway
                           7th Floor
14                         New York, New York  10012
                           (212) 614-6464

15                         MUHAMMAD FARIDI, ESQUIRE
                           MICHAEL BUCHANAN, ESQUIRE
16                         BONITA ROBINSON, ESQUIRE
                           ANDREW HADDAD, ESQUIRE
17                         MICHAEL FISHER, ESQUIRE
                           THOMAS KICAK, ESQUIRE
18                         SCOTT KIM, ESQUIRE
                           ALEXANDRA MAHLER-HAUG, ESQUIRE
19                         PATTERSON BELKNAP WEBB & TYLER LLP
                           1133 Avenue of the Americas
20                         New York, New York  10036
                           (212) 336-2000

21

22

23

24

25
                                                            1
```

```
 1                    A P P E A R A N C E S:

 2   FOR THE DEFENDANT:    JOHN O'CONNOR, JR., ESQUIRE
                           LINDA BAILEY, ESQUIRE
 3                         JOSEPH MCCLURE, ESQUIRE
                           STEPTOE & JOHNSON LLP
 4                         1330 Connecticut Avenue, NW
                           7th Floor
 5                         Washington, D.C.  20036
                           (202) 429-3000
 6
                           NINA GINSBERG, ESQUIRE
 7                         DIMUROGINSBERG PC
                           1101 King Street
 8                         Suite 610
                           Alexandria, Virginia  22314
 9                         (703) 684-4333

10   FOR THE UNITED        REBECCA LEVENSON, ESQUIRE
     STATES:               OFFICE OF THE UNITED STATES ATTORNEY
11                         2100 Jamieson Avenue
                           Alexandria, Virginia  22314
12                         (703) 299-3700

13                         STEPHEN ELLIOTT, ESQUIRE
                           JASON LYNCH, ESQUIRE
14                         UNITED STATES DEPARTMENT OF JUSTICE
                           CIVIL DIVISION FEDERAL PROGRAMS BRANCH
15                         1100 L Street, NW
                           Washington, D.C.  20044
16                         (202) 598-0905

17   COURT REPORTER:       STEPHANIE M. AUSTIN, RPR, CRR
                           Official Court Reporter
18                         United States District Court
                           401 Courthouse Square
19                         Alexandria, Virginia  22314
                           (571) 298-1649
20                         S.AustinReporting@gmail.com

21        COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

22

23

24

25
                                                             2
```

```
 1                    TABLE OF CONTENTS

 2                         WITNESSES

 3   On behalf of the Plaintiffs:

 4   ASA'AD HAMZA HANFOOSH AL-ZUBA'E

 5   Direct examination by Mr. Kim .............7
     Cross-examination by Ms. Bailey ..........40
 6
     ANTONIO TAGUBA
 7
     Direct examination by Mr. Faridi .........74
 8
                          EXHIBITS
 9
     On behalf of the Plaintiffs:
10   Admitted

11   Number 168 ...............................11
     Number 206C ..............................12
12   Number 206B ..............................15
     Number 161D ..............................17
13   Number 161C ..............................18
     Number 206E ..............................19
14   Number 206B ..............................21
     Number 32 ................................32
15   Number 161B ..............................33
     Number 36 ................................34
16   Number 199 ...............................36
     Number 20 ................................44
17   Number 19 ................................63
     Number 23, page 44 .......................72
18   Number 137 ...............................78

19   On behalf of the Defendant:
     Admitted
20
     Number 30 ................................40
21
                          MISCELLANY
22
     Proceedings April 16, 2024 ...............4
23   Certificate of Court Reporter ............100

24

25
                                                    3
```

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

```
 1                      P R O C E E D I N G S

 2             THE DEPUTY CLERK:  Civil Action Number

 3   1:08-cv-827, Suhail Najim Abdullah Al Shimari, et al. versus

 4   CACI Premier Technology, Inc.

 5             Will counsel please note their appearance for the

 6   record, beginning with the plaintiff.

 7             MR. FARIDI:  Good morning, Your Honor.

 8   Muhammad Faridi from Patterson Belknap.  I'm joined by my

 9   colleagues Bonita Robinson and Scott Kim.

10             THE COURT:  Good morning.

11             MR. O'CONNOR:  Good morning, Your Honor.

12   John O'Connor, Linda Bailey and Nina Ginsberg for CACI.

13             THE COURT:  Very good.  And of course Northern

14   Virginia traffic is what's holding us up this morning, but

15   all the jurors are now here, so we'll bring them in.

16             And we're going to start with one of the

17   plaintiffs; is that correct?

18             MR. FARIDI:  That's correct, Your Honor.

19             THE COURT:  All right.  So we have our interpreter

20   in the box.

21             THE INTERPRETER:  Yes.

22             THE COURT:  With his colleague.  Right.  And just

23   for the record, let's -- well, let's get the jury in, and

24   then we'll have him affirmed.

25             THE CSO:  Yes, Judge.
```
                                                              4

```
 1              MR. FARIDI:  Your Honor, I don't think this
 2   interpreter has been sworn in yet.
 3              THE COURT:  That's what I'm saying, we have to do
 4   that, but I want to do it in front of the jury.
 5              THE CSO:  Rise for the jury.
 6                   (Jury present at 9:46 a.m.)
 7              THE COURT:  Ladies and gentlemen, thank you for
 8   being here.  I know that there were traffic issues this
 9   morning, which is why -- I think some of you must have left
10   quite early because we had some folks here well before 9:00.
11   Do your best to try to always be here by 9:30.  And I
12   understand about traffic.
13              But we're ready to get started, and we're going to
14   begin by having one of the plaintiffs, Mr. Al-Zuba'e, who
15   will be testifying remotely from Iraq.  This will be live
16   testimony but brought via video.
17              And the first thing we're going to do is have our
18   second translator affirmed.  If you'll stand, sir, and take
19   the affirmation.
20                   (Interpreter sworn in open court.)
21              THE DEPUTY CLERK:  Thank you.
22              THE COURT:  And your name for the record please.
23              THE INTERPRETER:  Ali Kadhim, Arabic interpreter.
24              THE COURT:  Thank you.  And your colleague was
25   affirmed yesterday, and she'll be assisting.  All right.
```
                                                                    5

```
 1              THE INTERPRETER:  Yes, Your Honor.

 2              THE COURT:  All right.  Very good.  Are we ready

 3   to sign on?

 4              MR. FARIDI:  Yes, Your Honor.  Before we call

 5   Mr. Asa'ad Al-Zuba'e to the witness stand, I did want to

 6   read three paragraphs in the parties' stipulation before the

 7   jury.  The parties have stipulated as follows:

 8              Paragraph 13:  Plaintiff Asa'ad Hamza Hanfoosh

 9   Al-Zuba'e was taken into custody by the U.S. military in

10   early November 2003.

11              Paragraph 14:  Mr. Al-Zuba'e was detained at Abu

12   Ghraib until mid 2004.

13              Paragraph 15:  Mr. Al-Zuba'e was assigned

14   ISN152529.

15              Your Honor, plaintiffs call Asa'ad Al-Zuba'e.  And

16   at this time I'm going to request that the individuals --

17   that counsel who are in the room with him exit the room and

18   close the door, which they're doing.

19              THE COURT:  All right.  Now, the first thing is

20   I'll have my courtroom deputy affirm the witness.

21   Thereupon,

22              ASA'AD HAMZA HANFOOSH AL-ZUBA'E,

23   having been called as a witness on behalf of the plaintiffs

24   and having been first duly sworn by the Deputy Clerk, was

25   examined and testified as follows:
```

                                                              6

Direct examination - A. Al-Zuba'e

```
1                    (Time noted:  9:48 a.m.)
2              MR. KIM:  Good morning, Your Honor.  I also have
3    witness binders for the Court.
4              THE COURT:  All right.
5                      DIRECT EXAMINATION
6    BY MR. KIM:
7    Q    Good morning, Asa'ad.
8              Can you please state your full name for the Court.
9    A    Asa'ad Hamza Hanfoosh.
10   Q    And how old are you, sir?
11   A    I was born on the 1st of July, 1973.
12   Q    And where do you live?
13   A    Abu Ghraib, Baghdad.
14   Q    And, Asa'ad, do you have any children?
15   A    Yes, I do.
16   Q    And do you have any grandchildren?
17   A    Yes, I do.
18   Q    And what is your religion?
19   A    Muslim.
20   Q    And what is the highest level of school you've
21   completed?
22   A    Elementary.
23   Q    And, Asa'ad, what do you do for a living?
24   A    I have a shop for vegetables.
25   Q    And bringing you back to 2003, what did you do for a
```

7

Direct examination - A. Al-Zuba'e

```
 1   living in 2003?

 2   A    I was a taxi driver.

 3   Q    And so still focusing on 2003, more specifically

 4   November 1st, 2003, what happened to you on this day?

 5   A    I was outside working, and I found my neighbor broken

 6   down, and I took him home.

 7   Q    And were you also arrested on November 1st, 2003?

 8   A    Yes.  On November 1st, 2003.

 9   Q    And after you were arrested, were you taken to a

10   prison?

11   A    Yes.  They took me to Abu Ghraib.

12   Q    And, in total, approximately how long were you held at

13   Abu Ghraib prison?

14   A    One year.

15   Q    And, Asa'ad, when you first arrived at Abu Ghraib

16   prison, what was the first room that you were brought to?

17   A    They put me in the computer room.

18   Q    And upon arriving to this computer room, who was there?

19   A    There were civilians, personnel.

20   Q    And how could you tell they were civilians?

21   A    From their clothes.

22   Q    And upon first arriving to this computer room, did you

23   go through an intake process?

24   A    No.  It wasn't on the first day; it was on the second

25   day.
```

8

Direct examination - A. Al-Zuba'e

```
 1   Q    Okay.  And were you assigned a number on that second
 2   day?  Okay.  I'm going to reask my question.  I think it
 3   looks like he's back.
 4        On this day in the computer room, Asa'ad, were you
 5   assigned a number?
 6   A    No, they did not.  They assigned me a number.
 7   Q    Were you ever provided a wristband?
 8   A    No.
 9   Q    And how long were you held in this computer room,
10   Asa'ad?
11   A    Three days.
12   Q    And were you mistreated while you were being held in
13   this computer room?
14   A    Yes.
15   Q    And how were you mistreated?
16   A    They undressed me, they told me to play with your
17   penis.
18   Q    And did anything else happen, Asa'ad?
19   A    They started taking pictures of me.
20   Q    And who was inside this room during this incident?
21   A    Civilian people.
22   Q    And when they instructed you, these civilian people, to
23   touch your penis, what did you do, sir?
24   A    I started playing with it and -- until I jerked off.
25   Q    And did anyone else inside this room touch you on your
```
                                                           9

Direct examination - A. Al-Zuba'e

```
 1   genitals?

 2   A     Yes.

 3   Q     And how did they touch you?

 4   A     They started playing with my penis.

 5   Q     Could you tell who was touching you?

 6   A     One of the civilians was holding me from my penis.

 7   Q     Okay.  And aside from the civilians inside the room

 8   with you, could anyone else see what was happening to you?

 9   A     No.  Only the civilians.

10   Q     Okay.  And were some of the civilians female?

11   A     They were male and female.

12   Q     And can you describe to the jury just how this all made

13   you feel?

14   A     I was heavily embarrassed.  I was heavily embarrassed,

15   I was crying, I was screaming.

16   Q     Okay.  And I'd like to now show you a photograph that

17   has been marked as Plaintiffs' Exhibit 168.

18             THE COURT:  Is there an objection to 168?

19             MR. KIM:  We're providing them the binder right

20   now.

21             THE COURT:  All right.  Hold on one second.

22             I'm asking if there's any objection.

23             MS. BAILEY:  Relevance.

24             MR. KIM:  Your Honor, he's going to testify that

25   this is similar to the incident that he's just described,
```

10

Direct examination - A. Al-Zuba'e

```
 1   that this happened to him.
 2              THE COURT:  I'm going to permit it.
 3      (Plaintiffs' Exhibit Number 168 admitted into evidence.)
 4              THE COURT:  The jury should understand, this is
 5   not a picture of this plaintiff with anybody, but I'm
 6   allowing it in as a demonstrative, essentially.
 7              Go ahead.
 8              MR. KIM:  Thank you, Your Honor.
 9   BY MR. KIM:
10   Q    Now, Asa'ad, is this an accurate representation -- is
11   this an accurate representation of what happened to you
12   inside this room?
13   A    Yes.
14   Q    Okay.  And, Asa'ad, at the end of this incident inside
15   the computer room, where did you go next?
16   A    So they put a wristband on my hand, and then after
17   that, they took me to the cellblock.
18   Q    Okay.  And how were you transported there, Asa'ad?
19   A    They put me in a jumpsuit, and they put a bag over my
20   head.
21   Q    And did you walk to the cellblock, or were you
22   transported there in a vehicle?
23   A    I was put in a -- I was placed in a vehicle.
24   Q    And how were you removed from this vehicle?
25   A    They placed a leash over my neck, and I was dragged to
```

11

Direct examination - A. Al-Zuba'e

```
1    the cellblock with hitting and screaming.

2    Q    And how long were you dragged by your neck for, Asa'ad?

3    A    I don't remember the distance.

4    Q    And was the bag still over your head as you were being

5    dragged?

6    A    Yes.

7    Q    And as you were being dragged to the cellblock, what

8    else was happening to you, if anything?

9    A    Strikes, screaming, they choked my neck.

10   Q    And was your hood eventually removed, Asa'ad?

11   A    After my arrival, they undressed me.

12        MR. KIM:  Okay.  And I'd like to now move into

13   evidence Plaintiffs' Exhibit 206C, which was admitted at

14   General Fay's deposition.

15        THE COURT:  There should not be any objection

16   then.

17        MS. BAILEY:  No objection.

18        THE COURT:  All right.  It's in.

19    (Plaintiffs' Exhibit Number 206C admitted into evidence.)

20        MR. KIM:  And can we please show this on the

21   screen.

