```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         ALEXANDRIA DIVISION

----------------------------x
SUHAIL NAJIM ABDULLAH AL     :   Civil Action No.:
SHIMARI, et al.,             :   1:08-cv-827
            Plaintiffs,      :
    versus                   :   Tuesday, April 30, 2024
                             :   Alexandria, Virginia
CACI PREMIER TECHNOLOGY,     :   Volume XI
INC.,                        :   Pages 1-4
            Defendant.       :
----------------------------x
```

        The above-entitled jury trial was heard before the Honorable Leonie M. Brinkema, United States District Judge. This proceeding commenced at 5:21 p.m.

                    A P P E A R A N C E S:

FOR THE PLAINTIFFS:    BAHER AZMY, ESQUIRE
                       THE CENTER FOR CONSTITUTIONAL RIGHTS
                       666 Broadway
                       7th Floor
                       New York, New York  10012
                       (212) 614-6464

                       MUHAMMAD FARIDI, ESQUIRE
                       MICHAEL BUCHANAN, ESQUIRE
                       BONITA ROBINSON, ESQUIRE
                       ANDREW HADDAD, ESQUIRE
                       MICHAEL FISHER, ESQUIRE
                       THOMAS KICAK, ESQUIRE
                       SCOTT KIM, ESQUIRE
                       ALEXANDRA MAHLER-HAUG, ESQUIRE
                       PATTERSON BELKNAP WEBB & TYLER LLP
                       1133 Avenue of the Americas
                       New York, New York  10036
                       (212) 336-2000

                                                              1

```
 1                    A P P E A R A N C E S:

 2   FOR THE DEFENDANT:      JOHN O'CONNOR, JR., ESQUIRE
                             LINDA BAILEY, ESQUIRE
 3                           JOSEPH MCCLURE, ESQUIRE
                             STEPTOE & JOHNSON LLP
 4                           1330 Connecticut Avenue, NW
                             7th Floor
 5                           Washington, D.C.  20036
                             (202) 429-3000
 6
                             NINA GINSBERG, ESQUIRE
 7                           DIMUROGINSBERG PC
                             1101 King Street
 8                           Suite 610
                             Alexandria, Virginia  22314
 9                           (703) 684-4333

10   FOR THE UNITED          REBECCA LEVENSON, ESQUIRE
     STATES:                 OFFICE OF THE UNITED STATES ATTORNEY
11                           2100 Jamieson Avenue
                             Alexandria, Virginia  22314
12                           (703) 299-3700

13                           STEPHEN ELLIOTT, ESQUIRE
                             JASON LYNCH, ESQUIRE
14                           ELIZABETH TULIS, ESQUIRE
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           CIVIL DIVISION FEDERAL PROGRAMS BRANCH
                             1100 L Street, NW
16                           Washington, D.C.  20044
                             (202) 598-0905
17
     COURT REPORTER:         STEPHANIE M. AUSTIN, RPR, CRR
18                           Official Court Reporter
                             United States District Court
19                           401 Courthouse Square
                             Alexandria, Virginia  22314
20                           (571) 298-1649
                             S.AustinReporting@gmail.com
21

22         COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

23

24

25
                                                                 2
```

```
 1                      P R O C E E D I N G S
 2            THE COURT:  All right.  The jury has indicated
 3   they want to go home for tonight, but they're coming back
 4   tomorrow.  They've ordered lunch.  So we'll bring them in.
 5            THE CSO:  Yes, Judge.
 6                (Jury present at 5:23 p.m.)
 7            THE COURT:  Well, ladies and gentlemen, another
 8   long hard day of good work.
 9            My understanding is you've ordered lunch for
10   tomorrow, so you're coming back at 9:30.
11            Is that still the start time for tomorrow?
12            THE FOREPERSON:  Yes.
13            THE COURT:  And you're going to stay on your same
14   schedule, the 1:00 lunch break and --
15            THE FOREPERSON:  Yes.
16            THE COURT:  All right.  Very good.
17            Again, please remember my cautions and continue to
18   abide by them.  And, again, make sure you're not discussing
19   the case with anybody, that you get a good night sleep, and
20   we'll see you back here tomorrow morning at 9:30.  We'll
21   recess court at this time.
22                (Proceedings adjourned at 5:24 p.m.)
23
24
25
                                                               3
```

```
 1                 ----------------------------------
 2   I certify that the foregoing is a true and accurate
 3   transcription of my stenographic notes.
 4
 5                       _____
                              Stephanie Austin
 6                         Stephanie M. Austin, RPR, CRR
 7
```