1                    UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
2                         Alexandria Division

3

     SUHAIL NAJIM ABDULLAH          :    Civil Case
4    AL SHIMARI,  et al.,           :    No. 1:08-CV-827
                                    :
5                   Plaintiffs      :
                                    :
6           v.                      :
                                    :
7    CACI PREMIER TECHNOLOGY,       :
     INC.,                          :    April 17, 2024
8                                   :    P.M. SESSION
                    Defendant       :    2:00 p.m.
9    ........................       :    ........................

10                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                        DAY 3 - P.M. SESSION
11                 BEFORE THE HONORABLE LEONIE M. BRINKEMA
                       UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14   FOR THE PLAINTIFFS:        MUHAMMAD USMAN FARIDI
                                ALEXANDRA MAHLER-HAUG
15                              ANDREW HADDAD
                                BONITA ROBINSON
16                              MICHAEL BUCHANAN
                                MICHAEL FISHER
17                              THOMAS KICAK
                                W. SCOTT KIM
18                              PATTERSON BELKNAP WEBB & TYLER, LLP
                                1133 Avenue of the Americas
19                              New York, New York  10036
                                212-336-2000
20
                                BAHER AZMY
21                              THE CENTER FOR CONSTITUTIONAL RIGHTS
                                666 Broadway
22                              7th Floor
                                New York, New York  10012
23                              212-614-6464

24
                                (APPEARANCES CONTINUED ON FOLLOWING
25                              PAGE:)

```
 1     FOR THE DEFENDANT:          JOHN O'CONNOR, JR.
                                   LINDA BAILEY
 2                                 JOSEPH McCLURE
                                   STEPTOE & JOHNSON LLP
 3                                 1330 Connecticut Avenue, NW
                                   7th Floor
 4                                 Washington, D.C. 20036
                                   202-429-3000
 5
                                   NINA GINSBERG
 6                                 DIMUROGINSBERG PC
                                   1101 King Street
 7                                 Suite 610
                                   Alexandria, Virginia 22314
 8                                 703-684-4333

 9                                 STEPHEN ELLIOTT
                                   JASON LYNCH
10                                 UNITED STATES DEPARTMENT OF JUSTICE
                                   CIVIL DIVISION
11                                 FEDERAL PROGRAMS BRANCH
                                   1100 L Street, NW
12                                 Washington, D.C. 20044
                                   202-598-0905
13
                                   REBECCA LEVENSON
14                                 OFFICE OF THE UNITED STATES ATTORNEY
                                   2100 Jamieson Avenue
15                                 Alexandria, Virginia 22314
                                   703-299-3700
16

17     OFFICIAL COURT REPORTER:   REBECCA STONESTREET, RPR, CRR
                                   U.S. District Court, 9th Floor
18                                 401 Courthouse Square
                                   Alexandria, Virginia  22314
19                                 (240) 426-7767

20                                 ( Pages 1 - 28)

21

22
              COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
23

24

25
```

C O N T E N T S

**WITNESS:**          **DIRECT**     **CROSS**     **REDIRECT**     **RECROSS**

**BY VIDEOTAPE DEPOSITION PLAYED IN COURT:**

**GEORGE FAY**                4
**ARNOLD MORSE**              7
**STEVEN STEFANOWICZ**       18

E X H I B I T S

**PLAINTIFF EXHIBITS**                                      **PAGE**

**Exhibit 83**                                                7
**Exhibit 84**                                                7
**Exhibit 100A**                                              9
**Exhibit 104**                                               7


**DEFENDANT EXHIBITS**                                      **PAGE**

**Exhibits 32 - 35**                                         17

4

1                          **P R O C E E D I N G S**

2              THE COURT:  Bring the jury in.

3              MR. FARIDI:  Your Honor, just one housekeeping issue

4    before the jury comes in.

5              THE COURT:  Yeah.

6              MR. FARIDI:  Right after this particular deposition,

7    we're going to be playing the deposition testimony of

8    Arnold Morse, and in connection with that testimony we're going

9    to be reading to the jury CACI's responses to our requests for

10   admissions.

11             I assume Your Honor will at some point instruct the

12   jury as to what a request for admission is.  I would contend,

13   Your Honor, that that's probably the most opportune time.

14             THE COURT:  Right.  That's fine.

15             MR. FARIDI:  And then also, Mr. Morse was CACI's

16   Rule 30(b)(6) designee, and I'm not sure about Your Honor's

17   preference as to what instruction you give to the jury as to

18   testimony provided by a Rule 30(b)(6) witness.

19             THE COURT:  It binds the corporate entity.  So that's

20   easy.  Yeah.

21             MR. FARIDI:  Okay.

22             (Jury in at 2:04 p.m.)

23             THE COURT:  Everybody is back.  We're continuing now

24   with the deposition of -- the Fay deposition.

25             (Excerpt of videotaped deposition of GEORGE FAY played

5

 1   in open court.)

 2           ( Excerpt ended.)

 3           THE COURT:  Are we ready for the next witness?

 4           MR. FARIDI:  Your Honor, I think it's just a 3-minute

 5   redirect of Major General Fay.

 6           THE COURT:  All right.

 7           (Excerpt of videotaped redirect examination of

 8   GEORGE FAY played in open court.)

 9           (Excerpt ended.)

10           MR. FARIDI:  Your Honor, at this time plaintiffs would

11   like to read to the jury CACI's responses to plaintiffs' request

12   to admissions.

13           THE COURT:  Ladies and gentlemen, another technique

14   that's used in pretrial discovery is lawyers for each side can

15   send a list of questions to the other side.  These are called

16   requests for admissions.  In other words, we're asking you to

17   admit whether a certain fact is true or not true.  And those

18   answers are provided by the other side and are binding on the

19   other side.  All right?

20           MR. FARIDI:  These requests for admissions were sent by

21   plaintiffs, and they were acknowledged -- the defendants

22   CACI Premier Technology, Inc. and CACI International, Inc.,

23   collectively CACI, responded to them February 7, 2013.

24           Request for Admission No. 23:  "Civilian 5 in the

25   report entitled "AR 5-6, Investigation of the Abu Ghraib

6

1    Detention Facility and 205th Military Intelligence Brigade by

2    Major General George R. Fay, the Fay report, is Tim Dugan."

3         Response:  "CACI incorporates its general objections.

4    Subject to and without waiving the foregoing objections, CACI

5    believes this request to be accurate, and therefore admits it."

6         Request for Admission Number No. 24:  "Civilian 11 in

7    the Fay report is Daniel Johnson."

8         Response:  "CACI incorporates its general objections.

9    Subject to and without waiving the foregoing objections, CACI

10   believes this request to be accurate, and therefore admits it."

11        Request for Admission No. 25:  "Civilian 21 in the Fay

12   report is Steve Stefanowicz."

13        Response:  "CACI incorporates its general objections.

14   Subject to and without waiving the foregoing objections, CACI

15   believes this request to be accurate, and therefore admits it."

16        Your Honor, at this point plaintiffs called by video

17   designation Arnold Morse, who was the Rule 30(b)(6) corporate

18   representative of CACI.

19        THE COURT:  Now, another thing I want the jury to know.

20   Under the Federal Rules, when we have a corporate party, if

21   questions are going to be asked about that corporation, the

22   corporation is given notice by a subpoena indicating what

23   specific areas they're going to be asking questions about.

24        And they can designate a person to be what is called a

25   30(b)(6) designee.  That person speaks for the corporation, and

 1     what he or she states binds the corporation because that's

 2     basically like the corporation itself speaking.  Okay?

 3              MR. FARIDI:  The total run time of this video is

 4     approximately 30 minutes.  And we're also moving to admit

 5     Plaintiff's Exhibit 83, 84, and 104 at this point.

 6              THE COURT:  Are there any objections to those three

 7     exhibits?

 8              MR. O'CONNOR:  I'm looking at them now, Your Honor.

 9              We have no objection to any of those three exhibits,

10     Your Honor.

11              THE COURT:  All right.  All three are in.

12              (PLAINTIFF EXHIBIT Numbers 83, 84, 104 were admitted

13     into evidence.)

14              (Excerpt of videotaped deposition of ARNOLD MORSE was

15     played in open court.)

16              THE COURT:  This is incredibly cumulative; again, one

17     of the dangers in a case like this, where, you know, some of the

18     testimony has to be taken ahead of time.  But you-all have been

19     told to edit -- can you move this along to get to something

20     that's new?  This -- we've heard all of this.

21              MS. MAHLER-HAUG:  Your Honor, this is the last passage

22     where the text will be repeated.  There will be a few more

23     passages that go up on the screen, but the witness is just going

24     to be asked his understanding of the findings or his

25     understanding of what CACI knows about the findings.

