# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CACI PREMIER TECHNOLOGY, INC.,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)  No.    1:08-cv-0827 LMB-JFA<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CACI PREMIER TECHNOLOGY, INC.'S
## MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rule of Civil Procedure 50, Defendant CACI Premier Technology, Inc. ("CACI") respectfully moves for judgment as a matter of law against Plaintiffs on all of their remaining claims. The trial in this matter demonstrated that no reasonable jury, properly instructed on the law, could find CACI liable. A retrial is unwarranted because the evidence was fully vetted at the first trial, with the exception of evidence that will forever remain unavailable because of the state secrets privilege, and the available evidence amply demonstrated that CACI is entitled to judgment as a matter of law on multiple grounds. These grounds include (1) application of the borrowed servant doctrine; (2) CACI's inability to receive a fair trial because of the state secrets privilege; and (3) that the evidence presented at this trial, and which would be presented in any retrial, demonstrates that Plaintiffs do not have evidence sufficient to support a jury verdict in their favor on their allegations of aiding and abetting or conspiratorial conduct by CACI employees. Plaintiffs' claims also are legally deficient on several additional grounds. The bases for CACI's motion are set forth more fully in the accompanying Memorandum.

Wherefore, CACI respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/   John F. O'Connor

| | |
|---|---|
| John F. O'Connor | William D. Dolan, III |
| Virginia Bar No. 93004 | Virginia Bar No. 12455 |
| Linda C. Bailey (admitted *pro hac vice*) | LAW OFFICES OF WILLIAM D. DOLAN, III, PC |
| Joseph McClure (admitted *pro hac vice*) | 8270 Greensboro Drive, Suite 700 |
| STEPTOE LLP | Tysons Corner, VA 22102 |
| 1330 Connecticut Avenue, N.W. | (703) 584-8377 – telephone |
| Washington, DC 20036 | wdolan@dolanlaw.net |
| (202) 429-3000 – telephone | |
| (202) 429-3902 – facsimile | Nina J. Ginsberg |
| joconnor@steptoe.com | Virginia Bar No. 19472 |
| lbailey@steptoe.com | DiMuroGinsberg, PC |
| jmcclure@steptoe.com | 1001 N. Fairfax Street, Suite 510 |
| | Alexandria, VA  22314-2956 |
| | 703-684-4333 – telephone |
| | 703-548-3181 – facsimile |
| | nginsberg@dimuro.com |

*Counsel for Defendant CACI Premier Technology, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of May, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the below-listed counsel.

                      Cary Citronberg, Esq.
                      Zwerling/Citronberg, PLLC
                      114 North Alfred Street
                      Alexandria, VA 22314
                      cary@zwerling.com


                      */s/*   *John F. O'Connor*
                      John F. O'Connor
                      Virginia Bar No. 93004
                      Attorney for Defendant CACI Premier Technology, Inc.
                      STEPTOE LLP
                      1330 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
                      (202) 429-3000 – telephone
                      (202) 429-3902 – facsimile
                      joconnor@steptoe.com