UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>CACI PREMIER TECHNOLOGY, INC., <br><br>　　　　　　Defendant, | No. 1:08-cv-0827 LMB-JFA |

## **NOTICE**

Defendant CACI Premier Technology, Inc. ("CACI") respectfully and with sadness provides notice that one of its counsel of record, William D. Dolan, III, has passed away after a long an illustrious career in the law and in public service. CACI respectfully requests that Mr. Dolan be removed as one of its counsel of record in this case.

Respectfully submitted,

/s/   John F. O'Connor
John F. O'Connor
Virginia Bar No. 93004
Linda C. Bailey (admitted *pro hac vice*)
Joseph McClure (admitted *pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com
lbailey@steptoe.com
jmcclure@steptoe.com

Nina J. Ginsberg
Virginia Bar No. 19472
DiMuroGinsberg, PC
1001 N. Fairfax Street, Suite 510
Alexandria, VA  22314-2956
703-684-4333 – telephone
703-548-3181 – facsimile
nginsberg@dimuro.com

*Counsel for Defendant CACI Premier Technology, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of May, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the below-listed counsel.

                      Cary Citronberg, Esq.
                      Zwerling/Citronberg, PLLC
                      114 North Alfred Street
                      Alexandria, VA 22314
                      cary@zwerling.com

                      */s/   John F. O'Connor*
                      John F. O'Connor
                      Virginia Bar No. 93004
                      Attorney for Defendant CACI Premier Technology,
                          Inc.
                      STEPTOE LLP
                      1330 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
                      (202) 429-3000 – telephone
                      (202) 429-3902 – facsimile
                      joconnor@steptoe.com