UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> CACI PREMIER TECHNOLOGY, INC., </br></br> Defendant, | No.   1:08-cv-0827 LMB-JFA |

## NOTICE REGARDING RETRIAL DATE

Having conferred with counsel for Plaintiffs, Defendant is authorized to advise the Court that all parties are available for a retrial beginning on October 28, 2024.  This is without prejudice to Defendant's position that no retrial should be had.

Respectfully submitted,


/s/   John F. O'Connor
John F. O'Connor
Virginia Bar No. 93004
Linda C. Bailey (admitted *pro hac vice*)
Joseph McClure (admitted *pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com
lbailey@steptoe.com
jmcclure@steptoe.com

Nina J. Ginsberg
Virginia Bar No. 19472
DiMuroGinsberg, PC
1001 N. Fairfax Street, Suite 510
Alexandria, VA  22314-2956
703-684-4333 – telephone
703-548-3181 – facsimile
nginsberg@dimuro.com

*Counsel for Defendant CACI Premier Technology, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of July, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the below-listed counsel.

                            Cary Citronberg, Esq.
                            Zwerling/Citronberg, PLLC
                            114 North Alfred Street
                            Alexandria, VA 22314
                            cary@zwerling.com

                            /s/   John F. O'Connor
                            John F. O'Connor
                            Virginia Bar No. 93004
                            Attorney for Defendant CACI Premier Technology, Inc.
                            STEPTOE LLP
                            1330 Connecticut Avenue, N.W.
                            Washington, D.C. 20036
                            (202) 429-3000 – telephone
                            (202) 429-3902 – facsimile
                            joconnor@steptoe.com