UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:08-cv-827 (LMB/JFA) ) ) |
| CACI PREMIER TECHNOLOGY, INC. | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs Suhail Najim Abdulla Al Shimari, Asa'ad Hamzah Hanfoosh Al-Zuba'e, and Salah Hasan Nsaif Jasim Al-Ejaili (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit the following supplemental Rule 26(a)(3) disclosures. These disclosures are made without waiver of the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege. Plaintiffs reserve the right to add to or amend these disclosures as appropriate and/or necessary.

**PLAINTIFFS' SUPPLEMENTAL TRIAL EXHIBITS**

| Trial Ex. # (PTX) | Bates/Dep. Ex. Number | Description |
|---|---|---|
| 85A | Porvaznik Dep. Ex. 6 | CACI Year 2003 Code of Ethics and Business Conduct Standards[1] |
| 229 | CACI 4760 | Certification of Understanding and Compliance with Code of Ethics and Business Conduct Standards and Electronic Communications Policy executed by Torin Nelson[2] |
| 230 | CACI 11992 - 11995 | Employment Agreement between CACI Premier Technology, Inc. and Torin Nelson[3] |
| 231 | Army 0010503 | Photograph of Sabrina Harman[4] |
| 232 | Army 0010417 - 0010419 | October 20, 2003 Letter from Sabrina Harman to Kelly[5] |
| 233 | Army 0000906 - 0000908 | December 15, 2003 Letter from Sabrina Harman to Kelly[6] |
| 234 | Army 0010371 | Photograph of Sabrina Harman taking pictures of detainees.[7] |

---

[1] CACI's 2004 Code of Conduct, which is nearly identical to PTX-85A, is identified as PTX-85 and was admitted at the April 2024 trial.

[2] This document comes from CACI's own files and bears significantly on CACI's borrowed servant defense.

[3] This document comes from CACI's own files and bears significantly on CACI's borrowed servant defense.

[4] Plaintiffs intend to use this photograph as a demonstrative only.

[5] On October 23, 2024, the Government granted a *Touhy* request from CACI seeking, among other things, authorization for "any and all public statements, including private statements that have become public (such as published letters), regarding Ms. Harman's experiences at Abu Ghraib" and "all pictures in which Ms. Harman is featured or for which Ms. Harman was the photographer. *See* ECF No. 1762-6 at 4.

[6] On October 23, 2024, the Government granted a *Touhy* request from CACI seeking, among other things, authorization for "any and all public statements, including private statements that have become public (such as published letters), regarding Ms. Harman's experiences at Abu Ghraib" and "all pictures in which Ms. Harman is featured or for which Ms. Harman was the photographer. *See* ECF No. 1762-6 at 4. Plaintiffs will redact portions of PTX 233 the content of which is inadmissible under the Court's prior rulings.

[7] On October 23, 2024, the Government granted a *Touhy* request from CACI seeking, among other things, authorization for "any and all public statements, including private statements that have become public (such as published letters), regarding Ms. Harman's experiences at Abu Ghraib" and "all pictures in which Ms. Harman is featured or for which Ms. Harman was the photographer. *See* ECF No. 1762-6 at 4.

Respectfully submitted,

*/s/ Charles B. Molster, III*
Charles B. Molster, III, Va. Bar No. 23613
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
(703) 346-1505
cmolster@molsterlaw.com

Muhammad U. Faridi, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2024, I electronically filed the foregoing through the CM/ECF system, which sends notification to counsel for Defendants.

                                            */s/ Charles B. Molster, III*

                                                Charles B. Molster, III