# UNITED STATES DISTRICT COURT
# CIVIL JURY TRIAL – DAY 8

Date: **11/12/2024**  
Time: **11:25-11:33**

Case No.: **1:08-cv-00827**  
Judge: **Hon. Leonie M. Brinkema**  
Reporter: **Stephanie Austin**  
Deputy Clerk: **Katie Galluzzo**

## SUHAIL NAJIM ABDULLAH AL SHIMARI et al

V.

## CACI PREMIER TECHNOLOGY, INC

Appearances of Counsel for:

[ X ] Plaintiffs: Muhammad Faridi, Baher Azmy, Alexandra Mahler-Haug, Bonita Robinson, Shereef Akeel, Michael Buchanan, Charles Molester

[ X ] Defendant (CACI Premier Technology, Inc.): John O'Connor, Jr., Linda Bailey, Nina Ginsberg, Joseph McClure

[ X ] Defendant (United States of America): Steven Elliot

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE PLAINTIFFS AND DEFENDANT. JURORS APPEARED PURSUANT TO ADJOURNMENT ON 11/8/2024.

PROCEEDINGS:

Matter came on for continuation of trial by jury (Day #8) [**X**]

Jury continued deliberations [**X**]

Jury returned to the courtroom with a verdict [**X**]

Jury verdict filed in open court [**X**]

Jury discharged [**X**]

14 Days to file post-trial motions [**X**]