# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

SUHAIL NAJIM ABDULLAH AL SHIMARI, et al

PLAINTIFFS

V.

CACI PREMIER TECHNOLOGY, INC.

DEFENDANT

**WITNESS LIST**

Case Number: 1:08cv827

| PRESIDING JUDGE<br>Leonie M. Brinkema | COURTROOM DEPUTY<br>K. Galluzzo | COURT REPORTER<br>Stephanie Austin/Rhonda Montgomery |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>10/30/2024-11/12/2024 | Plaintiff ATTORNEY(S)<br>Charles Molester, Muhammad Faridi | DEFENDANT ATTORNEY(S)<br>John O'Conner, Linda Bailey |

| PLT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X |   | 10/30/2024 | Salah Al-Ejaili |
| X |   | 10/30/2024 | Torin Nelson (continued) |
| X |   | 10/31/2024 | Asa'ad Al Zuba'e (via Zoom) |
| X |   | 10/31/2024 | Torin Nelson (continued from 10/30/2024) |
| X |   | 10/31/2024 | Charles Graner (deposition played) |
| X |   | 10/31/2024 | Megan Ambuhl Graner (deposition played) |
| X |   | 10/31/2024 | Gen. Antonio M. Taguba |
| X |   | 10/31/2024 | Ivan Frederick (deposition played, continued) |
| X |   | 11/1/2024 | Ivan Frederick (deposition played) |
| X |   | 11/1/2024 | Sabrina Harman |
| X |   | 11/1/2024 | Jens Simon Modvig - Expert |
| X |   | 11/1/2024 | Amy Monahan (read in deposition) |
| X |   | 11/1/2024 | Arnold Morse (deposition played) |
| X |   | 11/1/2024 | George Fay (deposition played) |
|   | X | 11/1/2024 | COL William Brady |
| X |   | 11/4/2024 | Suhail Al'Shimari (read in) |
|   | X | 11/4/2024 | Daniel Porvaznik |
|   | X | 11/4/2024 | Mark Billings |
|   | X | 11/4/2024 | Charles Mudd (deposition read in) |

|   |   |   |   |
|---|---|---|---|
|   | X | 11/6/2024 | CACI Interrogator A (tape recording played) |
|   | X | 11/6/2024 | Army Interrogator B (tape recording played) |
|   | X | 11/6/2024 | Interpreter K (tape recording played) |
|   | X | 11/6/2024 | Dr. Jason Payne-James – Expert |
|   | X | 11/6/2024 | Army Interrogator C (tape recording played) |
|   | X | 11/6/2024 | Army Interrogator E (tape recording played) |
|   | X | 11/6/2024 | Army Interrogator F (tape recording played) |
|   | X | 11/6/2024 | CACI Interrogator G (tape recording played) |
|   | X | 11/6/2024 | Steven Stefanowicz (deposition played) |
|   | X | 11/6/2024 | COL Thomas Pappas (deposition played, continued) |
|   | X | 11/7/2024 | COL Thomas Pappas (deposition played) |
|   | X | 11/7/2024 | Carolyn Holmes (deposition played) |
| X |   | 11/7/2024 | Charles Mudd (deposition read in) - Rebuttal |
| X |   | 11/7/2024 | Carolyn Holmes (deposition played)- Rebuttal |
| X |   | 11/7/2024 | CACI Interrogator A (tape recording played) – Rebuttal |
| X |   | 11/7/2024 | Army Interrogator B (tape recording played) – Rebuttal |