<u>SUPPLEMENTAL INSTRUCTION NO. 1</u>

It is a question of fact that the jury must decide whether CACI had the power to control the interrogation work being performed by CACI employees at Abu Ghraib when the alleged torture or cruel, inhuman, or degrading treatment occurred. Whether the Army alone or both the Army and CACI had this power to control is a factual question that you must decide.