▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬

Today leave now

Jury Note #1
11/7/24

Schedule:
    9:30 Start
    11 AM Break 15 min
    1 PM Lunch 60 min
    4 PM Break 15 min
    6 PM Leave

Can we get a whiteboard and more water?

Jury Note #2
11/7/24

What is the definition of operational control?

Does control mean full control or some control?

███████████████

Jury Note #3
11/8/24

Tuesdays schedule:
   Arrive: 9:30 AM
   Break: 11 AM — 15 mins
   Lunch: 1 PM — 60 mins
   Break: 4 PM — 15 mins
   Leave: 6 PM

[redacted]

Note 4
11/8/24

If the jury decides to make punitive award, can we ask that part of the award be directed to a credible non-profit organization that provides emotional support and workforce placement for similar victims of PTSD, emotional trauma and displacement from Abu Ghraib human rights violations

Note #5
11/8/24