IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., )
)
)
Plaintiffs, )
)   1:08-cv-827 (LMB/JFA)
v. )
)
CACI PREMIER TECHNOLOGY, INC., )
)
Defendant. )

FILED IN OPEN COURT
NOV 12 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

To answer any question in this verdict form, the jury must be unanimous.

As to plaintiff **Salah Hasan Nsaif Jasim Al-Ejaili**:

1. Has plaintiff proven by a preponderance of the evidence that defendant CACI Premier Technology, Inc. is liable to plaintiff for conspiring with military personnel to inflict torture or cruel, inhuman, or degrading treatment on detainees in the Abu Ghraib hard site that resulted in plaintiff being tortured or subjected to cruel, inhuman, or degrading treatment?

   YES __X__     NO _____

If your answer is "yes," please answer questions 2 and 3. If your answer is "no," you do not need to answer any further questions, and the foreperson should sign the last page.

2. What amount, if any, of compensatory damages has plaintiff proven by a preponderance of the evidence?

   $ _3 Million_

3. What amount, if any, of punitive damages has plaintiff proven by clear and convincing evidence?

$ 11 million

Date: 11/12/24

████████████
Foreperson signature

████████████
Foreperson printed name

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., )
)
)
    Plaintiffs, )
) 1:08-cv-827 (LMB/JFA)
v. )
)
CACI PREMIER TECHNOLOGY, INC., )
)
    Defendant. )

FILED IN OPEN COURT
NOV 12 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

To answer any question in this verdict form, the jury must be unanimous.

As to plaintiff **Asa'ad Hamza Hanfoosh Al-Zuba'e**:

1. Has plaintiff proven by a preponderance of the evidence that defendant CACI Premier Technology, Inc. is liable to plaintiff for conspiring with military personnel to inflict torture or cruel, inhuman, or degrading treatment on detainees in the Abu Ghraib hard site that resulted in plaintiff being tortured or subjected to cruel, inhuman, or degrading treatment?

    YES __X__     NO _____

If your answer is "yes," please answer questions 2 and 3. If your answer is "no," you do not need to answer any further questions, and the foreperson should sign the last page.

2. What amount, if any, of compensatory damages has plaintiff proven by a preponderance of the evidence?

    $ _3 million_

3. What amount, if any, of punitive damages has plaintiff proven by clear and convincing evidence?

$ 11 million

Date: 11/12/24

_____
Foreperson signature

_____
Foreperson printed name

4

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUHAIL NAJIM ABDULLAH AL SHIMARI, et al., )
)
)
Plaintiffs, )
)   1:08-cv-827 (LMB/JFA)
v. )
)
CACI PREMIER TECHNOLOGY, INC., )
)
Defendant. )

FILED IN OPEN COURT
NOV 12 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

To answer any question in this verdict form, the jury must be unanimous.

As to plaintiff **Suhail Najim Abdullah Al Shimari**:

1. Has plaintiff proven by a preponderance of the evidence that defendant CACI Premier Technology, Inc. is liable to plaintiff for conspiring with military personnel to inflict torture or cruel, inhuman, or degrading treatment on detainees in the Abu Ghraib hard site that resulted in plaintiff being tortured or subjected to cruel, inhuman, or degrading treatment?

    YES __✗__      NO _____

If your answer is "yes," please answer questions 2 and 3. If your answer is "no," you do not need to answer any further questions, and the foreperson should sign the last page.

2. What amount, if any, of compensatory damages has plaintiff proven by a preponderance of the evidence?

    $ __3 million__

5

3. What amount, if any, of punitive damages has plaintiff proven by clear and convincing evidence?

$ 11 million

Date: 11/12/24

_____
Foreperson signature

_____
Foreperson printed name