UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
---------------------------x
SUHAIL NAJIM ABDULLAH AL    :    Civil Action No.:
SHIMARI, et al.,            :    1:08-cv-827
            Plaintiffs,     :
     versus                 :    Friday, November 8, 2024
                            :    Alexandria, Virginia
CACI PREMIER TECHNOLOGY,    :    Day 7
INC.,                       :    Pages 1-7
            Defendant.      :
---------------------------x
```

The above-entitled jury trial was heard before the Honorable Leonie M. Brinkema, United States District Judge. This proceeding commenced at 2:05 p.m.

A P P E A R A N C E S:

FOR THE PLAINTIFFS:    CHARLES MOLSTER, ESQUIRE
                       THE LAW OFFICES OF CHARLES B. MOLSTER,
                       III, PLLC
                       2141 Wisconsin Avenue, NW
                       Suite M
                       Washington, D.C.  20007
                       (703) 346-1505

                       BAHER AZMY, ESQUIRE
                       THE CENTER FOR CONSTITUTIONAL RIGHTS
                       666 Broadway
                       7th Floor
                       New York, New York  10012
                       (212) 614-6464

                       MUHAMMAD FARIDI, ESQUIRE
                       MICHAEL BUCHANAN, ESQUIRE
                       BONITA ROBINSON, ESQUIRE
                       ANDREW HADDAD, ESQUIRE
                       SCOTT KIM, ESQUIRE
                       ALEXANDRA MAHLER-HAUG, ESQUIRE
                       PATTERSON BELKNAP WEBB & TYLER LLP
                       1133 Avenue of the Americas
                       New York, New York  10036
                       (212) 336-2000

1

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

A P P E A R A N C E S:

FOR THE DEFENDANT:        JOHN O'CONNOR, JR., ESQUIRE
                          LINDA BAILEY, ESQUIRE
                          JOSEPH MCCLURE, ESQUIRE
                          STEPTOE LLP
                          1330 Connecticut Avenue, NW
                          7th Floor
                          Washington, D.C.  20036
                          (202) 429-3000

                          NINA GINSBERG, ESQUIRE
                          DIMUROGINSBERG PC
                          1101 King Street
                          Suite 610
                          Alexandria, Virginia  22314
                          (703) 684-4333

FOR THE UNITED            STEPHEN ELLIOTT, ESQUIRE
STATES:                   UNITED STATES DEPARTMENT OF JUSTICE
                          CIVIL DIVISION FEDERAL PROGRAMS BRANCH
                          1100 L Street, NW
                          Washington, D.C.  20044
                          (202) 598-0905

COURT REPORTER:           STEPHANIE M. AUSTIN, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          401 Courthouse Square
                          Alexandria, Virginia  22314
                          (571) 298-1649
                          S.AustinReporting@gmail.com


     COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

2

P R O C E E D I N G S

(Portion that was previously under seal, but has been unsealed.)

THE COURT:  We'll bring the jury in.

THE COURT SECURITY OFFICER:  Also, Judge, they've indicated they want to leave now after this is over.

THE COURT:  Okay.

(Jury present at 4:35 p.m.)

THE COURT:  I'm always relieved when I see jurors smiling when they come in.

THE JUROR:  We like it that you smile at us.

THE COURT:  We are on the record.  All right.  And as you can see I have sealed the courtroom.

I must tell you, in all the years I've been on the bench -- and I've been a judge since 1985, so I've been on for a few years -- I've never had this issue arise before.

So I need to tell you before you tell me anything, I did tell the lawyers exactly what's happening, that is that you've requested to send a message to me that you don't want me to share with them.  I have to do that.  Okay.  And I asked if they would object to my doing what I'm doing right now, which is to have you come in, if you're comfortable telling me what it is that's concerning you, that I would then have to make the evaluation as to whether that needs to be shared with the lawyers.  I may find it's

3

not necessary, but I may very well -- so I'm letting you know before you talk to me that I may have to reveal this to the lawyers.  Okay.  And so I wanted you to know as well.

And I don't know, you know, whether the question is -- if it's about the case itself, most likely I can't answer the question for you without having run it by the attorneys.  If it's about some aspect of conduct by any of the attorneys or witnesses, that's normally something that we would always let the lawyers know.

So I have no idea what it is that is concerning you all.  And if you want to go back and talk among yourselves and think about this for a second, feel comfortable doing that.  But, as I said, as a Judge, I have to be fair and open with everybody, and I want to respect your concerns, but I also have to make sure that I am doing what I'm required to do as a judge.

So by making a permanent record, whatever you decide, if you decide to tell me anything, we'll have a record of it.  Again, I'll make the judgment call as to whether I feel it has to be exchanged with the attorneys. If I decide it doesn't have to be, then it will be permanently sealed.  All right.  If I find, however, that they do need to know it, then I'm going to have to tell them.  So I want you to understand that.  Okay.

Who's our foreperson, Ms. Schroeder?

4

THE FOREPERSON:  Yes.

THE COURT:  So I'm reading body language and facial expressions.  Is it that sensitive that it cannot be discussed with the attorneys?

THE FOREPERSON:  Can we discuss?

THE COURT:  Yes.

Do you want to go back to the jury room, or are you comfortable there?  We'll try not to hear you.  I'll put the white noise machine on, how's that?  So then I can't hear you.  We're going to go off the record because you're talking among yourselves.  Okay.

(Off-the-record discussion.)

THE FOREPERSON:  Can we actually run back and get the question?  Can I get the question?  We have it.

THE COURT:  You don't want to tell me?

THE JUROR:  It's a long question.  It's the question.

THE COURT:  It might be easier --

THE JUROR:  We were asking a procedural question, but we actually have the question.

THE COURT:  You have it all written out?

THE JUROR:  Yes.

THE COURT:  So you just want to give it to me at this point?

THE JUROR:  Yeah.  We'll read it to you.

5

THE JUROR:  We can just say it.  I mean, we can say it, but we thought you needed it written out.

THE COURT:  Well, that's ideal.  Why don't you go and get it.  Yes.  Okay.

THE JUROR:  Okay.  Go get the question.

THE COURT:  Ms. Schroeder, you can just give it to Kim.

This is a great question.  All right.  I'm going to read it into the record.

If the jury decides to make a punitive award, can we ask that part of the award be directed to a credible non-profit organization that provides emotional support and workforce placement for similar victims of -- I think you have PTSD, is that -- okay -- emotional trauma and displacement from Abu Ghraib human rights violations.

I can tell you the answer to that would be no.  Punitive damages don't work that way.  Okay.

I'm not going to reveal this question to the lawyers at this point.  I will after the case is over.  It's not a question that embarrasses any of you; it shows a degree of sensitivity, and I'm just going to leave it like that.  All right.

Why don't you all stay here because I understand you want to go home; is that right?

THE JUROR:  Uh-huh.

6

THE COURT:  Let's bring the lawyers back in.  We can do that on the record.  But we were off the record until this point.

THE COURT SECURITY OFFICER:  Yes, Judge.

(Proceedings adjourned at 4:44 p.m.)

-----------------------------------

I certify that the foregoing is a true and accurate transcription of my stenographic notes.

*Stephanie Austin*
_____

Stephanie M. Austin, RPR, CRR

7