UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---------------------------x
SUHAIL NAJIM ABDULLAH AL    :    Civil Action No.:
SHIMARI, et al.,            :    1:08-cv-827
            Plaintiffs,     :
    versus                  :    Tuesday, November 12, 2024
                            :    Alexandria, Virginia
CACI PREMIER TECHNOLOGY,    :    Day 8
INC.,                       :    Pages 1-9
            Defendant.      :
---------------------------x

        The above-entitled jury trial was heard before the
Honorable Leonie M. Brinkema, United States District Judge.
This proceeding commenced at 11:25 a.m.

A P P E A R A N C E S:

FOR THE PLAINTIFFS:    CHARLES MOLSTER, ESQUIRE
                       THE LAW OFFICES OF CHARLES B. MOLSTER,
                       III, PLLC
                       2141 Wisconsin Avenue, NW
                       Suite M
                       Washington, D.C.  20007
                       (703) 346-1505

                       BAHER AZMY, ESQUIRE
                       THE CENTER FOR CONSTITUTIONAL RIGHTS
                       666 Broadway
                       7th Floor
                       New York, New York  10012
                       (212) 614-6464

                       MUHAMMAD FARIDI, ESQUIRE
                       MICHAEL BUCHANAN, ESQUIRE
                       BONITA ROBINSON, ESQUIRE
                       ANDREW HADDAD, ESQUIRE
                       SCOTT KIM, ESQUIRE
                       ALEXANDRA MAHLER-HAUG, ESQUIRE
                       PATTERSON BELKNAP WEBB & TYLER LLP
                       1133 Avenue of the Americas
                       New York, New York  10036
                       (212) 336-2000

1

A P P E A R A N C E S:

FOR THE DEFENDANT:        JOHN O'CONNOR, JR., ESQUIRE
                          LINDA BAILEY, ESQUIRE
                          JOSEPH MCCLURE, ESQUIRE
                          STEPTOE LLP
                          1330 Connecticut Avenue, NW
                          7th Floor
                          Washington, D.C.  20036
                          (202) 429-3000

                          NINA GINSBERG, ESQUIRE
                          DIMUROGINSBERG PC
                          1101 King Street
                          Suite 610
                          Alexandria, Virginia  22314
                          (703) 684-4333

FOR THE UNITED            STEPHEN ELLIOTT, ESQUIRE
STATES:                   UNITED STATES DEPARTMENT OF JUSTICE
                          CIVIL DIVISION FEDERAL PROGRAMS BRANCH
                          1100 L Street, NW
                          Washington, D.C.  20044
                          (202) 598-0905

COURT REPORTER:           STEPHANIE M. AUSTIN, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          401 Courthouse Square
                          Alexandria, Virginia  22314
                          (571) 298-1649
                          S.AustinReporting@gmail.com


    COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

2

P R O C E E D I N G S

THE DEPUTY CLERK:  Civil Action Number 1:08-cv-827, Al Shimari, et al. versus CACI Premier Technology.  Will counsel please note their appearance for the record, first for the plaintiffs.

MR. FARIDI:  Good morning, Your Honor. Muhammad Faridi on behalf of the plaintiffs, joined by my colleagues Baher Azmy, Alex Mahler-Haug, Charles Molster, Bonita Robinson and Michael Buchanan.

THE COURT:  Good morning.

MR. O'CONNOR:  Good morning, Your Honor. John O'Connor for CACI, joined by co-counsel Linda Bailey, Nina Ginsberg and Joseph McClure.

THE COURT:  All right.  Good morning.

As you know, the jury has reached a verdict, so we'll bring the jury in.

THE COURT SECURITY OFFICER:  Yes, Judge.

Rise for the jury.

(Jury present at 11:26 a.m.)

THE DEPUTY CLERK:  Ladies and gentlemen of the jury, have you reached a verdict?

THE FOREPERSON:  Yes, we have.

THE DEPUTY CLERK:  Can you hand it to the court security officer, please.

Ladies and gentlemen of the jury, hearken unto

3

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

your verdict.  In the United States District Court for the Eastern District of Virginia, Alexandria Division.  Suhail Najim Abdullah Al Shimari, et al. versus CACI Premier Technology.  Verdict form.

As to Plaintiff Salah Hasan Nusaif Jasim Al-Ejaili.  Has plaintiff proven by a preponderance of the evidence that the defendant, CACI Premier Technology, Inc., is liable to plaintiff for conspiring with military personnel to inflict torture or cruel, inhuman or degrading treatment on detainees in the Abu Ghraib hard site that resulted in plaintiff being tortured or subjected to cruel, inhuman or degrading treatment?

Yes.

What amount, if any, of compensatory damages have plaintiff proven by a preponderance of the evidence?

$3 million.

What amount, if any, of punitive damages have plaintiff proven by clear and convincing evidence?

$11 million.

Signed by jury foreperson, Debra Schroeder, on November 12th, 2024.

