# United States District Court

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, ET AL.<br><br>    Plaintiff<br><br>V.<br><br>CACI PREMIER TECHNOLOGY, INC.<br><br>    Defendant | AMENDED JUDGMENT IN A CIVIL CASE<br><br><br><br>1:08-cv-827-LMB-JFA |

[ X ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[  ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the plaintiffs' Suhail Najim Abdullah Al Shimari, Salah Hasan Nsaif Jasim Al-Ejaili, Asa'ad Hamza Hanfoosh Al-Zuba'e and against the defendant, CACI Premier Technology, Inc. in accordance with the jury verdict dated November 12, 2024. Judgment is in the amount of $3,000,000 in compensatory damages and $11,000,000 in punitive damages as to each plaintiff and includes post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961.

|   January 10, 2025   | FERNANDO GALINDO |
|---|---|
| Date | Clerk |
| | |
| | K. Galluzzo |
| | (By) Deputy Clerk |