# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al*., <br><br> Plaintiffs, <br><br> *v.* <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case No. 1:08-cv-827 (LMB/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiffs respectfully request that the Court enter an order withdrawing the *pro hac vice* appearance of Muhammad Faridi on behalf of Plaintiffs pursuant to Local Civil Rule 83.1(G). At the time of his appearance, Mr. Faridi was an attorney at Patterson Belknap Webb & Tyler LLP; Mr. Farid's last day will be February 7, 2025.  Plaintiffs will not be prejudiced by this withdrawal as other attorneys from Patterson Belknap Webb & Tyler will continue their *pro hac vice* representation of the Plaintiffs, as will all other counsel of record for the Plaintiffs.  CACI Premier Technology, Inc. has consented to this motion.  Plaintiffs waive a hearing on the motion.

For the foregoing reasons, and those set forth in the memorandum in support, Plaintiffs request that their motion for the withdrawal of Mr. Faridi's appearance be granted.

Respectfully submitted,

*/s/ Charles B. Molster*

Charles B. Molster
The Law Offices of Charles B. Molster, III PLLC

1

2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
Tel. 202.787.1312
cmolster@molsterlaw.com

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing, which sends notification to counsel for Defendant.


*/s/ Charles B. Molster*
Charles B. Molster