# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) No.    1:08-cv-0827 LMB-JFA |
| CACI PREMIER TECHNOLOGY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, and JOHN DOES 1-60, <br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Third-Party Plaintiff CACI Premier Technology, Inc. ("CACI") appeals to the U.S. Court of Appeals for the Fourth Circuit from the Order sustaining in part and overruling in part CACI's Objections to Plaintiffs' Bill of Costs. Dkt. #1874; *see also* Dkt. #1873 (accompanying Memorandum Opinion). CACI's appeal is against Plaintiffs Suhail Najim Abdullah Al Shimari, Salah Hasan Nsaif Jasim Al-Ejaili, and Asa'ad Hamza Hanfoosh Al-Zuba'e, and is not against any other party. This notice of appeal, which must be filed within 30 days after entry of the order appealed from, is timely. *See* Fed. R. App.

P. 4(a)(1)(A).  The Court entered the Order on April 14, 2025, and CACI filed this Notice of

Appeal on May 5, 2025.


Respectfully submitted,


*/s/   John F. O'Connor*

John F. O'Connor                                   Nina J. Ginsberg
Virginia Bar No. 93004                             Virginia Bar No. 19472
Linda C. Bailey (admitted *pro hac vice*)          GREENSPUN SHAPIRO
Joseph T. McClure (admitted *pro hac vice*)        GINSBERG & YANG, P.C.
STEPTOE LLP                                        3955 Chain Bridge Road, 2nd Floor
1330 Connecticut Avenue, N.W.                      Fairfax, Virginia 22030
Washington, D.C. 20036                             (703) 352-0100 – telephone
(202) 429-3000 – telephone                         njg@greenspunlaw.com
joconnor@steptoe.com
lbailey@steptoe.com
jmcclure@steptoe.com


*Counsel for Appellant CACI Premier*
*Technology, Inc.*


May 5, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Cary Citronberg, Esq.
Zwerling/Citronberg, PLLC
114 North Alfred Street
Alexandria, VA 22314
cary@zwerling.com

Charles B. Molster, III, Esq.
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
cmolster@molsterlaw.com

Rebecca S. Levenson, Esq.
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
rebecca.s.levenson@usdoj.gov


/s/   John F. O'Connor
John F. O'Connor
Virginia Bar No. 93004
Attorney for Defendant CACI Premier Technology,
    Inc.
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 – telephone
(202) 429-3902 – facsimile
joconnor@steptoe.com