**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI *et al*., | ) ) ) |
| Plaintiffs, | ) ) ) |
| *v.* | ) ) ) |
| CACI PREMIER TECHNOLOGY, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

Case No. 1:08-cv-827 (LMB/JFA)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Suhail Najim Abdullah Al Shimari, Asa'ad Hamza Al-Zuba'e, and Salah Hasan Nsaif Al-Ejaili ("Plaintiffs") appeal to the United States Court of Appeals for the Fourth Circuit from the Order dated April 14, 2025, sustaining in part and overruling in part Defendant CACI Premier Technology, Inc.'s Objections to Plaintiffs' Bill of Costs. Dkt. No. 1874; *see also* Dkt. No. 1873 (Memorandum Opinion accompanying Order).

Date: May 8, 2025

Respectfully submitted,

*/s/ Charles B. Molster, III*

Charles B. Molster, III, Va. Bar No. 23613
Law Offices of Charles B. Molster, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, D.C. 20007
(703) 346-1505
cmolster@molsterlaw.com

1

Michael Buchanan, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2025, I electronically filed the foregoing, which sends notification to counsel for Defendants.

*/s/ Charles B. Molster, III*
Charles B. Molster, III