## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SUHAIL NAJIM ABDULLAH AL SHIMARI et al., <br><br> Plaintiffs, <br><br> v. <br><br> CACI PREMIER TECHNOLOGY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 1:08-cv-827 (LMB/JFA) |

## CONSENT MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiffs respectfully request that the Court enter an order withdrawing the *pro hac vice* appearance of William Scott Kim on behalf of Plaintiffs pursuant to Local Civil Rule 83.1(G). At the time of his appearance, Mr. Kim was an attorney at Patterson Belknap Webb & Tyler LLP; Mr. Kim's last day at Patterson Belknap Webb & Tyler LLP will be November 21, 2025. Plaintiffs will not be prejudiced by this withdrawal as other attorneys from Patterson Belknap Webb & Tyler will continue their *pro hac vice* representation of the Plaintiffs, as will all other counsel of record for the Plaintiffs. CACI Premier Technology, Inc. has consented to this motion. Plaintiffs waive a hearing on the motion.

For the foregoing reasons, Plaintiffs request that their motion for the withdrawal of Mr. Kim's appearance be granted.

*Motion GRANTED*

/s/ _____
Leonie M. Brinkema
United States District Judge    11/21/25

1

Respectfully submitted,

*/s/ Charles B. Molster, III*

Charles B. Molster, III, VA. Bar No. 23613
Law Offices of Charles B. Molster, III PLLC
1901 Pennsylvania Avenue, N.W., Suite 610
Washington, D.C. 20006
(703) 346-1505
cmolster@molsterlaw.com

Michael F. Buchanan, *Admitted pro hac vice*
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Baher Azmy, *Admitted pro hac vice*
Katherine Gallagher, *Admitted pro hac vice*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012

Shereef Hadi Akeel, *Admitted pro hac vice*
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Troy, MI 48084-4736

*Attorneys for Plaintiffs*

Case 1:08-cv-00827-LMB-JFA    Document 1885    Filed 11/21/25    Page 3 of 3 PageID#
58109
Case 1:08-cv-00827-LMB-JFA    Document 1884    Filed 11/21/25    Page 3 of 3 PageID#
58106

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the foregoing, which will send notification to counsel for Defendant.


_____*/s/ Charles B. Molster, III*_____
Charles B. Molster, III