FILED: November 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1043
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF
JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

      Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-
ZUBA'E

      Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INCORPORATED

      Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INCORPORATED; L-3
SERVICES, INCORPORATED

      Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

      Third Party Defendants - Appellees

-------------------------------

PROFESSOR DEBORAH A. DEMOTT; SCHOLARS OF FEDERAL COURTS; PROFESSORS OF LEGAL HISTORY; FORMER MILITARY LEADERS AND LAWYERS

      Amicus Supporting Appellee

_____

O R D E R

_____

      The court grants the motion to withdraw from further representation on appeal.

                   For the Court--By Direction

                   /s/ Nwamaka Anowi, Clerk