FILED: March 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1043
(1:08-cv-00827-LMB-JFA)

_____

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF
JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

       Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-
ZUBA'E

       Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INCORPORATED

       Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INCORPORATED; L-3
SERVICES, INCORPORATED

       Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

Third Party Defendants - Appellees

------------------------------

PROFESSOR DEBORAH A. DEMOTT; SCHOLARS OF FEDERAL COURTS; PROFESSORS OF LEGAL HISTORY; FORMER MILITARY LEADERS AND LAWYERS

Amicus Supporting Appellee

---

## J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded with instructions to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK