FILED: April 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1043
(1:08-cv-00827-LMB-JFA)

———————————

SUHAIL NAJIM ABDULLAH AL SHIMARI; SALAH HASAN NUSAIF JASIM AL-EJAILI; ASA'AD HAMZA HANFOOSH AL-ZUBA'E

      Plaintiffs - Appellees

 and

TAHA YASEEN ARRAQ RASHID; SA'AD HAMZA HANTOOSH AL-ZUBA'E

      Plaintiffs

v.

CACI PREMIER TECHNOLOGY, INCORPORATED

      Defendant and 3rd-Party Plaintiff - Appellant

 and

TIMOTHY DUGAN; CACI INTERNATIONAL, INCORPORATED; L-3 SERVICES, INCORPORATED

      Defendants

v.

UNITED STATES OF AMERICA; JOHN DOES 1-60

Third Party Defendants - Appellees

------------------------------

PROFESSOR DEBORAH A. DEMOTT; SCHOLARS OF FEDERAL COURTS; PROFESSORS OF LEGAL HISTORY; FORMER MILITARY LEADERS AND LAWYERS

    Amicus Supporting Appellee

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*