22        THE DEPUTY CLERK:  Which exhibit?  I'm sorry.

23        MR. KIM:  Can we please bring up Plaintiffs'

24   Exhibit 206C.

25   BY MR. KIM:
```

                                                                    12

Direct examination - A. Al-Zuba'e

```
 1   Q    And so after your hood was removed, Asa'ad, is this
 2   where you were?
 3   A    I was on the down floor.  Yeah, the lower floor, not
 4   the upper floor.
 5   Q    And did you have a name for this building, Asa'ad?
 6   A    They call it the cellblocks.
 7   Q    And so after your hood was removed, Asa'ad, could you
 8   see who was present?
 9   A    They removed the bag in the morning out of my head.
10   Q    Okay.  And so when you were brought into this building
11   into the cells after you were brought there from the Hummer,
12   what happened next?
13   A    They brought me, they undressed me, and they said they
14   were going to do with me the peakyteaky (phonetic).
15            THE COURT:  I'm sorry, what was that?
16            THE INTERPRETER:  He said peakyteaky.
17            THE WITNESS:  Oh.  They told me basically they
18   were going to F me.
19   BY MR. KIM:
20   Q    What do you mean by "F you"?
21   A    Having sex.
22   Q    And who said this to you?
23   A    I cannot recall.  I had the bag over my head.
24   Q    And did you believe them when they told you that they
25   were going to have sex with you?
```

Direct examination - A. Al-Zuba'e

```
 1   A     Yes, I did believe them.  I started crying and
 2   screaming.
 3   Q     And did anything else happen to you inside of this room
 4   that you were now in?
 5   A     They started pouring cold water on me.
 6   Q     And how did -- this cold water, how did it feel on your
 7   skin?
 8   A     The weather was cold, and I had gotten sick.
 9   Q     How -- what do you mean by you got sick?
10   A     I had a strong flu.
11   Q     And did -- these people inside of this room, did they
12   instruct you to do anything else?
13   A     No.
14   Q     Did you shower inside of this room?
15   A     Yes.
16   Q     And how long were you showering for?
17   A     I used two bar of soaps.
18   Q     And while you were using these two bars of soap, did
19   you ever try to leave the room?
20   A     Yes.
21   Q     And what happened when you tried to leave the room?
22   A     I was pushed to get back under the water, and I was
23   told to get back under the water.
24         MR. KIM:  Okay.  We can bring down the exhibit
25   now.
```

14

Direct examination - A. Al-Zuba'e

BY MR. KIM:

Q    And when you were finally allowed to leave this shower room, Asa'ad, where were you brought next?

A    They put a bag over my head, and they took me down.

        MR. KIM:  And I'd like to now move into evidence Plaintiffs' Exhibit 206B which was admitted at General Fay's deposition.

        MS. BAILEY:  No objection.

        THE COURT:  All right.  It's in.

  (Plaintiffs' Exhibit Number 206B admitted into evidence.)

        MR. KIM:  Can we please bring that up.  B, as in boy.

BY MR. KIM:

Q    Is this where you now were located, Asa'ad?

A    Yes.

Q    And what happened here, Asa'ad, after the shower room incident?

A    I started crawling on my arms and legs.

Q    And why were you crawling on your arms and legs, Asa'ad?

A    That's what I was told to do.

Q    Could you tell who instructed you to do this?

A    Them.  They were standing by me.

Q    And are you able to describe who you mean by "them," that were instructing you to do this?

15

Direct examination - A. Al-Zuba'e

```
 1   A     I couldn't see them.  I had the bag over my head.
 2   Q     And were you clothed as you were being made to crawl on
 3   your stomach?
 4   A     No, I was naked.
 5   Q     And how long were you made to crawl on your stomach
 6   for?
 7   A     For a long time.  It was the middle of the night.
 8   Q     And was anything else happening to you as you were
 9   being made to crawl up and down the hallway, Asa'ad?
10   A     They told me to put your hand over your head, stand on
11   one leg.
12   Q     And what condition was your body in at this point?
13   A     I was bleeding from my legs and my body.
14   Q     And were you ever made to pose in any specific way
15   during this incident, Asa'ad?
16   A     Yes.  They told me to stand up with your hand over your
17   head.
18   Q     And were you ever made to -- withdrawn.
19         I'd like to now show you a picture that's been
20   marked as Plaintiffs' Exhibit 161D, as in dog.
21         THE COURT:  Is there any objection?
22         MS. BAILEY:  There are multiple pictures.
23         MR. KIM:  We're going to try to move in both.
24         MS. BAILEY:  Objection, Your Honor.  This is a
25   completely unrelated incident that is inflammatory for other
```

16

Direct examination - A. Al-Zuba'e

```
 1    reasons.
 2              THE COURT:  I'm going to overrule the objection
 3    because I think it is relevant to the case.  But, again, my
 4    understanding is most likely this is not of this particular
 5    plaintiff.
 6              MR. KIM:  Correct, Your Honor.  We will not be
 7    showing, to be clear, any photos today that are actually of
 8    Asa'ad.  We will not be arguing that.
 9              THE COURT:  All right.  I'm going to permit it.
10    Overruled.
11     (Plaintiffs' Exhibit Number 161D admitted into evidence.)
12              MR. KIM:  And can we please bring that up on the
13    screen.
14    BY MR. KIM:
15    Q    And, Asa'ad, during this incident in the hallway, were
16    you made to pose in a similar manner to what is being shown
17    in these photographs?
18    A    Yes.
19    Q    And can you describe to the jury how it made you feel
20    to pose in such a manner?
21    A    I was crying, screaming, and I was living in fear and
22    terror.
23              MR. KIM:  Okay.  And we can bring this down now.
24    BY MR. KIM:
25    Q    And again, Asa'ad, still focusing on this first
```

                                                                   17

Direct examination - A. Al-Zuba'e

```
1    incident that's in the hallway, were you ever made to stand
2    on anything?
3    A    They told me to stand over boxes of food with my hands
4    over my head squatting.
5              MR. KIM:  Your Honor, I'd like to now move into
6    evidence Plaintiffs' Exhibit 161C, which was previously
7    admitted at Sergeant Frederick's deposition.
8              MS. BAILEY:  No objection.
9              THE COURT:  All right.  It's in.
10    (Plaintiffs' Exhibit Number 161C admitted into evidence.)
11             MR. KIM:  And if we could please bring that up on
12   the screen.
13   BY MR. KIM:
14   Q    Asa'ad, is this similar to how you were made to pose
15   during this incident on top of food boxes?
16   A    Yes.
17   Q    And did this cause you any physical discomfort?
18   A    Yes.
19             MR. KIM:  Okay.  And we can bring this down now.
20   BY MR. KIM:
21   Q    And so, Asa'ad, after this incident in the hallway was
22   finally over, were you then placed in a cell?
23   A    Yes.
24             MR. KIM:  And I'd like to now move into evidence
25   Plaintiffs' Exhibit 206E, which was admitted at General
```

18

Direct examination - A. Al-Zuba'e

```
 1    Fay's deposition.
 2              MS. BAILEY:  No objection.
 3              THE COURT:  It's in.
 4      (Plaintiffs' Exhibit Number 206E admitted into evidence.)
 5              MR. KIM:  And are we able to zoom out the photo a
 6    little bit so it can all be displayed?
 7    BY MR. KIM:
 8    Q    And, Asa'ad, is this the cell you were then placed in?
 9    A    Yes.
10    Q    And can you describe to the jury what it was that
11    happened to you inside of here?
12    A    They placed me in that cellblock with -- handcuffed,
13    and they were pouring water on me in that cellblock.
14    Q    And, Asa'ad, were you clothed while you were inside of
15    here?
16    A    No.  I was naked.  Naked.
17    Q    Was there anything on your head?
18    A    The bag.
19              THE COURT:  I'm sorry, what was the answer?
20              THE INTERPRETER:  The bag.
21              THE COURT:  The bag.
22    BY MR. KIM:
23    Q    And how long were you held in here, Asa'ad?
24    A    They placed me there until the morning.
25    Q    And were you naked the entire time?
```

                                                            19

Direct examination - A. Al-Zuba'e

```
 1    A    Yes.

 2    Q    Did you have the bag over your head the entire time?

 3    A    Yes.

 4    Q    And were you handcuffed the entire time?

 5    A    Yes.

 6    Q    Did you have any idea how long you would be held in

 7    here?

 8    A    No, I don't remember how long.  They didn't take it off

 9    until the morning.

10    Q    Okay.  And you said they threw water on you.

11         How did that feel on you as you were inside of

12    here naked with the hood on your head and having water

13    thrown on you?

14    A    I was screaming, crying, and I was very afraid.

15    Q    Were you able to breathe properly with this bag over

16    your head and water being thrown on you?

17    A    No.  It was hard for me to breathe.

18    Q    And, Asa'ad, was there a toilet in this room?

19    A    No, it did not have any.

20    Q    Did you ever urinate while you were being held inside

21    of here?

22    A    On myself.

23    Q    And did you ever have to defecate while you were inside

24    of this room?

25    A    No, I wasn't able to.
```

Direct examination - A. Al-Zuba'e

```
 1    Q    When you said you weren't able to, what do you mean by

 2    that?

 3    A    There was no toilet bowl in there.

 4    Q    I'm sorry?

 5    A    There was no toilet bowl in there.

 6    Q    Did you ever ask for help while you were being held

 7    here overnight?

 8    A    Yes.

 9    Q    And what happened when you asked for help?

10    A    They did not do anything.  I was crying, screaming, and

11    nobody provided me anything.

12         MR. KIM:  Okay.  We can take this photo down now.

13    BY MR. KIM:

14    Q    Asa'ad, after you were finally released from this room,

15    were you taken to a different cell?

16    A    Yes.

17         MR. KIM:  And I'd like -- I'd now like to move

18    into evidence, Your Honor, Plaintiffs' Exhibit 206B, as in

19    boy, which was admitted at General Fay's deposition.

20         MS. BAILEY:  No objection.

21         THE COURT:  It's in.

22     (Plaintiffs' Exhibit Number 206B admitted into evidence.)

23    BY MR. KIM:

24    Q    And, Asa'ad, is this one of the cells you were moved

25    to?
```

Direct examination - A. Al-Zuba'e

```
 1   A     Yes.
 2   Q     Okay.  And while being held in a -- in one of the cells
 3   here, Asa'ad, were you ever brought to any interrogations?
 4   A     They left me from the morning until the evening, then
 5   they took me for interrogation.
 6   Q     And how were you brought to your first interrogation?
 7   A     They placed a bag over my head with handcuffs, and then
 8   they took me to the interrogation room.
 9   Q     Who was inside this interrogation room?
10   A     Three people.  Three personnel.
11   Q     And what were they wearing?
12   A     Civilian.
13   Q     And how long did this interrogation last?
14   A     I don't remember.  It was a while.
15   Q     And during the interrogation, where was the guard who
16   brought you there?
17   A     The person who was in charge of the cellblocks.
18   Q     And so a guard -- did a guard bring you to the
19   interrogation, Asa'ad?
20   A     Yes.
21   Q     And where was he during the interrogation?
22   A     The guard?
23   Q     Yes.
24   A     Outside of the interrogation room.
25   Q     Okay.  And when the civilian interrogators were done
```

Direct examination - A. Al-Zuba'e

 1   asking you questions, did you see them interact with anyone

 2   else?

 3   A    No.  They called the guard, and he took me.

 4   Q    And where did the guard take you at the end of your

 5   interrogation?

 6   A    To my cellblock.

 7   Q    Okay.  And what happened after he brought you back to

 8   your cell?

 9   A    After I was brought back to my cellblock, they -- he

10   asked me to turn around, and they dropped me down, and I

11   started crying and screaming.

12   Q    And when you say you were dropped down, did the guard

13   hit you?

14   A    Yes.  He struck me against the wall.

15            MR. KIM:  We can bring the photo down, by the way.

16   BY MR. KIM:

17   Q    And did that cause you any injuries, Asa'ad?

18   A    Yes.  I was -- my face was swollen.

19   Q    And after he hit you, did the guard do anything else to

20   you?

21   A    Yes.  He handcuffed me to the -- to my bed inside the

22   cell.

23   Q    And can you demonstrate again what you just did,

24   Asa'ad?  Why were you raising your arms above your head?

25   A    I was placed like this.

                                                              23

```
 1              MR. KIM:  And just for the record, when he's

 2    saying "like this," Asa'ad is raising his hands above his

 3    head.

 4    BY MR. KIM:

 5    Q     And were you handcuffed, Asa'ad?

 6    A     Yes.

 7    Q     What were you handcuffed to?

 8    A     To the bed.

 9    Q     And so as you were handcuffed with your hands above

10    your head to the bed, where were your feet?

11    A     I was -- my feet was barely touching the floor.

12    Q     And how long were you held in this position with your

13    hands handcuffed above your head and your feet barely able

14    to touch the floor?

15    A     They left me until the evening of the next day.

16    Q     And so after you were left like this for a full day,

17    were you ever asking for help?

18    A     Yes.  I was screaming, crying, I asked to go to the

19    restroom, and the guards, they told me they're not taking me

20    anywhere.

21    Q     And so when you were asking to use the restroom and

22    they refused to allow you, did you use the restroom some

23    other way?

24    A     Yes.

25    Q     And so where did you end up using the restroom?
```

24

Direct examination - A. Al-Zuba'e

```
 1   A     On myself.

 2   Q     And, again, as you were being handcuffed with your

 3   hands above your head for this entire day, were you provided

 4   any food?

 5   A     No.

 6   Q     Were you provided any water?

 7   A     No.

 8   Q     And after you were finally uncuffed the next day, were

 9   you interrogated again?

10             THE INTERPRETER:  I asked him to repeat.

11             THE WITNESS:  After four days, then they

12   interrogated me.

13   BY MR. KIM:

14   Q     And how were you brought for this second interrogation?

15   How were you brought there?

16   A     They placed a bag over my head, and I was struck left

17   and right, and then they brought me to the interrogation

18   room.

19   Q     And who was inside this interrogation room?

20   A     Three civilians.

21   Q     And do you recall how long this interrogation lasted?

22   A     No.  I swear, I don't remember.

23   Q     And so during this second interrogation, Asa'ad, where

24   was the guard who brought you there?