8

```
 1              THE COURT:  You better move this along.
 2              (Continued videotaped deposition of ARNOLD MORSE played
 3    in open court.)
 4              (End of excerpt.)
 5              THE COURT:  All right.  This is the right time to take
 6    our afternoon break.  It's 20 after, so I'll give the jury until
 7    20 of.
 8              All right.  We're in recess.
 9              (Recess taken at 4:18 p.m.)
10              (Jury out at 4:18 p.m.)
11              THE COURT:  All right.  My understanding is the
12    plaintiff is about to rest.  Is that correct?
13              MR. FARIDI:  Your Honor, before we rest, we have just
14    two issues which I hope -- we don't think will take up more than
15    two minutes.
16              THE COURT:  All right.
17              MR. FARIDI:  They will be addressed by my colleagues.
18              THE COURT:  Yes, ma'am.
19              MS. ROBINSON:  Your Honor, Bonita Robinson for
20    plaintiffs.
21              There's one more exhibit that relates to the deposition
22    designations we just watched that plaintiffs seek to admit.
23    It's Plaintiffs' Exhibit 100A in your binder.  And the
24    designations played discussed this exhibit, but did not show it
25    or quote it.
```

1         THE COURT:  Well, here's the real problem I have.  Your

2    exhibit numbers in the book don't match the ones you've moved

3    in.  I'm very concerned, because our jurors are taking notes and

4    we're going to get a question about, you know, this witness

5    talked about Exhibit Such and Such, and they can't find it.

6         MS. ROBINSON:  We can create a cross reference, if that

7    would be helpful.

8         THE COURT:  It would be extremely helpful.  It should

9    have been done, frankly, before the deposition was played.

10         Is there any objection to 100A?

11         MS. GINSBERG:  This says 100.

12         MS. ROBINSON:  It's the first page of PTX 100.

13         THE COURT:  It's the May 13th, 2004 headquarters

14    memorandum.  Any objection?

15         MS. GINSBERG:  Yes, Your Honor.  This is one of the

16    ones that we argued about, or included in our list that should

17    be excluded.  It's a memorandum from Major Daniels to

18    Scott Northrop, who was the in-country manager, dated 13th of

19    May 2004.

20         THE COURT:  I'm going to overrule the objection.  I

21    think it's relevant.  Okay.  It's in.

22         (PLAINTIFFS' Exhibit 100A was admitted into evidence.)

23         THE COURT:  All right.  What's the other matter?

24         MS. MAHLER-HAUG:  Your Honor, Alex Mahler-Haug for

25    plaintiffs.  We heard Your Honor's recent statement that issues

1    going to subject matter jurisdiction are not going to the jury,

2    and, of course, we agree, and those issues, in our view, have

3    been resolved.

4          Nevertheless, and although we don't think it's

5    necessary, for completeness purposes, we would like to request

6    that Your Honor take judicial notice of several facts that we

7    would submit are not reasonably in dispute concerning the

8    United States' control of Iraq during the events in question.

9          We've put together a brief set of facts that are drawn

10   from, in fact, Your Honor's July 2023 memorandum opinion --

11         THE COURT:  I'm not going to take up the jury's time

12   with something like this right now.  I'm going to postpone it

13   until after we get the rest of this case in today.  We'll take

14   care of it later on today.  All right?

15         MS. MAHLER-HAUG:  Okay.  Thank you, Your Honor.

16         THE COURT:  And you should give a copy of that, if you

17   haven't already, to defense counsel so that they're not taken by

18   surprise.

19         MS. MAHLER-HAUG:  We have already given a copy to

20   defense counsel, and we're happy to hand up copies to Your Honor

21   now, if that would be okay.

22         THE COURT:  You may as well, yes.  All right.

23         With that understood, and assuming that the exhibits

24   that were discussed today are in - and, again, we can take care

25   of that after the fact - the plaintiff, I assume, is resting at

```
 1       this point.  Is that correct?
 2              MR. FARIDI:  Yes.  Would you like me to announce that
 3       in front of the jury, or is this --
 4              THE COURT:  No, no, no.  I want to take care of matters
 5       before then, so I don't want the jury being delayed this
 6       afternoon.
 7              All right.  Does the defense have a motion?
 8              MR. O'CONNOR:  We do, Your Honor.
 9              THE COURT:  Go ahead, let me hear it.  Fast.
10              MR. O'CONNOR:  Your Honor, CACI moves for judgment
11       under Rule 50.  We don't think that plaintiffs have put on a
12       case sufficient to support a jury verdict on a number of issues.
13       And there's also, as the trial has proceeded, clear, in our
14       view, jurisdictional issues.
15              We don't think they have put on sufficient evidence of
16       domestic conduct.  The focus test is the law of the
17       Supreme Court and the Fourth Circuit.  The focus of the statute
18       is tortious conduct.  There is zero evidence of tortious conduct
19       of any kind in the United States.
20              We also don't think that they have put on evidence that
21       CACI personnel aided and abetted or conspired with anyone with
22       respect to their treatment.  The only connection between a CACI
23       employee and one of these plaintiffs that's been admitted in
24       evidence is the fairly innocuous interaction that
25       Mr. Stefanowicz had with plaintiff Al-Ejaili, where the evidence
```

1    is there was no violation of the IROEs with respect to that

2    interaction.

3         We also believe that there is -- the state secrets

4    privilege has made this case such that it cannot be fairly tried

5    because we were not allowed to put live witnesses on for the

6    jury to see for all the participants in their interrogations.

7    And the plaintiffs necessarily are alleging that the -- that the

8    connection with CACI is that CACI personnel somehow had

9    something to do with how they were treated in their

10   interrogations.

11        We also believe that plaintiffs' claims are preempted

12   because they're inconsistent with federal statutes that create

13   private causes of action that are not set forth -- that are

14   inconsistent with the Court's ability to make a common law cause

15   of action under the ATS.  And we don't think a common law cause

16   of action can be brought under the ATS under current law.

17        I have a memorandum that we will file tonight.  I can

18   hand it up if the Court wants it.

19        THE COURT:  Well, certainly you file it tonight.  That

20   will be the proper way.  And give a copy now right now.  That's

21   fine as well.

22        And I assume plaintiffs' counsel have a copy?

23        MR. O'CONNOR:  I can give it to them right now.

24        THE COURT:  At this stage of the proceedings, as you

25   all know, the Court draws all inferences in favor of the other

1    side.  I think there's more than enough evidence that's been

2    presented at this point to allow this case to go forward.

3          The legal issues about whether there's been enough

4    action in the United States to properly give this court

5    jurisdiction, I addressed that issue multiple times in pretrial

6    motions to dismiss.  Now that I'm getting the actual evidence in

7    a different capacity, I'm even more satisfied now that there's

8    been enough domestic activity.  Again, I haven't heard the

9    defendant's case yet, but I'm satisfied that there's enough to

10   let this case go forward at this point.

11         And so the motion is denied, and we'll start the

12   defense case.  All right.

13         We'll bring the jury in.

14         Who is your first witness going to be?  I'm going to

15   read in interrogatory response and then read in part.

16         (Jury in at 4:45 p.m.)

17         THE COURT:  Ladies and gentlemen, I told you at the

18   beginning that we would move this case as expeditiously as we

19   could, and counsel for both sides have been actually working

20   very hard to rouse this case.  And so I can tell you that the

21   plaintiff has rested.  That is, the plaintiffs believe they have

22   put on all of their evidence.

23         So we're turning now to the defense case.  We are

24   somewhat ahead of schedule.  I understand you did ask my court

25   security officer about the schedule that I had set for next

14

1    week.  I've decided I'm going to keep to that schedule.  I like

2    to keep my word with jurors, so Monday afternoon we will be

3    ending around 4 o'clock and I'm going to give you the day off on

4    Tuesday.

5          It is possible you may be getting the case for

6    deliberation on Monday.  I'm not sure yet if we'll actually get

7    to that point.  If that is the case, then you'll come back on

8    Wednesday to be deliberating.  But we are well ahead of schedule

9    and I'm going to hopefully keep the case on that pace.  All

10   right?

11         We're now going to start.  Mr. O'Connor, you're going

12   to read some interrogatory responses into the record?

13         MR. O'CONNOR:  Yes, Your Honor.  CACI is going to read

14   the United States's response to Interrogatory No. 6, which is

15   Defendant's Exhibit 2 in evidence.  We're going to read the

16   interrogatory response with regard to Al-Ejaili at this time.

17         Beginning on Interrogatory 6, the interrogatory

18   question posed to the United States was:  "For each interrogator

19   identified in response to Interrogatory No. 1, describe the

20   facts relating to such interrogator's interactions with

21   plaintiffs, including the specific conduct to which such

22   interrogators subjected any plaintiff, and the source of any

23   direction under which the acts took place."

24         And with respect to Mr. Ejaili, the response of the

25   United States is at page 15, and it reads as follows:

1    "Plaintiff Al-Ejaili:  Although, as noted in response to

2    Interrogatory 1, Department of Defense has found no formal

3    record of an intelligence interrogation of plaintiff Al-Ejaili,

4    other records in its possession reference military intelligence

5    activity during plaintiff Al-Ejaili's detention at Abu Ghraib,

6    including suggestions that plaintiff Al-Ejaili may have been

7    interrogated by a CACI interrogator and a military

8    interrogator."

9         Next paragraph:  "In the military police log for the

10   Abu Ghraib hard site, there is a reference on November 9, 2003,

11   quote:  2015 (8:15 p.m.), new civilian internee number 152735

12   works for Al-Jazeera [sic] say he is a reporter, moved to

13   1A-28," end quote.