As to Plaintiff Asa'ad Hamza Hanfoosh Al-Zuba'e.  Has plaintiff proven by a preponderance of the evidence that defendant, CACI Premier Technology, Inc., is liable to plaintiff for conspiring with military personnel to inflict

4

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

torture or cruel, inhuman or degrading treatment on the detainees in the Abu Ghraib hard site that resulted in the plaintiff being tortured or subjected to cruel, inhuman or degrading treatment?

Yes.

What amount, if any, of compensatory damages has the plaintiff proven by a preponderance of the evidence?

$3 million.

What amount, if any, of punitive damages has the plaintiff proven by clear and convincing evidence?

$11 million.

Signed by jury foreperson, Debra Schroeder, on November 12th, 2024.

As to Plaintiff Suhail Najim Abdullah Al Shimari. Has plaintiff proven by a preponderance of the evidence that defendant, CACI Premier Technology, Inc., is liable to plaintiff for conspiring with military personnel to inflict torture or cruel, inhuman or degrading treatment on detainees in the Abu Ghraib hard site that resulted in the plaintiff being tortured or subjected to cruel, inhuman or degrading treatment?

Yes.

What amount, if any, of compensatory damages has plaintiff proven by a preponderance of the evidence?

$3 million.

5

What amount, if any, of the punitive damages has plaintiff proven by clear and convincing evidence?

$11 million.

Signed by jury foreperson, Debra Schroeder, on November 12th, 2024.

Ladies and gentlemen of the jury, is this your unanimous verdict?

THE JURY:  Yes.

THE COURT:  Does either side wish to have the jury polled?

MR. FARIDI:  No, Your Honor.

MR. O'CONNOR:  No, Your Honor.

THE COURT:  All right.  Then, ladies and gentlemen, I want to thank you on behalf of the parties and the Court for your giving us so many days of your very valuable time.  I know for several of you this was quite a sacrifice.  But you can understand how important it is for people like yourselves to be willing to make that sacrifice. And it is one of the very important civic duties that we all have, so I really appreciate how you went about deciding this case.  You were always here on time, all of you stayed awake and attentive, and I want to thank you again.

If you just will remain in the jury room for a few minutes, I'll come back and talk to you individually, but I have a couple of housekeeping matters I have to take up with

6

counsel.  Thank you.  Just go on back.

THE COURT SECURITY OFFICER:  Rise for the jury.

(Jury not present at 11:31 a.m.)

THE COURT:  All right.  The first thing is I want to reveal to you now -- and I'm going to unseal the note that we got from the jury.  And, it's interesting, the reason why they were so sensitive about the note is it was, to some degree, revealing where they were in their deliberations, so it was correct that they didn't want me to share it with counsel, and it was my decision that I wasn't going to share it with you.

So the question was:  If the jury decides to make punitive award, can we ask that part of the award be directed to a credible non-profit organization that provides emotional support and workforce placement for similar victims of PTSD, emotional trauma and displacement from Abu Ghraib human rights violations?  That was the question.

I said no, because I think that was the correct answer since the plaintiffs have never offered any alternative approach to the punitive damages.

But that was what was the sealed matter.  We'll email you copies so you have it for your records of the note.  And that portion of the transcript, which initially was ordered sealed, is unsealed if you'll need access to it.  All right.

7

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

I'll direct that the verdicts of the jury be entered, and if there are going to be any post-trial motions, they should be filed within 14 days.

Other than that, Counsel, this was a difficult case to try. As I said, there were good arguments on both sides. But this was a very good jury, the case has now had two times to be presented to a jury. This one saw it differently than the first one did. It was a different case in how it was tried. So this one is resolved.

I think, Mr. O'Connor, we need to address whether the cases waiting in the -- the *Abbass* case needs to start getting ready. And so that's another decision that you and I and counsel for the plaintiffs will have to decide.

MR. O'CONNOR: And, Your Honor, at this moment, that's -- Your Honor's stay -- refusal -- or maintaining of the stay is up on appeal, so I'm not sure whether there's even jurisdiction at this point.

THE COURT: You appealed?

MR. O'CONNOR: We appealed, yes, Your Honor.

THE COURT: All right. You know, you initially wanted us to hear it right away; now that we've gotten some resolution of this case -- but if you want the appeal to go forward, that's fine. If you -- if the mandate comes back to me, I'm prepared to get the second case moving at this point.

8

Stephanie Austin, RPR, CRR USDC/EDVA (607) 743-1894

MR. O'CONNOR:  Understood, Your Honor.  Thank you.

THE COURT:  All right.  Anything further, Counsel?

MR. FARIDI:  None from our side, Your Honor.

THE COURT:  Very good.  Then we'll recess court until 2:00.

(Proceedings adjourned at 11:34 a.m.)

-----------------------------------

I certify that the foregoing is a true and accurate transcription of my stenographic notes.

_____

Stephanie M. Austin, RPR, CRR

9