25             MR. KIM:  Can you ask if he can hear us now?
```

Direct examination - A. Al-Zuba'e

```
 1              THE INTERPRETER:  He wants you to repeat the
 2    question.
 3              MR. KIM:  Of course.
 4    BY MR. KIM:
 5    Q    So during this second interrogation, where was the
 6    guard who brought you there?
 7    A    Outside of the room.
 8    Q    Okay.  So at the end of this second interrogation, did
 9    you see the civilian interrogators interact with anyone
10    else?
11    A    They just spoke with the guards.  I don't remember.
12    Q    And so after the interrogator spoke with the guard,
13    were you brought back to your cell?
14    A    Yes.
15    Q    And what happened upon you arriving back at your cell?
16    A    They took all my items, to include my mattress, my
17    blanket, my clothes, and they did not leave me with
18    anything.
19    Q    So was there anything left in your cell after the
20    second interrogation?
21    A    Yes.
22    Q    What was left inside your cell?
23    A    Can you repeat the question?
24    Q    Sure.
25              You said that all of your belongings were removed,
```

26

Direct examination - A. Al-Zuba'e

```
 1    and so I'm just wondering if there was anything at all left

 2    inside your cell.

 3    A    No.  Nothing.

 4    Q    And you said they took your clothes.

 5              Were you wearing anything on your body?

 6    A    Jumpsuit.

 7    Q    When they took your belongings, you said they removed

 8    your clothing; did I hear that correctly?

 9    A    Yes.  My clothes, my mattress, the blanket.

10    Everything.

11    Q    And so were you naked?

12    A    Yes.

13    Q    And how long were you left naked and without anything

14    inside of your cell?

15    A    Three days.

16    Q    Were you able to sleep during those three days?

17    A    I couldn't sleep.  It was very cold.

18    Q    What was the ground of your cell floor made of?

19    A    Just regular concrete.

20    Q    And how did it feel on your feet to be left there naked

21    with nothing to sleep on?

22    A    My feet were swollen, I was crying and screaming, and I

23    was calling for help, and nothing was provided.

24    Q    Did you ever -- did you have an understanding of when,

25    if ever, you would be given back your belongings?
```

Direct examination - A. Al-Zuba'e

```
 1              Asa'ad, can you hear us now?
 2   A    I hear you now.
 3   Q    Okay.  Did you have any understanding during those
 4   three days when, if ever, you would be given your belongings
 5   back?
 6   A    No, I did not have any understanding.
 7   Q    Okay.  And so after you were finally given your
 8   belongings back at the end of these three days, were you
 9   taken someplace else?
10   A    They left me there, and then after ten days, they took
11   me for the third interrogation.
12   Q    And who brought you to this third interrogation?
13   A    The guards.
14            MR. KIM:  I'm sorry.  I didn't hear.
15            THE INTERPRETER:  The guards.
16   BY MR. KIM:
17   Q    And could you tell who was there for this third
18   interrogation?
19   A    The same three.
20   Q    And by the same three, do you mean civilian
21   interrogators?
22   A    Yes.
23   Q    What was the temperature like during this third
24   interrogation?
25   A    It was cold, windy, and it was raining.
```

                                                              28

Direct examination - A. Al-Zuba'e

```
 1   Q    And could you tell where you were for this third
 2   interrogation?
 3   A    A jumpsuit.
 4             THE COURT:  I'm sorry, what was the answer?
 5             THE WITNESS:  A jumpsuit.
 6   BY MR. KIM:
 7   Q    Asa'ad, I think I asked a different question.  You
 8   might have misheard.
 9             Could you tell where you were located for this
10   third interrogation?
11   A    Outside.  It was raining, and it was windy, and it was
12   cold.
13   Q    Did this rain and cold weather, did it cause you any
14   pain?
15   A    Yes.  My stomach was hurting me, and I was having a bad
16   taste.
17   Q    What do you mean you were having a bad taste?
18   A    No, my stomach.
19   Q    Could you describe a bit more what you mean by your
20   stomach was having a bad taste?
21   A    I was having -- I felt like I was having diarrhea.
22   Q    So at the conclusion of this interrogation, were you
23   brought back to your cell?
24   A    Yes.
25   Q    And were you interrogated a fourth time?
```

29

Direct examination - A. Al-Zuba'e

```
 1   A     Yes.

 2   Q     And where did this fourth interrogation take place?

 3   A     The second floor.

 4   Q     And how were you brought there?

 5   A     The same way.  Bag placed over my head, struck left and

 6   right, and then they brought me to them.

 7   Q     And who was present for this fourth interrogation?

 8   A     Three civilians.

 9   Q     And did these civilians make any threats during this

10   fourth interrogation?

11   A     Yes.

12   Q     What threats did they make?

13   A     I was told that they will bring my family, they will

14   bring my wife and my kids, and they will do something to

15   them.

16   Q     Did they say what -- did the civilians say what they

17   would do to your family?

18   A     They wanted to rape her.

19   Q     Did you believe that they would do that?

20   A     Yes.

21   Q     What effect did that have on you hearing this?

22   A     I started crying, screaming.

23   Q     Were you otherwise harmed during this interrogation,

24   Asa'ad?

25   A     Yes.
```

Direct examination - A. Al-Zuba'e

```
 1   Q     In what way?

 2   A     He asked me to stand up and go against the wall.

 3   Q     And what happened next?

 4   A     He hit me against the wall.

 5   Q     Could you tell who did this to you?

 6   A     One of the civilians.

 7   Q     Did this cause you any physical injuries?

 8   A     Yes.

 9   Q     What injuries did it cause?

10   A     My head still hurt until now, half of it.

11   Q     And so at the conclusion of this interrogation, were

12   you brought back to your cell?

13   A     Yes.

14   Q     What happened upon arriving back to your cell?

15   A     Nothing.

16   Q     Okay.  Do you recall ever being -- withdrawn.

17         Were you ever interrogated again while held inside

18   of the cells?

19   A     No.  After that one, they did not.

20   Q     Okay.  Asa'ad, were you ever mistreated with dogs?

21   A     Yes.

22   Q     How many times?

23   A     Twice.

24   Q     And can you describe to the jury how you were

25   mistreated with dogs on these two occasions?
```

31

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

Direct examination - A. Al-Zuba'e

```
 1   A     They undressed me, and they put my hand over my head,

 2   and they had the dog biting me from my arms and legs.

 3   Q     Where were you when this happened?

 4   A     I was in the hallway.

 5   Q     Were you clothed?

 6   A     No, I was naked.

 7         MR. KIM:  I'd now like to show what has been

 8   marked as Plaintiffs' Exhibit 32.

 9         THE COURT:  Any objection?

10         MS. BAILEY:  Same relevance objection, Your Honor.

11         THE COURT:  All right.  Let me see.  I'll permit

12   it.  All right.  It's in.

13         MR. KIM:  It's in?

14         THE COURT:  Yes.

15     (Plaintiffs' Exhibit Number 32 admitted into evidence.)

16         MR. KIM:  I'd like to now move this into evidence.

17   BY MR. KIM:

18   Q     Asa'ad, is this similar to how a bag was used on you in

19   the hallway inside the cells?

20   A     Yes.

21   Q     And can you describe to the jury what was going through

22   your mind during this incident?

23   A     I was in fear, crying, screaming, and I was tired.

24   Q     And, Asa'ad, I think you may have mentioned this, but

25   did one of the dogs bite you?
```

32

Direct examination - A. Al-Zuba'e

```
1    A     Yes.

2    Q     Where?

3    A     On my arms and legs.

4          MR. KIM:  Okay.  We can bring this down now.

5    BY MR. KIM:

6    Q     You mentioned there was a second occasion where dogs

7    were used on you?

8    A     Yes.

9    Q     And what happened on this second occasion?

10   A     The second time they put handcuffs -- they handcuffed

11   me to the cell door, and they had the dog barking at me.

12   Q     And when did this occur?

13   A     I don't remember.

14         MR. KIM:  Okay.  I'd like to now move into

15   evidence Plaintiffs' Exhibit 161B, as in boy, which was

16   admitted at Sergeant Frederick's deposition.

17         MS. BAILEY:  No objection.

18         THE COURT:  It's in.

19    (Plaintiffs' Exhibit Number 161B admitted into evidence.)

20   BY MR. KIM:

21   Q     Asa'ad, is this similar to how you were handcuffed to

22   the bars of your cell as a dog was used on you?

23   A     Both of them, not just one.

24   Q     What do you mean by "both of them"?

25   A     I meant both of my hands were handcuffed to the bar.
```

33

Direct examination - A. Al-Zuba'e

```
 1   Q     How close did the dogs get to you?
 2   A     I don't remember.  I was in fear, I was crying and
 3   screaming.
 4            MR. KIM:  Okay.  We can bring this down now.
 5   BY MR. KIM:
 6   Q     While inside of your cell, did you ever see other
 7   detainees being abused, Asa'ad?
 8   A     Yes.
 9   Q     And what abuse did you see happen to other detainees
10   from inside your cell, Asa'ad?
11   A     I remember seeing people on top of each other.
12            MR. KIM:  I'd like to now move into evidence
13   Plaintiffs' Exhibit 36, which was admitted at General Fay's
14   deposition.
15            MS. BAILEY:  No objection.
16            THE COURT:  It's in.
17     (Plaintiffs' Exhibit Number 36 admitted into evidence.)
18            MR. KIM:  Can we please bring that up.  And can we
19   please zoom out a little bit.
20   BY MR. KIM:
21   Q     Did you see this from inside your cell, Asa'ad?
22   A     Yes.
23   Q     Did you ever see detainees outside your cell in the
24   hallway naked other than this incident, Asa'ad?
25   A     Yes.
```

34

Direct examination - A. Al-Zuba'e

```
 1              MR. KIM:  We can take this down.

 2              And I'd now like to show what has been marked as

 3      Plaintiffs' Exhibit 138 and 167.

 4              THE COURT:  Any objection?

 5              MS. BAILEY:  Same relevance objection.  These are

 6      unrelated incidents.

 7              THE COURT:  Let me take a look.

 8              MS. BAILEY:  Especially 167, which has nothing to

 9      do with this detainee.

10              MR. KIM:  Your Honor, he's going to testify --

11              THE COURT:  Well, let's get a foundation.

12      BY MR. KIM:

13      Q    Asa'ad, you mentioned that you saw other detainees

14      naked outside your cell.

15              In what positions did you see them naked outside

16      of your cell?

17      A    Naked.

18      Q    And were they posed in any specific ways, Asa'ad?

19      A    I saw crawling and standing.

20      Q    They were standing naked in front of your cell?

21              THE INTERPRETER:  I asked him to repeat.  I

22      couldn't hear.

23      BY MR. KIM:

24      Q    Sure.

25              Were the naked detainees you saw outside your
```

                                                              35

Direct examination - A. Al-Zuba'e

```
 1   cell, were they made to pose in any sexual positions?
 2   A    How?
 3            THE COURT:  All right.  I'm going to -- I've
 4   looked at these two.  I'm going to sustain the defense
 5   objection.
 6            MR. KIM:  Understood, Your Honor.
 7   BY MR. KIM:
 8   Q    Asa'ad, did you ever see dogs used on other detainees
 9   while inside your cell?
10   A    Yes.
11   Q    How were they -- how did you see dogs used on other
12   detainees?
13   A    So what they do is they bring the dog, and they have
14   the dog bite the person, and then they start pulling on the
15   dog.
16            MR. KIM:  I'd like to now move into evidence
17   Plaintiffs' Exhibit 199, which was admitted at General Fay's
18   deposition.
19            MS. BAILEY:  No objection.
20            THE COURT:  All right.  It's in.
21     (Plaintiffs' Exhibit Number 199 admitted into evidence.)
22   BY MR. KIM:
23   Q    And, Asa'ad, is this how you saw from inside your cell
24   dogs used on other detainees?
25   A    Yes.
```
                                                              36

Direct examination - A. Al-Zuba'e

```
 1   Q     Okay.  Asa'ad, we've discussed now quite a few things

 2   that you saw from inside your cell.

 3           Can you explain to the jury what effect seeing all

 4   this had on you?

 5           MR. KIM:  And we can bring down the photo.

 6           THE WITNESS:  Fear, crying, my body was shivering.

 7   BY MR. KIM:

 8   Q     And why was your body shivering?

 9   A     Of the fear that I'm seeing in front of me.

10   Q     Were you afraid the things being done to these other

11   detainees might happen to you?

12   A     Yes.

13   Q     How long were you held inside of the cells at Abu

14   Ghraib?

15   A     Two months.

16   Q     And so after you were finally released from the cells,

17   Asa'ad, where were you taken next?

18   A     To the tents.

19   Q     Were you mistreated at the tents?

20   A     It was a good treatment.

21           THE COURT:  I'm sorry, it was what?

22           THE INTERPRETER:  Good treatment, Your Honor.

23   BY MR. KIM:

24   Q     How would you compare your time in the tents compared

25   to your time inside the cells?
```

37

```
 1              MS. BAILEY:  Objection.  Relevance.

 2              MR. KIM:  Your Honor, they've been arguing all

 3   along --

 4              THE COURT:  I think you've already got it in, so

 5   I'm going to sustain the objection.

 6              MR. KIM:  Understood.

 7   BY MR. KIM:

 8   Q    Other than Abu Ghraib, were you held in any other

 9   prison?

10   A    No.

11   Q    Do you recall a Camp Bucca?

12              MS. BAILEY:  Objection.  Relevance.

13              THE COURT:  I thought we had decided previously we

14   were not talking about any other places.

15              MR. KIM:  As long as they're not going to argue he

16   was mistreated elsewhere, that's fine, as a manner of --

17              THE COURT:  Why don't you wait and see.  If that's

18   raised in cross, you can do it in redirect.

19              MR. KIM:  Understood, Your Honor.  Understood.

20              THE COURT:  So objection sustained.

21   BY MR. KIM:

22   Q    Do you have any lasting physical effects from your time

23   inside the cells at Abu Ghraib?