14        On the following day, November 10, 2003, after the

15   opening of the log at 1600, 4 o'clock p.m., there's this entry:

16   "Note:  Per the chief, not further identified but presumably a

17   military chief warrant officer, number 152735 is to have contact

18   with no one except his team," bracket.  There is a parenthetical

19   that includes the first names of two individuals who are not

20   further identified, and the last names of two known Army

21   interrogators, end bracket.  "If anyone attempts to speak with

22   this person and gives a problem, notify the chief at," and

23   provides apparent phone number.  "Log everyone who tries to or

24   speaks with this person (Military Policeman Graner)," also

25   paren, "See Army 20141202-0003."

1            Next paragraph:  "In this same time period, emails were

2    exchanged between intelligence officials at CJTF-7," which is

3    Combined Joint Task Force 7, "and the Abu Ghraib ICE," which is

4    Interrogation Control Element.  "The CJTF-7 official forwarded a

5    draft intelligence information report (DIIR) regarding another

6    Al-Jazeera employee who had been detained by the coalition, and

7    remarked that the DIIR was something of interest/possible

8    assistance in dealing with our Al-Jazeera guy.  The ICE military

9    official responded, we'll it [sic].  This guy was not to talk to

10   him.  He's currently in ISO.  The CJTF-7 official replied:  Be

11   advised, the subject in the DIIR is not, again, not the same as

12   the guy at Abu Ghraib.  The material may still be helpful for

13   background, but please do not confuse the two."  There's a

14   redaction and then it says, "See DoD-01173."

15            Third paragraph:  "In addition, in 2013, the Department

16   of the Army approved the deposition of Army interrogator

17   James Lee Joseph Beachner.  During the April 25, 2013,

18   deposition of Sergeant Beachner, the United States permitted

19   Beachner to affirm that statements he made to military

20   investigators in a June 4, 2004, sworn statement were true.

21   According to Beachner's 2004 statement, Beachner had been

22   assigned to interrogating 'the Al-Jazeera reporter,' and that on

23   one occasion he found that CACI interrogator

24   Steve Stefanowicz was 'questioning him.'  According to

25   Beachner's statement, when I found out, I told him to stop

1    because this was my detainee.  He stopped.  There was nothing

2    violating the IROE," Interrogation Rules of Engagement, in that

3    particular interrogation."

4         The United States is continuing to exercise its due

5    diligence to determine if there is any additional information it

6    can provide.  Should it come across additional responsive

7    information, the United States will supplement its responses

8    consistent Rule 26(e) of the Federal Rules of Civil Procedure."

9         THE COURT:  All right.

10         MR. O'CONNOR:  Your Honor, at this time we're going to

11    play the trial testimony of Steve Stefanowicz via video.  There

12    are five exhibits involved in Mr. Stefanowicz's deposition.

13    Defense Exhibit 2 has already been admitted elsewhere in this

14    trial.  Also during the testimony, Defense Exhibits 32, 33, 34,

15    and 35 were moved in and --

16         THE COURT:  And you're moving them into this trial?

17         MR. O'CONNOR:  I'm moving them into this trial right

18    now.

19         THE COURT:  So 32, 33, 34, and 35 are in.  And these

20    are defense exhibits.

21         (DEFENDANT Exhibits 32 - 35 were admitted into

22    evidence.)

23         MR. O'CONNOR:  And I have clips.

24         THE COURT:  All right.

25         MR. O'CONNOR:  May we proceed, Your Honor?

```
 1              THE COURT:  Yes.
 2              (Excerpts of videotaped deposition of
 3    STEVEN STEFANOWICZ played in open court.)
 4              THE COURT:  Let's stop it.  We have a couple of matters
 5    to take up.
 6              (Excerpt ended.)
 7              THE COURT:  We're now into the defense case so we're
 8    moving along.  We obviously need you to be here nice and on time
 9    tomorrow morning at 9:30 so we can continue.  Please remember my
10    caution about not conducting any investigation, and certainly
11    don't start making up your mind about any issue.  There's still
12    a lot of information to come in the trial.  But you've been
13    doing a great job getting here on time and meeting our
14    deadlines, and we appreciate that.
15              Leave your notebooks, get a good night's sleep, and
16    we'll see you tomorrow morning.  We'll stay in session.
17              (Jury out at 5:55 p.m.)
18              THE COURT:  Rather than taking up time tonight --
19    actually, it's not that many.  Has defense counsel had a chance
20    to look at the five facts for which judicial notice is being
21    requested?
22              MR. O'CONNOR:  We have, Your Honor.
23              THE COURT:  Is there any objection?
24              MR. O'CONNOR:  We object on relevance grounds.  The
25    Court has already ruled that Iraq is not domestic conduct for
```

1    purposes of extraterritoriality.  The Court decided it didn't

2    matter, but the Court said Iraq is not part of the U.S. for that

3    analysis.

4        THE COURT:  That's sort of silly at this point,

5    actually.

6        MR. O'CONNOR:  We thought so too.

7        THE COURT:  Well, I've already told the jury in the

8    opening description of the case about the U.S. having invaded

9    Iraq.  So I don't think we need that.

10       I think Paragraph 3 is relevant to the case based upon

11   some of the arguments that have been made about the coalition

12   authority and provisional authority in Order 17.  And I think it

13   should be -- and it's been the law of this case.  I mean, I've

14   made that finding before.

15       So unless there is some factual argument that this is

16   not an accurate statement of the legal status, I'm going to give

17   number three to the jury as a --

18       MR. O'CONNOR:  We don't have a factual dispute on that.

19       THE COURT:  Okay.  Paragraph 4, yes, since that issue

20   has been brought about why they didn't sue, I will also do

21   number 4.  And if -- and I'm not going to bother with 5.

22   There's no question about fact.

23       3 and 4 are relevant, will help the jury in

24   understanding some of the background about this case, and

25   there's no factual dispute, so it would be appropriate for the

1    Court to take judicial notice.  But 1, 2, and 5 are obvious.

2    There's no need to do that.

3            MS. MAHLER-HAUG:  Thank you, Your Honor.

4            THE COURT:  I will have -- just so we don't have any

5    dispute about the exhibits that are in, I'll ask my staff to

6    read those in at this point.

7            COURTROOM CLERK:  PTX 195, PTX 206-G, DX 29, pages 202,

8    3, 39, 48, and 49.  PTX 115, PTX 23, PTX 27, PTX 75, PTX 76,

9    PTX 161-A, PTX 180-A, PTX 196, PTX 197, PTX 198, PTX 199,

10   PTX 200, PTX 201, PTX 206, pages 1 through 22.  PTX 83, PTX 84,

11   PTX 104, PTX 100-A, DX 32, DX 33, DX 34, and DX 35.

12           MR. FARIDI:  Your Honor, this looks complete to us.  We

13   will QC it tonight, and if there's any issues, we will so inform

14   the Court.

15           THE COURT:  All right.

16           MR. O'CONNOR:  We also think it's good, Your Honor.

17           THE COURT:  Again, the protocol we're following is if

18   overnight there's a discrepancy that's discovered, you'll e-mail

19   staff and we'll get it resolved on the record tomorrow.

20           MR. FARIDI:  There's one issue.  We think PTX 32 is in.

21   We're not sure if that was allowed in.  I think it came in

22   yesterday and we added it to the list this morning.

23           THE COURT:  All right.  Yes.  All right.  That's fine.

24   I don't have court tomorrow morning.  I do have court Friday

25   morning, so tomorrow night you will have to clean up.

1        Anything further?  If not -- Mr. O'Connor, are you

2   planning to follow the list you gave us previously?  Is Beachner

3   by deposition or in person?

4        MR. O'CONNOR:  We're going to drop Beachner,

5   Your Honor.

6        THE COURT:  Are you still doing Interrogator CACI A and

7   then Army B, C, E, F, and G?

8        MR. O'CONNOR:  I think it's likely those will all be

9   done tomorrow.  That's not necessarily the order.

10       THE COURT:  All right.  But, again, use some

11  discretion.  If it's highly cumulative, this jury I think is

12  paying really close attention.  Every one of them is taking

13  significant notes.  And I will just tell you from my past

14  experience of juries, is they don't like it when they -- I

15  constantly get that report back from jurors:  Why did the

16  lawyers repeat so much?  So be careful about that.

17       MR. O'CONNOR:  And, Your Honor, with the pseudonymous

18  interrogators, there is some unavoidable repetition because if

19  there's three participants in an interrogation, I need them all

20  to corroborate each other that none of the alleged things

21  happened.

22       THE COURT:  Well, just think about it carefully.  Are

23  these going to be played or are we reading them in?

24       MR. O'CONNOR:  The pseudonymous interrogators are all

25  going to be played recorded, and the current transcript will

1   play on the screen and nothing else, because they're

2   pseudonymous.

3           THE COURT:  So we're just going to hear them and we're

4   just going to see the text?

5           MR. O'CONNOR:  That's right.

6           THE COURT:  All right.  Very good.  Is there anything

7   further we need to address tonight?