24   A    Yes.

25   Q    Can you describe those effects to the jury?
```
                                                              38

Direct examination - A. Al-Zuba'e

```
 1    A    My arm is still swollen from them, my interaction with
 2    my family, it's hard.
 3    Q    And so in what ways is it now hard to interact with
 4    your family since your time inside the cells at Abu Ghraib?
 5    A    I do not know how to handle things.  I do not know how
 6    to interact.  As soon as something happens, I start
 7    screaming and I start breaking stuff.
 8    Q    Has your relationship with your friends changed at all
 9    since your time in the cells at Abu Ghraib?
10    A    Yes.
11    Q    In what ways?
12    A    I cut the relationship completely.
13    Q    And why did you do that, Asa'ad?
14    A    Whenever they talk to me, I start getting a headache
15    and my head started hurting me.
16    Q    And before Abu Ghraib, what was your relationship like
17    with your friends and family?
18    A    It was good before.
19    Q    And since your time inside the cells at Abu Ghraib,
20    Asa'ad, how do you sleep at night?
21    A    Not comfortable.  I go through nightmares.
22    Q    And, Asa'ad, just one last question.
23         How has your experiences from inside the cells at
24    Abu Ghraib impacted your life?
25    A    Very hard.
```

39

Cross-examination - A. Al-Zuba'e

```
 1              MR. KIM:  Thank you.

 2              THE COURT:  Cross-examination?

 3              MS. BAILEY:  Yes, Your Honor.

 4              THE COURT:  Do the interpreters need to switch, or

 5  are you doing all right?

 6              THE INTERPRETER:  I'm good, Your Honor.

 7              THE COURT:  Okay.  All right.

 8              MS. BAILEY:  May I proceed?

 9              THE COURT:  Yes.

10              MS. BAILEY:  Yes.  And we have binders for the

11  Court.

12              THE COURT:  All right.

13                      CROSS-EXAMINATION

14  BY MS. BAILEY:

15  Q    Good morning, Mr. Al-Zuba'e.  My name is Linda Bailey,

16  and I represent CACI.

17              MS. BAILEY:  Your Honor, at this time I'd like to

18  admit Defense Exhibit 30, which is Mr. Al-Zuba'e redacted

19  detainee files, which the parties have agreed is admissible.

20              THE COURT:  All right.  Defense 30 is in.

21      (Defense Exhibit Number 30 admitted into evidence.)

22  BY MS. BAILEY:

23  Q    Mr. Al-Zuba'e, I'd like to show you a document that was

24  produced by the U.S. government and confirm some information

25  from it with you.
```
                                                              40

Cross-examination - A. Al-Zuba'e

```
1              MS. BAILEY:  Could we please bring up Defense
2    Exhibit 30 and go to page 2.
3    BY MS. BAILEY:
4    Q    Mr. Al-Zuba'e, is that a picture of you from around the
5    time when you were detained?
6    A    Maybe.  My vision is weak.
7    Q    Okay.  Let's go to page 15.
8              Are you able to see it now that it's been zoomed
9    in?
10   A    I cannot focus.  My vision is weak.
11   Q    Understood.  Let's go to page 15.
12             MS. BAILEY:  Yes.  Thank you very much.
13   BY MS. BAILEY:
14   Q    Mr. Al-Zuba'e, is that your name at the top of the page
15   on the left-hand column?
16   A    I don't speak English.  I do not read or write.
17   Q    I'm going to ask the interpreter to read to you the
18   name at the top left-hand column.
19             That's your name; correct?
20   A    Yes.
21   Q    Okay.  Great.
22             And let's go down to the --
23   A    Yes.
24   Q    Okay.  Let's go to the right column where it says
25   "capture data."  And this originally -- this shows you were
```

                                                                    41

```
 1    originally detained by U.S. forces on November 1st, 2003; is
 2    that correct?
 3              MS. BAILEY:  And if the interpreter would read
 4    that information to him so we could confirm it.
 5              THE DEPUTY CLERK:  We actually lost the
 6    connection.  I'm sorry.  Oh, okay.
 7              THE COURT:  Well, this is cumulative.  We should
 8    move this along.  All right.  This is cross-examination; we
 9    don't need to hear it twice.
10    BY MS. BAILEY:
11    Q   Mr. Al-Zuba'e, would you look at the box, second down
12    on the left, that says "status."  And if you look at that, I
13    know the words are redacted, but do you see that there's a
14    checkmark next to the redaction that says "Group 1"?
15              THE COURT:  Counsel, the evidence is in, so you've
16    got -- it says what it says.  All right.  Move on.
17    BY MS. BAILEY:
18    Q    Mr. Al-Zuba'e, you gave a statement in January of 2004;
19    correct?
20              MS. BAILEY:  We can take this exhibit down,
21    please.
22              THE DEPUTY CLERK:  He's having some technical
23    difficulties.  We may have to get someone to come help him.
24              MR. WHETSTONE:  Mr. Asa'ad, are you able to press
25    unmute?
```

                                                                    42

Cross-examination - A. Al-Zuba'e

```
 1              MS. BAILEY:  He appears to be frozen.
 2              MR. FARIDI:  Could we ask the translator to
 3    translate that into Arabic, Your Honor, to press unmute.
 4    BY MS. BAILEY:
 5    Q    All right.  Let me ask my question again,
 6    Mr. Al-Zuba'e.
 7              You gave a statement in January 2004 to
 8    investigators who were looking at detainee abuse at Abu
 9    Ghraib; is that correct?
10              THE DEPUTY CLERK:  Counsel, he's still muted.  Can
11    you ask him one more time to unmute, if he can push the
12    button on his screen?
13              MR. KIM:  Your Honor, we could also ask our
14    representative Connor from FTI, he should be able to unmute
15    it for him.
16              THE DEPUTY CLERK:  I'm messaging him, yes.  He
17    just can't get in touch with him.
18              MR. WHETSTONE:  This is Connor from FTI.  His
19    connection was lost and I'm unable to remote into his
20    screen.  But, yes, he would need to hit unmute on the bottom
21    left-hand corner in Zoom.
22              MR. KIM:  Your Honor, there are technical
23    assistants also with him in Iraq.  We might want to ask him
24    to go get one of them just to --
25              THE COURT:  All right.  What we're going to do
```

43

Cross-examination - A. Al-Zuba'e

```
 1    then -- I don't want to have the jury to have to sit here.
 2    Let's get it set.  All right.
 3            So, folks, you'll have a -- let me give you right
 4    now, we're going to recess until quarter after.  By then it
 5    should be set, and that should be our morning break before
 6    the lunch break.  All right.  We'll recess court.
 7                   (Jury not present at 11:05 a.m.)
 8            THE COURT:  Let's bring the jury in.
 9            THE CSO:  Yes, Judge.
10            Rise for the jury.
11                   (Jury present at 11:19 a.m.)
12            THE COURT:  All right.
13            MS. BAILEY:  May I proceed?
14            THE COURT:  Yes.  The connection is all set;
15    correct?
16            MS. BAILEY:  Thank you, Your Honor.
17            Your Honor, at this time I'd like to admit
18    Plaintiffs' Exhibit 20, which has been consented to by both
19    parties.
20            THE COURT:  All right.  It's in.
21       (Plaintiffs' Exhibit Number 20 admitted into evidence.)
22            MS. BAILEY:  I'd like to publish it to the jury,
23    please and to the witness.  And if we could go to page 2.
24    Thank you.
25    BY MS. BAILEY:
```

44

Cross-examination - A. Al-Zuba'e

```
 1   Q    Mr. Al-Zuba'e, this is a statement you gave
 2   investigators who were looking into detainee abuse at Abu
 3   Ghraib; correct?
 4   A    I do not remember.
 5   Q    Isn't that your signature at the bottom, sir?
 6   A    Possibly it is my signature.
 7   Q    Okay.  So in this statement, it describes some of the
 8   treatment that you received at Abu Ghraib.
 9             MS. BAILEY:  If we could go to page 1, please.
10   BY MS. BAILEY:
11   Q    We're going to turn, sir, to the verified translation
12   of this station -- or this statement that's in English.
13             At this time I'd like to read the statement.
14             THE COURT:  Is there any objection?
15             MR. KIM:  No, Your Honor.
16             THE COURT:  All right.
17   BY MS. BAILEY:
18   Q    Sir, this is what you said.  It says one, but I suspect
19   it's on the date of November 5th, 2003 when the U.S. forces
20   transferred to isolation when they took me out of the car,
21   an American soldier hit me with his hand on my face.  And
22   then they stripped me naked and they took me under the
23   water, and then he made me crawl the hallway until I was
24   bleeding from my chest to my knees.  And after that, he put
25   me back into the cell, and an hour later he took me out from
```

Cross-examination - A. Al-Zuba'e

```
 1    the cell the second time to the shower room under cold
 2    water.  And then he made me get up on a box naked and he hit
 3    me on my manhood I don't know with what.  And then I fell
 4    down on the ground.  He made me crawl on the ground, and
 5    then he tied my hands in my cell naked until morning time
 6    until Joyner showed up and released my hands and took me
 7    back to my room and gave me my clothes back.
 8              About two days later, my interrogation came up.
 9    When it was done, a white soldier wearing glasses picked me
10    up from the room I was in.  He grabbed my head and hit it
11    against the wall and then tied my hand to the bed until noon
12    the next day.  And then two days later, the same soldier,
13    and he took all my clothes and my mattress, and, he didn't
14    give me anything so I could sleep on except my jumpsuit for
15    three days.  Then Joyner came and gave me a blanket and my
16    clothes a second time.
17              MS. BAILEY:  Okay.  And if the interpreter would
18    read the date at the second line from the top to the
19    witness.
20              THE INTERPRETER:  Yes, ma'am, I did.
21              MS. BAILEY:  You read the date?
22              THE INTERPRETER:  Yes.
23              MS. BAILEY:  Okay.  Thank you.
24    BY MS. BAILEY:
25    Q    This statement was taken on January 17th, 2004;
```

                                                                46

Cross-examination - A. Al-Zuba'e

```
 1   correct?

 2   A    I don't remember.  I started forgetting.

 3   Q    Okay.

 4        THE COURT:  Well, do you remember making a written

 5   statement to somebody about what happened to you at Abu

 6   Ghraib?

 7        THE WITNESS:  You mean in the prison?

 8        THE COURT:  While you were there.

 9        THE WITNESS:  Yes.  They -- I remember they came

10   in, but I don't remember when exactly.

11   BY MS. BAILEY:

12   Q    Sir, do you have any reason to dispute the date on this

13   statement, which is January 17th, 2004?

14   A    I don't remember.

15   Q    All right.  So assuming that the date on the document

16   is correct, that was right after the mistreatment you told

17   us about today?

18   A    After the torture, you mean?

19   Q    After the treatment you described today.

20   A    I swear, I did not remember.

21   Q    You don't know if January 17th, 2004 was after the

22   events that you described today?

23   A    I don't remember.  It has been 20 years since it

24   happened.

25   Q    Okay.  If you were giving a statement to investigators
```

47

Cross-examination - A. Al-Zuba'e

```
 1    who were looking into abuses at Abu Ghraib, you knew it was
 2    important to be honest; correct?
 3    A    Yes.
 4    Q    And you knew it was important to describe everything
 5    that happened to you?
 6    A    Like what I have spoke about.
 7    Q    So the first thing you mentioned in this statement is
 8    when U.S. forces transferred you to isolation on
 9    November 5th.
10         Is that the cellblocks that you talked about
11    earlier?
12    A    I do not understand what you are saying.
13    Q    When you were transferred on November 5th, were you
14    transferred to the cellblocks at Abu Ghraib?
15    A    Yes.
16    Q    Okay.  Before you went to the cellblocks, you were in a
17    building with computers, as you said on direct; correct?
18              MS. BAILEY:  I think he's frozen.
19              THE DEPUTY CLERK:  I think he's back.
20    BY MS. BAILEY:
21    Q    Are you back, Mr. Al-Zuba'e?
22    A    Yes.
23    Q    All right.  On November 5th -- or, I'm sorry.
24              Before you went to the cellblocks at Abu Ghraib,
25    you were kept in a building with computers; correct?
```

                                                            48

Cross-examination - A. Al-Zuba'e

```
 1   A     Yes, I was in the computer room.
 2   Q     And you gave us a very visceral description of abuses
 3   that happened to you there today.
 4   A     Yes.
 5   Q     But you don't say anything about anything happening in
 6   the computer building in this statement; do you?
 7   A     They took me and they do private stuff.
 8   Q     Sir, I'm not asking about what happened -- that you say
 9   happened in the computer building; I'm saying, you didn't
10   mention anything about abuse happening to you in the
11   computer building in this statement; did you?
12   A     I started forgetting.  My brain is not gathering
13   everything.
14   Q     Okay.  You didn't tell Dr. Xenakis that you were
15   mistreated at the computer building when he examined you in
16   2013; did you?
17   A     When was that?
18   Q     In 2013.
19   A     I don't remember.
20   Q     Okay.  You didn't tell Dr. Payne-James that you were
21   mistreated there when he examined you in February of this
22   year in Malaysia; did you?
23   A     He did not ask me.
24   Q     Did Dr. Payne-James ask you about all of the
25   mistreatment that happened to you at the Abu Ghraib prison?
```

Cross-examination - A. Al-Zuba'e

```
 1   A    He just asked me about how the dog was biting me and

 2   what was happening with my hand.

 3   Q    In fact, when you were examined in Malaysia this

 4   February, didn't you say that you were laughing and joking

 5   around when you were being kept in the computer building?

 6   A    No, I did not mention anything like that.

 7   Q    Okay.  In your January 2004 statement, which is still

 8   on the screen, you say that when you got to the hard -- or

 9   to the cellblock, the soldiers took you out of the car and

10   an American soldier hit you with his hand on your face.

11           MS. BAILEY:  Could you read that statement to him

12   when you translate?

13           THE WITNESS:  Yes.

14   BY MS. BAILEY:

15   Q    But you don't mention being kicked.

16   A    They did kick me.

17   Q    But you don't say that anyone kicked you in this

18   statement; did you?  The only thing you say is when they

19   took me out of the car, an American soldier hit me with his

20   hand on my face, and that's all.

21           MS. BAILEY:  He's frozen.

22           Do you need to translate it again?

23           THE INTERPRETER:  He can hear me now.

24           MS. BAILEY:  Okay.  Do you want me to repeat the

25   question?
```

                                                              50

Cross-examination - A. Al-Zuba'e

```
 1              THE INTERPRETER:  No, you don't have to.