8           MR. FARIDI:  Nothing from us, Your Honor.

9           THE COURT:  All right.  Court is recessed until 9:30

10  tomorrow.

11          (Off the record at 6:03 p.m.)

12

13

14

15

16          **CERTIFICATE OF OFFICIAL COURT REPORTER**

17

18          **I, Rebecca Stonestreet, certify that the foregoing is a**

19  **correct transcript from the record of proceedings in the**

20  **above-entitled matter.**

21

22

23

24  **___//Rebecca Stonestreet//___          __4/25/24_____**

25  **SIGNATURE OF COURT REPORTER                    DATE**

**'**

'questioning [1] - 16:24
'the [1] - 16:22

**/**

//Rebecca [1] - 22:24

**1**

1 [5] - 2:20, 14:19, 15:2, 20:1, 20:10
10 [1] - 15:14
100 [2] - 9:11, 9:12
100-A [1] - 20:11
10012 [1] - 1:22
10036 [1] - 1:19
100A [3] - 8:23, 9:10, 9:22
104 [3] - 7:5, 7:12, 20:11
11 [1] - 6:6
1100 [1] - 2:11
1101 [1] - 2:6
1133 [1] - 1:18
115 [1] - 20:8
1330 [1] - 2:3
13th [2] - 9:13, 9:18
15 [1] - 14:25
152735 [2] - 15:11, 15:17
1600 [1] - 15:15
161-A [1] - 20:9
17 [2] - 1:7, 19:12
180-A [1] - 20:9
195 [1] - 20:7
196 [1] - 20:9
197 [1] - 20:9
198 [1] - 20:9
199 [1] - 20:9
1:08-CV-827 [1] - 1:4
1A-28 [1] - 15:13

**2**

2 [3] - 14:15, 17:13, 20:1
20 [2] - 8:6, 8:7
200 [1] - 20:10
2003 [2] - 15:10, 15:14
20036 [1] - 2:4
2004 [4] - 9:13, 9:19, 16:20, 16:21
20044 [1] - 2:12
201 [1] - 20:10
2013 [3] - 5:23, 16:15, 16:17
20141202-0003 [1] - 15:25
2015 [1] - 15:11

**202** [1] - 20:7
202-429-3000 [1] - 2:4
202-598-0905 [1] - 2:12
2023 [1] - 10:10
2024 [1] - 1:7
205th [1] - 6:1
206 [1] - 20:10
206-G [1] - 20:7
21 [1] - 6:11
2100 [1] - 2:14
212-336-2000 [1] - 1:19
212-614-6464 [1] - 1:23
22 [1] - 20:10
22314 [3] - 2:7, 2:15, 2:18
23 [2] - 5:24, 20:8
24 [1] - 6:6
240 [1] - 2:19
25 [2] - 6:11, 16:17
26(e [1] - 17:8
27 [1] - 20:8
29 [1] - 20:7
2:00 [1] - 1:8
2:04 [1] - 4:22

**3**

3 [4] - 1:10, 19:10, 19:23, 20:8
3-minute [1] - 5:4
30 [1] - 7:4
30(b)(6 [4] - 4:16, 4:18, 6:17, 6:25
32 [5] - 17:14, 17:19, 17:21, 20:11, 20:20
33 [3] - 17:14, 17:19, 20:11
34 [3] - 17:14, 17:19, 20:11
35 [4] - 17:15, 17:19, 17:21, 20:11
39 [1] - 20:8

**4**

4 [6] - 14:3, 15:15, 16:20, 19:19, 19:21, 19:23
4/25/24 [1] - 22:24
401 [1] - 2:18
426-7767 [1] - 2:19
48 [1] - 20:8
49 [1] - 20:8
4:18 [2] - 8:9, 8:10
4:45 [1] - 13:16

**5**

5 [3] - 5:24, 19:21, 20:1
5-6 [1] - 5:25
50 [1] - 11:11
5:55 [1] - 18:17

**6**

6 [2] - 14:14, 14:17
610 [1] - 2:7
666 [1] - 1:21
6:03 [1] - 22:11

**7**

7 [2] - 5:23, 16:3
703-299-3700 [1] - 2:15
703-684-4333 [1] - 2:8
75 [1] - 20:8
76 [1] - 20:8
7th [2] - 1:22, 2:3

**8**

83 [3] - 7:5, 7:12, 20:10
84 [3] - 7:5, 7:12, 20:10
8:15 [1] - 15:11

**9**

9 [1] - 15:10
9:30 [2] - 18:9, 22:9
9th [1] - 2:17

**A**

ABDULLAH [1] - 1:3
abetted [1] - 11:21
ability [1] - 12:14
above-entitled [1] - 22:20
Abu [5] - 5:25, 15:5, 15:10, 16:3, 16:12
according [2] - 16:21, 16:24
accurate [4] - 6:5, 6:10, 6:15, 19:16
acknowledged [1] - 5:21
action [4] - 12:13, 12:15, 12:16, 13:4
activity [2] - 13:8, 15:5
acts [1] - 14:23
actual [1] - 13:6
added [1] - 20:22
addition [1] - 16:15
additional [2] - 17:5, 17:6

**address** [1] - 22:7
addressed [2] - 8:17, 13:5
Admission [3] - 5:24, 6:6, 6:11
admission [1] - 4:12
admissions [4] - 4:10, 5:12, 5:16, 5:20
admit [3] - 5:17, 7:4, 8:22
admits [3] - 6:5, 6:10, 6:15
admitted [5] - 7:12, 9:22, 11:23, 17:13, 17:21
advised [1] - 16:11
affirm [1] - 16:19
afternoon [3] - 8:6, 11:6, 14:2
agree [1] - 10:2
ahead [4] - 7:18, 11:9, 13:24, 14:8
aided [1] - 11:21
AL [1] - 1:4
Al [10] - 11:25, 14:16, 15:1, 15:3, 15:5, 15:6, 15:12, 16:6, 16:8, 16:22
al [1] - 1:4
Al-Ejaili [5] - 11:25, 14:16, 15:1, 15:3, 15:6
Al-Ejaili's [1] - 15:5
Al-Jazeera [4] - 15:12, 16:6, 16:8, 16:22
Alex [1] - 9:24
ALEXANDRA [1] - 1:14
Alexandria [4] - 1:2, 2:7, 2:15, 2:18
alleged [1] - 21:20
alleging [1] - 12:7
allow [1] - 13:2
allowed [2] - 12:5, 20:21
Americas [1] - 1:18
analysis [1] - 19:3
ANDREW [1] - 1:15
announce [1] - 11:2
answers [1] - 5:18
apparent [1] - 15:23
APPEARANCES [2] - 1:13, 1:24
appreciate [1] - 18:14
appropriate [1] - 19:25
approved [1] - 16:16
April [2] - 1:7, 16:17
AR [1] - 5:25
areas [1] - 6:23

**argued** [1] - 9:16
argument [1] - 19:15
arguments [1] - 19:11
Army [5] - 15:20, 15:25, 16:16, 21:7
ARNOLD [3] - 3:5, 7:14, 8:2
Arnold [2] - 4:8, 6:17
assigned [1] - 16:22
assistance [1] - 16:8
assume [4] - 4:11, 10:25, 12:22
assuming [1] - 10:23
ATS [2] - 12:15, 12:16
attempts [1] - 15:21
attention [1] - 21:12
ATTORNEY [1] - 2:14
authority [2] - 19:12
Avenue [3] - 1:18, 2:3, 2:14
AZMY [1] - 1:20

**B**

background [2] - 16:13, 19:24
BAHER [1] - 1:20
BAILEY [1] - 2:1
based [1] - 19:10
Beachner [6] - 16:17, 16:18, 16:19, 16:21, 21:2, 21:4
Beachner's [2] - 16:21, 16:25
BEFORE [1] - 1:11
beginning [2] - 13:18, 14:17
believes [3] - 6:5, 6:10, 6:15
BELKNAP [1] - 1:18
better [1] - 8:1
between [2] - 11:22, 16:2
binder [1] - 8:23
binding [1] - 5:18
binds [2] - 4:19, 7:1
Bonita [1] - 8:19
BONITA [1] - 1:15
book [1] - 9:2
bother [1] - 19:21
bracket [2] - 15:18, 15:21
BRANCH [1] - 2:11
break [1] - 8:6
brief [1] - 10:9
Brigade [1] - 6:1
bring [2] - 4:2, 13:13
BRINKEMA [1] - 1:11
Broadway [1] - 1:21
brought [2] - 12:16,