 2              MS. BAILEY:  Okay.

 3              THE WITNESS:  When was that?

 4    BY MS. BAILEY:

 5    Q    In the statement on the screen, the only thing you say

 6    happened when you were transferred to the cellblock is that

 7    an American soldier hit you with his hand on your face.

 8    A    Yes.  Yes.

 9    Q    You don't say anything about someone putting a leash on

10    you.

11    A    Nobody asked me that question.

12    Q    You don't know if CACI had anything to do with you

13    being hit when you got out of the Hummer when you arrived at

14    the cellblock; do you?

15    A    I don't know.

16    Q    After you were taken out of the Hummer, you saw a whole

17    group of soldiers; is that right?

18    A    Where?

19    Q    After you got out of the Hummer when you first arrived

20    at the cellblock.

21    A    I was unable to see.  I had the bag over my head.

22    Q    Okay.  Sir, do you remember taking a deposition in

23    2017?

24    A    Yes, I remember.

25    Q    Okay.  And at that deposition, you took an oath, and
```

                                                          51

Cross-examination - A. Al-Zuba'e

```
 1  you swore to tell the truth?

 2  A    Yes.

 3  Q    Okay.  And at that deposition when you were asked what

 4  happened after you were brought out of the Hummer, you

 5  described that they took you to a place where you stood up,

 6  and you said when I stand up, they took the cover out of my

 7  face, the bag out of my face, there was a whole group of

 8  people standing up, soldiers.

 9  A    I don't remember.

10       MS. BAILEY:  All right.  If the interpreter could

11  turn to Defense Exhibit 49, it's just marked for

12  identification purposes.

13  BY MS. BAILEY:

14  Q    Sir, I'm going to have the interpreter read to you

15  where you said that in your deposition.

16       MS. BAILEY:  If you could go to page 52 and read

17  lines 2 to 5.  Page 52, lines 2 to 5.

18       MR. KIM:  Your Honor --

19       THE COURT:  Yes.

20       MR. KIM:  -- I did not believe this is an

21  inconsistent statement.  If Your Honor could please rule on

22  that please before it's read into the record.

23       MS. BAILEY:  Your Honor, he said that he was

24  unable to see who was around him because he had a bag over

25  his head, and he testified that the bag was taken off of his
```
                                                              52

Cross-examination - A. Al-Zuba'e

```
 1    head and he saw a whole group of people standing there,

 2    soldiers.

 3              THE COURT:  I think it is sufficiently

 4    inconsistent.  It's permitted.

 5              THE INTERPRETER:  Want me to read?  Okay.

 6              I mentioned to him line Number 6, and his answer

 7    was no, I don't know, and he told me that they --

 8              MS. BAILEY:  I'm sorry, I'm not done having you

 9    read the lines to him.

10              And if you could also read the lines 18, 19 and

11    20.

12              THE COURT:  This is not going anywhere.  We need

13    to move on to another line of questioning.  This is taking

14    the jury's -- too much time.  Move on.

15              MS. BAILEY:  Your Honor, I would like to move into

16    evidence the lines from his deposition that are inconsistent

17    with his testimony.

18              THE COURT:  At this point, we're not going to

19    start doing that.  So overruled.  Let's move on.

20    BY MS. BAILEY:

21    Q    The next thing you describe in your 2004 statement is

22    that soldiers stripped you and made you shower; correct?

23    A    I do not know whether they were civilian or soldiers.

24    I had the bag over my head.

25              MS. BAILEY:  Could we please bring up Plaintiffs'
```

53

Cross-examination - A. Al-Zuba'e

```
 1    Exhibit 20 again.
 2    BY MS. BAILEY:
 3    Q    So, sir, do you see that it says they stripped me naked
 4    and they took me under the water?
 5              MS. BAILEY:  If the interpreter could read that.
 6              THE INTERPRETER:  Could you repeat it, please?
 7              MS. BAILEY:  Could you please read they stripped
 8    me and they took me under the water.
 9    BY MS. BAILEY:
10    Q    You didn't mention being punched; correct?
11    A    I was struck after they took me down.
12    Q    In that statement, you don't say that you were punched;
13    correct?
14    A    When did they take this statement?
15              THE COURT:  All right.  Counsel, approach the
16    bench.
17                      (Bench conference.)
18              THE COURT:  You've done a really good job in this
19    case so far.  This is bogging down.  It's not getting you
20    anywhere.  This statement is in evidence.  You can argue
21    from the statement all you want, but it's not a complete
22    statement.  It's not -- you've done a decent job of showing
23    some -- they don't need inconsistencies.  He just said he
24    doesn't remember the statement.  So you've done enough with
25    this.  You've got it in evidence.  You'll be able to argue
```

Cross-examination - A. Al-Zuba'e

```
 1    it to the jury, but you're not helping your case, and your
 2    wasting everybody's time.  So we need to --
 3            MS. BAILEY:  Your Honor, I understand and I take
 4    your point.  There are a lot of inconsistent statements in
 5    his deposition that are wildly different than what he's
 6    testified to here today.
 7            THE COURT:  Then go to that, but not to this
 8    statement.
 9            MS. BAILEY:  My question is, is there a preference
10    for how I impeach him with those statements?  Because that
11    is another thing that is bogging down the trial, and I would
12    be glad to do it in a way that doesn't, but --
13            THE COURT:  Well, here's the problem.  He has
14    said, for example, he was stripped naked.  Either he doesn't
15    remember five times or four times, I don't think anything
16    you've done on this record is going to show that he wasn't
17    at least, at some point, naked.
18            I'm just saying, you're hurting your case by
19    focusing on these types of small details, especially when
20    you're going through translation.  All right.  So we need to
21    rethink where you're going with this.  This is unnecessarily
22    taking up time, and I don't think it's helping your case.
23            MS. BAILEY:  Do you have a preference for how to
24    proceed with impeachment?
25            THE COURT:  I'm not going to tell you how to go,
```

55

Cross-examination - A. Al-Zuba'e

```
1    but make sure it's working, because if it's not working, I'm
2    going to stop it; okay?
3                MS. BAILEY:  Okay.
4                     (Open court.)
5    BY MS. BAILEY:
6    Q    Sir, it was a soldier who made you take off your
7    clothing to get in the shower; correct?
8    A    There were soldiers, but I couldn't tell whether they
9    were soldiers or civilian.  I do not know.
10   Q    Sir, at your deposition, you were asked who told you to
11   take off your clothing.  You said:  Who said take off more?
12   Was it a soldier?  And you said:  Yes, military.  Military
13   soldier.
14              Do you deny that?
15   A    I couldn't tell.  I had the bag over my head.  I don't
16   know whether it was civilian or military.
17   Q    Okay.  So you deny saying that?
18   A    I do not want to accuse anybody.  I don't know.  I had
19   the bag over my head.
20   Q    Okay.  You don't know if anyone ordered the soldier to
21   have you take off all your clothes; do you?
22   A    I don't know.
23   Q    You mentioned on direct that after that, you were
24   crawling in a hallway towards your cell; do you recall that?
25   A    Yes, I remember.
```

                                                                    56

```
 1   Q    Okay.  And this was right after you were brought into

 2   the hard site and -- or, excuse me, the cellblock and after

 3   you shower, that same day?

 4   A    Yes.

 5   Q    Okay.  And today you didn't mention any dogs being

 6   present; did you?

 7   A    The dogs, they were not brought on the same day that I

 8   arrived.  It was after a couple of days.

 9   Q    Okay.  In your deposition when you were questioned

10   about crawling in the hallway, you were asked what happened

11   next, and you said --

12        MS. BAILEY:  Go ahead.

13   BY MS. BAILEY:

14   Q    And you said:  They brought the dog.  He bit me on my

15   hand and on my legs.  Yes.  Yes.  You also said:  So someone

16   brought a dog and the dog bit you?  And you said:  Yes.

17   Yes.

18        Do you deny saying that?

19   A    I don't remember me saying that.

20   Q    You don't remember.  Do you deny saying it?

21   A    I am not denying.  I don't remember.

22   Q    Okay.  And that's actually consistent with what you

23   claim happened to you, that dogs were brought to bite you

24   while you were crawling that day?

25   A    When I mentioned the dogs, I said when I was standing;
```

57

Cross-examination - A. Al-Zuba'e

```
 1    not while I was crawling.
 2    Q    So it was when you were standing after you got up from
 3    crawling?
 4    A    Possibly, yes.
 5    Q    Okay.  And you don't remember anybody who wasn't a
 6    guard with you when you were crawling; correct?
 7    A    I don't remember.  The bag was over my head.
 8    Q    Okay.  So you have no memory today of anyone except
 9    soldiers being by you?
10    A    I do not want to lie.  I do not remember because the
11    bag was over my head.
12    Q    Okay.  Today you described being put in some poses
13    after you were done crawling; do you remember testifying to
14    that?
15           THE INTERPRETER:  Could you please repeat that
16    again?
17    BY MS. BAILEY:
18    Q    Today you described being put into poses after you were
19    done crawling; do you remember testifying to that?
20           THE INTERPRETER:  He wants me to repeat the
21    question.  I can go ahead and repeat it.
22           THE WITNESS:  Yes.
23    BY MS. BAILEY:
24    Q    You've never described that before in any statement or
25    testimony in this case?
```

58

Cross-examination - A. Al-Zuba'e

```
 1   A    Maybe the way I express myself was different.
 2   Q    After you were done crawling, you were brought to a
 3   cell where you stayed until the morning; is that correct?
 4   A    Yes.
 5   Q    You've never described guards throwing things at you
 6   before; have you?
 7   A    No.  I did mention they were using the food bags and
 8   they placed stuff in it, and they will throw it at me.
 9   Q    So then it's not just the water you testified to today,
10   now it's food bags?
11   A    No.  It was the bags for the food to heat up the food,
12   the carbon bags.
13   Q    And you could see that?
14        THE INTERPRETER:  He said they explode inside the
15   cell when they throw it.
16   BY MS. BAILEY:
17   Q    Okay.  Could you see that?
18   A    No, I couldn't see it.  I was just yelling and crying.
19   Q    Okay.  Did you tell Dr. Payne-James that they threw
20   snakes and scorpions into the cell?
21   A    It was my imagination.  I thought it was snakes and
22   scorpions.
23   Q    So the next day, a soldier brought you to another cell;
24   correct?
25   A    Yes.
```

Cross-examination - A. Al-Zuba'e

```
1    Q    And he didn't mistreat you; did he?

2    A    No.

3    Q    And two days later you were interrogated for the first

4    time?

5    A    No.  It was within the same day in the evening.

6    Q    So you're saying that the day that you got brought back

7    to a new cell is the day that you were interrogated?

8    A    Yes.

9    Q    All right.

10   A    Approximately.

11          THE COURT:  What was the last word you said?

12          THE INTERPRETER:  Approximately, yes.  He said.

13          THE COURT:  Approximately.  Thank you.

14   BY MS. BAILEY:

15   Q    So direct examination, you said you were hooded when

16   you were brought to the examination?

17   A    Yes.

18   Q    But in your deposition when you were asked:  Were you

19   hooded when they took you from the cell to the small room?

20   You said:  No.  No.  There was none.  No.  No.

21   A    No.  Whenever they transferred me, they put the bag

22   over my head.

23   Q    So you deny saying that?

24   A    I do not refuse, but this is a reality.  Whenever they

25   took me to the interrogator, they placed the bag over my
```

Cross-examination - A. Al-Zuba'e

```
 1    head.
 2    Q    At your first interrogation, you weren't mistreated at
 3    all; were you?
 4    A    The first interrogation or second interrogation?
 5    Q    The first interrogation.
 6    A    On the way back I was pushed against the wall and I was
 7    handcuffed to the bed.
 8    Q    I'm talking about when you were speaking with the
 9    interrogators, nobody hurt you during that time; right?
10    A    No.  None of them hurt me.
11              THE COURT:  And just so we're clear, was the head
12    covering on or off during the interrogation?
13              THE WITNESS:  Upon arrival, they take it off.
14              THE COURT:  And was that the case for every
15    interrogation, that the head covering was taken off for the
16    interrogation?
17              THE WITNESS:  Yes.
18              THE COURT:  Okay.
19    BY MS. BAILEY:
20    Q    After the first interrogation, a white soldier with
21    glasses brought you back to your cell; correct?
22    A    Yes.
23    Q    And he hit your head against the wall, and he tied you
24    to your bed?
25    A    Yes.
```

                                                                    61

Cross-examination - A. Al-Zuba'e

```
 1    Q    But you don't know of anyone telling him to do that?

 2    A    Whenever they take me back, they -- the interrogator

 3    speaks with the guards, and I don't know what is he telling

 4    him.

 5    Q    So you don't know whether he said anything to him at

 6    all about how you would be treated?

 7    A    No, I don't know.

 8    Q    A couple days later, that same soldier with the glasses

 9    came and took all your belongings; is that correct?

10    A    Yes.

11    Q    Okay.  I was a little confused on cross-examination

12    [sic] because you testified that you were left with your

13    jumpsuit, but you also testified that you were naked.

14              Did you have your jumpsuit, or were you naked?

15    A    The second -- after the second interrogation, they took

16    everything, to include the clothes I was wearing.

17    Q    Did you have your jumpsuit?

18    A    I was wearing it, yes.

19    Q    So you were not naked?

20    A    No.  They left me naked.  They took everything, to

21    include the blankets and everything else.

22    Q    Perhaps I'm confused, Mr. Al-Zuba'e.

23              If you had your jumpsuit that you were wearing,

24    how were you naked?