19:20
**BUCHANAN** [1] - 1:16
**BY** [1] - 3:3

## C

**CACI** [21] - 1:7, 5:22,
5:23, 6:3, 6:4, 6:8,
6:9, 6:13, 6:14, 6:18,
7:25, 11:10, 11:21,
11:22, 12:8, 14:13,
15:7, 16:23, 21:6
**CACI's** [3] - 4:9, 4:15,
5:11
**cannot** [1] - 12:4
**capacity** [1] - 13:7
**care** [3] - 10:14, 10:24,
11:4
**careful** [1] - 21:16
**carefully** [1] - 21:22
**case** [19] - 7:17,
10:13, 11:12, 12:4,
13:2, 13:9, 13:10,
13:12, 13:18, 13:20,
13:23, 14:5, 14:7,
14:9, 18:7, 19:8,
19:10, 19:13, 19:24
**Case** [1] - 1:3
**causes** [1] - 12:13
**caution** [1] - 18:10
**CENTER** [1] - 1:21
**certain** [1] - 5:17
**certainly** [2] - 12:19,
18:10
**CERTIFICATE** [1] -
22:16
**certify** [1] - 22:18
**chance** [1] - 18:19
**chief** [3] - 15:16,
15:17, 15:22
**Circuit** [1] - 11:17
**Civil** [2] - 1:3, 17:8
**CIVIL** [1] - 2:10
**Civilian** [1] - 5:24
**civilian** [3] - 6:6, 6:11,
15:11
**CJTF-7** [3] - 16:2,
16:4, 16:10
**claims** [1] - 12:11
**clean** [1] - 20:25
**clear** [1] - 11:13
**CLERK** [1] - 20:7
**clips** [1] - 17:23
**close** [1] - 21:12
**coalition** [2] - 16:6,
19:11
**colleagues** [1] - 8:17
**collectively** [1] - 5:23
**Combined** [1] - 16:3
**common** [2] - 12:14,

12:15
**complete** [1] - 20:12
**completeness** [1] -
10:5
**COMPUTERIZED** [1] -
2:22
**concerned** [1] - 9:3
**concerning** [1] - 10:7
**conduct** [5] - 11:16,
11:18, 14:21, 18:25
**conducting** [1] - 18:10
**confuse** [1] - 16:13
**Connecticut** [1] - 2:3
**connection** [3] - 4:8,
11:22, 12:8
**consistent** [1] - 17:8
**conspired** [1] - 11:21
**constantly** [1] - 21:15
**CONSTITUTIONAL** [1]
- 1:21
**contact** [1] - 15:17
**contend** [1] - 4:12
**continue** [1] - 18:9
**Continued** [1] - 8:2
**CONTINUED** [1] - 1:24
**continuing** [2] - 4:23,
17:4
**Control** [1] - 16:4
**control** [1] - 10:8
**copies** [1] - 10:20
**copy** [4] - 10:16,
10:19, 12:20, 12:22
**corporate** [3] - 4:19,
6:17, 6:20
**corporation** [5] - 6:21,
6:22, 6:25, 7:1, 7:2
**correct** [3] - 8:12,
11:1, 22:19
**corroborate** [1] -
21:20
**counsel** [5] - 10:17,
10:20, 12:22, 13:19,
18:19
**country** [1] - 9:18
**couple** [1] - 18:4
**course** [1] - 10:2
**COURT** [57] - 1:1,
2:17, 3:3, 4:2, 4:5,
4:14, 4:19, 4:23, 5:3,
5:6, 5:13, 6:19, 7:6,
7:11, 7:16, 8:1, 8:5,
8:11, 8:16, 8:18, 9:1,
9:8, 9:13, 9:20, 9:23,
10:11, 10:16, 10:22,
11:4, 11:9, 12:19,
12:24, 13:17, 17:9,
17:16, 17:19, 17:24,
18:1, 18:4, 18:7,
18:18, 18:23, 19:4,
19:7, 19:19, 20:4,

20:15, 20:17, 20:23,
21:6, 21:10, 21:22,
22:3, 22:6, 22:9,
22:16, 22:25
**Court** [9] - 2:17,
11:17, 12:18, 12:25,
18:25, 19:1, 19:2,
20:1, 20:14
**court** [10] - 5:1, 5:8,
7:15, 8:3, 13:4,
13:24, 18:3, 20:24,
22:9
**Court's** [1] - 12:14
**Courthouse** [1] - 2:18
**COURTROOM** [1] -
20:7
**create** [2] - 9:6, 12:12
**CROSS** [1] - 3:2
**cross** [1] - 9:6
**CRR** [1] - 2:17
**cumulative** [2] - 7:16,
21:11
**current** [2] - 12:16,
21:25

## D

**D.C** [2] - 2:4, 2:12
**dangers** [1] - 7:17
**Daniel** [1] - 6:7
**Daniels** [1] - 9:17
**DATE** [1] - 22:25
**dated** [1] - 9:18
**DAY** [1] - 1:10
**deadlines** [1] - 18:14
**dealing** [1] - 16:8
**decided** [2] - 14:1,
19:1
**DEFENDANT** [2] - 2:1,
17:21
**Defendant** [1] - 1:8
**defendant's** [1] - 13:9
**Defendant's** [1] -
14:15
**defendants** [1] - 5:21
**defense** [8] - 10:17,
10:20, 11:7, 13:12,
13:23, 17:20, 18:7,
18:19
**Defense** [3] - 15:2,
17:13, 17:14
**delayed** [1] - 11:5
**deliberating** [1] - 14:8
**deliberation** [1] - 14:6
**denied** [1] - 13:11
**DEPARTMENT** [1] -
2:10
**Department** [2] - 15:2,
16:15
**DEPOSITION** [1] - 3:3

**deposition** [14] - 4:6,
4:7, 4:24, 4:25, 7:14,
8:2, 8:21, 9:9, 16:16,
16:18, 17:12, 18:2,
21:3
**describe** [1] - 14:19
**description** [1] - 19:8
**designate** [1] - 6:24
**designation** [1] - 6:17
**designations** [2] -
8:22, 8:24
**designee** [2] - 4:16,
6:25
**detained** [1] - 16:6
**detainee** [1] - 17:1
**Detention** [1] - 6:1
**detention** [1] - 15:5
**determine** [1] - 17:5
**different** [1] - 13:7
**DIIR** [3] - 16:5, 16:7,
16:11
**diligence** [1] - 17:5
**DIMUROGINSBERG**
[1] - 2:6
**DIRECT** [1] - 3:2
**direction** [1] - 14:23
**discovered** [1] - 20:18
**discovery** [1] - 5:14
**discrepancy** [1] -
20:18
**discretion** [1] - 21:11
**discussed** [2] - 8:24,
10:24
**dismiss** [1] - 13:6
**dispute** [4] - 10:7,
19:18, 19:25, 20:5
**DISTRICT** [3] - 1:1,
1:1, 1:11
**District** [1] - 2:17
**Division** [1] - 1:2
**DIVISION** [1] - 2:10
**DoD-01173** [1] - 16:14
**domestic** [3] - 11:16,
13:8, 18:25
**done** [2] - 9:9, 21:9
**draft** [1] - 16:5
**drawn** [1] - 10:9
**draws** [1] - 12:25
**drop** [1] - 21:4
**due** [1] - 17:4
**Dugan** [1] - 9:17
**during** [4] - 10:8, 15:5,
16:17, 17:14
**DX** [5] - 20:7, 20:11

## E

**e-mail** [1] - 20:18
**EASTERN** [1] - 1:1
**easy** [1] - 4:20

**edit** [1] - 7:19
**Ejaili** [6] - 11:25,
14:16, 14:24, 15:1,
15:3, 15:6
**Ejaili's** [1] - 15:5
**Element** [1] - 16:4
**ELLIOTT** [1] - 2:9
**elsewhere** [1] - 17:13
**emails** [1] - 16:1
**employee** [2] - 11:23,
16:6
**end** [3] - 8:4, 15:13,
15:21
**ended** [3] - 5:2, 5:9,
18:6
**ending** [1] - 14:3
**Engagement** [1] -
17:2
**entitled** [2] - 5:25,
22:20
**entity** [1] - 4:19
**entry** [1] - 15:15
**et** [1] - 1:4
**events** [1] - 10:8
**evidence** [12] - 7:13,
9:22, 11:15, 11:18,
11:20, 11:24, 11:25,
13:1, 13:6, 13:22,
14:15, 17:22
**examination** [1] - 5:7
**except** [1] - 15:18
**Excerpt** [5] - 4:25, 5:2,
5:7, 7:14, 18:6
**excerpt** [2] - 5:9, 8:4
**Excerpts** [1] - 18:2
**exchanged** [1] - 16:2
**excluded** [1] - 9:17
**exercise** [1] - 17:4
**Exhibit** [6] - 7:5, 8:23,
9:5, 9:22, 14:15,
17:13
**exhibit** [3] - 8:21,
8:24, 9:2
**EXHIBIT** [1] - 7:12
**EXHIBITS** [1] - 3:8
**Exhibits** [2] - 17:14,
17:21
**exhibits** [6] - 7:7, 7:9,
10:23, 17:12, 17:20,
20:5
**expeditiously** [1] -
13:18
**experience** [1] - 21:14
**extraterritoriality** [1] -
19:1
**extremely** [1] - 9:8