25    A    No.  They removed the jumpsuit, to include the blanket
```

                                                              62

Cross-examination - A. Al-Zuba'e

```
 1   and the mattress.
 2            MS. BAILEY:  Okay.  I'd like to admit what was
 3   previously admitted in Mr. Stefanowicz's de bene esse
 4   deposition, which is Plaintiffs' Exhibit 19.
 5            MR. KIM:  I don't have a copy of it yet, Your
 6   Honor.
 7            THE COURT:  Well, it's in the record, so it's in.
 8            MR. KIM:  Understood, Your Honor.
 9      (Plaintiffs' Exhibit Number 19 admitted into evidence.)
10            MS. BAILEY:  If we could bring it up on the
11   screen.
12   BY MS. BAILEY:
13   Q    Sir, this is a log the U.S. government produced that
14   was kept by military police in the cellblock.
15            THE INTERPRETER:  What is it?  I'm sorry.
16            MS. BAILEY:  This is a log.  Can you ...
17   BY MS. BAILEY:
18   Q    That was kept by military police in the cellblock.
19            MR. KIM:  Objection, Your Honor.  There's --
20   there's no foundation yet that he's ever seen this or used
21   it or read anything.
22            MS. BAILEY:  Your Honor, I'm not impeaching him
23   with this evidence, I'm just confronting him with it.
24            THE COURT:  Well, let's -- where are you going
25   with this?  What is this supposed to show?
```

63

Cross-examination - A. Al-Zuba'e

```
 1              MS. BAILEY:  This shows that there is a note that
 2    specifically states that the property was taken and that he
 3    was left with only a jumpsuit, which is contrary to what he
 4    said.  So I was going to confront him with that evidence and
 5    ask him --
 6              MR. KIM:  Your Honor --
 7              MS. BAILEY:  -- about that.
 8              MR. KIM:  -- this is a hearsay statement within it
 9    that what she's referring to.  There's also no competence of
10    him to testify to this.
11              THE COURT:  Just a second.
12              MS. BAILEY:  It's at page 6.
13              THE COURT:  I understand that.  What entry?
14              MS. BAILEY:  At 0230.  It's just above the
15    hashmarks.  It starts with 0230 civilian property.
16              THE COURT:  Wait a minute.
17              I don't think this solves any issue.  No.  Move
18    on.
19    BY MS. BAILEY:
20    Q    You don't know who employed the civilians you saw at
21    Abu Ghraib; correct?
22    A    No, I don't know.
23    Q    And at least as of 2017, you knew you had filed a suit
24    against a company and not the military, but you didn't know
25    anything about CACI?
```

64

Cross-examination - A. Al-Zuba'e

```
 1    A     No, I don't know anything.

 2    Q     You've identified some soldiers who hurt you; is that

 3    correct?

 4    A     What soldiers?

 5    Q     I'll withdraw the question.

 6    A     Just the guards, that they were around the cellblock.

 7    Q     Okay.  You've testified that all of your interrogators

 8    were civilians; do you remember saying that on direct?

 9    A     Yes.

10          MS. BAILEY:  Okay.  At this time, Your Honor, I'd

11    like to read into the record and for the witness a

12    stipulation of the parties of uncontested facts.

13          THE COURT:  All right.  What number?

14          MS. BAILEY:  Sixteen, 17 and 18.

15          THE COURT:  All right.  Go ahead.

16    BY MS. BAILEY:

17    Q     Sir, these are facts that are stipulated by both

18    parties.

19          According to the United States, on November 7th,

20    2003, Mr. Al-Zuba'e was interrogated by two soldiers, Army

21    Interrogator C and Army Interrogator F.

22          According to the United States, on November 18th,

23    2003, Mr. Al-Zuba'e was interrogated by two soldiers, Army

24    Interrogator D and Army Interrogator E.

25          And finally, according to the United States,
```

65

Cross-examination - A. Al-Zuba'e

```
 1    Mr. Al-Zuba'e was interrogated by a CACI employee, CACI
 2    Interrogator G and Army Interrogator B.
 3              MS. BAILEY:  Would you like to read?
 4              THE INTERPRETER:  Yes, please.
 5              MR. KIM:  Your Honor, I don't think there's any
 6    purpose of translating this and wasting further much of the
 7    jury's time.
 8              THE COURT:  Well, it says what it says.  It's --
 9    it's stipulations.  All right.
10              Wait.  Wait.  One second.
11              THE INTERPRETER:  I'm sorry.
12              THE COURT:  Is there any reason to translate that?
13    Are you going to ask a question about it?
14              MS. BAILEY:  Yes.
15              THE COURT:  Even though you've all agreed to it?
16              MS. BAILEY:  I'm asking him why he identified all
17    of his interrogators as civilians and if he can explain the
18    discrepancy when some of them were --
19              THE COURT:  All right.  Well, just ask the
20    question.
21              MS. BAILEY:  Okay.
22              THE COURT:  All right.
23    BY MS. BAILEY:
24    Q    Sir, the United States government has identified five
25    out of the six of your interrogators as soldiers.
```

66

Cross-examination - A. Al-Zuba'e

```
 1              How do you explain the fact that you described all
 2    of them as civilians?
 3    A    Whenever I was brought for interrogation, only the
 4    civilians were inside and the guards were outside.
 5    Q    Okay.  So your understanding, based on what you saw,
 6    was that your interrogators were all civilians?
 7    A    Yes.
 8    Q    So if the government is correct and five of the six
 9    were, in fact, soldiers, then you -- that means you couldn't
10    tell the difference between military interrogators and
11    civilian interrogators?
12              MR. KIM:  Objection, Your Honor.
13              THE COURT:  Sustained as to the form of the
14    question.  No.  Sustained means no question.
15    BY MS. BAILEY:
16    Q    If they were soldiers, would that mean you could not
17    tell the difference between military interrogators and
18    civilian interrogators?
19              MR. KIM:  Objection, Your Honor.
20              THE COURT:  Sustained.
21    BY MS. BAILEY:
22    Q    We've discussed that you alleged abuse by soldiers.
23              Have you filed a lawsuit against any of them?
24    A    How would I sue them?
25    Q    Okay.  Well, in fact, you did file a claim against the
```

                                                              67

```
1    U.S. government; didn't you?

2    A    Not on coalition forces; only for the people who

3    tortured me.

4            MS. BAILEY:  Let's go to Defendant's Exhibit 30

5    which is admitted at page 23.

6            MR. KIM:  Where was this admitted?

7            MS. BAILEY:  It was admitted at the start of my

8    cross-examination.

9            MR. KIM:  PTZ30 or defendant's?

10           MS. BAILEY:  Defendant's Exhibit 30.

11           THE COURT:  This is the detention report.

12           MS. BAILEY:  And if we could go to page 23.

13   BY MS. BAILEY:

14   Q    Are you there, sir?

15           THE INTERPRETER:  Do you want me to read the

16   Arabic part?

17           MS. BAILEY:  No, sir.

18   BY MS. BAILEY:

19   Q    The top two lines of this document asks you to give a

20   brief description of the incident on which you're making a

21   claim for damages; correct?

22           MS. BAILEY:  And if he needs you to translate

23   that, will you translate it?

24           THE COURT:  Hold on a second.  Counsel, approach

25   the bench.
```

                                                                68

Cross-examination - A. Al-Zuba'e

```
 1                    (Bench conference.)

 2            THE COURT:  Are you sure this is for this person?

 3   Because this says he was arrested on January 11th, 2003.

 4            MS. BAILEY:  The month and the day are switched in

 5   these documents.  So it's November 1st, 2003.

 6            THE COURT:  All right.  Well, you need to be

 7   sure -- ask him the specifics.  I mean, there's an easier

 8   way.  Just ask him, do you recall $20,000 being taken from

 9   him.  All right.  Get specific.

10            MS. BAILEY:  Okay.

11                    (Open court.)

12   BY MS. BAILEY:

13   Q    Sir, do you recall making a claim for $20,000 that you

14   said was taken from you when you were captured?

15   A    First of November 2003.

16   Q    That's when you were captured; correct?

17   A    Yes.

18   Q    And you claimed that when that happened, you had

19   $20,000 with you that was confiscated?

20   A    Yes.

21   Q    Okay.  And you made a claim against the United States

22   government for that?

23   A    I don't remember.

24   Q    Do you deny making a claim?

25   A    I'm not denying, but I can't remember.
```
                                                              69

```
 1              MS. BAILEY:  Okay.  Let's scroll to the bottom of
 2   that page.
 3   BY MS. BAILEY:
 4   Q    At the bottom, it says in writing that you were
 5   tortured at Abu Ghraib and you were assigned an attorney by
 6   the Pentagon.
 7              MS. BAILEY:  If you could translate that for him.
 8   BY MS. BAILEY:
 9   Q    Did the government pay that claim?
10              THE INTERPRETER:  Did the government what?  I'm
11   sorry.
12              MS. BAILEY:  Pay that claim.
13              THE WITNESS:  What government?
14   BY MS. BAILEY:
15   Q    Okay.  Sir, the United States government.
16   A    What about them?
17   Q    Did they pay any claim to you?
18   A    No.
19   Q    Based on your -- withdrawn.
20              Sir, on direct examination you said you were
21   mistreated with dogs twice.
22   A    Yes.
23   Q    And during our discussion, we established that one of
24   the times was when you were standing after you crawled.
25   A    I do not remember.
```

Cross-examination - A. Al-Zuba'e

```
 1   Q    Okay.  If you testified in your deposition that the
 2   dogs were brought, that would have been an honest statement
 3   by you; right?
 4              MR. KIM:  Objection, Your Honor.  If?  It's
 5   published.
 6              THE COURT:  Sustained.
 7   BY MS. BAILEY:
 8   Q    Sir, you testified in your deposition that the dogs
 9   were brought and bit you on your hand and legs when you were
10   crawling.
11              Was that an accurate statement when you made it?
12   A    Not while I was crawling; while I was standing.
13   Q    So it was standing after you were crawling on that same
14   day?
15              MR. KIM:  Objection, Your Honor.  We've covered
16   all of this.
17              THE COURT:  Sustained.
18   BY MS. BAILEY:
19   Q    Okay.  Sir, I'd like to --
20              MS. BAILEY:  I'd like to admit, if it hasn't been
21   already, what's previously been admitted in Major General
22   Fay's de bene esse deposition, which is Plaintiffs'
23   Exhibit 23.
24              THE COURT:  Well, it's a huge exhibit.  We're not
25   going to have this whole thing going in.
```

71

Cross-examination - A. Al-Zuba'e

```
 1              What specific page are you looking at?
 2              MR. KIM:  Your Honor, I believe this is General
 3    Fay's report.  This is what we admitted in General Fay's
 4    deposition.
 5              THE COURT:  We're still not admitting a couple
 6    hundred pages here.
 7              MS. BAILEY:  I would like to admit page 44 at
 8    paragraph 2.
 9              THE COURT:  All right.  Page 44.
10              MS. BAILEY:  Yes, Your Honor.
11        (Plaintiffs' Exhibit Number 23, page 44 admitted into
12                            evidence.)
13              MS. BAILEY:  And if we could publish that, please.
14              THE COURT:  You need to ask a question.  We're not
15    going to sit here and have this translated into Arabic.  Go
16    right into what it is you're asking.
17    BY MS. BAILEY:
18    Q    Sir, this statement says:  Abusing detainees with dogs
19    started almost immediately after the dogs arrived at Abu
20    Ghraib on 20 November 2003.
21              If you were -- how could you have been bitten by
22    dogs when you first arrived at the cellblocks if the dogs
23    didn't even arrived until November 20th?
24              MR. KIM:  Objection, Your Honor.  I don't think he
25    said that he was bitten by dogs immediately upon arriving in
```

```
 1    the cellblocks.

 2              THE COURT:  I'm going to sustain the objection.

 3              MS. BAILEY:  Okay.  No further questions.

 4              THE COURT:  All right.  Is there any redirect?

 5              MR. KIM:  No, Your Honor.

 6              THE COURT:  No redirect?  All right.

 7              Mr. Al-Zuba'e, I want to thank you for your

 8    testimony, but it's complete, and we're now going to sign

 9    off.

10              THE WITNESS:  Thank you.

11              THE COURT:  All right.  And thank you.

12              THE INTERPRETER:  Thank you, Your Honor.

13                 (Witness excused at 12:20 p.m.)

14              THE COURT:  Call your next witness.

15              MR. FARIDI:  Your Honor, the plaintiffs call Major

16    General Antonio Taguba.

17              THE COURT:  Okay.

18              MR. FARIDI:  I think they're getting him now, Your

19    Honor.

20              THE COURT:  Okay.  Ladies and gentlemen, it's a

21    bad sign when you see boxes being brought in.

22              THE CSO:  Face the deputy clerk.  Raise your right

23    hand.

24    Thereupon,

25                          ANTONIO TAGUBA,
```

73

Direct examination - A. Taguba

```
 1    having been called as a witness on behalf of the plaintiffs

 2    and having been first duly sworn by the Deputy Clerk, was

 3    examined and testified as follows:

 4                    (Time noted: 12:22 p.m.)

 5              THE DEPUTY CLERK:  Thank you.

 6              THE CSO:  You may be seated.

 7                        DIRECT EXAMINATION

 8    BY MR. FARIDI:

 9    Q    Good afternoon, General Taguba.

10    A    Hi.  How are you?

11    Q    Good.  I represent the plaintiffs in this lawsuit.

12              Can you please tell the members of the jury about

13    your educational background?

14              THE COURT:  Wait.  We should get for the record

15    the General's name.

16    BY MR. FARIDI:

17    Q    Could you please give your name for the record?

18    A    Happy to do so.  My name is Antonio M. Taguba.

19              THE COURT:  All right.  General, you're going to

20    have to speak up much louder than that, please.  That's the

21    microphone.  All right.

22              THE WITNESS:  All right.  Can everybody hear me

23    now?

24              THE COURT:  Yeah.  Much better.

25              THE WITNESS:  My name is Antonio M. Taguba, United
```

                                                                  74

Direct examination - A. Taguba

```
 1    States Army, retired.

 2    BY MR. FARIDI:

 3    Q    General Taguba, can you please tell the jury about your

 4    educational background?

 5    A    I received my bachelor's of arts degree from Idaho

 6    State University, and I have three master's degrees.  One

 7    from Southern Virginia, another from -- what's the name of

 8    that -- Webster University, and another master's from the

 9    United States Navy War College.

10    Q    Okay.  And how long did you serve in the military, sir?

11    A    I served for 34 years.

12    Q    And can you please provide a brief overview of your

13    military career?