## F

**Facility** [1] - 6:1

**fact** [4] - 5:17, 10:10, 10:25, 19:22
**facts** [4] - 10:6, 10:9, 14:20, 18:20
**factual** [3] - 19:15, 19:18, 19:25
**fairly** [2] - 11:24, 12:4
**FARIDI** [15] - 1:14, 4:3, 4:6, 4:15, 4:21, 5:4, 5:10, 5:20, 7:3, 8:13, 8:17, 11:2, 20:12, 20:20, 22:8
**Fast** [1] - 11:9
**favor** [1] - 12:25
**FAY** [3] - 3:4, 4:25, 5:8
**Fay** [6] - 4:24, 5:5, 6:2, 6:7, 6:11
**February** [1] - 5:23
**federal** [1] - 12:12
**Federal** [2] - 6:20, 17:8
**FEDERAL** [1] - 2:11
**few** [1] - 7:22
**file** [2] - 12:17, 12:19
**findings** [2] - 7:24, 7:25
**fine** [3] - 4:14, 12:21, 20:23
**first** [3] - 9:12, 13:14, 15:19
**FISHER** [1] - 1:16
**five** [2] - 17:12, 18:20
**Floor** [3] - 1:22, 2:3, 2:17
**focus** [2] - 11:16, 11:17
**follow** [1] - 21:2
**FOLLOWING** [1] - 1:24
**following** [2] - 15:14, 20:17
**follows** [1] - 14:25
**FOR** [4] - 1:1, 1:14, 1:21, 2:1
**Force** [1] - 16:3
**foregoing** [4] - 6:4, 6:9, 6:14, 22:18
**formal** [1] - 15:2
**forth** [1] - 12:13
**forward** [2] - 13:2, 13:10
**forwarded** [1] - 16:4
**Fourth** [1] - 11:17
**frankly** [1] - 9:9
**Friday** [1] - 20:24
**front** [1] - 11:3

**G**

**General** [2] - 5:5, 6:2

**general** [3] - 6:3, 6:8, 6:13
**gentlemen** [2] - 5:13, 13:17
**GEORGE** [3] - 3:4, 4:25, 5:8
**George** [1] - 6:2
**Ghraib** [5] - 5:25, 15:5, 15:10, 16:3, 16:12
**GINSBERG** [3] - 2:5, 9:11, 9:15
**given** [2] - 6:22, 10:19
**GOVERNMENT** [1] - 3:8
**Graner** [1] - 15:24
**great** [1] - 18:13
**grounds** [1] - 18:24
**guy** [3] - 16:8, 16:9, 16:12

**H**

**HADDAD** [1] - 1:15
**hand** [2] - 10:20, 12:18
**happy** [1] - 10:20
**hard** [2] - 13:20, 15:10
**Haug** [1] - 9:24
**HAUG** [6] - 1:14, 7:21, 9:24, 10:15, 10:19, 20:3
**headquarters** [1] - 9:13
**hear** [2] - 11:9, 22:3
**heard** [3] - 7:20, 9:25, 13:8
**help** [1] - 19:23
**helpful** [3] - 9:7, 9:8, 16:12
**highly** [1] - 21:11
**Honor** [28] - 4:3, 4:11, 4:13, 5:4, 5:10, 6:16, 7:8, 7:10, 7:21, 8:13, 8:19, 9:15, 9:24, 10:6, 10:15, 10:20, 11:8, 11:10, 14:13, 17:10, 17:25, 18:22, 20:3, 20:12, 20:16, 21:5, 21:17, 22:8
**Honor's** [3] - 4:16, 9:25, 10:10
**HONORABLE** [1] - 1:11
**hope** [1] - 8:14
**hopefully** [1] - 14:9
**housekeeping** [1] - 4:3

**I**

**ICE** [2] - 16:3, 16:8
**identified** [3] - 14:19, 15:16, 15:20
**IN** [1] - 3:3
**in-country** [1] - 9:18
**INC** [1] - 1:7
**Inc** [2] - 5:22
**included** [1] - 9:16
**includes** [1] - 15:19
**including** [2] - 14:21, 15:6
**inconsistent** [2] - 12:12, 12:14
**incorporates** [3] - 6:3, 6:8, 6:13
**incredibly** [1] - 7:16
**indicating** [1] - 6:22
**individuals** [1] - 15:19
**inferences** [1] - 12:25
**inform** [1] - 20:13
**information** [4] - 16:5, 17:5, 17:7, 18:12
**innocuous** [1] - 11:24
**instruct** [1] - 4:11
**instruction** [1] - 4:17
**Intelligence** [1] - 6:1
**intelligence** [4] - 15:3, 15:4, 16:2, 16:5
**interaction** [2] - 11:24, 12:2
**interactions** [1] - 14:20
**interest/possible** [1] - 16:7
**International** [1] - 5:22
**internee** [1] - 15:11
**interrogated** [1] - 15:7
**interrogating** [1] - 16:22
**interrogation** [3] - 15:3, 17:3, 21:19
**Interrogation** [2] - 16:4, 17:2
**interrogations** [2] - 12:6, 12:10
**Interrogator** [1] - 21:6
**interrogator** [5] - 14:18, 15:7, 15:8, 16:16, 16:23
**interrogator's** [1] - 14:20
**interrogators** [4] - 14:22, 15:21, 21:18, 21:24
**interrogatory** [4] - 13:15, 14:12, 14:16, 14:17

**Interrogatory** [4] - 14:14, 14:17, 14:19, 15:2
**invaded** [1] - 19:8
**Investigation** [1] - 5:25
**investigation** [1] - 18:10
**investigators** [1] - 16:20
**involved** [1] - 17:12
**Iraq** [4] - 10:8, 18:25, 19:2, 19:9
**IROE** [1] - 17:2
**IROEs** [1] - 12:1
**ISO** [1] - 16:10
**issue** [5] - 4:3, 13:5, 18:11, 19:19, 20:20
**issues** [7] - 8:14, 9:25, 10:2, 11:12, 11:14, 13:3, 20:13
**itself** [1] - 7:2

**J**

**James** [1] - 16:17
**Jamieson** [1] - 2:14
**JASON** [1] - 2:9
**Jazeera** [4] - 15:12, 16:6, 16:8, 16:22
**job** [1] - 18:13
**JOHN** [1] - 2:1
**Johnson** [1] - 6:7
**JOHNSON** [1] - 2:2
**Joint** [1] - 16:3
**JOSEPH** [1] - 2:2
**Joseph** [1] - 16:17
**JR** [1] - 2:1
**JUDGE** [1] - 1:11
**judgment** [1] - 11:10
**judicial** [3] - 10:6, 18:20, 20:1
**July** [1] - 10:10
**June** [1] - 16:20
**juries** [1] - 21:14
**jurisdiction** [2] - 10:1, 13:5
**jurisdictional** [1] - 11:14
**jurors** [3] - 9:3, 14:2, 21:15
**Jury** [4] - 4:22, 8:10, 13:16, 18:17
**jury** [18] - 4:2, 4:4, 4:9, 4:12, 4:17, 5:11, 6:19, 8:6, 10:1, 11:3, 11:5, 11:12, 12:6, 13:13, 19:7, 19:17, 19:23, 21:11
**JURY** [1] - 1:10

**jury's** [1] - 10:11
**JUSTICE** [1] - 2:10

**K**

**keep** [3] - 14:1, 14:2, 14:9
**KICAK** [1] - 1:17
**KIM** [1] - 1:17
**kind** [1] - 11:19
**King** [1] - 2:6
**known** [1] - 15:20
**knows** [1] - 7:25

**L**

**ladies** [2] - 5:13, 13:17
**last** [2] - 7:21, 15:20
**law** [5] - 11:16, 12:14, 12:15, 12:16, 19:13
**lawyers** [2] - 5:14, 21:16
**leave** [1] - 18:15
**Lee** [1] - 16:17
**legal** [2] - 13:3, 19:16
**LEONIE** [1] - 1:11
**LEVENSON** [1] - 2:13
**likely** [1] - 21:8
**LINDA** [1] - 2:13
**list** [4] - 5:15, 9:16, 20:22, 21:2
**live** [1] - 12:5
**LLP** [2] - 1:18, 2:2
**log** [3] - 15:9, 15:15, 15:23
**look** [1] - 18:20
**looking** [1] - 7:8
**looks** [1] - 20:12
**LYNCH** [1] - 2:9

**M**

**ma'am** [1] - 8:18
**MAHLER** [6] - 1:14, 7:21, 9:24, 10:15, 10:19, 20:3
**Mahler** [1] - 9:24
**MAHLER-HAUG** [6] - 1:14, 7:21, 9:24, 10:15, 10:19, 20:3
**Mahler-Haug** [1] - 9:24
**mail** [1] - 20:18
**Major** [3] - 5:5, 6:2, 9:17
**manager** [1] - 9:18
**match** [1] - 9:2
**material** [1] - 16:12
**matter** [4] - 9:23, 10:1, 19:2, 22:20
**matters** [2] - 11:4,