14    A    I entered active duty on November 1972 at Fort Knox.

15    My military occupational specialty was in armour, which is

16    tanks, primarily mechanized infantry.  And I've served in

17    command since I was a captain in Germany, a tank battalion

18    command in Korea, a brigade mechanized command, a tank

19    mechanized brigade in Fort Cavazos, Texas.  I've served in

20    the Pentagon as a deputy assistant secretary for reserve

21    affairs.  Also in the Army staff as acting director of the

22    Army staff and other assignments.

23    Q    When did you retire, sir, from the military?

24    A    I retired on December 31, 2006.

25    Q    Thank you for your service, sir.
```

75

Direct examination - A. Taguba

```
 1    A    Thank you.

 2    Q    Have you received any decorations or honors for your

 3    military service?

 4    A    Yes, I did.

 5    Q    Can you list the few that come to mind?

 6    A    I received the Distinct Army Distinguished Service

 7    Medal twice.  I received the Legion of Merit four times.  I

 8    received the Bronze Star Medal for my duty Operation Iraqi

 9    Freedom in Iraq.  I received the Meritorious Service Medal

10    six times and other decorations from there.

11    Q    Were you appointed, sir, in January of 2004 to conduct

12    an investigation in Iraq?

13    A    Correct.

14    Q    And who appointed you to conduct the investigation?

15    A    I was appointed by Lieutenant General David McKiernan,

16    who was then the commanding general for Army Central Command

17    and the Combined Forces Command that's operating in the

18    theater.

19    Q    And upon completion of your investigation, did you

20    issue a report?

21    A    Yes, I did.

22    Q    And did you review that report in connection with

23    preparation for your testimony today?

24    A    Yes.

25    Q    And there's a binder in front of you, General.  If you
```

Direct examination - A. Taguba

```
 1    can flip to the document that's behind the tab PTX137.

 2    A    Okay.

 3    Q    This is a redacted copy of your report based on the

 4    Court's rulings.

 5    A    All right.  Give me a couple of minutes here.  All

 6    redacted except --

 7    Q    Well, if you go to page 6 --

 8    A    Page 6.

 9    Q    -- that's where the unredacted portion begins.

10    A    Okay.

11          THE COURT:  And, ladies and gentlemen, the term

12    "redacted" means basically it's been blacked out so you

13    can't see it, and that's because portions of this report are

14    considered still to be classified.

15          THE WITNESS:  Okay.  I'm on page 6.

16    BY MR. FARIDI:

17    Q    Do you recognize this document, sir?

18    A    Yes.

19    Q    And what is this document, generally speaking?  Can you

20    describe it?

21    A    It's the background on the report and the sequences of

22    which I was appointed to conduct the investigation.

23          MR. FARIDI:  Your Honor, we offer PTX137 in its

24    redacted format.

25          THE COURT:  Any objection?
```

                                                                77

Direct examination - A. Taguba

```
 1              MR. O'CONNOR:  No, Your Honor.

 2              THE COURT:  All right.  It's in.

 3     (Plaintiffs' Exhibit Number 137 admitted into evidence.)

 4   BY MR. FARIDI:

 5   Q    Can you describe your report -- we'll dive into the

 6   specifics.

 7              Can you describe your report at a high level for

 8   the jury?

 9   A    In terms of just the description?

10   Q    Yeah.  Just a general description, sir.

11   A    Well, I was ordered to do an investigation sometime in

12   mid January regarding the leadership, or lack thereof, and

13   conduct of the 800th MP Brigade during their operations in

14   Iraq.

15   Q    At some point, sir, after you issued your report, did

16   you testify in Congress about it?

17   A    Several times, yes.

18   Q    I want to talk about what specifically you were asked

19   to investigate.

20              MR. FARIDI:  And I'm going to ask my colleague to

21   pull up on the screen that's right next to you --

22              THE WITNESS:  Okay.

23              MR. FARIDI:  -- the bottom of page 6, and we'll

24   focus on paragraph 3A.

25              THE WITNESS:  Okay.
```

                                                        78

Direct examination - A. Taguba

```
 1    BY MR. FARIDI:
 2    Q    Okay.  And it's also highlighted in front of you on the
 3    screen if you want to refer to that.
 4    A    Okay.  I see it.
 5    Q    And can you describe for the jury, what was the first
 6    thing that you were asked to investigate, sir?
 7    A    A is to investigate the circumstances of the conduct of
 8    the MP Brigade regarding allegations of abuse of prisoners,
 9    their training and overall conduct and experience on
10    detention operations.
11    Q    And the beginning portion of Section 3 -- or paragraph
12    3 states:  On 31 January 2004, the commander, CFLCC,
13    appointed Major General Antonio M. Taguba, deputy commanding
14    general support, CFLCC, to conduct this investigation.
15              First, what is CFLCC?
16    A    CFLCC, that stands for Combined Forces Land Component
17    Command [sic].
18    Q    And is it accurate that you were directed to conduct
19    this investigation on 31 January 2004?
20    A    Yes, I was.
21    Q    And, sir, do you recall whether this is before or after
22    the pictures from Abu Ghraib became public?
23    A    I believe this was after.
24    Q    Do you recall, sir, what year -- what month the
25    pictures actually became public?
```

Direct examination - A. Taguba

```
 1   A    The picture was not made -- I'm sorry.

 2           The picture was not made public, it was still

 3   classified at the time, and it was shown to me to show the

 4   extent of the level and effect of what I was about to

 5   investigate.

 6   Q    At some point the pictures were made public to the

 7   world at large; correct?

 8   A    Yes.  After my investigation.

 9   Q    And can you describe the allegations of detainee abuse

10   at a high level that prompted the investigation?

11   A    It was a sad situation of having seen the photographs

12   and videos that basically tantamount to illegal operations

13   in theater that I was not aware of at the time.

14   Q    General, you reference photos and videos.  The jury

15   certainly has seen some photographs.

16           What do you mean by videos?

17   A    There were some videos that I was able to observe on a

18   disk that was shown to me by the military police

19   authorities.

20   Q    Let's go to the next page.  We'll go to paragraph 3C.

21   Can you describe, sir, what you were asked to investigate

22   under paragraph 3C, what your mandate was?

23   A    As I state, the training standards employment command

24   policies and internal procedures of -- and command climate

25   in the 800th MP Brigade.
```
                                                          80

Direct examination - A. Taguba

1    Q    And what was your mandate, sir, under paragraph 3D, the

2    last thing that you were asked to investigate?

3    A    To make specific findings and facts concerning all of

4    the aspects named on 3C, and to make correct -- corrective

5    actions as appropriate, factual determination.

6    Q    Did you, in fact, sir, make factual findings?

7    A    Absolutely.

8    Q    Okay.  We'll get to that in a moment.  I want to talk

9    first about the process that you undertook in connection

10   with your investigation.

11         Were you assisted in your investigation by anyone?

12   A    Yes, I was.

13   Q    How many people?

14   A    Around 20.

15   Q    And can you describe, generally speaking, the

16   background of these individuals?

17   A    We had -- I had three staff judge advocate lawyers, one

18   to include the command judge advocate general for CFLCC.  I

19   had members of the MPs that I had requested for.  I had

20   transcribers that was on my team, legal transcribers to take

21   notes of the interviews that we conducted.  I had drivers

22   associated with that.  I had one psychiatrist that I was

23   able to acquire.

24   Q    Were you satisfied, sir, with the resources that our

25   country's military contributed to your investigation?

81

Direct examination - A. Taguba

1    A     At that time, that was all I could get.

2    Q     Let me show you paragraph 5 from page 7 of your report.

3    And you talk here in this particular paragraph about

4    assembling subject matter experts, and you specifically name

5    from the provost marshal and also from the staff judge

6    advocate; do you see that?

7    A     Yes.

8    Q     Why did you find that important to obtain access to

9    subject matters from these two particular divisions for the

10   military?

11   A     From advice of my commanding general and also the staff

12   judge advocate, that since I was to investigate -- my team

13   and I was to investigate the Military Police Brigade, that I

14   needed expertise in terms of conduct, in terms of their

15   professional skills, and on the unit as well.

16   Q     And then the paragraph notes at the bottom that you

17   also enlisted the support of MP subject matter experts in

18   the areas of detention and internment operations.

19          Why was that important?

20   A     Well, from our initial finding that MP Brigade was

21   conducting detention operations, among others, in Iraq.

22   Q     Where were you, sir, when you received the mandate for

23   this investigation?

24   A     I was in our headquarters in Kuwait.

25   Q     And did you travel to Iraq from Kuwait in connection

                                                                    82

Direct examination - A. Taguba

```
 1   with this investigation?

 2   A    Yes.  Several times.

 3   Q    How many days, approximately, did you spend at Abu

 4   Ghraib in connection with this investigation?

 5   A    I would say about three weeks.

 6   Q    Was that on a singular visit, or were there multiple

 7   visits?

 8   A    There was multiple visits, to include the other three

 9   detention camps.

10   Q    Why did you visit Abu Ghraib these many times?

11   A    Because we wanted to ensure that we had the capability

12   to investigate the conduct and the performance of the MP

13   Brigade who were actually assigned to all of the detention

14   centers that we visited.

15   Q    Let's turn to page 12 of your report, and we've

16   highlighted some language here that I want to focus you on.

17          You say here that:  My investigation team

18   immediately began an in-depth review of all available

19   documents regarding the 800th Military Brigade.  You said:

20   We've reviewed, in detail, the voluminous CID investigation

21   regarding alleged detainee abuse at the detention facilities

22   in Iraq, particularly the Abu Ghraib detention facility.

23          What is the CID investigation regarding alleged

24   detainee abuse that you're referencing here?

25   A    There had been a criminal investigation by the Army
```

Stephanie Austin, RPR, CRR USDC/EDVA (571) 298-1649

Direct examination - A. Taguba

```
 1   Investigation Division, CID, prior to my own investigation,
 2   and it was clear to us by advice of our lawyers that we
 3   needed to at least have access to them.
 4   Q    And, General, you state here that you analyzed
 5   approximately 50 witness statements from the military police
 6   and military intelligence personnel, potential suspects and
 7   detainees.
 8            Did you also review statements by CACI employees,
 9   C-A-C-I?
10   A    No, just the statement from the military police.  We
11   did not examine anything from CACI --
12   Q    Okay.
13   A    -- that I remember.  That I can remember.
14   Q    Let me see if I can help refresh your recollection on
15   the issue.
16            If you can turn with me to paragraph 11 on
17   page 48.  We'll bring it up on the screen as well.
18   A    Okay, page 48?
19   Q    Yes.
20   A    Same annex?
21   Q    Paragraph 11 on page 48.
22   A    Paragraph 11.
23   Q    You see, General, here, you're making findings --
24   withdrawn.
25            You said you're talking here about Steven
```

84

Direct examination - A. Taguba

```
 1   Stefanowicz, a contract U.S. civilian investigator, CACI; do
 2   you see that?
 3   A    Yes.
 4   Q    Does that help refresh your recollection as to whether
 5   you analyzed information related to CACI in connection with
 6   your investigation?
 7   A    I see.  I stand corrected.
 8        Yes.  Refreshing my memory.
 9   Q    We'll come back to this issue in a moment, sir.
10        You say -- I want to go back to page 12, where we
11   were before.  And the last sentence that I've highlighted on
12   the screen here states:  We reviewed numerous photos and
13   videos of actual detainee abuse taken by detention facility
14   personnel; do you see that?
15   A    Yes.  Yes.
16   Q    Approximately how many photos did you personally
17   review?
18   A    There were hundreds of them.  I don't remember how many
19   that I -- that I was provided as a part of our investigation
20   to review.
21   Q    Do you recall, sir, the circumstances in which these
22   photos were taken?
23   A    They were taken by several of the MPs and were being
24   used as screen savers on their laptops.
25   Q    I'm sorry?  Being used as?
```

85

Direct examination - A. Taguba

1   A    They were being used as screen savers posted on their

2   laptops, and they were also provided to Sergeant Darby at

3   the time, and then -- which was apparently acquired by CID

4   and provided to the provost marshal of the command.

5   Q    I want to turn to page 15 of your report, sir.  And you

6   see here, the only thing that's unredacted here is the

7   title:  Regarding Part 1 of the investigation, I make the

8   following specific findings of fact; do you see that?

9   A    Page 15, yes.  The redacted copy.

10  Q    Okay.  And I want to focus now on some of the factual

11  findings that you made.

12  A    Okay.

13  Q    And if you skip to page 16, paragraph 5, and there's

14  some information that we've highlighted here.  And I want to

15  focus on the first three sentences.  Okay.

16       You write in the first sentence that between

17  October and December 2003 at Abu Ghraib confinement

18  facility, BCCF, numerous incidents of sadistic, blatant and

19  wanton criminal abuses were inflicted on several detainees.

20       Why did you use these words sadistic, blatant and

21  wanton?

22  A    I used these words primarily because of what we heard

23  during our interviews, our investigation, and also what was

24  reflected on the photographs and videos.

25  Q    The next sentence says:  This systemic and illegal

86

Direct examination - A. Taguba

```
 1    abuse of detainees was intentionally perpetrated by several

 2    members of the Military Police Guard Force, 372nd Military

 3    Police Company, 320th Military Police Battalion, the 800th

 4    MP Brigade and Tier Section 1A of the Abu Ghraib prison.

 5           For those who don't understand the military

 6    structure, can you describe the differences between a

 7    brigade and a battalion and a company?

 8    A    Could you rephrase that question, please?

 9    Q    Sure.

10           Can you just describe the difference between what

11    a brigade is, a battalion and a company?

12    A    Let me start with the company.  The company typically

13    have about 100 to about 150 personnel.  A battalion

14    basically have three or four companies in a battalion.  And

15    a brigade could have up to five or six battalions in the

16    brigade.  So the brigade is the top headquarters.

17    Q    Why did you use the word "systemic" to describe the

18    abuse of detainees?

19    A    The 320th and the 372nd Military Police Company of the

20    brigade were principally assigned at Abu Ghraib.

21    Q    And you use the word "systemic" to describe the abuse.

22           Why use that word?

23    A    From the references from the criminal investigation and

24    the -- that was provided to us.  And from the interviews

25    that we conducted, it seemed like it had related mostly on
```

87

Direct examination - A. Taguba

```
 1    one company, 372nd, regarding the facility, and also within

 2    the 37- -- 3 -- 320th Military Police Battalion.