18:4
**McCLURE** [1] - 2:2
**mean** [1] - 19:13
**meeting** [1] - 18:13
**memorandum** [4] -
9:14, 9:17, 10:10,
12:17
**MICHAEL** [2] - 1:16,
1:16
**Military** [2] - 6:1,
15:24
**military** [6] - 15:4,
15:7, 15:9, 15:17,
16:8, 16:19
**mind** [1] - 18:11
**minutes** [2] - 7:4, 8:15
**Monday** [2] - 14:2,
14:6
**morning** [5] - 18:9,
18:16, 20:22, 20:24,
20:25
**Morse** [2] - 4:8, 4:15,
6:17
**MORSE** [3] - 3:5, 7:14,
8:2
**most** [1] - 4:13
**motion** [2] - 11:7,
13:11
**motions** [1] - 13:6
**move** [3] - 7:19, 8:1,
13:18
**moved** [3] - 9:2, 15:12,
17:15
**moves** [1] - 11:10
**moving** [4] - 7:4,
17:16, 17:17, 18:8
**MR** [33] - 4:3, 4:6,
4:15, 4:21, 5:4, 5:10,
5:20, 7:3, 7:8, 8:13,
8:17, 11:2, 11:8,
11:10, 12:23, 14:13,
17:10, 17:17, 17:23,
17:25, 18:22, 18:24,
19:6, 19:18, 20:12,
20:16, 20:20, 21:4,
21:8, 21:17, 21:24,
22:5, 22:8
**MS** [10] - 7:21, 8:19,
9:6, 9:11, 9:12, 9:15,
9:24, 10:15, 10:19,
20:3
**MUHAMMAD** [1] -
1:14
**multiple** [1] - 13:5

## N

**NAJIM** [1] - 1:3
**names** [2] - 15:19,
15:20

**necessarily** [2] - 12:7,
21:9
**necessary** [1] - 10:5
**need** [5] - 18:8, 19:9,
20:2, 21:19, 22:7
**nevertheless** [1] -
10:4
**New** [4] - 1:19, 1:22
**new** [2] - 7:20, 15:11
**next** [4] - 5:3, 13:25,
15:9, 16:1
**nice** [1] - 18:8
**night** [1] - 20:25
**night's** [1] - 18:15
**NINA** [1] - 2:5
**none** [1] - 21:20
**Northrop** [1] - 9:18
**note** [1] - 15:16
**notebooks** [1] - 18:15
**noted** [1] - 15:1
**NOTES** [1] - 2:22
**notes** [2] - 9:3, 21:13
**nothing** [3] - 17:1,
22:1, 22:8
**notice** [4] - 6:22, 10:6,
18:20, 20:1
**notify** [1] - 15:22
**November** [2] - 15:10,
15:14
**Number** [1] - 6:6
**number** [6] - 11:12,
15:11, 15:17, 15:23,
19:17, 19:21
**Numbers** [1] - 7:12
**numbers** [1] - 9:2
**NW** [2] - 2:3, 2:11

## O

**o'clock** [2] - 14:3,
15:15
**O'CONNOR** [20] - 2:1,
7:8, 11:8, 11:10,
12:23, 14:13, 17:10,
17:17, 17:23, 17:25,
18:22, 18:24, 19:6,
19:18, 20:16, 21:4,
21:8, 21:17, 21:24,
22:5
**O'Connor** [2] - 14:11,
21:1
**object** [1] - 18:24
**objection** [5] - 7:9,
9:10, 9:14, 9:20,
18:23
**objections** [7] - 6:3,
6:4, 6:8, 6:9, 6:13,
6:14, 7:6
**obvious** [1] - 20:1
**obviously** [1] - 18:8

**occasion** [1] - 16:23
**OF** [7] - 1:1, 1:10,
2:10, 2:14, 2:22,
22:16, 22:25
**OFFICE** [1] - 2:14
**officer** [2] - 13:25,
15:17
**official** [3] - 16:4,
16:9, 16:10
**OFFICIAL** [2] - 2:17,
22:16
**officials** [1] - 16:2
**ON** [1] - 1:24
**one** [9] - 4:3, 7:16,
8:21, 9:15, 11:23,
15:18, 16:23, 20:20,
21:12
**ones** [2] - 9:2, 9:16
**open** [5] - 5:1, 5:8,
7:15, 8:3, 18:3
**opening** [2] - 15:15,
19:8
**opinion** [1] - 10:10
**opportune** [1] - 4:13
**order** [1] - 21:9
**Order** [1] - 19:12
**overnight** [1] - 20:18
**overrule** [1] - 9:20

## P

**P.M** [2] - 1:8, 1:10
**p.m** [9] - 1:8, 4:22, 8:9,
8:10, 13:16, 15:11,
15:15, 18:17, 22:11
**pace** [1] - 14:9
**page** [2] - 9:12, 14:25
**PAGE** [2] - 1:25, 3:8
**pages** [3] - 2:20, 20:7,
20:10
**Paragraph** [2] - 19:10,
19:19
**paragraph** [3] - 15:9,
16:1, 16:15
**paren** [1] - 15:25
**parenthetical** [1] -
15:18
**part** [2] - 13:15, 19:2
**participants** [2] - 12:6,
21:19
**particular** [2] - 4:6,
17:3
**party** [1] - 6:20
**passage** [1] - 7:21
**passages** [1] - 7:23
**past** [1] - 21:13
**PATTERSON** [1] -
1:18
**paying** [1] - 21:12
**PC** [1] - 2:6

**per** [1] - 15:16
**period** [1] - 16:1
**permitted** [1] - 16:18
**person** [5] - 6:24,
6:25, 15:22, 15:24,
21:3
**personnel** [2] - 11:21,
12:8
**phone** [1] - 15:23
**place** [1] - 14:23
**PLAINTIFF** [1] - 7:12
**plaintiff** [9] - 8:12,
10:25, 11:25, 13:21,
14:22, 15:1, 15:3,
15:5, 15:6
**Plaintiff's** [1] - 7:5
**plaintiffs** [12] - 1:5,
5:10, 5:21, 6:16,
8:20, 8:22, 9:25,
11:11, 11:23, 12:7,
13:21, 14:21
**PLAINTIFFS** [1] - 1:14
**plaintiffs'** [3] - 5:11,
12:11, 12:22
**Plaintiffs'** [1] - 8:23
**PLAINTIFFS'** [1] - 9:22
**planning** [1] - 21:2
**play** [2] - 17:11, 22:1
**PLAYED** [1] - 3:3
**played** [9] - 4:25, 5:8,
7:15, 8:2, 8:24, 9:9,
18:3, 21:23, 21:25
**playing** [1] - 4:7
**point** [9] - 4:11, 6:16,
7:5, 11:1, 13:2,
13:10, 14:7, 19:4,
20:6
**police** [1] - 15:9
**Policeman** [1] - 15:24
**posed** [1] - 14:18
**possession** [1] - 15:4
**possible** [1] - 14:5
**postpone** [1] - 10:12
**preempted** [1] - 12:11
**preference** [1] - 4:17
**PREMIER** [1] - 1:7
**Premier** [1] - 5:22
**presented** [1] - 13:2
**presumably** [1] -
15:16
**pretrial** [2] - 5:14, 13:5
**previously** [1] - 21:2
**private** [1] - 12:13
**privilege** [1] - 12:4
**problem** [2] - 9:1,
15:22
**Procedure** [1] - 17:8
**proceed** [1] - 17:25
**proceeded** [1] - 11:13

**proceedings** [2] -
12:24, 22:19
**PROCEEDINGS** [1] -
1:10
**PROGRAMS** [1] - 2:11
**proper** [1] - 12:20
**properly** [1] - 13:4
**protocol** [1] - 20:17
**provide** [1] - 17:6
**provided** [2] - 4:18,
5:18
**provides** [1] - 15:23
**provisional** [1] - 19:12
**pseudonymous** [3] -
21:17, 21:24, 22:2
**PTX** [22] - 9:12, 20:7,
20:8, 20:9, 20:10,
20:11, 20:20
**purposes** [2] - 10:5,
19:1
**put** [6] - 10:9, 11:11,
11:15, 11:20, 12:5,
13:22

## Q

**QC** [1] - 20:13
**questions** [3] - 5:15,
6:21, 6:23
**quote** [3] - 8:25,
15:11, 15:13

## R

**rather** [1] - 18:18
**read** [7] - 5:11, 13:15,
14:12, 14:13, 14:15,
20:6
**reading** [2] - 4:9,
21:23
**reads** [1] - 14:25
**ready** [1] - 5:3
**real** [1] - 9:1
**really** [1] - 21:12
**reasonably** [1] - 10:7
**Rebecca** [1] - 22:18
**REBECCA** [2] - 2:13,
2:17
**recent** [1] - 9:25
**recess** [1] - 8:8
**Recess** [1] - 8:9
**recessed** [1] - 22:9
**record** [5] - 14:12,
15:3, 20:19, 22:11,
22:19
**recorded** [1] - 21:25
**records** [1] - 15:4
**RECROSS** [1] - 3:2
**redaction** [1] - 16:14
**redirect** [2] - 5:5, 5:7
**REDIRECT** [1] - 3:2