 3    Q    And you used the word "illegal".

 4          Why use that word?

 5    A    Because they were illegal in the sense that they were

 6    basically abusing, mistreating the detainees that were

 7    housed at the detention camp, specifically on the -- there

 8    were three other camps there besides Tier 1A, and they were

 9    not following proper procedure that they were supposed to be

10    following, and -- in terms of how to treat detainees in that

11    manner.

12          They did not have a specific set of standard

13    operating procedures that we discovered, there was a lack

14    thereof.  And the battalion commander was absent most of the

15    time, and the company commander was also absent most of the

16    time during the processes of conducting detention

17    operations.

18    Q    The third sentence you say:  The allegations of abuse

19    were substantiated by detailed witness statements and the

20    discovery of extremely graphic photographic evidence.  We

21    spoke about the photographic evidence.

22          How did the witness statements substantiate the

23    abuse?

24    A    Simply we read through that, all of us in my team read

25    through the whole processes and then collaborated during the
```

                                                                  88

Direct examination - A. Taguba

```
 1    course of our interviews.

 2    Q    And what did that process reveal as to the abuse when

 3    you analyzed the witness statements?

 4    A    There were improper procedures of -- and also illegal

 5    and mistreatment of detainees at the facility.

 6    Q    And let's go to paragraph 6.  This is at the bottom of

 7    page 16 and top of page 17.  Okay.

 8              There's a number of bullet points here ranging --

 9    starting from A all the way through M.  I'm not going to ask

10    you to read any of that into the record.

11              Can you describe for the jury, generally speaking,

12    what is it that you're trying to convey in this paragraph?

13    A    Based on the photographs and videos that we observed

14    at -- the listing here were determined to have been

15    conducted from the testimonies -- not testimonies, but

16    comments made by the ones that we personally interviewed.

17    Also I'll mention that there were punching, there were

18    kicking and stripping them of clothing during the course of

19    the time from October to December of 2003.

20    Q    Let's go to paragraph 7 on page 17.

21    A    Yes.

22    Q    And you write here these findings are --

23              MR. ELLIOTT:  Your Honor, may we please approach?

24              THE COURT:  Yes.

25                   (Bench conference.)
```
                                                                89

Direct examination - A. Taguba

```
1              MR. ELLIOTT:  He's using a version of this
2    document I don't think is publicly available.  The one I'm
3    working off is the one that's on ECF and has all this stuff
4    redacted.
5              MR. FARIDI:  Okay.  We shared our exhibits with
6    the government, and you guys did not propose any redactions
7    to this particular exhibit, but we're happy to use a
8    publicly-available version.
9              MR. ELLIOTT:  Okay.
10             MR. FARIDI:  And the only thing I want to show is
11   there's two witnesses who were testifying, one is
12   Torin Nelson who testified yesterday, and the other is --
13   there's another witness, Your Honor, who's testified -- or
14   will testify.  The third one, I think.
15             THE COURT:  Who is it?
16             MR. FARIDI:  I think it's Harman who's going to
17   testify later today.
18             MR. ELLIOTT:  We don't have an objection to those
19   things.
20             THE COURT:  In other words, you just want A
21   through N of seven redacted?
22             MR. ELLIOTT:  Just the names of the military
23   personnel that have not been publicly made.
24             MR. FARIDI:  Okay.  What we'll do, Your Honor, is
25   we'll take it down from the screen, and I'll ask the General
```

90

Direct examination - A. Taguba

```
 1    to read the specific lines.

 2              MR. ELLIOTT:  That should be fine.

 3              THE COURT:  All right.

 4              MR. ELLIOTT:  But just cognizant of future

 5    exhibits.

 6              MR. FARIDI:  Yeah.

 7              MR. O'CONNOR:  While we're here, Your Honor,

 8    there's a related issue.  This document doesn't follow the

 9    Court's order on the -- the Court ruled that the findings, 1

10    through 13, they only -- they wanted an additional 11, which

11    is by Stefanowicz, and the Court said that 1 through 10 and

12    12 and 13 should be shown so that the jury could understand

13    that there were a lot of people accused of misconduct.

14    This -- the version --

15              THE COURT:  Wait just a second.

16              THE CSO:  Court is still in session.  There's no

17    talking.

18              THE COURT:  Thank you.

19              Go ahead.

20              MR. O'CONNOR:  It's all blacked out, everybody

21    except for Stefanowicz, when Your Honor ruled that 1 through

22    10 and 12 and 13 should also be unredacted so that the jury

23    could see the number of people who were accused of

24    misconduct.

25              MR. FARIDI:  Was that part of your
```

91

Direct examination - A. Taguba

```
 1   counter-designations?

 2            MR. O'CONNOR:  It was, yes.  And that's what the

 3   Court ruled.

 4            MR. FARIDI:  Okay.  Okay.

 5            THE COURT:  It came through the deposition, or --

 6   it did?

 7            MR. O'CONNOR:  No, Your Honor.  This was in the

 8   report.  This is the Taguba report, and you ruled yesterday

 9   that 7230 through 37 should all be unredacted, and they

10   didn't do it in this version.

11            MR. FARIDI:  That's an error on our part, Your

12   Honor.  I think the --

13            MR. O'CONNOR:  It just needs to be fixed before

14   our cross, that's all.

15            MR. FARIDI:  I think the version that our

16   paralegal has, unfortunately he did not update it to reflect

17   the designations that you ordered yesterday.

18            THE COURT:  You have the lunch hour to fix it.

19            MR. FARIDI:  Yes, we will.

20            THE COURT:  All right.  Okay.  So we're all set.

21            MR. FARIDI:  It should be fixed by their cross,

22   that's when it's the most relevant.

23            THE COURT:  That's fine.

24                      (Open court.)

25   BY MR. FARIDI:
```

                                                            92

Direct examination - A. Taguba

```
 1   Q     General, if you'd just take a look at Section 7.

 2   A     Okay.

 3   Q     Let's not pull it up on the screen.

 4         THE COURT:  Wait.  Wait.  Wait.  Do not put it up

 5   on the screen.  Do not put it up on the screen.

 6   BY MR. FARIDI:

 7   Q    I just want -- the first sentence states:  These

 8   findings are amply supported by written confessions provided

 9   by several of the suspects, written statements provided by

10   detainees and witness statements; do you see that?

11   A     Yes.

12   Q     Okay.  And under 7B, you list Sabrina Harman; do you

13   see that?

14   A     Yes.

15   Q     Okay.  And then 7H, you list Torin Nelson; do you see

16   that?

17   A     Yes.

18   Q     Why was it important for you to interview these two

19   individuals among the others that you list in this

20   paragraph?

21   A     I don't believe I interviewed Harman and the others

22   that you mentioned.  They already made their statements

23   through the CID.

24   Q     Okay.  Why was it important for you to review those

25   statements?
```

93

Direct examination - A. Taguba

```
 1   A     We thought at the time that they added leverage to what
 2   was going on at Abu Ghraib at the time, especially a
 3   contractor.
 4   Q     Especially?
 5   A     The contractor.
 6   Q     The contract -- did you say the contract or the
 7   contractor?
 8   A     The contractor.
 9   Q     And who was the -- we'll get to that in a moment.
10         Let's go to paragraph 8.
11   A     Okay.
12         MR. FARIDI:  Let's pull that up on the screen.
13   BY MR. FARIDI:
14   Q     And can you describe to the jury, what is it, generally
15   speaking, sir, that you were trying to convey here, at a
16   high level?
17   A     Your question again, please.
18   Q     Can you describe for the jury what is it that you're
19   trying to convey in this paragraph at a high level?
20   A     What we're trying to convey is that this seems like an
21   extraneous amount of activity that I would consider as not
22   legal in terms of treating detainees.
23   Q     I just want to focus on H, using military working dogs
24   to frighten and intimidate detainees with threats of attack,
25   and, in one instance, actually biting a detainee; do you see
```

94

Direct examination - A. Taguba

1   that?

2   A    Yes.

3   Q    Why is that problematic?

4   A    We saw photographs of dogs being used on the detainees.

5   And we also interviewed, if I recall, the dog handlers that

6   they were not -- the dogs were not used to be for detention,

7   they were like bomb dogs or drug-sniffing dogs, and they

8   were falsely assigned to that particular facility.

9   Q    When these dogs were used on the detainees in this

10  manner, were they muzzled or unmuzzled?

11  A    I don't remember, but I do know that having a German

12  Shepherd in front of you was terrifying to say the least.

13  Q    And let's focus on paragraph 9.  And you say here:  I

14  have carefully considered the statements provided by the

15  following detainees, which, under the circumstances, I find

16  credible based on the clarity of their statements and

17  supporting evidence provided by other witnesses.  And then

18  in subparagraph I, you go on to list Asa'ad Hamza, Detainee

19  Number 152529; do you see that?

20  A    Yes.

21  Q    Did you or your staff interview this particular

22  individual?

23  A    We did not interview any of the detainees.  They were

24  already -- they provided their comments or testimonies to

25  the CID; however, my legal team and I considered that as

                                                              95

Direct examination - A. Taguba

```
 1    reliable.

 2    Q    I'm sorry.  I missed that.  You considered it ...

 3    A    As reliable in terms of their statements.

 4    Q    Why did you find the statements of these detainees --

 5    and I'm going to focus on Asa'ad -- to be credible and

 6    reliable?

 7    A    We thought it was believable enough based on what was

 8    going on at Abu Ghraib to begin with.

 9              MR. FARIDI:  Let's go to paragraph 10 on page 18.

10    BY MR. FARIDI:

11    Q    And in the middle I've highlighted some language on the

12    screen in front of you.  You write here:  Military

13    intelligence interrogators and other U.S. government

14    agency's interrogators actively requested that MP guards set

15    physical and mental conditions for favorable interrogation

16    of witnesses; do you see that?

17    A    Yes.

18    Q    What do you mean by "actively requesting"?  How did

19    they actively request this?

20    A    From the statements that we read, that's one piece of

21    evidence.  And from the interviews -- in-person interviews,

22    which was basically collaborated, that they were getting

23    instructions from the MI and also from OGA, that's what they

24    mentioned, and specifically from CACI.

25              MR. FARIDI:  Let's go to paragraph 12 on pages 19
```

96

Direct examination - A. Taguba

```
 1    and 20.  Okay.
 2    BY MR. FARIDI:
 3    Q    And you write here:  That I find that prior to its
 4    deployment to Iraq for Operation Iraqi Freedom, the 320th
 5    Military Battalion and the 372nd Military Police had
 6    received no training in detention and internee operations.
 7    I also find that very little instruction or training was
 8    provided to MP personnel on the applicable rules of the
 9    Geneva Convention relative to the treatment of prisoners of
10    war.  And you say:  Moreover, I find that few, if any,
11    copies of the Geneva Convention were ever made available to
12    MP personnel or detainees; do you see that?
13    A    Yes.
14    Q    How did the lack of instruction and training
15    contribute, if at all, to the abuse of detainees at Abu
16    Ghraib?
17    A    Detention operations is a very, you might say specific
18    mission.  These companies, there's units who are not trained
19    on detention operations, they were basically what we
20    considered combat support units.  Patrolling, traffic,
21    circulation, deliveries and manning POW camps and also
22    security to the locations.
23    Q    You mentioned CACI earlier.  I want to pick up on that.
24         MR. FARIDI:  Let's go to paragraph 30 on page 26.
25    BY MR. FARIDI:
```

Direct examination - A. Taguba

```
 1   Q    You write here, General:  In general, U.S. civilian
 2   contract personnel -- you named CACI here -- and then you
 3   say:  Third country nationals and local contractors do not
 4   appear to be properly supervised within the detention
 5   facility at Abu Ghraib.  During our on-site inspection, they
 6   wandered about with too much unsupervised free access in the
 7   detainee area.
 8            Can you speak to how CACI personnel had free
 9   access in the detainee area?
10   A    During the course of our in-person interview and
11   investigation, I remember several of them was mentioning
12   CACI, which we didn't know what that meant.  We thought it
13   was K-H-A-K-I, khaki, until we discovered that it was a
14   government contractor.
15   Q    Did that concern you, General?
16   A    Yes, it did.
17   Q    Why?
18   A    For one, we didn't know -- my team and I did not know
19   that they were military -- I mean civilian contractors that
20   were conducting detention operations.  I was not advised
21   that they were present at the time when I conducted the
22   investigation at Abu Ghraib.
23            MR. FARIDI:  And let's go to paragraph 8 on
24   page 38.
25   BY MR. FARIDI:
```

98

Direct examination - A. Taguba

```
 1    Q    It's a long paragraph.  I'm not going to read the
 2    entirety of it into the record.  We'll begin on the first
 3    line towards the tail end.  You say:  I find there was clear
 4    friction and lack of effective communication between the
 5    commander, 205th Military Brigade, who controlled the FOB
 6    Abu Ghraib after 19 November 2003.  And the commander, 800th
 7    Military Brigade, who controlled detainee operations inside
 8    the FOB.
 9            Then you go on to say:  There was no clear
10    delineation of responsibility between commands, little
11    coordination at the command level and no integration of the
12    two functions.
13            How did that contribute, if at all, to the abuse
14    of detainees at Abu Ghraib?
15    A    When there's friction, there's no clear command and
16    control.  Both commanders did not like each other, and they
17    basically mentioned that during our interview.  And so
18    there's no, you might say harmonious relationship between
19    the two commanders.
20    Q    Let's focus on Steve Stefanowicz.
21            MR. FARIDI:  And, Your Honor, I'm about to focus
22    on a new area.  I don't have much left, maybe about
23    ten minutes.  So we can take a break now or we can proceed.
24            THE COURT:  It's just about 1:00.  I think we'll
25    take the hour lunch break, and we'll start up again promptly
```
                                                                99

Direct examination - A. Taguba

1    at 2:00.  Thank you.

2                 (Proceedings adjourned at 1:00 p.m.)

3              ----------------------------------

4    I certify that the foregoing is a true and accurate

5    transcription of my stenographic notes.

6

7              *Stephanie Austin*
     _____

8              Stephanie M. Austin, RPR, CRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                      100