**reference** [3] - 9:6, 15:4, 15:10
**regard** [1] - 14:16
**regarding** [1] - 16:5
**relates** [1] - 8:21
**relating** [1] - 14:20
**relevance** [1] - 18:24
**relevant** [3] - 9:21, 19:10, 19:23
**remarked** [1] - 16:7
**remember** [1] - 18:9
**repeat** [1] - 21:16
**repeated** [1] - 7:22
**repetition** [1] - 21:18
**replied** [1] - 16:10
**report** [6] - 5:25, 6:2, 6:7, 6:12, 16:5, 21:15
**reporter** [2] - 15:12, 16:22
**REPORTER** [3] - 2:17, 22:16, 22:25
**representative** [1] - 6:18
**request** [9] - 4:12, 5:11, 5:24, 6:5, 6:6, 6:10, 6:11, 6:15, 10:5
**requested** [1] - 18:21
**requests** [3] - 4:9, 5:16, 5:20
**resolved** [2] - 10:3, 20:19
**respect** [3] - 11:22, 12:1, 14:24
**responded** [2] - 5:23, 16:9
**response** [9] - 6:3, 6:8, 6:13, 13:15, 14:14, 14:16, 14:19, 14:24, 15:1
**responses** [4] - 4:9, 5:11, 14:12, 17:7
**responsive** [1] - 17:6
**rest** [3] - 8:12, 8:13, 10:13
**rested** [1] - 13:21
**resting** [1] - 10:25
**RIGHTS** [1] - 1:21
**Robinson** [1] - 8:19
**ROBINSON** [4] - 1:15, 8:19, 9:6, 9:12
**rouse** [1] - 13:20
**RPR** [1] - 2:17
**Rule** [5] - 4:16, 4:18, 6:17, 11:11, 17:8
**ruled** [1] - 18:25
**Rules** [3] - 6:20, 17:2, 17:8
**run** [1] - 7:3

**S**

**satisfied** [2] - 13:7, 13:9
**schedule** [4] - 13:24, 13:25, 14:1, 14:8
**Scott** [1] - 9:18
**SCOTT** [1] - 1:17
**screen** [2] - 7:23, 22:1
**secrets** [1] - 12:3
**security** [1] - 13:25
**See** [2] - 15:25, 16:14
**see** [3] - 12:6, 18:16, 22:4
**seek** [1] - 8:22
**send** [1] - 5:15
**sent** [1] - 5:20
**Sergeant** [1] - 16:18
**session** [1] - 18:16
**SESSION** [2] - 1:8, 1:10
**set** [3] - 10:9, 12:13, 13:25
**several** [1] - 10:6
**SHIMARI** [1] - 1:4
**show** [1] - 8:24
**sic** [1] - 15:12
**sic]** [1] - 16:9
**side** [5] - 5:14, 5:15, 5:18, 5:19, 13:1
**sides** [1] - 13:19
**sIGNATURE** [1] - 22:25
**significant** [1] - 21:13
**silly** [1] - 19:4
**site** [1] - 15:10
**sleep** [1] - 18:15
**somewhat** [1] - 13:24
**sort** [1] - 19:4
**source** [1] - 14:22
**speaking** [1] - 7:2
**speaks** [2] - 6:25, 15:24
**specific** [2] - 6:23, 14:21
**Square** [1] - 2:18
**staff** [2] - 20:5, 20:19
**stage** [1] - 12:24
**start** [3] - 13:11, 14:11, 18:11
**state** [1] - 12:3
**statement** [5] - 9:25, 16:20, 16:21, 16:25, 19:16
**statements** [1] - 16:19
**states** [1] - 7:1
**States** [7] - 11:19, 13:4, 14:18, 14:25, 16:18, 17:4, 17:7
**STATES** [4] - 1:1, 1:11, 2:10, 2:14
**States'** [1] - 10:8
**States's** [1] - 14:14
**status** [1] - 19:16
**statute** [1] - 11:17
**statutes** [1] - 12:12
**stay** [1] - 18:16
**STEFANOWICZ** [2] - 3:5, 18:3
**Stefanowicz** [4] - 6:12, 11:25, 16:24, 17:11
**Stefanowicz's** [1] - 17:12
**STENOGRAPHIC** [1] - 2:22
**STEPHEN** [1] - 2:9
**STEPTOE** [1] - 2:2
**Steve** [3] - 6:12, 16:24, 17:11
**STEVEN** [2] - 3:5, 18:3
**still** [3] - 16:12, 18:11, 21:6
**Stonestreet** [2] - 22:18, 22:24
**STONESTREET** [1] - 2:17
**stop** [2] - 16:25, 18:4
**stopped** [1] - 17:1
**Street** [2] - 2:6, 2:11
**subject** [5] - 6:4, 6:9, 6:14, 10:1, 16:11
**subjected** [1] - 14:22
**submit** [1] - 10:7
**subpoena** [1] - 6:22
**sue** [1] - 19:20
**sufficient** [2] - 11:12, 11:15
**suggestions** [1] - 15:6
**SUHAIL** [1] - 1:3
**Suite** [1] - 2:7
**supplement** [1] - 17:7
**support** [1] - 11:12
**Supreme** [1] - 11:17
**surprise** [1] - 10:18
**sworn** [1] - 16:20

**T**

**Task** [1] - 16:3
**team** [1] - 15:18
**technique** [1] - 5:13
**TECHNOLOGY** [1] - 1:7
**Technology** [1] - 5:22
**test** [1] - 11:16
**testimony** [6] - 4:7, 4:8, 4:18, 7:18, 17:11, 17:14
**text** [2] - 7:22, 22:4

**THE** [58] - 1:1, 1:11, 1:14, 1:21, 2:1, 2:14, 4:2, 4:5, 4:14, 4:19, 4:23, 5:3, 5:6, 5:13, 6:19, 7:6, 7:11, 7:16, 8:1, 8:5, 8:11, 8:16, 8:18, 9:1, 9:8, 9:13, 9:20, 9:23, 10:11, 10:16, 10:22, 11:4, 11:9, 12:19, 12:24, 13:17, 17:9, 17:16, 17:19, 17:24, 18:1, 18:4, 18:7, 18:18, 18:23, 19:4, 19:7, 19:19, 20:4, 20:15, 20:17, 20:23, 21:6, 21:10, 21:22, 22:3, 22:6, 22:9
**therefore** [3] - 6:5, 6:10, 6:15
**third** [1] - 16:15
**THOMAS** [1] - 1:17
**three** [5] - 7:6, 7:9, 7:11, 19:17, 21:19
**Tim** [1] - 6:2
**today** [3] - 10:13, 10:14, 10:24
**together** [1] - 10:9
**tomorrow** [7] - 18:9, 18:16, 20:19, 20:24, 20:25, 21:9, 22:10
**tonight** [5] - 12:17, 12:19, 18:18, 20:13, 22:7
**took** [1] - 14:23
**tortious** [2] - 11:18
**total** [1] - 7:3
**transcript** [2] - 21:25, 22:19
**TRANSCRIPT** [1] - 1:10
**TRANSCRIPTION** [1] - 2:22
**treated** [1] - 12:9
**treatment** [1] - 11:22
**trial** [6] - 11:13, 17:11, 17:14, 17:16, 17:17, 18:12
**TRIAL** [1] - 1:10
**tried** [1] - 12:4
**tries** [1] - 15:23
**true** [3] - 5:17, 16:20
**Tuesday** [1] - 14:4
**turning** [1] - 13:23
**two** [5] - 8:14, 8:15, 15:19, 15:20, 16:13
**TYLER** [1] - 1:18

**U**

**U.S** [3] - 2:17, 19:2, 19:8
**unavoidable** [1] - 21:18
**under** [6] - 6:20, 11:11, 12:15, 12:16, 14:23
**understood** [1] - 10:23
**UNITED** [4] - 1:1, 1:11, 2:10, 2:14
**United** [9] - 10:8, 11:19, 13:4, 14:14, 14:18, 14:25, 16:18, 17:4, 17:7
**unless** [1] - 19:15
**up** [9] - 7:23, 8:14, 10:11, 10:20, 12:18, 18:5, 18:11, 18:18, 20:25
**USMAN** [1] - 1:14

**V**

**verdict** [1] - 11:12
**via** [1] - 17:11
**video** [3] - 6:16, 7:3, 17:11
**VIDEOTAPE** [1] - 3:3
**videotaped** [5] - 4:25, 5:7, 7:14, 8:2, 18:2
**view** [2] - 10:2, 11:14
**violating** [1] - 17:2
**violation** [1] - 12:1
**Virginia** [3] - 2:7, 2:15, 2:18
**VIRGINIA** [1] - 1:1

**W**

**waiving** [3] - 6:4, 6:9, 6:14
**wants** [1] - 12:18
**warrant** [1] - 15:17
**Washington** [2] - 2:4, 2:12
**watched** [1] - 8:22
**WEBB** [1] - 1:18
**Wednesday** [1] - 14:8
**week** [1] - 14:1
**witness** [5] - 4:18, 5:3, 7:23, 9:4, 13:14
**WITNESS** [1] - 3:2
**witnesses** [1] - 12:5
**word** [1] - 14:2
**words** [1] - 5:16
**works** [1] - 15:12

| **Y** |
|---|
| **yesterday** [1] - 20:22 |
| **York** [4] - 1:19, 1:22 |
| **you-all** [1] - 7:18 |

| **Z** |
|---|
| **zero** [1] - 11:18 |